# EXHIBIT 1

# CERTIFIED POLICY

This certification is affixed to a policy which is a true and accurate copy of the document in the company's business records as of the date shown below.

**No additional insurance is afforded by this copy.**

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA
_____
**Name of Insuring Company(ies)**


660-8F213882-TIL            02/28/2020-02/28/2021          03/29/2024
_____     _____        _____
**Policy Number(s)**        **Policy Period(s)**           **Date**


_K. Kupec_
_____
Kenneth Kupec, Second Vice President
BI Document Management

 **TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

```
                               TRAVELERS CORP. TEL: 1-800-328-2189
                               ALL OTHER FINANCIAL INSTITUTIONS LARGE
                               COMMON POLICY DECLARATIONS
                               ISSUE DATE: 03/24/20
                               POLICY NUMBER: H-660-8F213882-TIL-20
```

INSURING COMPANY:
TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

1. NAMED INSURED AND MAILING ADDRESS:
   CAPITAL ONE FINANCIAL

   CORPORATION
   15000 CAPITAL ONE DR
   RICHMOND, VA 23238

2. POLICY PERIOD:  From 02/28/20 to 02/28/21 12:01 A.M. Standard Time at
                                              your mailing address.
3. LOCATIONS
      Premises  Bldg.
      Loc. No.  No.  Occupancy            Address

      SEE IL T0 03

4. COVERAGE PARTS FORMING PART OF THIS POLICY AND INSURING COMPANIES:
   COMMERCIAL GENERAL LIABILITY COV PART DECLARATIONS    CG T0 01 11 03 TIL
   EMPLOYEE BENEFITS LIABILITY COV PART DECLARATIONS     CG T0 09 09 93 TIL

5. NUMBERS OF FORMS AND ENDORSEMENTS
   FORMING A PART OF THIS POLICY:   SEE IL T8 01 10 93

6. SUPPLEMENTAL POLICIES: Each of the following is a separate policy
                          containing its complete provisions:
   Policy                      Policy No.              Insuring Company

                              SEE CALCULATION OF PREMIUM
                              COMPOSITE RATES ENDORSEMENT
7. PREMIUM SUMMARY:
   Provisional Premium    $ ███████████
   Due at Inception       $ ███████████
   Due at Each            $ ███████████
```

NAME AND ADDRESS OF AGENT OR BROKER:
   MARSH USA-RICHMOND (47011)
   3 JAMES CENTER 1051 E CARY ST
   RICHMOND, VA 23219

**COUNTERSIGNED BY:**

_____
Authorized Representative

DATE:_____

```
IL T0 02 11 89(REV. 09-07)    PAGE 1 OF 2
OFFICE: ATLANTA
```

**TRAVELERS**

TAXES AND SURCHARGES

POLICY NUMBER: H-660-8F213882-TIL-20

EFFECTIVE DATE: 02/28/20

ISSUE DATE: 03/24/20

DESCRIPTION                                                                 AMOUNT

NEW JERSEY GUARANTY FUND SURCHARGE - ALL OTHER                            ███████

IL T0 02 11 89     PAGE  2 OF  2

OFFICE: ATLANTA                    005
PRODUCER NAME: MARSH USA-RICHMOND                    47011



**Report Claims Immediately by Calling\***
**1-800-238-6225**
*Speak directly with a claim professional*
*24 hours a day, 365 days a year*

\*Unless Your Policy Requires **Written** Notice or Reporting

# COMMERCIAL INSURANCE

**A Custom Insurance Policy Prepared for:**

**CAPITAL ONE FINANCIAL**
**CORPORATION**
**15000 CAPITAL ONE DR**
**RICHMOND VA 23238**

**Presented by:  MARSH USA-RICHMOND**

# COMMON POLICY CONDITIONS

All Coverage Parts included in this policy are subject to the following conditions:

**A. Cancellation**

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. We may cancel this policy or any Coverage Part by mailing or delivering to the first Named Insured written notice of cancellation at least:

   a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

   b. 30 days before the effective date of cancellation if we cancel for any other reason.

3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

4. Notice of cancellation will state the effective date of cancellation. If the policy is cancelled, that date will become the end of the policy period. If a Coverage Part is cancelled, that date will become the end of the policy period as respects that Coverage Part only.

5. If this policy or any Coverage Part is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

6. If notice is mailed, proof of mailing will be sufficient proof of notice.

**B. Changes**

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us as part of this policy.

**C. Examination Of Your Books And Records**

We may examine and audit your books and records as they relate to this policy at any time

during the policy period and up to three years afterward.

**D. Inspections And Surveys**

1. We have the right to:

   a. Make inspections and surveys at any time;

   b. Give you reports on the conditions we find; and

   c. Recommend changes.

2. We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

   a. Are safe or healthful; or

   b. Comply with laws, regulations, codes or standards.

3. Paragraphs **1.** and **2.** of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

4. Paragraph **2.** of this condition does not apply to any inspections, surveys, reports or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

**E. Premiums**

1. The first Named Insured shown in the Declarations:

   a. Is responsible for the payment of all premiums; and

   b. Will be the payee for any return premiums we pay.

2. We compute all premiums for this policy in accordance with our rules, rates, rating plans, premiums and minimum premiums. The premium shown in the Declarations was computed based on rates and rules in effect at

**IL T0 01 01 07** (Rev. 09-18)  Includes the copyrighted material of Insurance Services Office, Inc. with its permission.    Page 1 of 2

the time the policy was issued. On each renewal continuation or anniversary of the effective date of this policy, we will compute the premium in accordance with our rates and rules then in effect.

**F. Transfer Of Your Rights And Duties Under This Policy**

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

**G. Equipment Breakdown Equivalent to Boiler and Machinery**

On the Common Policy Declarations, the term Equipment Breakdown is understood to mean and include Boiler and Machinery and the term Boiler and Machinery is understood to mean and include Equipment Breakdown.

This policy consists of the Common Policy Declarations and the Coverage Parts and endorsements listed in that declarations form.

In return for payment of the premium, we agree with the Named Insured to provide the insurance afforded by a Coverage Part forming part of this policy. That insurance will be provided by the company indicated as insuring company in the Common Policy Declarations by the abbreviation of its name opposite that Coverage Part.

One of the companies listed below (each a stock company) has executed this policy, and this  policy is counter-signed by the officers listed below:

The Travelers Indemnity Company (IND)

The Phoenix Insurance Company (PHX)

The Charter Oak Fire Insurance Company (COF)

Travelers Property Casualty Company of America (TIL)

The Travelers Indemnity Company of Connecticut (TCT)

The Travelers Indemnity Company of America (TIA)

Travelers Casualty Insurance Company of America (ACJ)

Secretary

President

Page 2 of 2      Includes the copyrighted material of Insurance Services Office, Inc. with its permission.   **IL T0 01 01 07** (Rev. 09-18)

TravelersDocMgmt Page 6 of 173



**TRAVELERS**

POLICY NUMBER:  H-660-8F213882-TIL-20

EFFECTIVE DATE:  02-28-20

ISSUE DATE:  03-24-20


COMMERCIAL GENERAL LIABILITY (CONTINUED)

```
CG F4 94 12 08    AMEND CONTR EX DMGES INSD CONTRACT - LA
CG D0 76 06 93    EXCLUSION-LEAD
CG D1 36 02 19    EXCL-REPOSSESS AIRCRAFT/AUTO/WATERCRAFT
CG D1 42 02 19    EXCLUSION-DISCRIMINATION
CG F2 50 09 08    MISSOURI CHGS - DEFINITION OF POLLUTANTS
CG F2 58 01 08    WA CHANGES
CG 01 79 07 10    VIRGINIA CHANGES
```


EMPLOYEE BENEFITS LIABILITY

```
CG T0 09 09 93    EMPLOYEE BENEFITS LIAB COV PART DEC
CG T0 43 01 16    EMPLOYEE BENEFITS LIAB TABLE OF CONTENTS
CG T1 01 01 16    EMPLOYEE BENEFITS LIABILITY COV FORM
CG D4 55 01 16    AMENDMENT OF COVERAGE - INTERNATIONAL
CG D5 73 02 19    EXCLUSION - PORTFOLIO COMPANY
CG F4 23 01 16    VIRGINIA CHANGES - EBL
CG F4 56 08 07    LOUISIANA CHGS - EMPLOYEE BENEFITS LIAB
CG F7 18 08 12    NY CHANGES - TRANSFER OF DUTIES
CG T9 86 01 16    FL CHANGES-CANCELLATION AND NONRENEW-EBL
CG T9 88 01 16    MARYLAND CHANGES - EBL
```


INTERLINE ENDORSEMENTS

```
IL T3 68 01 15    FEDERAL TERRORISM RISK INS ACT DISCLOSE
IL T4 02 08 18    BROAD NAMED INS ENDT - INC PRTNSHP
IL T4 12 03 15    AMNDT COMMON POLICY COND-PROHIBITED COVG
IL T4 14 01 15    CAP ON LOSSES CERTIFIED ACT OF TERRORISM
IL T4 27 06 19    ADDITIONAL BENEFITS
IL F1 01 09 13    NY CHGS-REFERENCES TO INS DEPT, LAW, REG
IL 00 21 09 08    NUCLEAR ENERGY LIAB EXCL END-BROAD FORM
IL 01 23 11 13    WASHINGTON CHANGES - DEFENSE COSTS
IL 01 25 11 13    COLORADO CHANGES - CIVIL UNION
IL 01 38 10 15    VA CHANGES - CANCELLATION AND NONRENEWAL
IL 01 40 09 08    CONNECTICUT CHANGES - CIVIL UNION
IL 01 41 09 08    NEW JERSEY CHANGES-CIVIL UNION
IL 01 47 09 11    ILLINOIS CHANGES - CIVIL UNION
IL 01 51 01 12    DELAWARE CHANGES - CIVIL UNION
IL 01 62 10 13    ILLINOIS CHANGES - DEFENSE COSTS
IL 01 68 03 12    TEXAS CHANGES - DUTIES
IL 01 79 10 02    OKLAHOMA NOTICE
IL 09 10 07 02    PENNSYLVANIA NOTICE
IL T9 56 04 93    TX CHANGES-NOTICE OF CLAIM OR SETTLEMENT
```


POLICYHOLDER NOTICES

```
PN T2 27 06 19    LOSS CONTROL SERVICES (TEXAS)
PN T4 51 06 18    IMPORTANT NOTICE - CLAIMS MADE COVERAGES
```


IL T8 01 10 93                                          PAGE:   2 OF   3



**POLICY NUMBER:**  H-660-8F213882-TIL-20

**EFFECTIVE DATE:**  02-28-20

**ISSUE DATE:**  03-24-20


POLICYHOLDER NOTICES (CONTINUED)

   PN T5 74 05 19   NOTICE NY HAZARDOUS MATERIAL REPORT


**IL T8 01 10 93**                                                           **PAGE:   3 OF   3**

POLICY NUMBER: **H-660-8F213882-TIL-20**                     ISSUE DATE: **03-24-20**

Dear Valued Policyholder:

We are excited to inform you about changes to the structure of your commercial general liability (CGL) insurance. We are implementing a new proprietary CGL Coverage Form that will update and further simplify our approach to that coverage. Our new CGL coverage form is more closely aligned with ISO's current CGL coverage form, and it includes numerous provisions previously contained in our proprietary mandatory endorsements and several coverage enhancements that have been provided in our commonly used XTEND™ endorsements. In addition, we have updated many of our CGL endorsements for improved readability and consistency across our portfolio of policy forms.

To complement these CGL policy form changes, we are also transitioning our Liquor Liability (LL) coverage to ISO's current LL coverage form, modified by a proprietary Liquor Liability Amendatory Endorsement. This transition will improve consistency and coordination of CGL and LL coverages.

Your new Travelers CGL policy will contain coverage terms and conditions substantially similar to those in your expiring Travelers CGL policy. Also, in order to make this transition to our new proprietary policy forms as easy as possible for you, we will adjust any claims for CGL coverage under your new policy based upon the terms and conditions of either your expiring policy or your new policy, **whichever are broader**. Likewise, if your expiring policy includes LL coverage and you are renewing that coverage with us, we will adjust any claims for LL coverage under your new policy based upon the terms and conditions of either your expiring policy or your new policy, **whichever are broader**. However, this approach to adjustment of claims for CGL and LL coverage is **subject to the following exceptions:**

- Any differences in the insured locations or insurance schedules, or the identity of named insureds or additional insureds.

- Any reductions in coverage that have been requested by you or your agent or broker or to which you or your agent or broker have agreed during renewal negotiations, or any exposures you have elected to insure elsewhere.

- Any reduction in the amount of the limits of insurance shown in any Declarations or endorsement for your new policy from the amount shown for substantially similar coverage in any Declarations or endorsement for your expiring policy.

- Any increase in the amount of any deductible, self-insured retention, retrospective loss limitation, or coinsurance obligation shown in any Declarations or endorsement for your new policy from the amount shown for substantially similar coverage in any Declarations or endorsement for your expiring policy, or any change from a loss-sensitive to guaranteed-cost rating plan or vice versa.

- Any other exceptions shown below.

We will apply this approach to claims adjusted under your first new Travelers policy.  Any claim adjusted under a subsequent Travelers policy will be adjusted based only upon the terms and conditions of that policy.

Please review your expiring and new Travelers policies carefully, retain your expiring policy, and contact your agent or broker if you have any questions about this letter. We appreciate your business and thank you for choosing to insure with us.

**ADDITIONAL EXCEPTIONS:**

**TO THE EXTENT THAT THESE EXCEPTIONS DIFFER FROM THOSE PREVIOUSLY
PROVIDED IN ANY NOTICES REGARDING THIS POLICY, THE EXCEPTIONS LISTED
ABOVE WILL CONTROL."**

**PN U3 20 04 19**            © 2019 The Travelers Indemnity Company. All rights reserved.            Page 1 of 2

© 2019 The Travelers Indemnity Company. All rights reserved.    **PN U3 20 04 19**



**TRAVELERS**

POLICY NUMBER: H-660-8F213882-TIL-20

EFFECTIVE DATE: 02-28-20

ISSUE DATE: 03-24-20


LISTING OF FORMS, ENDORSEMENTS AND SCHEDULE NUMBERS

THIS LISTING SHOWS THE NUMBER OF FORMS, SCHEDULES AND ENDORSEMENTS
BY LINE OF BUSINESS.


```
IL T0 02 11 89    COMMON POLICY DECLARATIONS
IL T8 01 10 93    FORMS, ENDORSEMENTS AND SCHEDULE NUMBERS
PN U3 20 04 19    LIBERALIZATION LETTER-GL PRODUCT MODERN
IL T0 01 01 07    COMMON POLICY CONDITIONS
IL T0 03 04 96    LOCATION SCHEDULE
IL T3 02 07 86    CALCULATION OF PREMIUM-COMPOSITE RATE(S)
IL T8 02          GENERAL PURPOSE ENDORSEMENT
IL T8 03          GENERAL PURPOSE ENDORSEMENT
```


COMMERCIAL GENERAL LIABILITY

```
CG T0 01 11 03    COML GENERAL LIABILITY COV PART DEC
CG D3 74 02 19    TOTAL AGGR LIMIT & DESIG LOC AGGR LIMIT
CG T0 08 11 03    KEY TO DECLARATIONS PREMIUM SCHEDULE
CG T0 34 02 19    TABLE OF CONTENTS - COM GEN LIAB COV
CG T1 00 02 19    COMMERCIAL GENERAL LIABILITY COV FORM
CG T8 00          GENERAL PURPOSE ENDORSEMENT
CG T8 01          GENERAL PURPOSE ENDORSEMENT
CG T8 02          GENERAL PURPOSE ENDORSEMENT
CG T8 03          GENERAL PURPOSE ENDORSEMENT
CG T8 04          GENERAL PURPOSE ENDORSEMENT
CG T8 05          GENERAL PURPOSE ENDORSEMENT
CG T8 06          GENERAL PURPOSE ENDORSEMENT
CG D2 69 04 16    ADDL INS-STATE OR POL SUBDIV-PERMITS
CG D3 73 11 05    ADD'L INSURED,OWNERS,LESSEES,CONTRACTORS
CG D4 11 04 08    ADDL INSD-DESIG PERSON OR ORGANIZATION
CG D4 24 07 08    LIMITATION WHEN TWO OR MORE POL APPLY
CG D5 55 02 11    CONTINGENT LIAB - EQUIP LEASED TO OTHERS
CG D7 29 06 14    SECURITY AND LAW ENFORCEMENT SERV COV
CG F5 62 02 09    LIMIT WHEN TWO OR MORE POL APPLY - NY
CG F5 74 05 09    LIMIT WHEN TWO OR MORE POL APPLY - VA
CG F5 88 06 09    LIMIT WHEN TWO OR MORE POL APPLY - TEXAS
CG 20 10 10 01    ADDL INSD-OWNER/LESSEE/CONTRACTOR B
CG 24 04 05 09    WAIVER OF TRANSFER OF RIGHTS OF RECOVERY
CG 24 07 01 96    PROD/COMPL OPERATIONS HAZARD REDEFINED
CG D2 03 12 97    AMEND-NON CUMULATION OF EACH OCC
CG D2 46 04 19    BLANKET AI-W/COMP OPS IF REQ BY CONTRACT
CG D4 32 07 08    COV FOR BI OR PI COEMPL OR COVOL WORK
CG D2 43 01 02    FUNGI OR BACTERIA EXCLUSION
CG D4 21 07 08    AMEND CONTRAC LIAB EXCL-EXC TO NAMED INS
CG D5 51 01 14    EXCLUSION-FORECLOSED PROPERTY LIABILIT
CG D5 59 02 19    EXCLUSION - PORTFOLIO COMPANY
CG D5 67 02 11    EXCLUSION - FIDUCIARY PROPERTY LIABILITY
CG D6 39 05 12    EXCLUSION - PROF FINANCIAL SERVICES
CG D6 99 08 13    AMEND LIQ EXCL-EXCEPT SCHED PREM/ACTIV
```


IL T8 01 10 93                                          PAGE:    1 OF    3

**LOCATION SCHEDULE**                              **POLICY NUMBER:** H-660-8F213882-TIL-20

This Schedule of Locations and Buildings applies to the Common Policy Declarations for the period

02-28-20 to 02-28-21 .

| Loc. No. | Bldg. No. | Address | Occupancy |
|---|---|---|---|
| 1 | 1 | ALL LOCATIONS IN VA<br>RICHMOND, VA 23173 | BANK |
| 2 | 2 | ALL LOCATIONS IN CT<br>HARTFORD, CT 06101 | BANK |
| 3 | 3 | ALL LOCATIONS IN WA<br>DC<br>WASHINGTON, DC 20001 | BANK |
| 4 | 4 | ALL LOCATIONS IN DE<br>DOVER, DE 19901 | BANK |
| 5 | 5 | ALL LOCATIONS IN LA<br>BATON ROUGE, LA 70801 | BANK |
| 6 | 6 | ALL LOCATIONS IN MA<br>BOSTON, MA 02110 | BANK |
| 7 | 7 | ALL LOCATIONS IN MD<br>ANNAPOLIS, MD 21401 | BANK |
| 8 | 8 | ALL LOCATIONS IN NJ<br>TRENTON, NJ 08601 | BANK |
| 9 | 9 | ALL LOCATIONS IN NY<br>ALBANY, NY 12201 | BANK |
| 10 | 10 | ALL LOCATIONS IN TX<br>AUSTIN, TX 78701 | BANK |
| 11 | 11 | ALL LOCATIONS IN PA<br>HARRISBURG, PA 17101 | BANK |
| 12 | 12 | ALL LOCATIONS IN GA<br>ATLANTA, GA 30301 | BANK |
| 13 | 13 | ALL LOCATIONS IN FL<br>TALLAHASSEE, FL 32301-9999 | BANK |

**IL T0 03 04 96**                                         Page     1

**LOCATION SCHEDULE**                    **POLICY NUMBER:** H-660-8F213882-TIL-20

This Schedule of Locations and Buildings applies to the Common Policy Declarations for the period

02-28-20  to  02-28-21 .

| Loc. No. | Bldg. No. | Address | Occupancy |
|---|---|---|---|
| 14 | 14 | ALL LOCATIONS IN TN<br>NASHVILLE, TN 37201 | BANK |
| 15 | 15 | ALL LOCATIONS IN MN<br>SAINT PAUL, MN 55101 | BANK |
| 16 | 16 | ALL LOCATIONS IN IL<br>SPRINGFIELD, IL 62701 | BANK |
| 17 | 17 | ALL LOCATIONS IN OK<br>OKLAHOMA CITY, OK 73101 | BANK |
| 18 | 18 | ALL LOCATIONS IN CA<br>SACRAMENTO, CA 94203 | BANK |
| 19 | 19 | ALL LOCATIONS IN WA<br>OLYMPIA, WA 98501 | BANK |
| 20 | 20 | ALL LOCATIONS IN CO<br>DENVER, CO 80201 | BANK |
| 21 | 21 | ALL LOCATIONS IN AL<br>MONTGOMERY, AL 36101 | BANK |
| 22 | 22 | ALL LOCATIONS IN MO<br>JEFFERSON CITY, MO 65101 | BANK |
| 23 | 23 | ALL LOCATIONS IN NV<br>CARSON CITY, NV 89701 | BANK |
| 24 | 24 | ALL LOCATIONS IN NE<br>LINCOLN, NE 68501 | BANK |
| 25 | 25 | ALL LOCATIONS IN CHARLOTTE<br>CHARLOTTE, NC 28227 | BANK |
| 26 | 26 | 4779 MENARD DR<br>EAU CLAIRE, WI 54703 | OFFICE |

IL T0 03 04 96                                          Page    2  (END)

POLICY NUMBER:  **H-660-8F213882-TIL-20**                    ISSUE DATE:  **03-24-20**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CALCULATION OF PREMIUM - COMPOSITE RATES

**A. SCHEDULE**

1. This endorsement modifies insurance provided under the following Coverage Part(s):

   **COMMERCIAL GENERAL LIABILITY**

2. This endorsement applies to the Declarations from    **02-28-20**    to    **02-28-21**    12:01 A.M. Standard Time at your mailing address shown in the Common Policy Declarations.

3. Definition of Premium Base (Bases):

   **\*AREA**
   **\*ACERAGE**

4. Exceptions (if any) to compositing of premium calculation:

   **CONTINGENT LIABILITY - EQUIPMENT LEASED TO OTHERS**

5. Premium Schedule

| COVERAGE | PREMIUM BASE |
|---|---|
| **COMMERCIAL GENERAL LIABILITY** | **AREA AND ACERAGE** |

| ESTIMATED EXPOSURE | RATE | ADVANCE PREMIUM |
|---|---|---|
| ███████████████ | ████████ | ███████████ |

(If no entry appears above, information required to complete this endorsement will be shown in te Declarations as applicable to this endorsement.)

**B. PROVISIONS**

1. Referring to the Schedule above, the premium for the Coverage Parts shown in item 1, except with respect to any exceptions shown in item 4, shall be computed in accordance with the premium base (bases) and rate (rates) designated in item 5.

2. The premium for the excepted hazards shall be computed in accordance with the rates and rules filed by us or on our behalf.

3. The advance premium stated above is an estimated premium for the Declarations Period. Upon termination of this period, the earned premium shall be computed in accordance with the policy and this endorsement. If the earned premium thus computed exceeds the estimated advance premium paid, you shall pay the excess to us; if less, we shall return to you the unearned paid portion. Rates and premiums for any subsequent Declarations Periods shall be determined at the inception date of those respective periods and shall be specified in endorsements to be added to the policy. After termination of each period, the earned premium shall be computed in accordance with the policy and this endorsement.

**IL T3 02 07 86** (Rev. 12-08)                    Page 1 of 1

POLICY NUMBER: **H-660-8F213882-TIL-20**                          ISSUE DATE: **03-24-20**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CALCULATION OF PREMIUM - COMPOSITE RATES

## A. SCHEDULE

1. This endorsement modifies insurance provided under the following Coverage Part(s):

   **COMMERCIAL GENERAL LIABILITY**

2. This endorsement applies to the Declarations from **02-28-20** to **02-28-21** 12:01 A.M. Standard Time at your mailing address shown in the Common Policy Declarations.

3. Definition of Premium Base (Bases):

   **\*AREA**
   **\*ACERAGE**

4. Exceptions (if any) to compositing of premium calculation:

   **CONTINGENT LIABILITY - EQUIPMENT LEASED TO OTHERS**

5. Premium Schedule

| COVERAGE | PREMIUM BASE |
|---|---|
| **COMMERCIAL GENERAL LIABILITY** | **AREA AND ACREAGE** |

| ESTIMATED EXPOSURE | RATE | ADVANCE PREMIUM |
|---|---|---|
| ████████████████ | | ██████ |

(If no entry appears above, information required to complete this endorsement will be shown in te Declarations as applicable to this endorsement.)

## B. PROVISIONS

1. Referring to the Schedule above, the premium for the Coverage Parts shown in item 1, except with respect to any exceptions shown in item 4, shall be computed in accordance with the premium base (bases) and rate (rates) designated in item 5.

2. The premium for the excepted hazards shall be computed in accordance with the rates and rules filed by us or on our behalf.

3. The advance premium stated above is an estimated premium for the Declarations Period. Upon termination of this period, the earned premium shall be computed in accordance with the policy and this endorsement. If the earned premium thus computed exceeds the estimated advance premium paid, you shall pay the excess to us; if less, we shall return to you the unearned paid portion. Rates and premiums for any subsequent Declarations Periods shall be determined at the inception date of those respective periods and shall be specified in endorsements to be added to the policy. After termination of each period, the earned premium shall be computed in accordance with the policy and this endorsement.

**IL T3 02 07 86** (Rev. 12-08)                                      Page 1 of 1

POLICY NUMBER: **H-660-8F213882-TIL-20**                      ISSUE DATE: **03-24-20**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CALCULATION OF PREMIUM - COMPOSITE RATES

## A. SCHEDULE

1. This endorsement modifies insurance provided under the following Coverage Part(s):

   **COMMERCIAL GENERAL LIABILITY**

2. This endorsement applies to the Declarations from    **02-28-20**   to   **02-28-21**   12:01 A.M. Standard Time at your mailing address shown in the Common Policy Declarations.

3. Definition of Premium Base (Bases):

   **\*EACH**

4. Exceptions (if any) to compositing of premium calculation:

   **CONTINGENT LIABILITY - EQUIPMENT LEASED TO OTHERS**

5. Premium Schedule

| COVERAGE | PREMIUM BASE |
|---|---|
| **COMMERCIAL GENERAL LIABILITY** | **EACH GUARD** |

| ESTIMATED EXPOSURE | RATE | ADVANCE PREMIUM |
|---|---|---|
|  |  |  |

(If no entry appears above, information required to complete this endorsement will be shown in te Declarations as applicable to this endorsement.)

## B. PROVISIONS

1. Referring to the Schedule above, the premium for the Coverage Parts shown in item 1, except with respect to any exceptions shown in item 4, shall be computed in accordance with the premium base (bases) and rate (rates) designated in item 5.

2. The premium for the excepted hazards shall be computed in accordance with the rates and rules filed by us or on our behalf.

3. The advance premium stated above is an estimated premium for the Declarations Period. Upon termination of this period, the earned premium shall be computed in accordance with the policy and this endorsement. If the earned premium thus computed exceeds the estimated advance premium paid, you shall pay the excess to us; if less, we shall return to you the unearned paid portion. Rates and premiums for any subsequent Declarations Periods shall be determined at the inception date of those respective periods and shall be specified in endorsements to be added to the policy. After termination of each period, the earned premium shall be computed in accordance with the policy and this endorsement.

**IL T3 02 07 86** (Rev. 12-08)                                      Page 1 of 1

POLICY NUMBER:  H-660-8F213882-TIL-20                                                          GENERAL PURPOSE ENDORSEMENT

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# NOTICE OF CANCELLATION PROVIDED BY US TO PERSONS OR ORGANIZATIONS AS REQUIRED BY WRITTEN CONTRACT

This endorsement modifies insurance provided under the following:

    ALL COVERAGE PARTS INCLUDED IN THIS POLICY

The following is added to Paragraph **A.**, **Cancellation**, of the **COMMON POLICY CONDITIONS** Section:

If we cancel your policy for any reason other than nonpayment of premium, we will mail or deliver our notice of cancellation to any person or organization to whom you agreed to provide such notice in a written contract, but only if:

**a.**  You send us a written request to provide such cancellation notice, including the name and address of such person or organization after the first Named Insured received notice from us of the cancellation of this policy; and

**b.**  We receive such written request from you at least 14 days before the applicable number of days for notice to be given as required in that written contract.

**IL T8 02**                          © 2020 The Travelers Indemnity Company.                          Page 1 of 1
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

POLICY NUMBER:  H-660-8F213882-TIL-20    GENERAL PURPOSE ENDORSEMENT

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

## 24 MONTH CONTINUOUS INSURANCE TERM

This endorsement modifies insurance provided under the following:

ALL COVERAGE PARTS INCLUDED IN THIS POLICY

**PROVISIONS**

1.  The following is added to the **COMMON POLICY CONDITIONS**:

    **24 MONTH CONTINUOUS INSURANCE TERM**

    1.  This insurance will have a continuous insurance term of 24 months comprised of an annual policy period and a 12 month extension period that begins on the ending date of the policy period shown on the Declarations and continues until the date 12 months after the ending date of the policy period shown on the Declarations, unless this insurance is cancelled.

    2.  We will issue a policy for an annual period, and the limits of insurance and all of the policy terms and conditions will apply for the annual policy period shown on the Declarations.  The continuous insurance term does not extend or alter the annual policy period of any policy issued.

    3.  We will provide a continuous insurance term of 24 months subject to the following conditions:

        a.  You provide us with written confirmation within 7 days prior to the ending date of the policy period shown on the Declarations and prior to each renewal of the policy that the insurance is intended by you to attempt to qualify for reduction in your regulatory capital requirement for operational risk; and

        b.  You pay us premium for each annual period within the continuous insurance term due:

            (1) On the effective date of the policy period shown on the Declarations if the policy is renewed; or

            (2) The ending date of the policy period shown on the Declarations if the 12 month extension period is invoked.

    4.  The annual policy in effect and the continuous insurance term will terminate:

        a.  On a mutually agreed termination date if you and we jointly agree to terminate this insurance; or

        b.  On the effective date of any similar other insurance purchased by you that replaces, in whole or in part, the insurance provided by this policy, unless we agree otherwise in writing.

2.  The following is added to Paragraph **E.**, **Premium**, of the **COMMON POLICY CONDITIONS**:

    Changes in premium rates and policy terms and conditions, if any, for the next annual renewal period are shown in the Schedule of Future Changes.

    Premium is due at the inception of each policy period for each annual policy issued or, if invoked, at the inception of the 12 month extension period on the ending date of the policy period shown on the Declarations.

3.  The following replaces Paragraph **2.** in Paragraph **A.**, **Cancellation**, of the **COMMON POLICY CONDITIONS**:

    2.  We may cancel this insurance by mailing or delivering to you written notice of cancellation:

        a.  At least 15 days before the effective date of cancellation if we cancel for non-payment of premium;

        b.  Prior to the ending date of the policy period shown on the Declarations with the effective date of cancellation no earlier than the termination of the 12 month extension period on the date 12 months after the ending date of the policy period shown on the Declarations; or

        c.  At least 90 days before the effective date of cancellation for any of the following reasons:

            (1) Fraud, misconduct or material misrepresentation by you in connection with this insurance;

            (2) The merger or consolidation of you with another organization in which you are not the controlling entity; or

            (3) Any change in law rendering this insurance illegal.

IL T8 03   © 2020 The Travelers Indemnity Company. All rights reserved.   Page 1 of 2

POLICY NUMBER:  H-660-8F213882-TIL-20    GENERAL PURPOSE ENDORSEMENT

4.  The following is added to Paragraph **A.**, **Cancellation**, of the **COMMON POLICY CONDITIONS**:

You or we may cancel this insurance by mailing or delivering to the other written notice of cancellation The effective date of such cancellation will be no earlier than the termination of the 12 month extension period on the date 12 months after the ending date of the policy period shown on the Declarations if cancelled by us.

In the event that you or we cancel the policy for failure to reach agreement on renewal premium rates or policy terms and conditions, the policy terms and conditions during the 12 month extension period will remain as shown on the schedule of future changes, except the 24 Month Continuous Insurance Term endorsement and Schedule of Future Changes will no longer apply after the ending date of the policy period shown on the Declarations.

5.  The following replaces the last paragraph of **SECTION III – LIMITS OF INSURANCE**:

The limits of insurance apply separately to each consecutive annual policy period, to the 12 month extension period and to any remaining period of less than 12 months. The policy period begins and ends with the effective dates shown on the Declarations.

**IL T8 03**              © 2020 The Travelers Indemnity Company. All rights reserved.              Page 2 of 2

# GENERAL LIABILITY

# GENERAL LIABILITY

 **TRAVELERS**

One Tower Square, Hartford, Connecticut  06183

| | |
|---|---|
| **COMMERCIAL GENERAL LIABILITY** | **POLICY NO.:** H-660-8F213882-TIL-20 |
| **COVERAGE PART DECLARATIONS** | **ISSUE DATE:** 03-24-20 |

**INSURING COMPANY:**
TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

**DECLARATIONS PERIOD:**  From 02-28-20  to  02-28-21   12:01 A.M. Standard Time at your mailing address shown in the Common Policy Declarations.

The Commercial General Liability Coverage Part consists of these Declarations and the Coverage Form shown below.

1.  **COVERAGE AND LIMITS OF INSURANCE:**

| COMMERCIAL GENERAL LIABILITY COVERAGE FORM | LIMITS OF INSURANCE |
|---|---|
| General Aggregate Limit<br>(Other than Products-Completed Operations) | $    3,000,000 |
| Products-Completed Operations Aggregate Limit | $    2,000,000 |
| Personal & Advertising Injury Limit | $    1,000,000 |
| Each Occurrence Limit | $    1,000,000 |
| Damage To Premises Rented To You Limit (any one premises) | $    1,000,000 |
| Medical Expense Limit (any one person) | $       10,000 |

2.  **AUDIT PERIOD:** NONE

3.  **FORM OF BUSINESS:** CORPORATION

4.  **NUMBERS OF FORMS, SCHEDULES AND ENDORSEMENTS FORMING PART OF THIS COVERAGE PART ARE ATTACHED AS A SEPARATE LISTING.**

## COMMERCIAL GENERAL LIABILITY COVERAGE
## IS SUBJECT TO A GENERAL AGGREGATE LIMIT

**CG T0 01 11 03**                                                                 Page 1 of 1

PRODUCER: **MARSH USA-RICHMOND**            47011        OFFICE: **ATLANTA**                  005

POLICY NUMBER: **H-660-8F213882-TIL-20**

COMMERCIAL GENERAL LIABILITY
ISSUE DATE: **03-24-20**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY

# TOTAL AGGREGATE LIMIT AND DESIGNATED LOCATION AGGREGATE LIMIT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

### SCHEDULE – LIMITS OF INSURANCE AND DESIGNATED LOCATIONS
### LIMITS OF INSURANCE

| | |
|---|---|
| **Total Aggregate Limit** (Other Than Products-Completed Operations) | **$ 20,000,000** |
| **Designated Location Aggregate Limit** (Other Than Products-Completed Operations) | **$ 2,000,000** |
| **General Aggregate Limit** (Other Than Products-Completed Operations) | **$ 3,000,000** |

**Designated Locations:** **LOCATIONS PER THE MOST CURRENT SCHEDULE ON FILE WITH THE COMPANY.**

**PROVISIONS**

1. The General Aggregate Limit (Other Than Products-Completed Operations) shown in the Declarations is replaced by the Limits of Insurance shown in the Schedule – Limits Of Insurance And Designated Locations.

2. The following replaces Paragraph **1.** of **SECTION III – LIMITS OF INSURANCE** :

   1. The Limits of Insurance shown in the Declarations or the Schedule – Limits Of Insurance And Designated Locations, whichever apply, and the rules below fix the most we will pay regardless of the number of:

      a. Insureds;

      b. Claims made or "suits" brought;

      c. Persons or organizations making claims or bringing "suits"; or

      d. "Locations".

3. The following replaces Paragraph **2.** of **SECTION III – LIMITS OF INSURANCE**:

   2. **a.** The Total Aggregate Limit shown in the Schedule – Limits Of Insurance And Designated Locations is the most we will pay for the sum of all amounts under the Designated Location Aggregate Limit and all amounts under the General Aggregate Limit. This includes:

      (1) Damages under Coverage **A** , except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard";

      (2) Damages under Coverage **B**; and

      (3) Medical expenses under Coverage **C**.

   **b.** Subject to the Total Aggregate Limit described in Paragraph **2.a.** above, the Designated Location Aggregate Limit shown in the Schedule – Limits Of Insurance And Designated Locations applies and is further subject to all of the following provisions:

      (1) The Designated Location Aggregate Limit is the most we will pay for the sum of:

         (a) Damages under Coverage **A** because of "bodily injury" and "property damage" caused by "occurrences"; and

         (b) Medical expenses under Coverage **C** for "bodily injury" caused by accidents;

      that can be attributed only to operations at a single "location".

**CG D3 74 02 19**

© 2017 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Page 1 of 2

**(2)** The Designated Location Aggregate Limit applies separately to each "location".

**(3)** The Designated Location Aggregate Limit does not apply to damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard". Instead, the Products-Completed Operations Aggregate Limit described in Paragraph **3.** below applies to such damages.

**(4)** The Designated Location Aggregate Limit does not apply to damages under Coverage **B**. Instead, the General Aggregate Limit described in Paragraph **2.c.** below applies to such damages.

**(5)** Any payments made for damages or medical expenses to which the Designated Location Aggregate Limit applies will reduce:

**(a)** The Total Aggregate Limit; and

**(b)** The Designated Location Aggregate Limit for the "location".

Such payments will not reduce the General Aggregate Limit described in Paragraph **2.c.** below, nor will they reduce the Designated Location Aggregate Limit for any other "location".

**c.** Subject to the Total Aggregate Limit described in Paragraph **2.a.** above, the General Aggregate Limit shown in the Schedule – Limits Of Insurance And Designated Locations applies and is further subject to all of the following provisions:

**(1)** The General Aggregate Limit is the most we will pay for the sum of:

**(a)** Damages under Coverage **A** because of "bodily injury" and "property damage" caused by "occurrences", and medical expenses under Coverage **C** for "bodily injury" caused by

accidents, that cannot be attributed only to operations at a single "location"; and

**(b)** Damages under Coverage **B**.

**(2)** The General Aggregate Limit does not apply to damages for "bodily injury" or "property damage" included in the "products-completed operations hazard". Instead, the Products-Completed Operations Aggregate Limit described in Paragraph **3.** below applies to such damages.

**(3)** Any payments made for damages or medical expenses to which the General Aggregate Limit applies will reduce both the Total Aggregate Limit and the General Aggregate Limit. Such payments will not reduce the Designated Location Aggregate Limit for any "location".

**4.** The following replaces Paragraph **3.** of **SECTION III – LIMITS OF INSURANCE**:

**3.** The Products-Completed Operations Aggregate Limit shown in the Declarations is the most we will pay under Coverage **A** for damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard". Any payments made for such damages will not reduce the Total Aggregate Limit, the General Aggregate Limit or the Designated Location Aggregate Limit for any "location".

**5.** The following is added to the **DEFINITIONS** Section, but only for purposes of the Designated Location shown in the Schedule – Limits Of Insurance And Designated Locations:

"Location" means any designated location shown in the Schedule – Limits Of Insurance And Designated Locations that is owned by or rented to you. For the purposes of determining the applicable aggregate limit of insurance, each "location" that includes a premises involving the same or connecting lots, or premises whose connection is interrupted only by a street, roadway or waterway, or by a right-of-way of a railroad, will be considered a single "location".

 © 2017 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission. **CG D3 74 02 19**

## KEY TO DECLARATIONS PREMIUM SCHEDULE

**ABBREVIATIONS:**

CLASS DESCRIPT  –  means CLASS DESCRIPTION

LOC/BLDG NO.  –  means LOCATION/BUILDING NUMBER

OPN NO.  –  means OPERATION NUMBER

PREM/OPS  –  means PREMISES/OPERATIONS

PROD/C-OPS  –  means PRODUCTS/COMPLETED OPERATIONS

**PREMIUM BASE:**

| Key Letter | Premium Base | How Rates Apply |
|---|---|---|
| a | Area | per 1,000 square feet |
| c | Total Cost | per $1,000 of total cost |
| m | Admissions | per 1,000 admissions |
| o | Total Operating Expense | per $1,000 of total operating expenditures |
| p | Payroll | per $1,000 of payroll |
| s | Gross Sales | per $1,000 of gross sales |
| t | (see note* below) | (see note* below) |
| u | Units | per unit |

\*　Premium base t applies for a number of rarely used premium bases.
The specific base and how rates apply are shown with the Class Description
on the DECLARATIONS-PREMIUM SCHEDULE.

**CG T0 08 11 03**　　　　Copyright, The Travelers Indemnity Company, 2003　　　　Page 1 of 1

## TABLE OF CONTENTS

# COMMERCIAL GENERAL LIABILITY COVERAGE FORM CG T1 00 02 19

SECTION I – COVERAGES                                              Beginning on Page

Coverage A –
**Bodily Injury and Property**          Insuring Agreement ........................................................1
**Damage Liability**

Exclusions ...................................................................... 2

Coverage B –
**Personal and Advertising**            Insuring Agreement ........................................................6
**Injury Liability**

Exclusions ......................................................................6

Coverage C –
**Medical Payments**                    Insuring Agreement ........................................................9

Exclusions ..................................................................... 9

Supplementary Payments .......................................................................................10

SECTION II – WHO IS AN INSURED ........................................................................11

SECTION III – LIMITS OF INSURANCE .....................................................................13

SECTION IV – COMMERCIAL GENERAL LIABILITY CONDITIONS .......................................13

Bankruptcy ................................................................................................................13
Duties In The Event Of Occurrence, Offense, Claim Or Suit ...............................................13
Legal Action Against Us ................................................................................................14
Other Insurance ..........................................................................................................15
Premium Audit ............................................................................................................16
Representations ...........................................................................................................16
Separation Of Insureds .................................................................................................16
Transfer Of Rights Of Recovery Against Others To Us ........................................................16
When We Do Not Renew ...............................................................................................16

SECTION V – DEFINITIONS ..................................................................................16

CG T0 34 02 19

# COMMERCIAL GENERAL LIABILITY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under this policy. The words "we", "us" and "our" refer to the company providing this insurance.

The word "insured" means any person or organization qualifying as such under Section **II** – Who Is An Insured.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **V** – Definitions.

## SECTION I – COVERAGES

## COVERAGE A – BODILY INJURY AND PROPERTY DAMAGE LIABILITY

**1. Insuring Agreement**

a. We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. We may, at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result. But:

(1) The amount we will pay for damages is limited as described in Section **III** – Limits Of Insurance; and

(2) Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C**.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments.

b. This insurance applies to "bodily injury" and "property damage" only if:

(1) The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory";

(2) The "bodily injury" or "property damage" occurs during the policy period; and

(3) Prior to the policy period, no insured listed under Paragraph **1.** of Section **II** – Who Is An Insured and no "employee" authorized by you to give or receive notice of an "occurrence" or claim knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed insured or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known prior to the policy period.

c. "Bodily injury" or "property damage" which occurs during the policy period and was not, prior to the policy period, known to have occurred by any insured listed under Paragraph **1.** of Section **II** – Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim, includes any continuation, change or resumption of that "bodily injury" or "property damage" after the end of the policy period.

d. "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any insured listed under Paragraph **1.** of Section **II** – Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim:

(1) Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;

(2) Receives a written or verbal demand or claim for damages because of the "bodily injury" or "property damage"; or

(3) Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.

**CG T1 00 02 19**

© 2017 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Page 1 of 21

COMMERCIAL GENERAL LIABILITY

**e.** Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".

**2. Exclusions**

This insurance does not apply to:

**a. Expected Or Intended Injury**

"Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" or "property damage" resulting from the use of reasonable force to protect persons or property.

**b. Contractual Liability**

"Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

**(1)** That the insured would have in the absence of the contract or agreement; or

**(2)** Assumed in a contract or agreement that is an "insured contract", provided that the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement. Solely for the purposes of liability assumed in an "insured contract", reasonable attorneys' fees and necessary litigation expenses incurred by or for a party other than an insured will be deemed to be damages because of "bodily injury" or "property damage", provided that:

**(a)** Liability to such party for, or for the cost of, that party's defense has also been assumed in the same "insured contract"; and

**(b)** Such attorneys' fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged.

**c. Liquor Liability**

"Bodily injury" or "property damage" for which any insured may be held liable by reason of:

**(1)** Causing or contributing to the intoxication of any person;

**(2)** The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

**(3)** Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies only if you are in the business of manufacturing, distributing, selling, serving or furnishing alcoholic beverages. For the purposes of this exclusion, permitting a person to bring alcoholic beverages on your premises, for consumption on your premises, whether or not a fee is charged or a license is required for such activity, is not by itself considered the business of selling, serving or furnishing alcoholic beverages.

**d. Workers' Compensation And Similar Laws**

Any obligation of the insured under a workers' compensation, disability benefits or unemployment compensation law or any similar law.

**e. Employer's Liability**

"Bodily injury" to:

**(1)** An "employee" of the insured arising out of and in the course of:

**(a)** Employment by the insured; or

**(b)** Performing duties related to the conduct of the insured's business; or

**(2)** The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph **(1)** above.

This exclusion applies whether the insured may be liable as an employer or in any other capacity and to any obligation to share damages with or repay someone else who must pay damages because of the injury.

This exclusion does not apply to liability assumed by the insured under an "insured contract".

**f. Pollution**

**(1)** "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

**(a)** At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to, any insured. However, this subparagraph does not apply to:

**(i)** "Bodily injury" if sustained within a building and caused by smoke, fumes, vapor or soot produced by or originating from equipment that

© 2017 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.
**CG T1 00 02 19**

COMMERCIAL GENERAL LIABILITY

is used to heat, cool or dehumidify the building, or produced by or originating from equipment that is used to heat water for personal use by the building's occupants or their guests;

**(ii)** "Bodily injury" or "property damage" for which you may be held liable, if you are a contractor and the owner or lessee of such premises, site or location has been added to your policy as an additional insured with respect to your ongoing operations performed for that additional insured at that premises, site or location and such premises, site or location is not and never was owned or occupied by, or rented or loaned to, any insured, other than that additional insured; or

**(iii)** "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire";

**(b)** At or from any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste;

**(c)** If such "pollutants" are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for:

**(i)** Any insured; or

**(ii)** Any person or organization for whom you may be legally responsible;

**(d)** At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the "pollutants" are brought on or to the premises, site or location in connection with such operations by such insured, contractor or subcontractor. However, this subparagraph does not apply to:

**(i)** "Bodily injury" or "property damage" arising out of the escape of fuels, lubricants or other operating fluids which are needed

to perform the normal electrical, hydraulic or mechanical functions necessary for the operation of "mobile equipment" or its parts, if such fuels, lubricants or other operating fluids escape from a vehicle part designed to hold, store or receive them. This exception does not apply if the "bodily injury" or "property damage" arises out of the intentional discharge, dispersal or release of the fuels, lubricants or other operating fluids, or if such fuels, lubricants or other operating fluids are brought on or to the premises, site or location with the intent that they be discharged, dispersed or released as part of the operations being performed by such insured, contractor or subcontractor;

**(ii)** "Bodily injury" or "property damage" sustained within a building and caused by the release of gases, fumes or vapors from materials brought into that building in connection with operations being performed by you or on your behalf by a contractor or subcontractor; or

**(iii)** "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire"; or

**(e)** At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are or were at any time performing operations to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants".

**(2)** Any loss, cost or expense arising out of any:

**(a)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

---

**CG T1 00 02 19**    © 2017 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.    Page 3 of 21

5.  Subject to **2.** or **3.** above, whichever applies, the Each Occurrence Limit is the most we will pay for the sum of:

    a.  Damages under Coverage **A**;

    b.  Medical expenses under Coverage **C**; and

    c.  "Robbery injury expenses" under Coverage - **Robbery Injury Expenses**

    because of all "bodily injury" and "property damage" arising out of any one "occurrence".

D.  The following is added to **SECTION III – LIMITS OF INSURANCE**:

    Subject to **5.** above, the Robbery Injury Expenses Any One Occurrence Limit shown in the Schedule Of Robbery Injury Expenses Limits is the most we will pay for all "robbery injury expenses" because of "robbery injury", other than "bodily injury", sustained in any one robbery or attempted robbery. Subject to **2.** above, and regardless of the number of "robbery injuries" in a policy period, the Robbery Injury Expenses Policy Period Limit shown in the Schedule Of Robbery Injury Expenses Limits is the most we will pay for all "robbery injury expenses" because of "robbery injury", other than "bodily injury", sustained in any one policy period.

E.  The following is added to the **DEFINITIONS** Section:

    "Professional counseling services" means:

    a.  Psychological services;

    b.  Psychiatric services; or

    c.  Other similar types of services.

    "Robbery injury" means mental anguish, mental injury, mental illness or emotional distress that is sustained by any natural person and caused by robbery or attempted robbery at one of your:

    a.  Locations; or

    b.  Mobile banking centers, but only when such mobile banking center is in a stationary position and being utilized for providing banking services; and

    is promptly reported to the police.

    "Robbery injury expenses" means the reasonable expenses for "professional counseling services".

COMMERCIAL GENERAL LIABILITY

**(b)** Claim or suit by or on behalf of any governmental authority or any other person or organization because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

**g. Aircraft, Auto Or Watercraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading".

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft that is owned or operated by or rented or loaned to any insured.

This exclusion does not apply to:

**(1)** A watercraft while ashore on premises you own or rent;

**(2)** A watercraft you do not own that is:

**(a)** 50 feet long or less; and

**(b)** Not being used to carry any person or property for a charge;

**(3)** Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or the insured;

**(4)** Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft;

**(5)** "Bodily injury" or "property damage" arising out of:

**(a)** The operation of machinery or equipment that is attached to, or part of, a land vehicle that would qualify as "mobile equipment" under the definition of "mobile equipment" if such land vehicle were not subject to a compulsory or financial responsibility law, or other motor vehicle insurance law, where it is licensed or principally garaged; or

**(b)** The operation of any of the machinery or equipment listed in Paragraph **f.(2)** or **f.(3)** of the definition of "mobile equipment"; or

**(6)** An aircraft that is:

**(a)** Chartered with a pilot to any insured;

**(b)** Not owned by any insured; and

**(c)** Not being used to carry any person or property for a charge.

**h. Mobile Equipment**

"Bodily injury" or "property damage" arising out of:

**(1)** The transportation of "mobile equipment" by an "auto" owned or operated by or rented or loaned to any insured; or

**(2)** The use of "mobile equipment" in, or while in practice for, or while being prepared for, any prearranged racing, speed, demolition, or stunting activity.

**i. War**

"Bodily injury" or "property damage" arising out of:

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**j. Damage To Property**

"Property damage" to:

**(1)** Property you own, rent, or occupy, including any costs or expenses incurred by you, or any other person, organization or entity, for repair, replacement, enhancement, restoration or maintenance of such property for any reason, including prevention of injury to a person or damage to another's property;

**(2)** Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises;

**(3)** Property loaned to you;

**(4)** Personal property in the care, custody or control of the insured;

Page 4 of 21 © 2017 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission. **CG T1 00 02 19**

**(5)** That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the "property damage" arises out of those operations; or

**(6)** That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

Paragraphs **(1)**, **(3)** and **(4)** of this exclusion do not apply to "premises damage". A separate limit of insurance applies to "premises damage" as described in Paragraph **6.** of Section **III** – Limits Of Insurance.

Paragraph **(2)** of this exclusion does not apply if the premises are "your work" and were never occupied, rented or held for rental by you.

Paragraphs **(3)**, **(4)**, **(5)** and **(6)** of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraph **(6)** of this exclusion does not apply to "property damage" included in the "products-completed operations hazard".

**k. Damage To Your Product**

"Property damage" to "your product" arising out of it or any part of it.

**l. Damage To Your Work**

"Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard".

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

**m. Damage To Impaired Property Or Property Not Physically Injured**

"Property damage" to "impaired property" or property that has not been physically injured, arising out of:

**(1)** A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work"; or

**(2)** A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and

accidental physical injury to "your product" or "your work" after it has been put to its intended use.

**n. Recall Of Products, Work Or Impaired Property**

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

**(1)** "Your product";

**(2)** "Your work"; or

**(3)** "Impaired property";

if such product, work, or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

**o. Personal And Advertising Injury**

"Bodily injury" arising out of "personal and advertising injury".

**p. Electronic Data**

Damages arising out of the loss of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate "electronic data".

However, this exclusion does not apply to liability for damages because of "bodily injury".

**q. Unsolicited Communication**

"Bodily injury" or "property damage" arising out of any actual or alleged violation of any law that restricts or prohibits the sending, transmitting or distributing of "unsolicited communication".

**r. Access Or Disclosure Of Confidential Or Personal Information**

"Bodily injury" or "property damage" arising out of any access to or disclosure of any person's or organization's confidential or personal information.

**s. Asbestos**

**(1)** "Bodily injury" or "property damage" arising out of the actual or alleged presence or actual, alleged or threatened dispersal of asbestos, asbestos fibers or products containing asbestos, provided that the "bodily injury" or "property damage" is caused or contributed to by the hazardous properties of asbestos.

**CG T1 00 02 19**        © 2017 The Travelers Indemnity Company. All rights reserved.        Page 5 of 21
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

COMMERCIAL GENERAL LIABILITY

**(2)** "Bodily injury" or "property damage" arising out of the actual or alleged presence or actual, alleged or threatened dispersal of any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapors, soot, fumes, acids, alkalis, chemicals and waste, and that are part of any claim or "suit" which also alleges any "bodily injury" or "property damage" described in Paragraph **(1)** above.

**(3)** Any loss, cost or expense arising out of any:

**(a)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, asbestos, asbestos fibers or products containing asbestos; or

**(b)** Claim or suit by or on behalf of any governmental authority or any other person or organization because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, asbestos, asbestos fibers or products containing asbestos.

**t.** **Employment-Related Practices**

"Bodily injury" to:

**(1)** A person arising out of any:

**(a)** Refusal to employ that person;

**(b)** Termination of that person's employment; or

**(c)** Employment-related practice, policy, act or omission, such as coercion, demotion, evaluation, reassignment, discipline, failure to promote or advance, harassment, humiliation, discrimination, libel, slander, violation of the person's right of privacy, malicious prosecution or false arrest, detention or imprisonment applied to or directed at that person, regardless of whether such practice, policy, act or omission occurs, is applied or is committed before, during or after the time of that person's employment; or

**(2)** The spouse, child, parent, brother or sister of that person as a consequence of "bodily injury" to that person at whom any of the employment-related practices described in Paragraph **(a)**, **(b)**, or **(c)** above is directed.

This exclusion applies whether the insured may be liable as an employer or in any other capacity and to any obligation to share damages with or repay someone else who must pay damages because of the "bodily injury".

Exclusions **c.** through **n.** do not apply to "premises damage". A separate limit of insurance applies to "premises damage" as described in Paragraph **6.** of Section **III** – Limits Of Insurance.

**COVERAGE B – PERSONAL AND ADVERTISING INJURY LIABILITY**

**1.** **Insuring Agreement**

**a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "personal and advertising injury" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "personal and advertising injury" to which this insurance does not apply. We may, at our discretion, investigate any offense and settle any claim or "suit" that may result. But:

**(1)** The amount we will pay for damages is limited as described in Section **III** – Limits Of Insurance; and

**(2)** Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C**.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments.

**b.** This insurance applies to "personal and advertising injury" caused by an offense arising out of your business but only if the offense was committed in the "coverage territory" during the policy period.

**2.** **Exclusions**

This insurance does not apply to:

**a.** **Knowing Violation Of Rights Of Another**

"Personal and advertising injury" caused by or at the direction of the insured with the knowledge that the act would violate the rights of another and would inflict "personal and advertising injury".

 © 2017 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission. **CG T1 00 02 19**

COMMERCIAL GENERAL LIABILITY

This exclusion does not apply to "personal injury" caused by malicious prosecution.

**b. Material Published With Knowledge Of Falsity**

"Personal and advertising injury" arising out of oral or written publication, including publication by electronic means, of material, if done by or at the direction of the insured with knowledge of its falsity.

**c. Material Published Or Used Prior To Policy Period**

(1) "Personal and advertising injury" arising out of oral or written publication, including publication by electronic means, of material whose first publication took place before the beginning of the policy period; or

(2) "Advertising injury" arising out of infringement of copyright, "title" or "slogan" in your "advertisement" whose first infringement in your "advertisement" was committed before the beginning of the policy period.

**d. Criminal Acts**

"Personal and advertising injury" arising out of a criminal act committed by or at the direction of the insured.

**e. Contractual Liability**

"Personal and advertising injury" for which the insured has assumed liability in a contract or agreement. This exclusion does not apply to liability for damages:

(1) That the insured would have in the absence of the contract or agreement; or

(2) Because of "personal injury" assumed by you in a contract or agreement that is an "insured contract", provided that the "personal injury" is caused by an offense committed subsequent to the execution of the contract or agreement. Solely for the purposes of liability assumed by you in an "insured contract", reasonable attorneys' fees and necessary litigation expenses incurred by or for a party other than an insured will be deemed to be damages because of "personal injury", provided that:

(a) Liability to such party for, or for the cost of, that party's defense has also been assumed by you in the same "insured contract"; and

(b) Such attorneys' fees and litigation expenses are for defense of that party

against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged.

**f. Breach Of Contract**

"Advertising injury" arising out of a breach of contract.

**g. Quality Or Performance Of Goods – Failure To Conform To Statements**

"Advertising injury" arising out of the failure of goods, products or services to conform with any statement of quality or performance made in your "advertisement".

**h. Wrong Description Of Prices**

"Advertising injury" arising out of the wrong description of the price of goods, products or services stated in your "advertisement".

**i. Intellectual Property**

"Personal and advertising injury" arising out of any actual or alleged infringement or violation of any of the following rights or laws, or any other "personal and advertising injury" alleged in any claim or "suit" that also alleges any such infringement or violation:

(1) Copyright;

(2) Patent;

(3) Trade dress;

(4) Trade name;

(5) Trademark;

(6) Trade secret; or

(7) Other intellectual property rights or laws.

This exclusion does not apply to:

(1) "Advertising injury" arising out of any actual or alleged infringement or violation of another's copyright, "title" or "slogan" in your "advertisement"; or

(2) Any other "personal and advertising injury" alleged in any claim or "suit" that also alleges any such infringement or violation of another's copyright, "title" or "slogan" in your "advertisement".

**j. Insureds In Media And Internet Type Businesses**

"Personal and advertising injury" caused by an offense committed by an insured whose business is:

(1) Advertising, "broadcasting" or publishing;

CG T1 00 02 19         © 2017 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.         Page 7 of 21

COMMERCIAL GENERAL LIABILITY

**(2)** Designing or determining content of websites for others; or

**(3)** An Internet search, access, content or service provider.

However, this exclusion does not apply to Paragraphs **a.(1)**, **(2)** and **(3)** of the definition of "personal injury".

For the purposes of this exclusion:

**(1)** Creating and producing correspondence written in the conduct of your business, bulletins, financial or annual reports, or newsletters about your goods, products or services will not be considered the business of publishing; and

**(2)** The placing of frames, borders or links, or advertising, for you or others anywhere on the Internet will not, by itself, be considered the business of advertising, "broadcasting" or publishing.

**k. Electronic Chatrooms Or Bulletin Boards**

"Personal and advertising injury" arising out of an electronic chatroom or bulletin board the insured hosts or owns, or over which the insured exercises control.

**l. Unauthorized Use Of Another's Name Or Product**

"Personal and advertising injury" arising out of the unauthorized use of another's name or product in your e-mail address, domain name or metatag, or any other similar tactics to mislead another's potential customers.

**m. Pollution**

"Personal and advertising injury" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

**n. Pollution-Related**

Any loss, cost or expense arising out of any:

**(1)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

**(2)** Claim or suit by or on behalf of any governmental authority or any other person or organization because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or

neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

**o. War**

"Personal and advertising injury" arising out of:

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**p. Unsolicited Communication**

"Personal and advertising injury" arising out of any actual or alleged violation of any law that restricts or prohibits the sending, transmitting or distributing of "unsolicited communication".

**q. Access Or Disclosure Of Confidential Or Personal Information**

"Personal and advertising injury" arising out of any access to or disclosure of any person's or organization's confidential or personal information.

**r. Asbestos**

**(1)** "Personal and advertising injury" arising out of the actual or alleged presence or actual, alleged or threatened dispersal of asbestos, asbestos fibers or products containing asbestos, provided that the "personal and advertising injury" is caused or contributed to by the hazardous properties of asbestos.

**(2)** "Personal and advertising injury" arising out of the actual or alleged presence or actual, alleged or threatened dispersal of any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapors, soot, fumes, acids, alkalis, chemicals and waste, and that are part of any claim or "suit" which also alleges any "personal and advertising injury" described in Paragraph **(1)** above.

**(3)** Any loss, cost or expense arising out of any:

**(a)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or

    © 2017 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.    **CG T1 00 02 19**

COMMERCIAL GENERAL LIABILITY

assess the effects of, asbestos, asbestos fibers or products containing asbestos; or

**(b)** Claim or suit by or on behalf of any governmental authority or any other person or organization because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, asbestos, asbestos fibers or products containing asbestos.

**s. Employment-Related Practices**

"Personal injury" to:

**(1)** A person arising out of any:

**(a)** Refusal to employ that person;

**(b)** Termination of that person's employment; or

**(c)** Employment-related practice, policy, act or omission, such as coercion, demotion, evaluation, reassignment, discipline, failure to promote or advance, harassment, humiliation, discrimination, libel, slander, violation of the person's right of privacy, malicious prosecution or false arrest, detention or imprisonment applied to or directed at that person, regardless of whether such practice, policy, act or omission occurs, is applied or is committed before, during or after the time of that person's employment; or

**(2)** The spouse, child, parent, brother or sister of that person as a consequence of "personal injury" to that person at whom any of the employment-related practices described in Paragraph **(a)**, **(b)**, or **(c)** above is directed.

This exclusion applies whether the insured may be liable as an employer or in any other capacity and to any obligation to share damages with or repay someone else who must pay damages because of the "personal injury".

**COVERAGE C – MEDICAL PAYMENTS**

**1. Insuring Agreement**

**a.** We will pay medical expenses as described below for "bodily injury" caused by an accident:

**(1)** On premises you own or rent;

**(2)** On ways next to premises you own or rent; or

**(3)** Because of your operations;

provided that:

**(a)** The accident takes place in the "coverage territory" and during the policy period;

**(b)** The expenses are incurred and reported to us within one year of the date of the accident; and

**(c)** The injured person submits to examination, at our expense, by physicians of our choice as often as we reasonably require.

**b.** We will make these payments regardless of fault. These payments will not exceed the applicable limit of insurance. We will pay reasonable expenses for:

**(1)** First aid administered at the time of an accident;

**(2)** Necessary medical, surgical, X-ray and dental services, including prosthetic devices; and

**(3)** Necessary ambulance, hospital, professional nursing and funeral services.

**2. Exclusions**

We will not pay expenses for "bodily injury":

**a. Any Insured**

To any insured, except "volunteer workers".

**b. Hired Person**

To a person hired to do work for or on behalf of any insured or a tenant of any insured.

**c. Injury On Normally Occupied Premises**

To a person injured on that part of premises you own or rent that the person normally occupies.

**d. Workers' Compensation And Similar Laws**

To a person, whether or not an "employee" of any insured, if benefits for the "bodily injury" are payable or must be provided under a workers' compensation or disability benefits law or a similar law.

**e. Athletics Activities**

To a person injured while practicing, instructing or participating in any physical exercises or games, sports, or athletic contests.

**f. Products-Completed Operations Hazard**

Included within the "products-completed operations hazard".

**g. Coverage A Exclusions**

Excluded under Coverage **A**.

CG T1 00 02 19          © 2017 The Travelers Indemnity Company. All rights reserved.          Page 9 of 21
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

COMMERCIAL GENERAL LIABILITY

**SUPPLEMENTARY PAYMENTS**

1.  We will pay, with respect to any claim we investigate or settle, or any "suit" against an insured we defend:

    **a.** All expenses we incur.

    **b.** Up to $2,500 for the cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the Bodily Injury Liability Coverage applies. We do not have to furnish these bonds.

    **c.** The cost of bonds to release attachments, but only for bond amounts within the applicable limit of insurance. We do not have to furnish these bonds.

    **d.** All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $500 a day because of time off from work.

    **e.** All court costs taxed against the insured in the "suit". However, these payments do not include attorneys' fees or attorneys' expenses taxed against the insured.

    **f.** Prejudgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the applicable limit of insurance, we will not pay any prejudgment interest based on that period of time after the offer.

    **g.** All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable limit of insurance.

    These payments will not reduce the limits of insurance.

2.  If we defend an insured against a "suit" and an indemnitee of the insured is also named as a party to the "suit", we will defend that indemnitee if all of the following conditions are met:

    **a.** The "suit" against the indemnitee seeks damages for which the insured has assumed the liability of the indemnitee in a contract or agreement that is an "insured contract";

    **b.** This insurance applies to such liability assumed by the insured;

    **c.** The obligation to defend, or the cost of the defense of, that indemnitee, has also been assumed by the insured in the same "insured contract";

    **d.** The allegations in the "suit" and the information we know about the "occurrence" or offense are such that no conflict appears to exist between the interests of the insured and the interests of the indemnitee;

    **e.** The indemnitee and the insured ask us to conduct and control the defense of that indemnitee against such "suit" and agree that we can assign the same counsel to defend the insured and the indemnitee; and

    **f.** The indemnitee:

        **(1)** Agrees in writing to:

            **(a)** Cooperate with us in the investigation, settlement or defense of the "suit";

            **(b)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "suit";

            **(c)** Notify any other insurer whose coverage is available to the indemnitee; and

            **(d)** Cooperate with us with respect to coordinating other applicable insurance available to the indemnitee; and

        **(2)** Provides us with written authorization to:

            **(a)** Obtain records and other information related to the "suit"; and

            **(b)** Conduct and control the defense of the indemnitee in such "suit".

    So long as the above conditions are met, attorneys' fees incurred by us in the defense of that indemnitee, necessary litigation expenses incurred by us and necessary litigation expenses incurred by the indemnitee at our request will be paid as Supplementary Payments. Notwithstanding the provisions of Paragraph **2.b.(2)** of Section **I** – Coverages – Coverage **A** – Bodily Injury And Property Damage Liability or Paragraph **2.e.** of Section **I** – Coverages – Coverage **B** – Personal And Advertising Injury Liability, such payments will not be deemed to be damages for "bodily injury", "property damage" or "personal injury", and will not reduce the limits of insurance.

    Our obligation to defend an insured's indemnitee and to pay for attorneys' fees and necessary litigation expenses as Supplementary Payments ends when:

     © 2017 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.     **CG T1 00 02 19**

**a.** We have used up the applicable limit of insurance in the payment of judgments, settlements or medical expenses; or

**b.** The conditions set forth above, or the terms of the agreement described in Paragraph **f.** above, are no longer met.

### SECTION II – WHO IS AN INSURED

**1.** If you are designated in the Declarations as:

**a.** An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

**b.** A partnership or joint venture, you are an insured. Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.

**c.** A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.

**d.** An organization other than a partnership, joint venture or limited liability company, you are an insured. Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

**e.** A trust, you are an insured. Your trustees are also insureds, but only with respect to their duties as trustees.

**2.** Each of the following is also an insured:

**a.** Your "volunteer workers" only while performing duties related to the conduct of your business, or your "employees", other than either your "executive officers" (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business. However, none of these "employees" or "volunteer workers" are insureds for:

**(1)** "Bodily injury" or "personal injury":

**(a)** To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), to a co-"employee" while in the course of his or her employment or performing duties related to the conduct of your business, or to your other "volunteer workers" while performing duties related to the conduct of your business;

**(b)** To the spouse, child, parent, brother or sister of that co-"employee" or "volunteer worker" as a consequence of Paragraph **(1)(a)** above;

**(c)** For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in Paragraph **(1)(a)** or **(b)** above; or

**(d)** Arising out of his or her providing or failing to provide professional health care services.

Unless you are in the business or occupation of providing professional health care services, Paragraphs **(1)(a)**, **(b)**, **(c)** and **(d)** above do not apply to "bodily injury" arising out of providing or failing to provide first aid or "Good Samaritan services" by any of your "employees" or "volunteer workers", other than an employed or volunteer doctor. Any such "employees" or "volunteer workers" providing or failing to provide first aid or "Good Samaritan services" during their work hours for you will be deemed to be acting within the scope of their employment by you or performing duties related to the conduct of your business.

**(2)** "Property damage" to property:

**(a)** Owned, occupied or used by;

**(b)** Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by;

you, any of your "employees", "volunteer workers", any partner or member (if you are a partnership or joint venture), or any member (if you are a limited liability company).

**b.** Any person (other than your "employee" or "volunteer worker"), or any organization, while acting as your real estate manager.

**c.** Any person or organization having proper temporary custody of your property if you die, but only:

**(1)** With respect to liability arising out of the maintenance or use of that property; and

**(2)** Until your legal representative has been appointed.

**CG T1 00 02 19**

© 2017 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Page 11 of 21

COMMERCIAL GENERAL LIABILITY

**d.** Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this Coverage Part.

**e.** Any person or organization that, with your express or implied consent, either uses or is responsible for the use of a watercraft that you do not own that is:

  **(1)** 50 feet long or less; and

  **(2)** Not being used to carry any person or property for a charge.

**3.** Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and of which you are the sole owner or in which you maintain an ownership interest of more than 50%, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

  **a.** Coverage under this provision is afforded only until the 180th day after you acquire or form the organization or the end of the policy period, whichever is earlier;

  **b.** Coverage **A** does not apply to "bodily injury" or "property damage" that occurred before you acquired or formed the organization; and

  **c.** Coverage **B** does not apply to "personal and advertising injury" arising out of an offense committed before you acquired or formed the organization.

  For the purposes of Paragraph **1.** of Section **II** – Who Is An Insured, each such organization will be deemed to be designated in the Declarations as:

  **a.** An organization, other than a partnership, joint venture or limited liability company; or

  **b.** A trust;

  as indicated in its name or the documents that govern its structure.

**4.** Any person or organization that is a premises owner, manager or lessor and that you have agreed in a written contract or agreement to include as an additional insured on this Coverage Part is an insured, but only with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" that:

  **a.** Is "bodily injury" or "property damage" that occurs, or is "personal and advertising injury" caused by an offense that is committed, subsequent to the signing of that contract or agreement; and

**b.** Arises out of the ownership, maintenance or use of that part of any premises leased to you.

The insurance provided to such premises owner, manager or lessor is subject to the following provisions:

  **a.** The limits of insurance provided to such premises owner, manager or lessor will be the minimum limits that you agreed to provide in the written contract or agreement, or the limits shown in the Declarations, whichever are less.

  **b.** The insurance provided to such premises owner, manager or lessor does not apply to:

    **(1)** Any "bodily injury" or "property damage" that occurs, or "personal and advertising injury" caused by an offense that is committed, after you cease to be a tenant in that premises; or

    **(2)** Structural alterations, new construction or demolition operations performed by or on behalf of such premises owner, manager or lessor.

**5.** Any person or organization that is an equipment lessor and that you have agreed in a written contract or agreement to include as an additional insured on this Coverage Part is an insured, but only with respect to liability for "bodily injury", "property damage", or "personal and advertising injury" that:

  **a.** Is "bodily injury" or "property damage" that occurs, or is "personal and advertising injury" caused by an offense that is committed, subsequent to the signing of that contract or agreement; and

  **b.** Is caused, in whole or in part, by your acts or omissions in the maintenance, operation or use of equipment leased to you by such equipment lessor.

The insurance provided to such equipment lessor is subject to the following provisions:

  **a.** The limits of insurance provided to such equipment lessor will be the minimum limits that you agreed to provide in the written contract or agreement, or the limits shown in the Declarations, whichever are less.

  **b.** The insurance provided to such equipment lessor does not apply to any "bodily injury" or "property damage" that occurs, or "personal and advertising injury" caused by an offense that is committed, after the equipment lease expires.

No person or organization is an insured with respect to the conduct of any current or past partnership, joint

Page 12 of 21          © 2017 The Travelers Indemnity Company. All rights reserved.          **CG T1 00 02 19**
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

COMMERCIAL GENERAL LIABILITY

venture or limited liability company that is not shown as a Named Insured in the Declarations. This paragraph does not apply to any such partnership, joint venture or limited liability company that otherwise qualifies as an insured under Section **II** – Who Is An Insured.

## SECTION III – LIMITS OF INSURANCE

1. The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

   a. Insureds;

   b. Claims made or "suits" brought; or

   c. Persons or organizations making claims or bringing "suits".

2. The General Aggregate Limit is the most we will pay for the sum of:

   a. Medical expenses under Coverage **C**;

   b. Damages under Coverage **A**, except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard"; and

   c. Damages under Coverage **B**.

3. The Products-Completed Operations Aggregate Limit is the most we will pay under Coverage **A** for damages because of "bodily injury" and "property damage" included in the "products-completed operations hazard".

4. Subject to Paragraph **2.** above, the Personal And Advertising Injury Limit is the most we will pay under Coverage **B** for the sum of all damages because of all "personal injury" and "advertising injury" sustained by any one person or organization.

5. Subject to Paragraph **2.** or **3.** above, whichever applies, the Each Occurrence Limit is the most we will pay for the sum of:

   a. Damages under Coverage **A**; and

   b. Medical expenses under Coverage **C**;

   because of all "bodily injury" and "property damage" arising out of any one "occurrence".

   For the purposes of determining the applicable Each Occurrence Limit, all related acts or omissions committed in providing or failing to provide first aid or "Good Samaritan services" to any one person will be deemed to be one "occurrence".

6. Subject to Paragraph **5.** above, the Damage To Premises Rented To You Limit is the most we will pay under Coverage **A** for damages because of "premises damage" to any one premises. The Damage To Premises Rented To You Limit will be:

   a. The amount shown for the Damage To Premises Rented To You Limit in the Declarations of this Coverage Part; or

   b. $300,000 if no amount is shown for the Damage To Premises Rented To You Limit in the Declarations of this Coverage Part.

7. Subject to Paragraph **5.** above, the Medical Expense Limit is the most we will pay under Coverage **C** for all medical expenses because of "bodily injury" sustained by any one person.

The Limits of Insurance of this Coverage Part apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

## SECTION IV – COMMERCIAL GENERAL LIABILITY CONDITIONS

1. **Bankruptcy**

   Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this Coverage Part.

2. **Duties In The Event Of Occurrence, Offense, Claim Or Suit**

   a. You must see to it that we are notified as soon as practicable of an "occurrence" or an offense which may result in a claim. To the extent possible, notice should include:

      (1) How, when and where the "occurrence" or offense took place;

      (2) The names and addresses of any injured persons and witnesses; and

      (3) The nature and location of any injury or damage arising out of the "occurrence" or offense.

   b. If a claim is made or "suit" is brought against any insured, you must:

      (1) Immediately record the specifics of the claim or "suit" and the date received; and

      (2) Notify us as soon as practicable.

      You must see to it that we receive written notice of the claim or "suit" as soon as practicable.

   c. You and any other involved insured must:

      (1) Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit";

CG T1 00 02 19

© 2017 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

COMMERCIAL GENERAL LIABILITY

**(2)** Authorize us to obtain records and other information;

**(3)** Cooperate with us in the investigation or settlement of the claim or defense against the "suit"; and

**(4)** Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of injury or damage to which this insurance may also apply.

**d.** No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

**e.** The following provisions apply to Paragraph **a.** above, but only for purposes of the insurance provided under this Coverage Part to you or any insured listed in Paragraph **1.** or **2.** of Section **II** – Who Is An Insured:

**(1)** Notice to us of such "occurrence" or offense must be given as soon as practicable only after the "occurrence" or offense is known to you (if you are an individual), any of your partners or members who is an individual (if you are a partnership or joint venture), any of your managers who is an individual (if you are a limited liability company), any of your "executive officers" or directors (if you are an organization other than a partnership, joint venture, or limited liability company), any of your trustees who is an individual (if you are a trust) or any "employee" authorized by you to give notice of an "occurrence" or offense.

**(2)** If you are a partnership, joint venture, limited liability company or trust, and none of your partners, joint venture members, managers or trustees are individuals, notice to us of such "occurrence" or offense must be given as soon as practicable only after the "occurrence" or offense is known by:

**(a)** Any individual who is:

**(i)** A partner or member of any partnership or joint venture;

**(ii)** A manager of any limited liability company;

**(iii)** An executive officer or director of any other organization; or

**(iv)** A trustee of any trust;

that is your partner, joint venture member, manager or trustee; or

**(b)** Any employee authorized by such partnership, joint venture, limited liability company, trust or other organization to give notice of an "occurrence" or offense.

**(3)** Notice to us of such "occurrence" or offense will be deemed to be given as soon as practicable if it is given in good faith as soon as practicable to your workers' compensation insurer. This applies only if you subsequently give notice to us of the "occurrence" or offense as soon as practicable after any of the persons described in Paragraph **e.(1)** or **(2)** above discovers that the "occurrence" or offense may result in sums to which the insurance provided under this Coverage Part may apply.

However, if this policy includes an endorsement that provides limited coverage for "bodily injury" or "property damage" or pollution costs arising out of a discharge, release or escape of "pollutants" which contains a requirement that the discharge, release or escape of "pollutants" must be reported to us within a specific number of days after its abrupt commencement, this Paragraph **e.** does not affect that requirement.

**3. Legal Action Against Us**

No person or organization has a right under this Coverage Part:

**a.** To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

**b.** To sue us on this Coverage Part unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured; but we will not be liable for damages that are not payable under the terms of this Coverage Part or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured, and the claimant or the claimant's legal representative.

 © 2017 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission. **CG T1 00 02 19**

**4. Other Insurance**

If valid and collectible other insurance is available to the insured for a loss we cover under Coverages **A** or **B** of this Coverage Part, our obligations are limited as described in Paragraphs **a.** and **b.** below.

As used anywhere in this Coverage Part, other insurance means insurance, or the funding of losses, that is provided by, through or on behalf of:

**(i)** Another insurance company;

**(ii)** Us or any of our affiliated insurance companies, except when the Non cumulation of Each Occurrence Limit provision of Paragraph **5.** of Section **III** – Limits Of Insurance or the Non cumulation of Personal and Advertising Injury Limit provision of Paragraph **4.** of Section **III** – Limits of Insurance applies because the Amendment – Non Cumulation Of Each Occurrence Limit Of Liability And Non Cumulation Of Personal And Advertising Injury Limit endorsement is included in this policy;

**(iii)** Any risk retention group; or

**(iv)** Any self-insurance method or program, in which case the insured will be deemed to be the provider of other insurance.

Other insurance does not include umbrella insurance, or excess insurance, that was bought specifically to apply in excess of the Limits of Insurance shown in the Declarations of this Coverage Part.

As used anywhere in this Coverage Part, other insurer means a provider of other insurance. As used in Paragraph **c.** below, insurer means a provider of insurance.

**a. Primary Insurance**

This insurance is primary except when Paragraph **b.** below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in Paragraph **c.** below, except when Paragraph **d.** below applies.

**b. Excess Insurance**

**(1)** This insurance is excess over:

**(a)** Any of the other insurance, whether primary, excess, contingent or on any other basis:

**(i)** That is Fire, Extended Coverage, Builder's Risk, Installation Risk or similar coverage for "your work";

**(ii)** That is insurance for "premises damage";

**(iii)** If the loss arises out of the maintenance or use of aircraft, "autos" or watercraft to the extent not subject to any exclusion in this Coverage Part that applies to aircraft, "autos" or watercraft;

**(iv)** That is insurance available to a premises owner, manager or lessor that qualifies as an insured under Paragraph **4.** of Section **II** – Who Is An Insured, except when Paragraph **d.** below applies; or

**(v)** That is insurance available to an equipment lessor that qualifies as an insured under Paragraph **5.** of Section **II** – Who Is An Insured, except when Paragraph **d.** below applies.

**(b)** Any of the other insurance, whether primary, excess, contingent or on any other basis, that is available to the insured when the insured is an additional insured, or is any other insured that does not qualify as a named insured, under such other insurance.

**(2)** When this insurance is excess, we will have no duty under Coverages **A** or **B** to defend the insured against any "suit" if any other insurer has a duty to defend the insured against that "suit". If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

**(3)** When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of:

**(a)** The total amount that all such other insurance would pay for the loss in the absence of this insurance; and

**(b)** The total of all deductible and self-insured amounts under all that other insurance.

**(4)** We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the Limits of Insurance shown in the Declarations of this Coverage Part.

 © 2017 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

COMMERCIAL GENERAL LIABILITY

**c. Method Of Sharing**

If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limit of insurance to the total applicable limits of insurance of all insurers.

**d. Primary And Non-Contributory Insurance If Required By Written Contract**

If you specifically agree in a written contract or agreement that the insurance afforded to an insured under this Coverage Part must apply on a primary basis, or a primary and non-contributory basis, this insurance is primary to other insurance that is available to such insured which covers such insured as a named insured, and we will not share with that other insurance, provided that:

**(1)** The "bodily injury" or "property damage" for which coverage is sought occurs; and

**(2)** The "personal and advertising injury" for which coverage is sought is caused by an offense that is committed;

subsequent to the signing of that contract or agreement by you.

**5. Premium Audit**

**a.** We will compute all premiums for this Coverage Part in accordance with our rules and rates.

**b.** Premium shown in this Coverage Part as advance premium is a deposit premium only. At the close of each audit period we will compute the earned premium for that period and send notice to the first Named Insured. The due date for audit and retrospective premiums is the date shown as the due date on the bill. If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured.

**c.** The first Named Insured must keep records of the information we need for premium computation, and send us copies at such times as we may request.

**6. Representations**

By accepting this policy, you agree:

**a.** The statements in the Declarations are accurate and complete;

**b.** Those statements are based upon representations you made to us; and

**c.** We have issued this policy in reliance upon your representations.

The unintentional omission of, or unintentional error in, any information provided by you which we relied upon in issuing this policy will not prejudice your rights under this insurance. However, this provision does not affect our right to collect additional premium or to exercise our rights of cancellation or nonrenewal in accordance with applicable insurance laws or regulations.

**7. Separation Of Insureds**

Except with respect to the Limits of Insurance, and any rights or duties specifically assigned in this Coverage Part to the first Named Insured, this insurance applies:

**a.** As if each Named Insured were the only Named Insured; and

**b.** Separately to each insured against whom claim is made or "suit" is brought.

**8. Transfer Of Rights Of Recovery Against Others To Us**

If the insured has rights to recover all or part of any payment we have made under this Coverage Part, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them.

**9. When We Do Not Renew**

If we decide not to renew this Coverage Part, we will mail or deliver to the first Named Insured shown in the Declarations written notice of the nonrenewal not less than 30 days before the expiration date.

If notice is mailed, proof of mailing will be sufficient proof of notice.

**SECTION V – DEFINITIONS**

**1.** "Advertisement" means a notice that is broadcast or published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters. For the purposes of this definition:

**a.** Notices that are published include material placed on the Internet or on similar electronic means of communication; and

**b.** Regarding websites, only that part of a website that is about your goods, products or services for the purposes of attracting customers or supporters is considered an advertisement.

    © 2017 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.    **CG T1 00 02 19**

COMMERCIAL GENERAL LIABILITY

**2.** "Advertising injury":

**a.** Means injury caused by one or more of the following offenses:

**(1)** Oral or written publication, including publication by electronic means, of material in your "advertisement" that slanders or libels a person or organization or disparages a person's or organization's goods, products or services, provided that the claim is made or the "suit" is brought by a person or organization that claims to have been slandered or libeled, or that claims to have had its goods, products or services disparaged;

**(2)** Oral or written publication, including publication by electronic means, of material in your "advertisement" that:

**(a)** Appropriates a person's name, voice, photograph or likeness; or

**(b)** Unreasonably places a person in a false light; or

**(3)** Infringement of copyright, "title" or "slogan" in your "advertisement", provided that the claim is made or the "suit" is brought by a person or organization that claims ownership of such copyright, "title" or "slogan".

**b.** Includes "bodily injury" caused by one or more of the offenses described in Paragraph **a.** above.

**3.** "Auto" means:

**a.** A land motor vehicle, trailer or semitrailer designed for travel on public roads, including any attached machinery or equipment; or

**b.** Any other land vehicle that is subject to a compulsory or financial responsibility law, or other motor vehicle insurance law, where it is licensed or principally garaged.

However, "auto" does not include "mobile equipment".

**4.** "Bodily injury" means:

**a.** Physical harm, including sickness or disease, sustained by a person; or

**b.** Mental anguish, injury or illness, or emotional distress, resulting at any time from such physical harm, sickness or disease.

**5.** "Broadcasting" means transmitting any audio or visual material for any purpose:

**a.** By radio or television; or

**b.** In, by or with any other electronic means of communication, such as the Internet, if that material is part of:

**(1)** Radio or television programming being transmitted;

**(2)** Other entertainment, educational, instructional, music or news programming being transmitted; or

**(3)** Advertising transmitted with any of such programming.

**6.** "Coverage territory" means:

**a.** The United States of America (including its territories and possessions), Puerto Rico and Canada;

**b.** International waters or airspace, but only if the injury or damage occurs in the course of travel or transportation between any places included in Paragraph **a.** above; or

**c.** All other parts of the world if the injury or damage arises out of:

**(1)** Goods or products made or sold by you in the territory described in Paragraph **a.** above;

**(2)** The activities of a person whose home is in the territory described in Paragraph **a.** above, but is away for a short time on your business; or

**(3)** "Personal and advertising injury" offenses that take place through the Internet or similar electronic means of communication;

provided the insured's responsibility to pay damages is determined in a "suit" on the merits in the territory described in Paragraph **a.** above, or in a settlement we agree to.

**7.** "Electronic data" means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software (including systems and applications software), hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**8.** "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

**9.** "Executive officer" means a person holding any of the officer positions created by your charter, constitution, bylaws or any other similar governing document.

---

**CG T1 00 02 19**          © 2017 The Travelers Indemnity Company. All rights reserved.          Page 17 of 21
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

COMMERCIAL GENERAL LIABILITY

**10.** "Good Samaritan services" means any emergency medical services for which no compensation is demanded or received.

**11.** "Hostile fire" means a fire which becomes uncontrollable or breaks out from where it was intended to be.

**12.** "Impaired property" means tangible property, other than "your product" or "your work", that cannot be used or is less useful because:

**a.** It incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate or dangerous; or

**b.** You have failed to fulfill the terms of a contract or agreement;

if such property can be restored to use by the repair, replacement, adjustment or removal of "your product" or "your work" or your fulfilling the terms of the contract or agreement.

**13.** "Insured contract" means:

**a.** A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for "premises damage" is not an "insured contract";

**b.** A sidetrack agreement;

**c.** Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

**d.** An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

**e.** An elevator maintenance agreement;

**f.** That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury", "property damage" or "personal injury" to a third person or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

Paragraph **f.** does not include that part of any contract or agreement:

**(1)** That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, roadbeds, tunnel, underpass or crossing;

**(2)** That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

**(a)** Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

**(b)** Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

**(3)** Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in Paragraph **(2)** above and supervisory, inspection, architectural or engineering activities.

**14.** "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

**15.** "Loading or unloading" means the handling of property:

**a.** After it is moved from the place where it is accepted for movement into or onto an aircraft, watercraft or "auto";

**b.** While it is in or on an aircraft, watercraft or "auto"; or

**c.** While it is being moved from an aircraft, watercraft or "auto" to the place where it is finally delivered;

but "loading or unloading" does not include the movement of property by means of a mechanical device, other than a hand truck, that is not attached to the aircraft, watercraft or "auto".

**16.** "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

**a.** Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

**b.** Vehicles maintained for use solely on or next to premises you own or rent;

**c.** Vehicles that travel on crawler treads;

 © 2017 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission. **CG T1 00 02 19**

COMMERCIAL GENERAL LIABILITY

**d.** Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

   **(1)** Power cranes, shovels, loaders, diggers or drills; or

   **(2)** Road construction or resurfacing equipment such as graders, scrapers or rollers;

**e.** Vehicles not described in Paragraph **a.**, **b.**, **c.** or **d.** above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

   **(1)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

   **(2)** Cherry pickers and similar devices used to raise or lower workers;

**f.** Vehicles not described in Paragraph **a.**, **b.**, **c.** or **d.** above maintained primarily for purposes other than the transportation of persons or cargo.

However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

   **(1)** Equipment designed primarily for:

     **(a)** Snow removal;

     **(b)** Road maintenance, but not construction or resurfacing; or

     **(c)** Street cleaning;

   **(2)** Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

   **(3)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

However, "mobile equipment" does not include any land vehicle that is subject to a compulsory or financial responsibility law, or other motor vehicle insurance law, where it is licensed or principally garaged. Such land vehicles are considered "autos".

**17.** "Occurrence" means:

**a.** An accident, including continuous or repeated exposure to substantially the same general harmful conditions; or

**b.** An act or omission committed in providing or failing to provide first aid or "Good Samaritan services" to a person, unless you are in the business or occupation of providing professional health care services.

**18.** "Personal and advertising injury" means "personal injury" or "advertising injury".

**19.** "Personal injury":

**a.** Means injury, other than "advertising injury", caused by one or more of the following offenses:

   **(1)** False arrest, detention or imprisonment;

   **(2)** Malicious prosecution;

   **(3)** The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, provided that the wrongful eviction, wrongful entry or invasion of the right of private occupancy is committed by or on behalf of the owner, landlord or lessor of that room, dwelling or premises;

   **(4)** Oral or written publication, including publication by electronic means, of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services, provided that the claim is made or the "suit" is brought by a person or organization that claims to have been slandered or libeled, or that claims to have had its goods, products or services disparaged; or

   **(5)** Oral or written publication, including publication by electronic means, of material that:

     **(a)** Appropriates a person's name, voice, photograph or likeness; or

     **(b)** Unreasonably places a person in a false light.

**b.** Includes "bodily injury" caused by one or more of the offenses described in Paragraph **a.** above.

**20.** "Pollutants" mean any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

---

**CG T1 00 02 19**

© 2017 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Page 19 of 21

COMMERCIAL GENERAL LIABILITY

**21.** "Premises damage" means:

**a.** With respect to the first paragraph of the exceptions in Exclusion **j.** of Section **I** – Coverage **A** – Bodily Injury And Property Damage Liability, "property damage" to any premises while rented to you for a period of seven or fewer consecutive days, including the contents of such premises; or

**b.** With respect to the exception to Exclusions **c.** through **n.** in the last paragraph of Paragraph **2.** of Section **I** – Coverage **A** – Bodily Injury And Property Damage Liability, "property damage" to any premises while rented to you for a period of more than seven consecutive days, or while temporarily occupied by you with permission of the owner, caused by:

**(1)** Fire;

**(2)** Explosion;

**(3)** Lightning;

**(4)** Smoke resulting from fire, explosion or lightning; or

**(5)** Water.

But "premises damage" under this Paragraph **b.** does not include "property damage" to any premises caused by:

**(1)** Rupture, bursting, or operation of pressure relief devices;

**(2)** Rupture or bursting due to expansion or swelling of the contents of any building or structure caused by or resulting from water; or

**(3)** Explosion of steam boilers, steam pipes, steam engines or steam turbines.

**22.** "Products-completed operations hazard":

**a.** Includes all "bodily injury" and "property damage" occurring away from premises you own or rent and arising out of "your product" or "your work" except:

**(1)** Products that are still in your physical possession; or

**(2)** Work that has not yet been completed or abandoned. However, "your work" will be deemed completed at the earliest of the following times:

**(a)** When all of the work called for in your contract has been completed.

**(b)** When all of the work to be done at the job site has been completed if your

contract calls for work at more than one job site.

**(c)** When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

**b.** Does not include "bodily injury" or "property damage" arising out of:

**(1)** The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle not owned or operated by you, and that condition was created by the "loading or unloading" of that vehicle by any insured;

**(2)** The existence of tools, uninstalled equipment or abandoned or unused materials; or

**(3)** Products or operations for which the classification, listed in the Declarations or in a policy Schedule, states that products-completed operations are subject to the General Aggregate Limit.

**23.** "Property damage" means:

**a.** Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use will be deemed to occur at the time of the physical injury that caused it; or

**b.** Loss of use of tangible property that is not physically injured. All such loss of use will be deemed to occur at the time of the "occurrence" that caused it.

For the purposes of this insurance, "electronic data" is not tangible property.

**24.** "Slogan":

**a.** Means a phrase that others use for the purpose of attracting attention in their advertising.

**b.** Does not include a phrase used as, or in, the name of:

**(1)** Any person or organization, other than you; or

**(2)** Any business, or any of the premises, goods, products, services or work, of any person or organization, other than you.

 © 2017 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission. **CG T1 00 02 19**

COMMERCIAL GENERAL LIABILITY

25. "Suit" means a civil proceeding in which damages because of "bodily injury", "property damage" or "personal and advertising injury" to which this insurance applies are alleged. "Suit" includes:

a. An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

b. Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

26. "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

27. "Title" means a name of a literary or artistic work.

28. "Unsolicited communication" means any communication, in any form, that the recipient of such communication did not specifically request to receive.

29. "Volunteer worker" means a person who is not your "employee", and who donates his or her work and acts at the direction of and within the scope of duties determined by you, and is not paid a fee, salary or other compensation by you or anyone else for their work performed for you.

30. "Your product":

a. Means:

(1) Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

(a) You;

(b) Others trading under your name; or

(c) A person or organization whose business or assets you have acquired; and

(2) Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

b. Includes:

(1) Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product"; and

(2) The providing of or failure to provide warnings or instructions.

c. Does not include vending machines or other property rented to or located for the use of others but not sold.

31. "Your work":

a. Means:

(1) Work or operations performed by you or on your behalf; and

(2) Materials, parts or equipment furnished in connection with such work or operations.

b. Includes:

(1) Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work"; and

(2) The providing of or failure to provide warnings or instructions.

**CG T1 00 02 19**

© 2017 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Page 21 of 21

POLICY NUMBER:  H-660-8F213882-TIL-20                    GENERAL PURPOSE ENDORSEMENT

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ADDITIONAL SUPPLEMENTARY PAYMENT – PROPERTY DAMAGE TO AN AUTO

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following is added to **SUPPLEMENTARY PAYMENTS – COVERAGES A AND B**:

**ADDITIONAL SUPPLEMENTARY PAYMENT – PROPERTY DAMAGE TO AN AUTO**

We will pay up to $500 in expenses for "property damage" to an "auto" caused by an "occurrence" that:

**a.**   Arises out of the use of your drive-thru teller or drive-thru ATM; and

**b.**   Happens during the policy period;

even if the insured is not legally obligated to pay damages for such "property damage". But only if the "auto" is not owned, rented, leased or borrowed by any insured.

This payment will not reduce the limits of insurance.

POLICY NUMBER:  H-660-8F213882-TIL-20                                    GENERAL PURPOSE ENDORSEMENT

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CONTRACTUAL LIABILITY – RAILROADS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**PROVISIONS**

**A.** The following replaces Paragraph **c.** of the definition of "insured contract" in the **DEFINITIONS** Section:

   **c.** Any easement or license agreement;

**B.** Paragraph **f.(1)** of the definition of "insured contract" in the **DEFINITIONS** Section is deleted.

POLICY NUMBER:  H-660-8F213882-TIL-20    GENERAL PURPOSE ENDORSEMENT

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# MODIFIED POLLUTION EXCLUSION –
# MANAGED PROPERTIES

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**PROVISIONS**

Paragraph **(1)(a)** of Exclusion **f.** of  Paragraph **2.**, **Exclusions** of Section I – **Coverage A – Bodily Injury And Property Damage Liability** is replaced by the following:

**(a)** At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to, or managed by, any insured. However, this paragraph does not apply to:

**(i)** "Bodily injury" if sustained within a building and caused by smoke, fumes, vapor or soot from equipment used to heat that building;

**(ii)** "Bodily injury" or "property damage" for which you may be held liable, if you are a contractor and the owner or lessee of such premises, site or location has been added to your policy as an additional insured with respect to your ongoing operations performed for that additional insured at that premises, site or location and such premises, site or location is not and never was owned or occupied by, or rented or loaned to, any insured, other than that additional insured; or

**(iii)** "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire";

**CG T8 02**    © 2020 The Travelers Indemnity Company.    Page 1 of 1
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

POLICY NUMBER:  H-660-8F213882-TIL-20                    GENERAL PURPOSE ENDORSEMENT

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# WHO IS AN INSURED – NEWLY ACQUIRED OR FORMED ORGANIZATIONS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following replaces Paragraph **3.** of **SECTION II – WHO IS AN INSURED**:

**3.**   Any corporation, partnership, joint venture, limited liability company or other organization you newly acquire or form and over which you are the sole owner or in which you maintain an ownership interest of more than 50%, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

**a.**   Coverage **A** does not apply to "bodily injury" or "property damage" that occurred before you acquired or formed the organization; and

**b.**   Coverage **B** does not apply to "personal injury" or "advertising injury" arising out of an offense committed before you acquired or formed the organization.

**CG T8 03**                     © 2020 The Travelers Indemnity Company.                     Page 1 of 1
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

POLICY NUMBER:  H-660-8F213882-TIL-20                               GENERAL PURPOSE ENDORSEMENT

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# ROBBERY INJURY EXPENSES COVERAGE

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

### SCHEDULE OF ROBBERY INJURY EXPENSES LIMITS

| | |
|---|---|
| Robbery Injury Expenses Policy Period Limit | $150,000 |
| Robbery Injury Expenses Any One Occurrence Limit | $ 10,000 |

**PROVISIONS**

A.  The following is added to **SECTION I – COVERAGES**:
H-660-8F213882-TIL-20
**COVERAGE – ROBBERY INJURY EXPENSES**

1.  **Insuring Agreement**

We will pay for "robbery injury expenses" resulting from "robbery injury", other than "bodily injury", that the insured becomes legally obligated to pay only if:

a.  The robbery or attempted robbery that causes the "robbery injury" takes place in the "coverage territory" and during the policy period;

b.  The "robbery injury expenses" are incurred and reported to us within three years of the date of the robbery or attempted robbery that causes the "robbery injury"; and

c.  The injured person submits to examination by physicians of our choice as often as we reasonably require.

The amount we will pay for "robbery injury expenses" is limited as described in Section **III** – Limits Of Insurance.

2.  **Exclusions**

Coverage – **Robbery Injury Expenses** does not apply to "robbery injury expenses" that are incurred by or for any person:

a.  Injured while qualifying as an insured, other than your "volunteer workers";

b.  Injured while performing work that he or she was hired to do for any:

(1)  Insured; or

(2)  Tenant of an insured;

c.  Injured on that part of any premises that you rent or lease from others, or own, and that the injured person normally occupies;

d.  To whom such "robbery injury expenses" are payable, or must be provided, as benefits under any workers compensation law, disability benefits law or other similar law;

e.  Injured by "your products" or "your work"; or

f.  Injured due to war.

B.  The following replaces Paragraph **2.** of **SECTION III – LIMITS OF INSURANCE**:

2.  The General Aggregate Limit is the most we will pay for the sum of:

a.  Medical expenses under Coverage **C**;

b.  Damages under Coverage **A**, except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard";

c.  Damages under Coverage **B**; and

d.  "Robbery injury expenses" under Coverage - **Robbery Injury Expenses**.

C.  The following replaces Paragraph **5.** of **SECTION III – LIMITS OF INSURANCE**:

CG T8 04                          © 2020 The Travelers Indemnity Company.                          Page 1 of 2
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

5. Subject to **2.** or **3.** above, whichever applies, the Each Occurrence Limit is the most we will pay for the sum of:

    a. Damages under Coverage **A**;

    b. Medical expenses under Coverage **C**; and

    c. "Robbery injury expenses" under Coverage - **Robbery Injury Expenses**

    because of all "bodily injury" and "property damage" arising out of any one "occurrence".

**D.** The following is added to **SECTION III – LIMITS OF INSURANCE**:

Subject to **5.** above, the Robbery Injury Expenses Any One Occurrence Limit shown in the Schedule Of Robbery Injury Expenses Limits is the most we will pay for all "robbery injury expenses" because of "robbery injury", other than "bodily injury", sustained in any one robbery or attempted robbery. Subject to **2.** above, and regardless of the number of "robbery injuries" in a policy period, the Robbery Injury Expenses Policy Period Limit shown in the Schedule Of Robbery Injury Expenses Limits is the most we will pay for all "robbery injury expenses" because of "robbery injury", other than "bodily injury", sustained in any one policy period.

**E.** The following is added to the **DEFINITIONS** Section:

"Professional counseling services" means:

a. Psychological services;

b. Psychiatric services; or

c. Other similar types of services.

"Robbery injury" means mental anguish, mental injury, mental illness or emotional distress that is sustained by any natural person and caused by robbery or attempted robbery at one of your:

a. Locations; or

b. Mobile banking centers, but only when such mobile banking center is in a stationary position and being utilized for providing banking services; and

is promptly reported to the police.

"Robbery injury expenses" means the reasonable expenses for "professional counseling services".

POLICY NUMBER:  H-660-8F213882-TIL-20          GENERAL PURPOSE ENDORSEMEN

# SCHEDULE OF FUTURE CHANGES TO APPLY FOR THE 12 MONTH EXTENSION POLICY PERIOD:

In consideration of the premium and subject to all the terms of this policy, the Company and the Named Insured agree that this policy will be renewed effective from 02-28-2021 to 02-28-2022, as per original policy.  Copies of any new and/or revised declarations, forms and endorsements are attached and listed below:

NO CHANGES

Any forms or endorsements that no longer apply are listed below:

NO CHANGES

**RATE SUMMARY**

- General Liability Rates:
  - Public $280.83 - $299.92
  - Non-Public $56.16 - $59.97
  - Vacant Land $2.41 - $2.57
  - Employee Benefits  .08 - .09
  - Contingent Liability .1210 - .1294 OR $23,824 MP

**CG T8 05**                   Page 1 of 1

COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# BLANKET ADDITIONAL INSURED – PERSONS OR ORGANIZATIONS FOR YOUR ONGOING OPERATIONS AS REQUIRED BY WRITTEN CONTRACT OR AGREEMENT

This endorsement modifies insurance provided under the following:
COMMERCIAL GENERAL LIABILITY COVERAGE PART

**PROVISIONS**

The following is added to **SECTION II – WHO IS AN INSURED**:

Any person or organization that is not otherwise an insured under this Coverage Part and that you have agreed in a written contract or agreement to include as an additional insured on this Coverage Part is an insured, but only with respect to liability for "bodily injury", "property damage", "personal injury" or "advertising injury" that:

a. Is "bodily injury" or "property damage" caused by an "occurrence" that takes place, or is "personal injury" or "advertising injury" caused by an offense that is committed, after you have signed and executed that contract or agreement; and

b. Is caused, in whole or in part, by your acts or omissions in the performance of your ongoing operations to which that contract or agreement applies or the acts or omissions of any person or organization performing such operations on your behalf.

The limits of insurance provided to such insured will be the limits which you agreed to provide in the written contract or agreement, or the limits shown in the Declarations, whichever are less.

CG D7 38 01 14    © 2014 The Travelers Indemnity Company. All rights reserved.    Page 1 of 1
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

COMMERCIAL GENERAL LIABILITY
POLICY NUMBER:  H-660-8F213882-TIL-20          ISSUE DATE:  03-24-20

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED – STATE OR GOVERNMENTAL AGENCY OR SUBDIVISION OR POLITICAL SUBDIVISION – PERMITS OR AUTHORIZATIONS

This endorsement modifies insurance provided under the following:
COMMERCIAL GENERAL LIABILITY COVERAGE PART

### SCHEDULE

| |
|---|
| **State Or Governmental Agency Or Subdivision Or Political Subdivision:** |
| CITY OF WALNUT CREEK |
| CITY OF PORTLAND |
| |
| |

**PROVISIONS**

The following is added to **SECTION II – WHO IS AN INSURED**:

Any state or governmental agency or subdivision or political subdivision shown in the Schedule is an insured, subject to the following provisions:

1. This insurance applies only with respect to operations performed by you or on your behalf for which the state or governmental agency or subdivision or political subdivision has issued a permit or authorization.

2. This insurance does not apply to:

   a. "Bodily injury," "property damage", "personal injury" or "advertising injury" arising out of operations performed for the federal government, state or municipality; or

   b. "Bodily injury" or "property damage" included within the "products-completed operations hazard".

**CG D2 69 04 16**          © 2016 The Travelers Indemnity Company. All rights reserved.          Page 1 of 1
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

COMMERCIAL GENERAL LIABILITY
ISSUE DATE:    03-24-20

POLICY NUMBER:    H-660-8F213882-TIL-20

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED – STATE OR GOVERNMENTAL AGENCY OR SUBDIVISION OR POLITICAL SUBDIVISION – PERMITS OR AUTHORIZATIONS

This endorsement modifies insurance provided under the following:
COMMERCIAL GENERAL LIABILITY COVERAGE PART

**SCHEDULE**

| State Or Governmental Agency Or Subdivision Or Political Subdivision: |
| --- |
| CITY OF AUSTIN |

**PROVISIONS**

The following is added to **SECTION II – WHO IS AN INSURED**:

Any state or governmental agency or subdivision or political subdivision shown in the Schedule is an insured, subject to the following provisions:

1. This insurance applies only with respect to operations performed by you or on your behalf for which the state or governmental agency or subdivision or political subdivision has issued a permit or authorization.

2. This insurance does not apply to:

    a. "Bodily injury," "property damage", "personal injury" or "advertising injury" arising out of operations performed for the federal government, state or municipality; or

    b. "Bodily injury" or "property damage" included within the "products-completed operations hazard".

**CG D2 69 04 16**     © 2016 The Travelers Indemnity Company. All rights reserved.     Page 1 of 1
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

COMMERCIAL GENERAL LIABILITY

POLICY NUMBER:  H-660-8F213882-TIL-20

ISSUE DATE:  03-24-20

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED – STATE OR GOVERNMENTAL AGENCY OR SUBDIVISION OR POLITICAL SUBDIVISION – PERMITS OR AUTHORIZATIONS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**SCHEDULE**

| State Or Governmental Agency Or Subdivision Or Political Subdivision: |
|---|
| CITY OF MIAMI BEACH |

**PROVISIONS**

The following is added to **SECTION II – WHO IS AN INSURED**:

Any state or governmental agency or subdivision or political subdivision shown in the Schedule is an insured, subject to the following provisions:

1.  This insurance applies only with respect to operations performed by you or on your behalf for which the state or governmental agency or subdivision or political subdivision has issued a permit or authorization.

2.  This insurance does not apply to:

    a.  "Bodily injury," "property damage", "personal injury" or "advertising injury" arising out of operations performed for the federal government, state or municipality; or

    b.  "Bodily injury" or "property damage" included within the "products-completed operations hazard".

**CG D2 69 04 16**          © 2016 The Travelers Indemnity Company. All rights reserved.          Page 1 of 1
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

COMMERCIAL GENERAL LIABILITY

POLICY NUMBER: H-660-8F213882-TIL-20          ISSUE DATE:  03-24-20

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED – OWNERS, LESSEES OR CONTRACTORS – COMPLETED OPERATIONS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**SCHEDULE**

**Name of Person or Organization:**

WASHINGTON METROPOLITAN AREA
TRANSIT AUTHORITY

**Location And Description of Completed Operations:**

WMATA TRAIN STATIONS AS REQUIRED BY


CONTRACT RELATED TO ATMS  DC


**Section II – Who Is An Insured** is amended to include as an insured the person or organization shown in the Schedule, but only with respect to liability arising out of "your work" at the location designated and described in the schedule of this endorsement performed for that insured and included in the "products-completed operations hazard".

**CG D3 73 11 05**    Includes the copyrighted material of Insurance Services Office, Inc. with its permission.    Page 1 of 1

90Case 2:24-cv-06656-JKS-JRA    Document 33-5    Filed 09/26/25    Page 62 of 174
PageID: 205

COMMERCIAL GENERAL LIABILITY

POLICY NUMBER: **H-660-8F213882-TIL-20**

ISSUE DATE: **03-24-20**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED – DESIGNATED PERSON OR ORGANIZATION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**SCHEDULE**

**Name of Additional Insured Person(s) or Organization(s):**

**WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY (WMATA)**

**Section II – Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for "bodily injury", "property damage", "personal injury" or "advertising injury" caused, in whole or in part, by your acts or omissions or the acts or omissions of those acting on your behalf:

**A.** In the performance of your ongoing operations; or
**B.** In connection with your premises owned by or rented to you.

**CG D4 11 04 08**                 © 2008 The Travelers Companies, Inc.                 Page 1 of 1
Includes the copyrighted material of Insurance Services Office, Inc. with its permission.

COMMERCIAL GENERAL LIABILITY
POLICY NUMBER: **H-660-8F213882-TIL-20**        ISSUE DATE: **03-24-20**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED – DESIGNATED PERSON OR ORGANIZATION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**SCHEDULE**

**Name of Additional Insured Person(s) or Organization(s):**

THE CITY OF NEW YORK
DEPARTMENT OF CITYWIDE ADMINISTRATIVE SERVICES
ASSET MANAGEMENT
1 CENTRE STREET
NEW YORK, NY 10007

RE: QUEENS, BLOCK 4762, PART OF LOT 999
N/W/C OF FRANCES LEWIS BOULEVARD AND 160TH STREET
APPROXIMATELY 1,121 SQUARE FEET (INCLUDES 897 SQUARE FEET CUT OF
BUILDING)

**Section II – Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for "bodily injury", "property damage", "personal injury" or "advertising injury" caused, in whole or in part, by your acts or omissions or the acts or omissions of those acting on your behalf:

**A.** In the performance of your ongoing operations; or
**B.** In connection with your premises owned by or rented to you.

**CG D4 11 04 08**            © 2008 The Travelers Companies, Inc.            Page 1 of 1
Includes the copyrighted material of Insurance Services Office, Inc. with its permission.

COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# LIMITATION WHEN TWO OR MORE POLICIES APPLY TO THE SAME CLAIM OR SUIT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following is added to **SECTION III – LIMITS OF INSURANCE**:

When this Coverage Part and any Coverage Part in any other policy written by us or any of our affiliated insurance companies and issued to:

**a.** You;

**b.** Any organization in which you own more than a 10% interest; or

**c.** Any person or organization that owns more than a 10% interest in you;

apply or applied to the same claim or "suit", the most we will pay for the sum of all amounts subject to the limits of insurance is the highest limit of insurance that applies or applied to such claim or "suit" under any one of those Coverage Parts.

However, this provision does not apply if the other Coverage Part that applies or applied is umbrella insurance, or excess insurance, that was bought specifically to apply in excess of the applicable limits of insurance shown in the Declarations of this Coverage Part.

**CG D4 24 07 08**  © 2008 The Travelers Companies, Inc.  Page 1 of 1
Includes the copyrighted material of Insurance Services Office, Inc. with its permission.

COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# COVERAGE FOR CONTINGENT LIABILITY FOR EQUIPMENT YOU LEASE TO OTHERS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**PROVISIONS**

1. The following exclusion is added to Paragraph **2.**, **Exclusions**, of **SECTION I – COVERAGES – COVERAGE A BODILY INJURY AND PROPERTY DAMAGE**:

   **Contingent Liability For Equipment You Lease To Others**

   "Bodily injury" or "property damage" arising out of any "equipment you lease to others".

   This exclusion does not apply to:

   **(1)** "Bodily injury" or "property damage":

   **(a)** Arising out of any "equipment you lease to others" for which you have received proof of primary liability insurance for you for that equipment from the person or organization to whom you have leased that equipment; and

   **(b)** Caused by an "occurrence" that takes place:

   **(i)** Within 30 days after that equipment is in the possession of that person or organization without such insurance being in effect; or

   **(ii)** While such insurance is in effect, but not collectible;

   **(2)** "Bodily injury" or "property damage" arising out of your independent acts or omissions; or

   **(3)** "Bodily injury" or "property damage" caused by an "occurrence" that takes place after the written lease agreement for that "equipment you lease to others" expires.

2. The following is added to Paragraph **4.b.**, **Excess Insurance**, of **SECTION IV – COMMERCIAL GENERAL LIABILITY CONDITIONS**:

   This insurance is excess over any of the other insurance, whether primary, excess, contingent or on any other basis, that covers "your contingent liability for leased equipment".

3. The following is added to the **DEFINITIONS** Section:

   "Equipment you lease to others":

   **a.** Means equipment you lease to another person or organization under a written lease agreement.

   **b.** Includes substitute or additional equipment when part of such written lease agreement.

   **c.** Does not include any equipment you lease to another person or organization after such equipment has been repossessed or placed in the possession of you or your representative.

   "Your contingent liability for leased equipment" means your liability:

   **a.** For "bodily injury" or "property damage" arising out of any "equipment you lease to others";

   **b.** For which the person or organization to whom you have leased that equipment is required under the written lease agreement for that equipment to purchase insurance; and

   **c.** For which insurance required by the written lease agreement is not in effect or collectible.

COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# SECURITY AND LAW ENFORCEMENT SERVICES LIABILITY COVERAGE

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**PROVISIONS**

**1.** The following is added to the definition of "occurrence" in the **DEFINITIONS** Section:

"Occurrence" also means an act or omission committed in providing or failing to provide "security and law enforcement services".

**2.** The following is added to the **DEFINITIONS** Section:

"Security and law enforcement services" means any of the official activities or operations of a security organization or department that you employ or contract with to enforce the law and protect persons or property for you or on your behalf.

**3.** The following replaces the definition of "bodily injury" in the **DEFINITIONS** Section, but only for the purposes of "security and law enforcement services" liability coverage:

"Bodily injury":

**a.** Means any harm, including sickness or disease, to the health of a person.

**b.** Includes mental anguish, injury or illness, or emotional distress.

**4.** The following is added to the definition of "personal injury" in the **DEFINITIONS** Section:

"Personal injury" also:

**a.** Means injury, other than "advertising injury", caused by one or more of the following offenses committed in the course of providing or failing to provide "security and law enforcement services":

**(1)** False or improper service of process;

**(2)** Violation of civil rights protected under any federal, state or local law; or

**(3)** Offensive physical or non-physical acts of a sexual nature.

**b.** Includes "bodily injury" caused by one or more of the offenses described in Paragraph **a.** above.

**5.** The following is added to Paragraph **1.** of **SECTION I – SUPPLEMENTARY PAYMENTS – COVERAGES A AND B**:

For the purposes of "security and law enforcement services" liability coverage, up to $25,000 per policy period for physical damage to personal property that is in a person's possession at the time of detention and that is in the care, custody or control of an insured at the time of such damage.

**6.** The following is added to Exclusion **a.**, **Expected Or Intended Injury**, in Paragraph **2.** of **SECTION I – COVERAGES – COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY**:

This exclusion does not apply to "bodily injury" or "property damage" resulting from providing or failing to provide "security and law enforcement services".

**7.** The following is added to Paragraph **(1)** of Exclusion **f.**, **Pollution**, in Paragraph **2.** of **SECTION I – COVERAGES – COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY**:

However, subparagraphs **(a)** and **(d)** do not apply to "bodily injury" or "property damage" arising out of the use of mace, pepper spray or tear gas in providing or failing to provide "security and law enforcement services".

**8.** The following is added to Exclusion **j.**, **Damage To Property**, in Paragraph **2.** of **SECTION I – COVERAGES – COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY**:

Paragraph **(4)** of this exclusion does not apply to payments we make under Supplementary Payments.

**9.** The following is added to Paragraph **2.**, **Exclusions**, of **SECTION I – COVERAGES – COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY**:

The Discrimination exclusion does not apply to "bodily injury" resulting from providing or failing to provide "security and law enforcement services".

**CG D7 29 06 14**    © 2014 The Travelers Indemnity Company. All rights reserved.    Page 1 of 3

COMMERCIAL GENERAL LIABILITY

If an Abuse Or Molestation exclusion is part of your policy, the Abuse Or Molestation exclusion does not apply to "bodily injury" resulting from providing or failing to provide "security and law enforcement services".

If a Corporal Punishment exclusion is part of your policy, the Corporal Punishment exclusion does not apply to "bodily injury" or "property damage" resulting from providing or failing to provide "security and law enforcement services".

10. The following exclusions are added to Paragraph 2., **Exclusions**, of **SECTION I – COVERAGES – COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY**, but only for the purposes of "security and law enforcement services" liability coverage:

**Criminal, Dishonest, Fraudulent Or Malicious Acts**

"Bodily injury" or "property damage" arising out of any criminal, dishonest, fraudulent, or malicious act committed in providing or failing to provide "security and law enforcement services":

**(1)** By the insured; or

**(2)** With the consent or knowledge of the insured.

This exclusion does not apply to our duty to defend that insured until it has been determined or admitted in a legal proceeding that such an act was committed:

**(1)** By that insured; or

**(2)** With the consent or knowledge of that insured.

**Fines Or Penalties**

Any fine or penalty imposed by law or regulation, or that any insured has agreed to pay for any reason.

**Injunctive Relief**

Any loss, cost or expense arising out of complying with any injunctive or other non-monetary relief or any agreement to provide such relief.

**Known Acts Or Omissions**

"Bodily injury" or "property damage" arising out of any act or omission committed in providing or failing to provide "security and law enforcement services" that you or any other involved insured knew about before the first date we or any of our affiliated insurance companies have continuously provided this or similar coverage to you.

You or any other involved insured will be deemed to know about such act or omission at the earliest time when you or any other involved insured:

**(1)** Reports all, or any part, of the act or omission to us or any provider of other insurance;

**(2)** Receives a written or verbal demand or claim for damages because of such act or omission; or

**(3)** Becomes aware by any other means that all, or any part, of such act or omission has been committed.

11. The following replaces Exclusion **d.**, **Criminal Acts**, in Paragraph **2.** of **SECTION I – COVERAGES – COVERAGE B PERSONAL AND ADVERTISING INJURY LIABILITY**, but only for the purposes of "security and law enforcement services" liability coverage:

**Criminal, Dishonest, Fraudulent Or Malicious Acts**

"Personal injury" or "advertising injury" arising out of any criminal, dishonest, fraudulent, or malicious act committed in providing or failing to provide "security and law enforcement services":

**(1)** By the insured; or

**(2)** With the consent or knowledge of the insured.

This exclusion does not apply to our duty to defend that insured until it has been determined or admitted in a legal proceeding that such an act was committed:

**(1)** By that insured; or

**(2)** With the consent or knowledge of that insured.

This exclusion also does not apply to "personal injury" caused by malicious prosecution.

12. The following is added to Exclusion **m.**, **Pollution**, in Paragraph **2.** of **SECTION I – COVERAGES – COVERAGE B PERSONAL AND ADVERTISING INJURY LIABILITY**:

However, this paragraph does not apply to "personal injury" arising out of the use of mace, pepper spray or tear gas in providing or failing to provide "security and law enforcement services".

13. The following is added to Paragraph **2.**, **Exclusions**, of **SECTION I – COVERAGES – COVERAGE B PERSONAL AND ADVERTISING INJURY LIABILITY**:

The Discrimination exclusion does not apply to "personal injury" committed in providing or failing to provide "security and law enforcement services".

If an Abuse Or Molestation exclusion is part of your policy, the Abuse Or Molestation exclusion does not apply to "personal injury" committed in

Page 2 of 3                © 2014 The Travelers Indemnity Company. All rights reserved.                **CG D7 29 06 14**

COMMERCIAL GENERAL LIABILITY

providing or failing to provide "security and law enforcement services".

If a Corporal Punishment exclusion is part of your policy, the Corporal Punishment exclusion does not apply to "personal injury" committed in providing or failing to provide "security and law enforcement services".

14. The following exclusions are added to Paragraph 2., **Exclusions**, of **SECTION I – COVERAGES – COVERAGE B PERSONAL AND ADVERTISING INJURY LIABILITY**, but only for the purposes of "security and law enforcement services" liability coverage:

   **Fines Or Penalties**

   Any fine or penalty imposed by law or regulation, or that any insured has agreed to pay for any reason.

   **Injunctive Relief**

   Any loss, cost or expense arising out of complying with any injunctive or other non-monetary relief or any agreement to provide such relief.

   **Known Acts Or Omissions**

   "Personal injury" arising out of any act or omission committed in providing or failing to provide "security and law enforcement services" that you or any other involved insured knew about before the first date we or any of our affiliated insurance companies have continuously provided this or similar coverage to you.

   You or any other involved insured will be deemed to know about such act or omission at the earliest time when you or any other involved insured:

   **(1)** Reports all, or any part, of the act or omission to us or any provider of other insurance;

   **(2)** Receives a written or verbal demand or claim for damages because of such act or omission; or

   **(3)** Becomes aware by any other means that all, or any part, of such act or omission has been committed.

15. The following is added to Paragraph 1., **Insuring Agreement**, of **SECTION I – COVERAGES – COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY**:

   For the purposes of "security and law enforcement services" liability coverage, damages include the attorneys' fees of the person or organization making a claim or bringing a "suit" if such fees are awarded, or paid in a settlement, for

"bodily injury" or "property damage" to which this insurance applies.

16. The following is added to Paragraph 1., **Insuring Agreement**, of **SECTION I – COVERAGES – COVERAGE B PERSONAL AND ADVERTISING INJURY LIABILITY**:

   For the purposes of "security and law enforcement services" liability coverage, damages include the attorneys' fees of the person or organization making a claim or bringing a "suit" if such fees are awarded, or paid in a settlement, for "personal injury" to which this insurance applies.

17. The following is added to Paragraph 1.e. of **SECTION I – SUPPLEMENTARY PAYMENTS – COVERAGES A AND B**:

   For the purposes of "security and law enforcement services" liability coverage, such costs do not include attorneys' fees awarded to any person or organization making a claim or bringing a "suit".

18. The following is added to Paragraph 5. of **SECTION III – LIMITS OF INSURANCE**:

   For the purpose of determining the applicable Each Occurrence Limit, all related acts or omissions committed in providing or failing to provide "security and law enforcement services" will be deemed to be one "occurrence".

19. The following is added to **SECTION III – LIMITS OF INSURANCE**:

   **Two Or More Coverage Limits For The Same Offensive Physical Act**

   If **Coverage – Abuse Or Molestation Liability** is part of your policy, and that Coverage and Coverage **A** or Coverage **B** apply to damages because of "bodily injury" or "personal injury" arising out of the same offensive physical act, then the most we will pay for the sum of all such damages subject to the limits of insurance is the single highest available limit of insurance that applies under any one of those Coverages.

20. The following exclusion is added to Paragraph 2., **Exclusions**, of **COVERAGE – ABUSE OR MOLESTATION LIABILITY** of the **Limited Abuse Or Molestation Liability Coverage** endorsement, if that endorsement is part of your policy:

   **Security And Law Enforcement Services Liability**

   "Bodily injury" or "personal injury" arising out of providing or failing to provide "security and law enforcement services".

**CG D7 29 06 14** © 2014 The Travelers Indemnity Company. All rights reserved. Page 3 of 3

COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# LIMITATION WHEN TWO OR MORE COVERAGE PARTS APPLY TO THE SAME CLAIM OR SUIT – NEW YORK

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following is added to **SECTION III – LIMITS OF INSURANCE**:

When this Coverage Part and any other Coverage Part in this policy apply or applied to the same claim or "suit", the most we will pay for the sum of all amounts subject to the limits of insurance is the highest limit of insurance that applies or applied to such claim or "suit" under any one of those Coverage Parts.

However, this provision does not apply if the other Coverage Part that applies or applied is umbrella insurance, or excess insurance, that was bought specifically to apply in excess of the applicable limits of insurance shown in the Declarations of this Coverage Part.

**CG F5 62 02 09**                    © 2009 The Travelers Companies, Inc.                    Page 1 of 1

COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# LIMITATION WHEN TWO OR MORE POLICIES APPLY TO THE SAME CLAIM OR SUIT – VIRGINIA

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following is added to **SECTION III – LIMITS OF INSURANCE**:

When this Coverage Part and any Coverage Part in any other policy written by us or any of our affiliated insurance companies and issued to you apply or applied to the same claim or "suit", the most we will pay for the sum of all amounts subject to the limits of insurance is the highest limit of insurance that applies or applied to such claim or "suit" under any one of those Coverage Parts.

However, this provision does not apply if the other Coverage Part that applies or applied is umbrella insurance, or excess insurance, that was bought specifically to apply in excess of the applicable limits of insurance shown in the Declarations of this Coverage Part.

**CG F5 74 05 09**    © 2009 The Travelers Companies, Inc.    Page 1 of 1

COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# LIMITATION WHEN TWO OR MORE COVERAGE PARTS APPLY TO THE SAME CLAIM OR SUIT – TEXAS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following is added to **SECTION III – LIMITS OF INSURANCE**:

When this Coverage Part and any other Coverage Part in this policy apply or applied to the same claim or "suit", the most we will pay for the sum of all amounts subject to the limits of insurance is the highest limit of insurance that applies or applied to such claim or "suit" under any one of those Coverage Parts.

However, this provision does not apply if the other Coverage Part that applies or applied is umbrella insurance, or excess insurance, that was bought specifically to apply in excess of the applicable limits of insurance shown in the Declarations of this Coverage Part.

**CG F5 88 06 09**          © 2009 The Travelers Companies, Inc.          Page 1 of 1
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

COMMERCIAL GENERAL LIABILITY

POLICY NUMBER: **H-660-8F213882-TIL-20**                ISSUE DATE: **03-24-20**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED – OWNERS, LESSEES OR CONTRACTORS – SCHEDULED PERSON OR ORGANIZATION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

### SCHEDULE

**Name of Person or Organization:**

**WASHINGTON METROPOLITAN AREA
TRANSIT AUTHORITY**

**600 5TH STREET, NW, ROOM 5B**

**WASHINGTON              DC 20001**

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

**A.** **Section II – Who Is An Insured** is amended to include as an insured the person or organization shown in the Schedule, but only with respect to liability arising out of your ongoing operations performed for that insured.

**B.** With respect to the insurance afforded to these additional insureds, the following exclusion is added:

**2. Exclusions**

This insurance does not apply to "bodily injury" or "property damage" occurring after:

**(1)** All work, including materials, parts or equipment furnished in connection with such work, on the project (other than service, maintenance or repairs) to be performed by or on behalf of the additional insured(s) at the site of the covered operations has been completed; or

**(2)** That portion of "your work" out of which the injury or damage arises has been put to its intended use by any person or organization other than another contractor or subcontractor engaged in performing operations for a principal as a part of the same project.

**CG 20 10 10 01**                © ISO Properties Inc., 2000                Page 1 of 1

COMMERCIAL GENERAL LIABILITY
ISSUE DATE: **03-24-20**

POLICY NUMBER: **H-660-8F213882-TIL-20**

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

## SCHEDULE

| Name Of Person Or Organization: |
| --- |
| ANY PERSON OR ORGANIZATION FOR WHICH THE INSURED HAS AGREED BY WRITTEN CONTRACT EXECUTED PRIOR TO LOSS TO FURNISH THIS WAIVER. |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

**CG 24 04 05 09**                © Insurance Services Office, Inc., 2008                Page 1 of 1

COMMERCIAL GENERAL LIABILITY

POLICY NUMBER: **H-660-8F213882-TIL-20**    ISSUE DATE: **03-24-20**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# PRODUCTS/COMPLETED OPERATIONS HAZARD REDEFINED

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

**SCHEDULE**

**Description of Premises and Operations:**

**CAFETERIA OPERATIONS**

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

With respect to "bodily injury" or "property damage" arising out of "your products" manufactured, sold, handled or distributed:

**1.** On, from or in connection with the use of any premises described in the Schedule, or

**2.** In connection with the conduct of any operation described in the Schedule, when conducted by you or on your behalf.

Paragraph **a.** of the definition of "Products-completed operations hazard" in the DEFINITIONS Section is replaced by the following:

"Products-completed operations hazard":

**a.** Includes all "bodily injury" and "property damage" that arises out of "your products" if the "bodily injury" or "property damage" occurs after you have relinquished possession of those products.

**CG 24 07 01 96**    Copyright, Insurance Services Office, Inc., 1994    Page 1 of 1

COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AMENDMENT – NON CUMULATION OF EACH OCCURRENCE LIMIT OF LIABILITY and NON CUMULATION OF PERSONAL and ADVERTISING INJURY LIMIT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**1.** Paragraph 5 of SECTION III – LIMITS OF INSURANCE, is amended to include the following:

Non cumulation of Each Occurrence Limit – If one "occurrence" causes "bodily injury" and/or "property damage" during the policy period and during the policy period of one or more prior and/or future policies that include a commercial general liability coverage part for the insured issued by us or any affiliated insurance company, the amount we will pay is limited. This policy's Each Occurrence Limit will be reduced by the amount of each payment made by us and any affiliated insurance company under the other policies because of such "occurrence".

**2.** Paragraph 4 of SECTION III – LIMITS OF INSURANCE, is amended to include the following:

Non cumulation of Personal and Advertising Limit – If "personal injury" and/or "advertising injury" is sustained by any one person or organization during the policy period and during the policy period of one or more prior and/or future policies that include a commercial general liability coverage part for the insured issued by us or any affiliated insurance company, the amount we will pay is limited. This policy's Personal Injury and Advertising Injury Limit will be reduced by the amount of each payment made by us and any affiliated insurance company under the other policies because of such "personal injury" and/or "advertising injury".

**CG D2 03 12 97**            Copyright, Travelers Indemnity Company, 1997            Page 1 of 1

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# BLANKET ADDITIONAL INSURED
## (Includes Products-Completed Operations If Required By Contract)

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**PROVISIONS**

The following is added to **SECTION II – WHO IS AN INSURED**:

Any person or organization that you agree in a written contract or agreement to include as an additional insured on this Coverage Part is an insured, but only:

**a.** With respect to liability for "bodily injury" or "property damage" that occurs, or for "personal injury" caused by an offense that is committed, subsequent to the signing of that contract or agreement and while that part of the contract or agreement is in effect; and

**b.** If, and only to the extent that, such injury or damage is caused by acts or omissions of you or your subcontractor in the performance of "your work" to which the written contract or agreement applies. Such person or organization does not qualify as an additional insured with respect to the independent acts or omissions of such person or organization.

The insurance provided to such additional insured is subject to the following provisions:

**a.** If the Limits of Insurance of this Coverage Part shown in the Declarations exceed the minimum limits required by the written contract or agreement, the insurance provided to the additional insured will be limited to such minimum required limits. For the purposes of determining whether this limitation applies, the minimum limits required by the written contract or agreement will be considered to include the minimum limits of any Umbrella or Excess liability coverage required for the additional insured by that written contract or agreement. This provision will not increase the limits of insurance described in Section **III** – Limits Of Insurance.

**b.** The insurance provided to such additional insured does not apply to:

**(1)** Any "bodily injury", "property damage" or "personal injury" arising out of the providing, or failure to provide, any professional architectural, engineering or surveying services, including:

**(a)** The preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders or change orders, or the preparing, approving, or failing to prepare or approve, drawings and specifications; and

**(b)** Supervisory, inspection, architectural or engineering activities.

**(2)** Any "bodily injury" or "property damage" caused by "your work" and included in the "products-completed operations hazard" unless the written contract or agreement specifically requires you to provide such coverage for that additional insured during the policy period.

**c.** The additional insured must comply with the following duties:

**(1)** Give us written notice as soon as practicable of an "occurrence" or an offense which may result in a claim. To the extent possible, such notice should include:

**(a)** How, when and where the "occurrence" or offense took place;

**(b)** The names and addresses of any injured persons and witnesses; and

**(c)** The nature and location of any injury or damage arising out of the "occurrence" or offense.

**(2)** If a claim is made or "suit" is brought against the additional insured:

**CG D2 46 04 19**          © 2018 The Travelers Indemnity Company. All rights reserved.          Page 1 of 2

COMMERCIAL GENERAL LIABILITY

**(a)** Immediately record the specifics of the claim or "suit" and the date received; and

**(b)** Notify us as soon as practicable and see to it that we receive written notice of the claim or "suit" as soon as practicable.

**(3)** Immediately send us copies of all legal papers received in connection with the claim or "suit", cooperate with us in the investigation or settlement of the claim or defense against the "suit", and otherwise comply with all policy conditions.

**(4)** Tender the defense and indemnity of any claim or "suit" to any provider of other insurance which would cover such additional insured for a loss we cover. However, this condition does not affect whether the insurance provided to such additional insured is primary to other insurance available to such additional insured which covers that person or organization as a named insured as described in Paragraph **4.**, Other Insurance, of Section **IV** – Commercial General Liability Conditions.

Page 2 of 2            © 2018 The Travelers Indemnity Company. All rights reserved.            **CG D2 46 04 19**

COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# COVERAGE FOR BODILY INJURY OR PERSONAL INJURY TO CO-EMPLOYEES OR CO-VOLUNTEER WORKERS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**PROVISIONS**

The following replaces the beginning of Paragraph **2.a.**, and Paragraphs **2.a.1.(a)**, **(b)** and **(c)**, of **SECTION II – WHO IS AN INSURED**:

**a.** Your "volunteer workers" only while performing duties related to the conduct of your business, or your "employees", other than either your "executive officers" (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business. However, none of these "employees" or "volunteer workers" are insureds for:

**(1)** "Bodily injury" or "personal injury":

    **(a)** To you;

    **(b)** To your partners or members (if you are a partnership or joint venture) or to your members (if you are a limited liability company);

    **(c)** For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in Paragraphs **(1)(a)** or **(b)** above; or

**CG D4 32 07 08**
© 2008 The Travelers Companies, Inc.
Includes the copyrighted material of Insurance Services Office, Inc. with its permission.
Page 1 of 1

COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# FUNGI OR BACTERIA EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2.**, Exclusions **of Section I – Coverage A – Bodily Injury And Property Damage**:

**2. Exclusions**

This insurance does not apply to:

**Fungi or Bacteria**

**a.** "Bodily injury" or "property damage" which would not have occurred, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, any "fungi" or bacteria on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury or damage.

**b.** Any loss, cost or expenses arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person or entity.

This exclusion does not apply to any "fungi" or bacteria that are, are on, or are contained in, a good or product intended for consumption.

**B.** The following exclusion is added to Paragraph **2.**, Exclusions of **Section I – Coverage B – Personal And Advertising Injury Liability**:

**2. Exclusions**

This insurance does not apply to:

**Fungi or Bacteria**

**a.** "Personal injury" or "advertising injury" which would not have taken place, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of any "fungi" or bacteria on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury.

**b.** Any loss, cost or expenses arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person or entity.

**C.** The following definition is added to the **Definitions** Section:

"Fungi" means any type or form of fungus, including mold or mildew and any mycotoxins, spores, scents or byproducts produced or released by fungi.

**CG D2 43 01 02**        Copyright, The Travelers Indemnity Company, 2002        Page 1 of 1
Includes copyrighted material of Insurance Services Office

COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AMENDMENT OF CONTRACTUAL LIABILITY EXCLUSION – EXCEPTION FOR DAMAGES ASSUMED IN AN INSURED CONTRACT APPLIES ONLY TO NAMED INSURED

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**PROVISIONS**

1. The following replaces Paragraph **(2)** of Exclusion **b.**, **Contractual Liability**, in Paragraph **2.** of **SECTION I – COVERAGES – COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY**:

   **(2)** Assumed by you in a contract or agreement that is an "insured contract", provided that the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement. Solely for the purposes of liability assumed by you in an "insured contract", reasonable attorney fees and necessary litigation expenses incurred by or for a party other than an insured will be deemed to be damages because of "bodily injury" or "property damage", provided that:

   **(a)** Liability to such party for, or for the cost of, that party's defense has also been assumed by you in the same "insured contract"; and

   **(b)** Such attorney fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged.

2. The following replaces the beginning of Paragraph **2.**, and Paragraphs **2.a.**, **b.**, **c.**, **d.** and **e.**, of **SUPPLEMENTARY PAYMENTS – COVERAGES A AND B** of **SECTION I – COVERAGES**:

   **2.** If we defend you against a "suit" and your indemnitee is also named as a party to the "suit", we will have the right and duty to defend that indemnitee if all of the following conditions are met:

   **a.** The "suit" against the indemnitee seeks damages for which you have assumed the liability of the indemnitee in a contract or agreement that is an "insured contract";

   **b.** This insurance applies to such liability assumed by you;

   **c.** The obligation to defend, or the cost of the defense of, that indemnitee has also been assumed by you in the same "insured contract";

   **d.** The allegations in the "suit" and the information we know about the "occurrence" or offense are such that we determine that no conflict exists between your interests and the interests of the indemnitee;

   **e.** You and the indemnitee ask us to conduct and control the defense of that indemnitee against such "suit" and agree that we can assign the same counsel to defend you and the indemnitee; and

3. The following replaces the last sentence of Paragraph **2.** of **SUPPLEMENTARY PAYMENTS – COVERAGES A AND B** of **SECTION I – COVERAGES**:

   Our obligation to defend your indemnitee and to pay for attorneys' fees and necessary litigation expenses as Supplementary Payments ends when:

   **a.** We have used up the applicable limit of insurance in the payment of judgments, settlements or medical expenses; or

   **b.** The conditions set forth above, or the terms of the agreement described in Paragraph **f.** above, are no longer met.

**CG D4 21 07 08**     © 2008 The Travelers Companies, Inc.     Page 1 of 1
Includes the copyrighted material of Insurance Services Office, Inc. with its permission.

COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION – FORECLOSED PROPERTY LIABILITY

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**PROVISIONS**

**1.** The following is added to Paragraph **(1)** of Exclusion **j.**, **Damage To Property**, of **SECTION I – COVERAGE A – BODILY INJURY AND PROPERTY DAMAGE LIABILITY**:

For purposes of this paragraph, "foreclosed property" will be deemed to be property you own.

**2.** The following exclusion is added to Paragraph **2.**, **Exclusions**, of **SECTION I – COVERAGES – COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY**:

**Foreclosed Property**

"Bodily injury" or "property damage" arising out of:

**(1)** The ownership, maintenance or use of "foreclosed property";

**(2)** Operations related to the ownership, maintenance or use of "foreclosed property"; or

**(3)** Fiduciary or representative duties related to "foreclosed property".

**3.** The following exclusion is added to Paragraph **2.**, **Exclusions**, of **SECTION I – COVERAGES – COVERAGE B PERSONAL AND ADVERTISING INJURY LIABILITY**:

**Foreclosed Property**

"Personal injury" or "advertising injury" arising out of:

**(1)** The ownership, maintenance or use of "foreclosed property";

**(2)** Operations related to the ownership, maintenance or use of "foreclosed property"; or

**(3)** Fiduciary or representative duties related to "foreclosed property".

**4.** The following is added to the **DEFINITIONS** Section:

"Foreclosed property" means any premises that any insured:

**a.** Obtains by legal enforcement of a lien through a foreclosure proceeding;

**b.** Obtains by getting a deed in lieu of foreclosure;

**c.** Holds as a "mortgagee in possession"; or

**d.** Is in the "process of foreclosing".

"Mortgagee in possession" means the holder of a mortgage on land, or on a building or other structure, who is in the possession, or who has assumed the care, custody or control, of such land, building or other structure on behalf of the mortgagor, with the agreement or assent of the mortgagor.

"Process of foreclosing" means:

**a.** You have:

**(1)** Filed a complaint in a court of law initiating a judicial foreclosure proceeding on the land, building or other structure and the foreclosure sale has not yet been completed; or

**(2)** Requested the trustee to begin foreclosure on the land, building or other structure in a statutory foreclosure proceeding and the foreclosure sale has not yet been executed; and

**b.** You are in possession, or have assumed the care, custody or control, of such land, building or other structure.

**CG D5 51 01 14** © 2014 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission. Page 1 of 1

COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION – PORTFOLIO COMPANY

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**PROVISIONS**

1.  The following exclusion is added to Paragraph **2., Exclusions**, of **SECTION I – COVERAGES – COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY**:

    **Portfolio Company**

    "Bodily injury" or "property damage" arising out of the conduct of the business of any "portfolio company".

2.  The following exclusion is added to Paragraph **2., Exclusions**, of **SECTION I – COVERAGES – COVERAGE B PERSONAL AND ADVERTISING INJURY LIABILITY**:

    **Portfolio Company**

    "Personal injury" or "advertising injury" arising out of the conduct of the business of any "portfolio company".

3.  The following is added to **SECTION II – WHO IS AN INSURED**:

    No "portfolio company" is an insured.

4.  The following is added to the **DEFINITIONS** Section:

    "Portfolio company" means any entity:

    a.  In which any insured has invested or is planning to invest, directly or indirectly, including investment by the acquisition of equity, debt or convertible securities issued by such entity; and

    b.  That was, is or will be a part of any insured's investment portfolio.

---

**CG D5 59 02 19**          © 2018 The Travelers Indemnity Company. All rights reserved.          Page 1 of 1
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION – FIDUCIARY PROPERTY LIABILITY

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**PROVISIONS**

1. The following is added to Paragraph **(1)** of Exclusion **j.**, **Damage To Property**, of **SECTION I – COVERAGE A – BODILY INJURY AND PROPERTY DAMAGE LIABILITY**:

   For purposes of this paragraph, "fiduciary property" will be deemed to be property you own.

2. The following exclusion is added to Paragraph **2.**, **Exclusions**, of **SECTION I – COVERAGES – COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY**:

   **Fiduciary Property**

   "Bodily injury" or "property damage" arising out of:

   **(a)** The ownership, maintenance or use of "fiduciary property";

   **(b)** Operations related to the ownership, maintenance or use of "fiduciary property"; or

   **(c)** Fiduciary or representative duties related to "fiduciary property".

3. The following exclusion is added to Paragraph **2.**, **Exclusions**, of **SECTION I – COVERAGES –**

**COVERAGE B PERSONAL AND ADVERTISING INJURY LIABILITY**:

**Fiduciary Property**

"Personal injury" or "advertising injury" arising out of:

**(a)** The ownership, maintenance or use of "fiduciary property";

**(b)** Operations related to the ownership, maintenance or use of "fiduciary property"; or

**(c)** Fiduciary or representative duties related to "fiduciary property".

4. Paragraph **1.e.** of **SECTION II – WHO IS AN INSURED** is deleted.

5. The following is added to the **DEFINITIONS** Section:

   "Fiduciary property" means any property in any conservatorship, estate, guardianship, trust or other fiduciary account for which you are acting in a fiduciary or representative capacity.

**CG D5 67 02 11**                © 2011 The Travelers Indemnity Company.                Page 1 of 1

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION – PROFESSIONAL FINANCIAL SERVICES

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**PROVISIONS**

1. The following exclusion is added to Paragraph **2.**, **Exclusions**, of **SECTION I – COVERAGES – COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY**:

**Professional Financial Services**

"Bodily injury" or "property damage" arising out of providing or failing to provide professional "financial services" by any insured to others.

This exclusion does not apply to:

**(1)** "Bodily injury" or "property damage" arising out of any typographical error;

**(2)** "Bodily injury" or "property damage" arising out of any clerical error in any deposit into or withdrawal from any customer's account;

**(3)** "Bodily injury" to your customer, or "property damage" to property owned or used by your customer, that occurs while such customer is on your premises for the purpose of receiving professional "financial services"; or

**(4)** "Bodily injury" or "property damage" arising out of the act of taking possession of real or personal property in connection with any of the following operations or activities:

**(a)** Lending;

**(b)** Leasing; or

**(c)** Extension of credit.

2. The following exclusion is added to Paragraph **2.**, **Exclusions**, of **SECTION I – COVERAGES – COVERAGE B PERSONAL AND ADVERTISING INJURY LIABILITY**:

**Professional Financial Services**

"Personal injury" or "advertising injury" arising out of providing or failing to provide professional "financial services" by any insured to others.

This exclusion does not apply to "personal injury" or "advertising injury" arising out of any:

**(1)** Typographical error; or

**(2)** Clerical error in any deposit into or withdrawal from any customer's account.

3. The following is added to the **DEFINITIONS** Section:

"Financial services" includes:

**a.** Acting as a dividend disbursing agent, exchange agent, redemption or subscription agent, warrant or scrip agent, fiscal or paying agent, tax withholding agent, escrow agent, clearing agent, wire transfer agent or agent for the purpose of accomplishing any activity listed in paragraphs **b.** through **h.** below;

**b.** Planning, managing, administering, advising on or acting in a fiduciary capacity for:

**(1)** Any investment, trust, pension, annuity, deposit account, individual retirement plan, fund or account, welfare fund, mutual fund or other similar financial account;

**(2)** The issuance or withdrawal of any bond, debenture, stock or other security;

**(3)** The trading or brokerage of any security, commodity or currency;

**(4)** Any acquisition, merger, dissolution or other business consolidation or expansion;

**(5)** Debt or credit counseling; or

**(6)** Personal finance consulting;

**c.** Evaluating, analyzing, administering, managing, advising on or servicing, or providing opinions or instructions in connection with, any of the following operations or activities:

**(1)** Lending, leasing or extension of credit;

**(2)** Credit card or debit card; or

**(3)** Real estate;

**d.** Checking or reporting of credit;

**e.** Maintaining or providing information concerning any financial account, record or balance;

**f.** Tax planning, tax advising or preparing any tax return;

**g.** Selling or issuing any travelers check, certified check, bank check, money order, other

**CG D6 39 05 12**      © 2012 The Travelers Indemnity Company. All rights reserved.      Page 1 of 2
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

COMMERCIAL GENERAL LIABILITY

similar monetary instrument or money transfer;

**h.** Administering or leasing any safe deposit or lock box;

**i.** With respect to any contract or treaty of insurance, reinsurance, suretyship, annuity, endowment or employee benefit plan, nursing, medical, dental, psychiatric or laboratory service, health facility management or other health maintenance or cost containment program, including any application, receipt or binder:

    **(1)** Assuming any obligation; or

    **(2)** Discharging any obligation or duty, contractual or otherwise;

**j.** Administering, managing, being a member of or contributing to any plan, pool, association, insolvency or guarantee fund or any similar fund, organization or association;

**k.** Auditing any account or record of others; or

**l.** Evaluating, analyzing, managing, or advising on, or providing opinions or instructions in connection with, any actuarial, adjustment, appraisal, audit, claim, consulting, data processing, engineering, inspection, investigative or survey service.

 © 2012 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission. **CG D6 39 05 12**

COMMERCIAL GENERAL LIABILITY
ISSUE DATE: 03-24-20

POLICY NUMBER: H-660-8F213882-TIL-20

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AMENDMENT OF LIQUOR LIABILITY EXCLUSION – EXCEPTION FOR SCHEDULED PREMISES OR ACTIVITIES

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**SCHEDULE OF PREMISES OR ACTIVITIES**

Description of Premises or Activities:

**Any activity authorized by the Named Insured, except in the states of Massachusetts, New Hampshire, or New Jersey.**

**PROVISIONS**

The following replaces Exclusion **c.**, **Liquor Liability**, in Paragraph **2.** of **SECTION I – COVERAGES – COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY**:

**c. Liquor Liability**

"Bodily injury" or "property damage" for which any insured may be held liable by reason of:

**(1)** Causing or contributing to the intoxication of any person, including causing or contributing to the intoxication of any person because alcoholic beverages were permitted to be brought on your premises, for consumption on your premises;

**(2)** The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

**(3)** Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies only if you:

**(1)** Manufacture, sell or distribute alcoholic beverages;

**(2)** Serve or furnish alcoholic beverages for a charge whether or not such activity:

**(a)** Requires a license;

**(b)** Is for the purpose of financial gain or livelihood;

**(3)** Serve or furnish alcoholic beverages without a charge, if a license is required for such activity; or

**(4)** Permit any person to bring any alcoholic beverages on your premises, for consumption on your premises.

This exclusion does not apply to "bodily injury" or "property damage" arising out of:

**(i)** The selling, serving or furnishing of alcoholic beverages at any specified activities described in the Schedule Of Premises Or Activities; or

**(ii)** Permitting any person to bring any alcoholic beverages on any premises described in the Schedule Of Premises Or Activities, for consumption on any premises described in the Schedule Of Premises Or Activities.

**CG D6 99 08 13**      © 2013 The Travelers Indemnity Company. All rights reserved.      Page 1 of 1
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AMENDMENT OF CONTRACTUAL LIABILITY EXCLUSION – EXCEPTION FOR DAMAGES ASSUMED IN AN INSURED CONTRACT APPLIES ONLY TO NAMED INSURED – LOUISIANA

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**PROVISIONS**

1.  The following replaces Paragraph **(2)** of Exclusion **b.**, **Contractual Liability**, in Paragraph **2.** of **SECTION I – COVERAGES – COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY**:

    **(2)** Assumed by you in a contract or agreement that is an "insured contract", provided that the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement. Solely for the purposes of liability assumed by you in an "insured contract", reasonable attorney fees and necessary litigation expenses incurred by or for a party other than an insured will be deemed to be damages because of "bodily injury" or "property damage", provided that:

        **(a)** Liability to such party for, or for the cost of, that party's defense has also been assumed by you in the same "insured contract"; and

        **(b)** Such attorney fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged.

2.  The following replaces the beginning of Paragraph **2.**, and Paragraphs **2.a.**, **b.**, **c.**, **d.** and **e.**, of **SUPPLEMENTARY PAYMENTS – COVERAGES A AND B** of **SECTION I – COVERAGES**:

    **2.** If we defend you against a "suit" and your indemnitee is also named as a party to the "suit", we will have the right and duty to defend that indemnitee if all of the following conditions are met:

        **a.** The "suit" against the indemnitee seeks damages for which you have assumed the liability of the indemnitee in a contract or agreement that is an "insured contract";

        **b.** This insurance applies to such liability assumed by you;

        **c.** The obligation to defend, or the cost of the defense of, that indemnitee has also been assumed by you in the same "insured contract";

        **d.** The allegations in the "suit" and the information we know about the "occurrence" or offense are such that we determine that no conflict exists between your interests and the interests of the indemnitee;

        **e.** You and the indemnitee ask us to conduct and control the defense of that indemnitee against such "suit" and agree that we can assign the same counsel to defend you and the indemnitee; and

3.  The following replaces the last sentence of Paragraph **2.** of **SUPPLEMENTARY PAYMENTS – COVERAGES A AND B** of **SECTION I – COVERAGES**:

    Our obligation to defend your indemnitee and to pay for attorneys' fees and necessary litigation expenses as Supplementary Payments ends when:

    **a.** We have used up the applicable limit of insurance in the payment of judgments, settlements or medical expenses. However, using up the Medical Expense Limit does not end our obligation to defend your indemnitee and to pay for attorneys' fees and necessary litigation expenses; or

    **b.** The conditions set forth above, or the terms of the agreement described in Paragraph **f.** above, are no longer met.

**CG F4 94 12 08**      © 2008 The Travelers Companies, Inc.      Page 1 of 1
Includes the copyrighted material of Insurance Services Office, Inc. with its permission.

COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION – LEAD

This endorsement modifies insurance provided under the following:

    COMMERCIAL GENERAL LIABILITY COVERAGE PART
    OWNERS AND CONTRACTORS LIABILITY COVERAGE PART
    PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
    RAILROAD PROTECTIVE LIABILITY COVERAGE PART
    CATASTROPHE UMBRELLA POLICY

**PROVISIONS**

This insurance does not apply to any injury, damage, loss, cost, payment or expense, including, but not limited to, defense and investigation, of any kind arising out of, resulting from, caused by or contributed to by the actual or alleged presence or actual, alleged or threatened dispersal, release, ingestion, inhalation or absorption of lead, lead compounds or lead which is or was contained or incorporated into any material or substance. This exclusion applies, but is not limited to:

1. Any supervision, instructions, recommendations, warnings or advice given in connection with the above;

2. Any obligation to share damages, losses, costs, payments or expenses with or repay someone else who must make payment because of such injury or damage, loss, cost, payment or expense; or

3. Any request, order or requirement to abate, mitigate, remediate, contain, remove or dispose of lead, lead compounds or materials or substances containing lead.

**CG D0 76 06 93**

Page 1 of 1

COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION – REPOSSESSED AIRCRAFT, AUTO OR WATERCRAFT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**PROVISIONS**

**1**. The following replaces the first paragraph of Exclusion **g.**, **Aircraft, Auto Or Watercraft**, in Paragraph **2.** of **SECTION I – COVERAGES – COVERAGE A – BODILY INJURY AND PROPERTY DAMAGE LIABILITY**:

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft owned, operated or repossessed by, or rented or loaned to, any insured. Use includes operation and "loading or unloading".

**2**. The following replaces Paragraphs **(2)** through **(6)** of Exclusion **g.**, **Aircraft, Auto Or Watercraft**, in Paragraph **2.** of **SECTION I – COVERAGES – COVERAGE A – BODILY INJURY AND PROPERTY DAMAGE LIABILITY**:

**(2)** A watercraft you do not own that is:

    **(a)** 50 feet long or less; and

    **(b)** Not being used to carry any person or property for a charge;

provided the watercraft is not repossessed by any insured;

**(3)** Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or the insured, or repossessed by any insured;

**(4)** Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft, provided the aircraft or watercraft is not repossessed by any insured;

**(5)** "Bodily injury" or "property damage" arising out of:

    **(a)** The operation of machinery or equipment that is attached to, or part of, a land vehicle that would qualify as "mobile equipment" under the definition of "mobile equipment" if such land vehicle were not subject to a compulsory or financial responsibility law, or other motor vehicle insurance law, where it is licensed or principally garaged; or

    **(b)** The operation of any of the equipment listed in Paragraph **f.(2)** or **f.(3)** of the definition of "mobile equipment";

provided the land vehicle or self-propelled vehicle is not repossessed by any insured; or

**(6)** An aircraft that is:

    **(a)** Chartered with a pilot to any insured;

    **(b)** Not owned by any insured; and

    **(c)** Not being used to carry any person or property for a charge;

provided the aircraft is not repossessed by any insured.

**3.** The following replaces Paragraph **2.e.** of **SECTION II – WHO IS AN INSURED**:

**e.** Any person or organization that, with your express or implied consent, either uses or is responsible for the use of a watercraft that you do not own that is:

    **(1)** 50 feet long or less; and

    **(2)** Not being used to carry any person or property for a charge;

provided the watercraft is not repossessed by any insured.

**CG D1 36 02 19**

© 2017 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Page 1 of 1

COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION – DISCRIMINATION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**PROVISIONS**

1. The following exclusion is added to Paragraph **2.**, **Exclusions**, of **SECTION I – COVERAGES – COVERAGE A – BODILY INJURY AND PROPERTY DAMAGE LIABILITY**:

**Discrimination**

"Bodily injury" arising out of discrimination based upon a person's sex, sexual orientation, marital status, pregnancy, race, color, creed, religion, national origin, citizenship, veteran status, age, genetic information or physical or mental disability, or any other characteristic, attribute, trait, condition or status that qualifies a person for protection against discrimination under federal, state or local law.

2. The following exclusion is added to Paragraph **2.**, **Exclusions**, of **SECTION I – COVERAGES – COVERAGE B – PERSONAL AND ADVERTISING INJURY LIABILITY**:

**Discrimination**

"Personal injury" arising out of discrimination based upon a person's sex, sexual orientation, marital status, pregnancy, race, color, creed, religion, national origin, citizenship, veteran status, age, genetic information or physical or mental disability, or any other characteristic, attribute, trait, condition or status that qualifies a person for protection against discrimination under federal, state or local law.

**CG D1 42 02 19**     © 2017 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.     Page 1 of 1

COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# MISSOURI CHANGES – DEFINITION OF POLLUTANTS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART

## PROVISIONS

The definition of "pollutants" in the **DEFINITIONS** Section of this Coverage Part or in any endorsement to this Coverage Part is replaced by the following:

"Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. "Pollutants" includes:

**a.** Petroleum or petroleum derivatives, gasoline, fuels, lubricants, and their respective additives and individual chemical components, including benzene and toluene;

**b.** Chlorinated and halogenated solvents, including tetrachloroethylene (PCE or PERC), trichloroethylene (TCE), trichloroethane (TCA) and vinyl chloride, and their degradation products;

**c.** Coal tar, manufactured gas plant (MGP) byproducts and polynuclear aromatic hydrocarbons (PAHs), phenols and polychlorinated biphenyls (PCBs); and

**d.** Organic and inorganic pesticides, and inorganic contaminants, including arsenic, barium, beryllium, lead, cadmium, chromium and mercury.

This definition of "pollutants" applies regardless of whether:

**1.** The irritant or contaminant, or the particular form, type or source of the irritant or contaminant, involved in the claim or "suit" is specifically identified or described in this definition, such as waste from manufacturing operations;

**2.** The irritant or contaminant has or had any function in any of the insured's business, operations, premises, sites or locations, such as:

**(i)** PERC for a dry cleaning business; or

**(ii)** TCE, or any of the other items included as examples of "pollutants" in **b.** above, for degreasing operations;

**3.** The irritant or contaminant represents a major source of potential liability for the insured, such as gasoline, or any of the other items included as examples of "pollutants" in **a.** above, for a gasoline station; or

**4.** The insured expects or considers the irritant or contaminant to be a pollutant.

Waste includes materials to be recycled, reconditioned or reclaimed.

COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# WASHINGTON CHANGES

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** Exclusion **e.** of Coverage **A** – Bodily Injury And Property Damage Liability (Section **I** – Coverages) applies only to "bodily injury" to any "employee" of the insured whose employment is not subject to the Industrial Insurance Act of Washington (Washington Revised Code Title 51).

With respect to "bodily injury" to "employees" of the insured whose employment is subject to the Industrial Insurance Act of Washington, Exclusion **e.** is replaced with the following:

This insurance does not apply to:

**1.** "Bodily injury" to an "employee" of the insured arising out of and in the course of:

   **a.** Employment by the insured; or

   **b.** Performing duties related to the conduct of the insured's business; or

**2.** Any obligation to share damages with or repay someone else who must pay damages because of the injury.

This exclusion does not apply to liability assumed by the insured under an "insured contract".

**B.** Paragraphs **2.a.(1)(a), (b)** and **(c)** of Section **II** – Who Is An Insured apply only to "employees" of the insured whose employment is not subject to the Industrial Insurance Act of Washington (Washington Revised Code Title 51).

With respect to "employees" of the insured whose employment is subject to the Industrial Insurance Act of Washington, the reference to "volunteer workers" is removed from Paragraph **2.(a)** of **Section II – Who Is An Insured** and Paragraph **2.a.(1)** of **Section II** is replaced with the following:

**2.** Each of the following is also an insured:

   **a.** Your "employees", other than either your "executive officers" (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business. However, none of these "employees" is an insured for:

   **(1)** "Bodily injury" or "personal injury":

     **(a)** To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), or to a co-"employee" while that co-"employee" is either in the course of his or her employment or performing duties related to the conduct of your business;

     **(b)** For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in Paragraph **(1)(a)** above; or

     **(c)** Arising out of his or her providing or failing to provide professional health care services.

**CG F2 58 01 08**    © 2008 The Travelers Companies, Inc.    Page 1 of 1
Includes the copyrighted material of Insurance Services Office, Inc. with its permission

COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# VIRGINIA CHANGES

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

Paragraph **f.(1)(a)(i)** under Paragraph **2. Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability** is replaced by the following:

    **(i)**  "Bodily injury" or "property damage" if sustained within a building and caused by smoke, fumes, vapor or soot produced by or originating from equipment that is used to heat, cool or dehumidify the building, or equipment that is used to heat water for personal use, by the building's occupants or their guests.

**CG 01 79 07 10**      © Insurance Services Office, Inc., 2010      Page 1 of 1

# EMPLOYEE BENEFITS
# LIABILITY

# EMPLOYEE BENEFITS
# LIABILITY


**TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

| | |
|---|---|
| **EMPLOYEE BENEFITS LIABILITY** | **POLICY NO.:** H-660-8F213882-TIL-20 |
| **COVERAGE PART DECLARATIONS** | **ISSUE DATE:** 03-24-20 |

**INSURING COMPANY:**
**TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA**

**DECLARATIONS PERIOD:** From 02-28-20 to 02-28-21 12:01 A.M. Standard Time at your mailing address shown in the Common Policy Declarations.

The Employee Benefits Liability Coverage Part consists of these Declarations and the Coverage Form shown below.

**1.  COVERAGE AND LIMITS OF INSURANCE**

| Employee Benefits Liability Coverage Form | Limits of Insurance |
|---|---|
| Aggregate Limit | $ 3,000,000 |
| Each Employee Limit | $ 1,000,000 |

**2.  AUDIT PERIOD:  NONE**

**3.  FORM OF BUSINESS:  CORPORATION**

**4.  RETROACTIVE DATE:**

This insurance does not apply to negligent acts, errors or omissions which occurred before the Retroactive Date, if any shown below.

Retroactive Date:  02-28-1994

**5.  EMPLOYEE BENEFIT PROGRAMS OTHER THAN THOSE LISTED IN SECTION VII–DEFINITIONS:**

**6.  DEDUCTIBLE:**

$ 1000        EACH EMPLOYEE

**7.  PREMIUM COMPUTATION:**

| Estimated No. of Employees | Rate Per Employee | Estimated Premium | Minimum Premium |
|---|---|---|---|
| ███████ | ███████ | ███████ | ███████ |

**8.  NUMBERS OF FORMS, SCHEDULES AND ENDORSEMENTS FORMING PART OF THIS COVERAGE PART ARE ATTACHED AS A SEPARATE LISTING.**

| | |
|---|---|
| **CG T0 09 09 93** | Page 1 of 1 |

| | | | |
|---|---|---|---|
| PRODUCER: **MARSH USA-RICHMOND** | 47011 | OFFICE: **ATLANTA** | 005 |

**TABLE OF CONTENTS**

# EMPLOYEE BENEFITS LIABILITY COVERAGE FORM

Beginning on Page

SECTION I - EMPLOYEE BENEFITS LIABILITY COVERAGE

    Insuring Agreement ............................................................................................ 1

    Exclusions ......................................................................................................... 2

    Supplementary Payments .................................................................................. 3

SECTION II - WHO IS AN INSURED ...................................................................... 3

SECTION III - LIMITS OF INSURANCE .................................................................. 4

SECTION IV - DEDUCTIBLE ................................................................................... 4

SECTION V - EMPLOYEE BENEFITS LIABILITY CONDITIONS ........................... 5

    Bankruptcy ....................................................................................................... 5

    Duties in The Event of Act, Error or Omission, Claim Or Suit ....................... 5

    Legal Action Against Us ................................................................................... 6

    Other Insurance ............................................................................................... 6

    Premium Audit .................................................................................................. 6

    Representations ............................................................................................... 7

    Separation of Insureds .................................................................................... 7

    Transfer of Rights of Recovery Against Others To Us .................................... 7

    When We Do Not Renew .................................................................................. 7

    Cancellation, Non-renewal And Renewal Conditions Applicable to
    Commercial General Liability Coverage Part .................................................. 7

SECTION VI - EXTENDED REPORTING  PERIODS ............................................... 7

SECTION VII - DEFINITIONS .................................................................................. 8

    © 2016 The Travelers Indemnity Company. All rights reserved.

COMMERCIAL GENERAL LIABILITY

# EMPLOYEE BENEFITS LIABILITY COVERAGE FORM

### THIS INSURANCE PROVIDES CLAIMS-MADE COVERAGE.
### PLEASE READ THE ENTIRE FORM CAREFULLY.

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations and any other person or organization qualifying as a Named Insured under this policy. The words "we," "us" and "our" refer to the company providing this insurance.

The word "insured" means any person or organization qualifying as such under Section **II** – Who Is An Insured.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **VII** – Definitions.

## SECTION I – EMPLOYEE BENEFITS LIABILITY COVERAGE

**1. Insuring Agreement**

   **a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of loss to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for loss to which this insurance does not apply. We may, at our discretion, investigate any negligent act, error or omission and settle any claim or "suit" that may result: But:

   **(1)** The amount we will pay for damages is limited as described in Section **III** – Limits Of Insurance; and

   **(2)** Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments or settlements.

   No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments.

   **b.** This insurance applies to loss only if:

   **(1)** The loss is caused by a negligent act, error or omission committed by the insured, or by any other person for whose acts the insured is legally liable, in the "administration" of your "employee benefit program";

   **(2)** The negligent act, error or omission is committed in the "coverage territory";

   **(3)** The negligent act, error or omission was committed on or after the Retroactive Date, if any, shown in the Declarations of this Coverage Part and before the end of the policy period; and

   **(4)** A claim or "suit" for damages because of the loss is first made or brought against any insured, in accordance with Paragraph **e.** below, during the policy period or any Extended Reporting Period we provide under Section **VI** – Extended Reporting Periods.

   **c.** Each negligent act, error or omission in a series of related negligent acts, errors or omissions will be deemed to have been committed on the date the first such negligent act, error or omission in that series is committed.

   **d.** If the Retroactive Date is left blank in the Declarations of this Coverage Part, the Retroactive Date will be deemed to be the first day of the policy period.

   **e.** A claim or "suit" seeking damages will be deemed to have been first made or brought at the earlier of the following times:

   **(1)** When we or any insured first receives written notice of such claim or "suit", whichever comes first; or

   **(2)** When we first receive written notice from any insured of a specific negligent act, error or omission that caused the loss which resulted in such claim or "suit".

   All claims or "suits" that seek damages because of loss sustained by any one "employee", including the "employee's" dependents and beneficiaries, will be deemed

**CG T1 01 01 16**

© 2016 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Page 1 of 9

COMMERCIAL GENERAL LIABILITY

to have been first made or brought at the time the first of those claims or "suits" is made or brought against any insured.

**f.** A claim or "suit" that seeks damages will be deemed to have been first made or brought at the time we receive written notice from any insured of a specific negligent act, error or omission only if that notice contains all of the following information:

**(1)** How, when and where the negligent act, error or omission was committed;

**(2)** A description of what happened;

**(3)** A description of what damages may result;

**(4)** The identity of the person or organization that may make a claim or bring a "suit"; and

**(5)** The identity of each insured that committed the negligent act, error or omission.

Notice to us that any insured may in the future receive written notice of a negligent act, error or omission, claim or "suit" is not notice of a specific negligent act, error or omission.

**2. Exclusions**

This insurance does not apply to:

**a. Criminal, Dishonest, Fraudulent Or Malicious Acts**

Loss arising out of any criminal, dishonest, fraudulent, or malicious act, error or omission committed by any insured, including the willful or reckless violation of any law or regulation.

**b. Injury Or Damage**

"Bodily injury", "property damage", "personal injury" or "advertising injury."

**c. Failure To Perform A Contract**

Loss arising out of failure of performance of contract by any insurer.

**d. Insufficiency Of Funds**

Loss arising out of an insufficiency of funds to meet any obligations under any plan included in the "employee benefit program".

**e. Inadequacy Of Performance Of Investment Or Advice Given With Respect To Participation**

Any claim or "suit" based upon:

**(1)** Failure of any investment to perform;

**(2)** Errors in providing information on past performance of investment vehicles; or

**(3)** Advice given to any person with respect to that person's decision to participate or not to participate in any plan included in the "employee benefit program".

**f. Workers' Compensation And Similar Laws**

Loss arising out of your failure to comply with the mandatory provisions of any workers' compensation, unemployment compensation insurance, social security or disability benefits law or any similar law.

**g. ERISA**

Loss for which any insured is liable because of liability imposed on a fiduciary by the Employee Retirement Income Security Act of 1974, as amended, or by any similar federal, state or local laws.

**h. Available Benefits**

Loss of benefits to the extent that such benefits are available, with reasonable effort and cooperation of the insured, from the applicable funds accrued or other collectible insurance.

**i. Taxes, Fines Or Penalties**

**(1)** Any taxes, fines, or penalties, including those imposed under any provision of the Internal Revenue Code of 1986, as amended, or any similar state or local law; or

**(2)** Any loss, cost or expense arising out of the imposition of such taxes, fines or penalties.

**j. Employment-Related Practices**

Loss to:

**(1)** A person arising out of any:

**(a)** Refusal to employ that person;

**(b)** Termination of that person's employment; or

**(c)** Employment-related practice or policy, such as coercion, demotion, reassignment, discipline, failure to promote or advance, harassment, humiliation, discrimination, libel, slander, violation of the person's right of privacy, malicious prosecution or false arrest, detention or

© 2016 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.
CG T1 01 01 16

COMMERCIAL GENERAL LIABILITY

imprisonment applied to or directed at that person, regardless of whether such practice or policy occurs, is applied or is committed before, during or after the time of that person's employment; or

(2) The spouse, child, parent, brother or sister of that person as a consequence of loss to that person at whom any of the employment-related practices or policies described in Paragraphs (a), (b), or (c) above is directed.

This exclusion applies:

(1) Whether the insured may be liable as an employer or in any other capacity; and

(2) To any obligation to share damages with or repay someone else who must pay damages because of the loss.

k. **Access Or Disclosure Of Confidential Or Personal Information**

Loss arising out of any access or disclosure of any person's or organization's confidential or personal information.

3. **Supplementary Payments**

We will pay, with respect to any claim we investigate or settle, or any "suit" against an insured we defend:

a. All expenses we incur.

b. The cost of bonds to release attachments, but only for bond amounts within the applicable limit of insurance. We do not have to furnish these bonds.

c. All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit," including actual loss of earnings up to $500 a day because of time off from work.

d. All costs taxed against the insured in the "suit."

e. Pre-judgment interest awarded against the insured on that part of the judgment we pay. If we made an offer to pay the applicable limit of insurance, we will not pay any prejudgment interest based on that period of time after the offer.

f. All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or

deposited in court the part of the judgment that is within the applicable limit of insurance.

These payments will not reduce the limits of insurance.

**SECTION II – WHO IS AN INSURED**

1. If you are designated in the Declarations as:

a. An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

b. A partnership or joint venture, you are an insured. Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.

c. A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.

d. An organization other than a partnership, joint venture or limited liability company, you are an insured. Your "executive officers" and directors are also insureds, but only with respect to their liability as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

e. A trust, you are an insured. Your trustees are also insureds, but only with respect to their duties as trustees.

2. Each of the following is also an insured:

a. Each of your "employees", other than either your "executive officers" (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), who is or was authorized to administer your "employee benefit program."

b. Any person or organization having proper temporary authorization to administer your "employee benefit program" if you die, but only until your legal representative is appointed.

c. Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this Coverage Part.

3. Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership

**CG T1 01 01 16**    © 2016 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.    Page 3 of 9

COMMERCIAL GENERAL LIABILITY

or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

a. Coverage under this provision is afforded only until the 180th day after you acquire, or form the organization or the end of the policy period, whichever is earlier:

b. Coverage under this provision does not apply to any negligent act, error or omission that was committed before you acquired or formed the organization.

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations. This paragraph does not apply to any such partnership, joint venture or limited liability company that otherwise qualifies as an insured under Section **II** – Who Is An Insured.

## SECTION III – LIMITS OF INSURANCE

1. The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

a. Insureds;

b. Claims made or "suits" brought;

c. Persons or organizations making claims or bringing "suits";

d. Acts, errors or omissions; or

e. Benefits included in your "employee benefit program".

2. The Aggregate Limit is the most we will pay for all damages because of all negligent acts, errors or omissions committed in the "administration" of your "employee benefit program."

3. Subject to the Aggregate Limit, the Each Employee Limit is the most we will pay for all damages sustained by any one "employee", including damages sustained by such "employee's" dependents and beneficiaries, because of all negligent acts, errors or omissions committed in the "administration" of your "employee benefit program".

The Limits of Insurance of this Coverage Part apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that

case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

## SECTION IV – DEDUCTIBLE

1. The Deductible shown in the Declarations and the rules below fix the amount of damages incurred by, or on behalf of, you or any insured that you will be responsible for paying, regardless of the number of:

a. Insureds;

b. Claims made or "suits" brought;

c. Persons or organizations making claims or bringing "suits";

d. Acts, errors or omissions; or

e. Benefits included in your "employee benefit program".

If no amount is shown for the Deductible in the Declarations, the Deductible does not apply to this Coverage Part.

2. The Deductible applies to all damages sustained by any one "employee", including damages sustained by such "employee's" dependents and beneficiaries, because of all negligent acts, errors or omissions committed in the "administration" of your "employee benefit program".

3. The Limits of Insurance will not be reduced by the amount of damages within the deductible amount.

4. The terms of this policy, including those with respect to:

a. Our right and duty with respect to the defense of "suits"; and

b. Your duties in the event of an act, error or omission, claim or suit;

apply irrespective of the application of the deductible amount.

5. If we settle a claim or "suit" for damages, or pay a judgment for damages awarded in a "suit", that are subject to a deductible, we may pay any part or all of the deductible amount. You will promptly reimburse us for such part of the deductible amount as we have paid.

## SECTION V – EMPLOYEE BENEFITS LIABILITY CONDITIONS

1. **Bankruptcy**

Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this Coverage Part.

© 2016 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.
CG T1 01 01 16

**2. Duties In The Event Of Act, Error Or Omission, Claim Or Suit**

**a.** You must see to it that we are notified as soon as practicable of an act, error or omission which may result in a claim. To the extent possible, notice should include:

**(1)** What the act, error or omission was and when it was committed; and

**(2)** The names and addresses of any "employees" who may suffer loss caused by the act, error or omission.

**b.** If a claim is made or "suit" is brought by any insured, you must:

**(1)** Immediately record the specifics of the claim or "suit" and the date received; and

**(2)** Notify us as soon as practicable.

You must see to it that we receive written notice of the claim or "suit" as soon as practicable.

**c.** You and any other involved insured must:

**(1)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or a "suit";

**(2)** Authorize us to obtain records and other information;

**(3)** Cooperate with us in the investigation or settlement of the claim or defense against the "suit"; and

**(4)** Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of loss to which this insurance may also apply.

**d.** No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense without our consent.

**e.** The following provisions apply to Paragraph **a.** above, but only for purposes of the insurance provided under this Coverage Part to you or any insured listed in Paragraph **1.** or **2.** of Section **II** – Who Is An Insured:

**(1)** Notice to us of such act, error or omission must be given as soon as practicable only after the act, error or omission is known to you (if you are an individual), any of your partners or members who is an individual (if you are a partnership or joint

venture), any of your managers who is an individual (if you are a limited liability company), any of your "executive officers" or directors (if you are an organization other than a partnership, joint venture, or limited liability company), any of your trustees who is an individual (if you are a trust) or any "employee" authorized by you to give notice of an act, error or omission.

**(2)** If you are a partnership, joint venture, limited liability company or trust, and none of your partners, joint venture members, managers or trustees are individuals, notice to us of such act, error or omission must be given as soon as practicable only after the act, error or omission is known by:

**(a)** Any individual who is:

**(i)** A lawfully elected or appointed official, executive officer or director of any public entity;

**(ii)** A partner or member of any partnership or joint venture;

**(iii)** A manager of any limited liability company;

**(iv)** An executive officer or director of any other organization; or

**(v)** A trustee of any trust;

that is your partner, joint venture member, manager or trustee; or

**(b)** Any "employee" authorized by such partnership, joint venture, limited liability company, trust or other organization to give notice of an act, error or omission.

**3. Legal Action Against Us**

No person or organization has a right under this Coverage Part:

**a.** To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

**b.** To sue us on this Coverage Part unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured; but we will not be liable for damages that are not payable under the terms of this Coverage Part or that

© 2016 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

COMMERCIAL GENERAL LIABILITY

are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

4. **Other Insurance**

If valid and collectible other insurance is available to the insured for a loss we cover under this Coverage Part, our obligations are limited as described in Paragraphs **a.** and **b.** below.

As used anywhere in this Coverage Part, other insurance means insurance, or the funding of losses, that is provided by, through or on behalf of:

**(i)** Another insurance company;

**(ii)** Us or any of our affiliated insurance companies;

**(iii)** Any risk retention group; or

**(iv)** Any self-insurance method or program, in which case the insured will be deemed to be the provider of other insurance.

Other insurance does not include umbrella insurance, or excess insurance, that was bought specifically to apply in excess of the Limits of Insurance shown in the Declarations.

As used anywhere in this Coverage Part, other insurer means a provider of other insurance. As used in Paragraph **b.** below, insurer means a provider of insurance.

a. **Primary Insurance**

This insurance is primary. If any of the other insurance is also primary, we will share with all that other insurance by the method described in Paragraph **b.** below.

b. **Method Of Sharing**

If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limit of insurance to the total applicable limits of insurance of all insurers.

5. **Premium Audit**

a. We will compute all premiums for this Coverage Part in accordance with our rules and rates.

b. Premium shown in this Coverage Part as advance premium is a deposit premium only. At the close of each audit period we will compute the earned premium for that period and send notice to the first Named Insured. The due date for audit and retrospective premiums is the date shown as the due date on the bill. If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured.

c. The first Named Insured must keep records of the information we need for premium computation, and send us copies at such times as we may request.

6. **Representations**

By accepting this policy, you agree:

a. The statements in the Declarations are accurate and complete;

b. Those statements are based upon representations you made to us; and

c. We have issued this policy in reliance upon your representations.

The unintentional omission of, or unintentional error in, any information provided by you which we relied upon in issuing this policy will not prejudice your rights under this insurance. However, this provision does not affect our right to collect additional premium or to exercise our rights of cancellation or renewal in accordance with applicable insurance laws or regulations.

7. **Separation Of Insureds**

Except with respect to the Limits of Insurance, and any rights or duties specifically assigned in this Coverage Part to the first Named Insured, this insurance applies:

a. As if each Named Insured were the only Named Insured; and

b. Separately to each insured against whom claim is made or "suit" is brought.

8. **Transfer Of Rights Of Recovery Against Others To Us**

If the insured has rights to recover all or part of any payment we have made under this Coverage

Page 6 of 9

© 2016 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

CG T1 01 01 16

COMMERCIAL GENERAL LIABILITY

Part, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them.

**9. When We Do Not Renew**

If we decide not to renew this Coverage Part, we will mail or deliver to the first Named Insured shown in the Declarations written notice of the nonrenewal not less than 30 days before the expiration date.

If notice is mailed, proof of mailing will be sufficient proof of notice.

**10. Cancellation, Nonrenewal And Renewal Conditions Applicable To Commercial General Liability Coverage Part**

All conditions relating to cancellation, nonrenewal or renewal that are included in any endorsement applicable to the Commercial General Liability Coverage Part attached to this policy also apply to this Coverage Part.

**SECTION VI – EXTENDED REPORTING PERIODS**

**1.** We will provide one or more Extended Reporting Periods, as described below, if:

   **a.** This Coverage Part is cancelled or not renewed for any reason; or

   **b.** We renew or replace this Coverage Part with insurance that has a Retroactive Date later than the date shown in the Declarations.

**2.** The Extended Reporting Periods do not extend the policy period or change the scope of coverage provided. They only apply to claims or "suits" for loss caused by a negligent act, error or omission committed on or after the Retroactive Date shown in the Declarations and before the end of the policy period.

Once in effect, Extended Reporting Periods may not be canceled.

**3.** A Basic Extended Reporting Period is automatically provided without additional charge. This period starts with the end of the policy period and lasts for 90 days.

The Basic Extended Reporting Period does not apply to claims or "suits" for loss covered under subsequent insurance you purchase, or that would be covered under such insurance but for the exhaustion of its applicable limit of insurance.

The Basic Extended Reporting Period does not reinstate or increase the limits of insurance.

**4.** A Supplemental Extended Reporting Period is available, but only by an endorsement and for an extra charge. This supplemental period starts with the end of the policy period and lasts for three years or an unlimited period of time, as set forth in the Supplemental Extended Reporting Period Endorsement. This supplemental period replaces the Basic Extended Reporting Period.

This Supplemental Extended Reporting Period will not go into effect unless we receive all of the following within 90 days after the end of the policy period and you have fulfilled all other duties, and complied with all other conditions and requirements, under this policy:

   **a.** A written request from you to purchase the Supplemental Extended Reporting Period;

   **b.** Full payment of the earned premium for this policy;

   **c.** Payment of the additional premium for the Supplemental Extended Reporting Period Endorsement; and

   **d.** Repayment of any deductible you owe us under this Coverage Part.

We will determine the additional premium for that endorsement in accordance with our rules and rates. The additional premium for the Supplemental Extended Reporting Period Endorsement will not exceed 200% of the annual premium for this policy.

This endorsement will set forth the terms, not inconsistent with this Section **VI** – Extended Reporting Periods, applicable to the Supplemental Extended Reporting Period, including a provision to the effect that the insurance afforded for claims or "suits" first made or brought against any insured during such period is excess over any valid and collectible other insurance available under insurance in force after the Supplemental Extended Reporting Period starts.

The Supplemental Extended Reporting Period does not reinstate or increase the limits of insurance.

**SECTION VII – DEFINITIONS**

**1.** "Administration" means:

   **a.** Providing information to "employees", including their dependents and beneficiaries, with respect to eligibility for or scope of the "employee benefit program";

---

**CG T1 01 01 16**         © 2016 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.         Page 7 of 9

COMMERCIAL GENERAL LIABILITY

**b.** Handling records in connection with the "employee benefit program"; or

**c.** Effecting, continuing or terminating any "employee's" participation in any benefit included in the "employee benefit program."

However, "administration" does not include handling payroll deductions.

**2.** "Advertisement" means a notice that is broadcast or published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters. For the purposes of this definition:

**a.** Notices that are published include material placed on the Internet or on similar electronic means of communication; and

**b.** Regarding web sites, only that part of a web site that is about your goods, products or services for the purposes of attracting customers or supporters is considered an advertisement.

**3.** "Advertising injury":

**a.** Means injury, other than "personal injury", caused by one or more of the following offenses:

**(1)** Oral or written publication, including publication by electronic means, of material in your "advertisement" that slanders or libels a person or organization or disparages a person's or organization's goods, products or services, provided that the claim is made or the "suit" is brought by a person or organization that claims to have been slandered or libeled, or that claims to have had its goods, products or services disparaged;

**(2)** Oral or written publication, including publication by electronic means, of material in your "advertisement" that:

**(a)** Appropriates a person's name, voice, photograph or likeness; or

**(b)** Unreasonably places a person in a false light; or

**(3)** Infringement of copyright, "title" or "slogan" in your "advertisement", provided that the claim is made or the "suit" is brought by a person or organization that claims ownership of such copyright, "title" or "slogan".

**b.** Includes "bodily injury" caused by one or more of the offenses described in Paragraph **a.** above.

**4.** "Bodily injury":

**a.** Means any harm, including sickness or disease, to the health of a person.

**b.** Includes mental anguish, injury or illness, or emotional distress.

**5.** "Cafeteria plan" means plans authorized by applicable law to allow "employees" to elect to pay for certain benefits with pre-tax dollars.

**6.** "Coverage territory" means the United States of America (including its territories and possessions), Puerto Rico or Canada, provided that the insured's responsibility to pay damages is determined in a "suit" on the merits in the United States of America (including its territories and possessions), Puerto Rico or Canada, or in a settlement we agree to.

**7.** "Employee" means a person actively employed, formerly employed, on leave of absence or disabled, or retired. "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

**8.** "Employee benefit program":

**a.** Means a program providing some or all of the following benefits to your "employees", whether provided through a "cafeteria plan" or otherwise:

**(1)** Group life insurance; group accident or health insurance; dental, vision and hearing plans; and flexible spending accounts, provided that no one other than your "employee" may subscribe to such benefits and such benefits are made generally available to all of those "employees" who satisfy the plan's eligibility requirements;

**(2)** Profit sharing plans, employee savings plans, employee stock ownership plans, pension plans and stock subscription plans, provided that no one other than your "employee" may subscribe to such benefits and such benefits are made generally available to all of those "employees" who are eligible under the plan for such benefits;

**(3)** Unemployment insurance, social security benefits, workers' compensation and disability benefits;

 © 2016 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission. **CG T1 01 01 16**

COMMERCIAL GENERAL LIABILITY

(4) Vacation plans, including buy and sell programs; leave of absence programs, including military, maternity, family, and civil leave; tuition assistance plans; transportation and health club subsidies; and

(5) Any other similar benefits designated in the Declarations or added thereto by endorsement.

**b.** Does not include any benefit plan or program described in Paragraph **a.** above that is self-insured.

**9.** "Executive officer" means a person holding any of the officer positions created by your charter, constitution, bylaws or any other similar governing document.

**10.** "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

**11.** "Personal injury":

**a.** Means injury, other than "advertising injury", caused by one or more of the following offenses:

(1) False arrest, detention or imprisonment;

(2) Malicious prosecution;

(3) The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, provided that the wrongful eviction, wrongful entry or invasion of the right of private occupancy is committed by or on behalf of the owner, landlord or lessor of that room, dwelling or premises;

(4) Oral or written publication, including publication by electronic means, of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services, provided that the claim is made or the "suit" is brought by a person or organization that claims to have been slandered or libeled, or that claims to

have had its goods, products or services disparaged; or

(5) Oral or written publication, including publication by electronic means, of material that:

**(a)** Appropriates a person's name, voice, photograph or likeness; or

**(b)** Unreasonably places a person in a false light.

**b.** Includes "bodily injury" caused by one or more of the offenses described in Paragraph **a.** above.

**12.** "Property damage" means:

**a.** Physical injury to tangible property, including all resulting loss of use of that property; or

**b.** Loss of use of tangible property that is not physically injured.

**13.** "Slogan":

**a.** Means a phrase that others use for the purpose of attracting attention in their advertising.

**b.** Does not include a phrase used as, or in, the name of:

(1) Any person or organization, other than you; or

(2) Any business, or any of the premises, goods, products, services or work, of any person or organization, other than you.

**14.** "Suit" means a civil proceeding in which damages because of loss to which this insurance applies are alleged. "Suit" includes:

**a.** An arbitration proceeding in which such damages are claimed and to which the insured must submit or submits with our consent; or

**b.** Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

**15.** "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

**16.** "Title" means a name of a literary or artistic work.

**CG T1 01 01 16**    © 2016 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.    Page 9 of 9

COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AMENDMENT OF COVERAGE – INTERNATIONAL

This endorsement modifies insurance provided under the following:

EMPLOYEE BENEFITS LIABILITY COVERAGE PART

**PROVISIONS**

1. The following replaces the definition of "coverage territory" in **SECTION VII – DEFINITIONS**:

   "Coverage territory" means anywhere in the world.

2. The following is added to Paragraph **1., Insuring Agreement**, of **SECTION I – EMPLOYEE BENEFITS LIABILITY COVERAGE**:

   In the event of a "foreign loss" incurred by a "foreign insured organization", or by any other insured for whom such "foreign insured organization" is liable, we will reimburse the first Named Insured, or any other Named Insured that is not a "foreign insured organization", for such "foreign loss" because of its "financial interest" in that "foreign insured organization". For purposes of this insurance, amounts we reimburse under:

   **(1)** Paragraph **a.** of the definition of "foreign loss" will be deemed to be sums that such Named Insured becomes legally obligated to pay as damages under this insurance; and

   **(2)** Paragraph **b.** of the definition of "foreign loss" will be deemed to be payments we make under Supplementary Payments.

3. The following replaces the first sentence of Paragraph **4.a., Primary Insurance**, of **SECTION V – EMPLOYEE BENEFITS LIABILITY CONDITIONS**:

   This insurance is primary except when **b.** or the Difference In Limits – Local Admitted Insurance condition below applies.

4. The following is added to **SECTION V – EMPLOYEE BENEFITS LIABILITY CONDITIONS**:

   **Difference In Limits – Local Admitted Insurance**

   This insurance is excess over, and applies on a difference-in-limits basis with, any other insurance, whether primary, excess, contingent or on any other basis, that:

   **(1)** Is issued to any Named Insured in a country or jurisdiction outside the United States

   (including its territories and possessions) and Puerto Rico;

   **(2)** Is written to apply to loss caused by a negligent act, error or omission committed in that other country or jurisdiction; and

   **(3)** Provides coverage, in whole or in part, for the same loss covered by this insurance.

   When this insurance is excess over, and applies on a difference-in-limits basis with, such other insurance, we will pay the difference between:

   **(1)** The amount we would have paid under this insurance if no other insurance were available to the insured; and

   **(2)** The amount the insured is entitled to under such other insurance for the same loss, regardless of whether such insurance is collectible.

5. The following is added to **SECTION V – EMPLOYEE BENEFITS LIABILITY CONDITIONS**:

   **Duties In The Event Of A Claim Or Suit For Foreign Loss**

   In the event of a claim or "suit" for "foreign loss" made or brought against a "foreign insured organization", or any other insured for whom such "foreign insured organization" is liable, the first Named Insured must:

   **a.** Arrange to investigate and defend such claim or "suit";

   **b.** Notify us in writing in advance of any proposed settlement of such claim or "suit"; and

   **c.** Comply with all other conditions of this insurance as if such claim or "suit" were made or brought against any insured that is not a "foreign insured organization".

   **Currency**

   Payments for damages, reasonable expenses to defend an insured, or Supplementary Payments will be in the currency of the United States of

**CG D4 55 01 16**      © 2016 The Travelers Indemnity Company. All rights reserved.      Page 1 of 2
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

COMMERCIAL GENERAL LIABILITY

America. At our option, we may make these payments in a different currency. Any necessary currency conversion for the payment of damages will be calculated based on the rate of exchange published in the next Wall Street Journal subsequent to the date of judgment or settlement. Any necessary currency conversion for the payment of reasonable expenses to defend an insured or Supplementary Payments will be calculated based on the rate of exchange published in the Wall Street Journal immediately preceding the date the payment is processed.

**Compulsory Insurance**

This insurance is not a substitute for required or compulsory insurance in any country or jurisdiction.

You agree to maintain all required or compulsory insurance in any country or jurisdiction up to the minimum limits required by local law. Your failure to comply with compulsory insurance requirements will not invalidate the coverage afforded by this policy, but we will only be liable to the same extent we would have been liable had you complied with the compulsory insurance requirements.

6. The following is added to **SECTION VII – DEFINITIONS**:

"Financial interest" means the insurable interest in a "foreign insured organization" because of:

a. Sole ownership of, or majority ownership interest in, such "foreign insured organization", either directly or through one or more intervening subsidiaries;

b. Indemnification of, or an obligation to indemnify:

**(1)** Such "foreign insured organization"; or

**(2)** Any other insured for whom such "foreign insured organization" is liable;

for the "foreign loss"; or

c. An obligation to obtain insurance for such "foreign insured organization".

"Foreign insured organization" means any organization that:

a. Is an insured under Section **II** – Who Is An Insured; and

b. Is located in a country or jurisdiction in which we are not licensed to provide this insurance and where providing this insurance would violate the laws or regulations of such country or jurisdiction.

"Foreign loss" means:

a. Sums that an insured becomes legally obligated to pay as damages because of loss to which this insurance would have applied; or

b. Payments described in Supplementary Payments with respect to any claim against an insured for loss that we would have investigated or settled, or any "suit" against an insured for loss that we would have defended, including amounts to defend such insured against such "suit";

but for the fact that such insured is located in any country or jurisdiction in which we are not licensed to provide this insurance and where providing this insurance would violate the laws or regulations of such country or jurisdiction.

Page 2 of 2

© 2016 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

**CG D4 55 01 16**

COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION – PORTFOLIO COMPANY

This endorsement modifies insurance provided under the following:

EMPLOYEE BENEFITS LIABILITY COVERAGE PART

**PROVISIONS**

1.  The following exclusion is added to Paragraph **2., Exclusions**, of **SECTION I – EMPLOYEE BENEFITS LIABILITY COVERAGE**:

    **Portfolio Company**

    Loss arising out of the conduct of the business of any "portfolio company".

2.  The following is added to **SECTION II – WHO IS AN INSURED**:

    No "portfolio company" is an insured.

3.  The following is added to the **DEFINITIONS** Section:

    "Portfolio company" means any entity:

    a.  In which any insured has invested or is planning to invest, directly or indirectly, including investment by the acquisition of equity, debt or convertible securities issued by such entity; and

    b.  That was, is or will be a part of any insured's investment portfolio.

**CG D5 73 02 19**
© 2018 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office Inc., with its permission.
Page 1 of 1

COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# VIRGINIA CHANGES – EBL

This endorsement modifies insurance provided under the following:

EMPLOYEE BENEFITS LIABILITY COVERAGE PART

**PROVISIONS**

**1.** The following is added to Paragraph **1.b.** of **SECTION I – EMPLOYEE BENEFITS LIABILITY COVERAGE**:

If there is a "reduction in coverage" under this insurance while it is in effect, this insurance applies to any claim or "suit" for loss that would no longer be covered solely because of such "reduction in coverage" only if such claim or "suit" is first made or brought against any insured:

**(1)** In accordance with Paragraph **e.(1)** below, during the Basic Extended Reporting Period that applies to such "reduction in coverage", or during the Supplemental Extended Reporting Period that applies to such "reduction in coverage" if that supplemental period is provided; or

**(2)** In accordance with Paragraph **e.(2)** below, during the policy period and before the date of such "reduction in coverage".

**2.** The following is added to **SECTION VII – DEFINITIONS**:

"Reduction in coverage" means any:

**a.** Removal of coverage;

**b.** Addition of a new exclusion or other coverage limitation; or

**c.** Advancement of the retroactive date.

**3.** The following replaces Paragraph **1**. of **SECTION VI – EXTENDED REPORTING PERIODS**:

**1.** We will provide one or more Extended Reporting Periods, as described below, if:

**a.** This insurance is cancelled or not renewed for any reason;

**b.** This insurance is replaced or renewed by us with insurance that applies on other than a claims-made basis;

**c.** This insurance is replaced or renewed by us with insurance that has a "reduction in coverage"; or

**d.** There is a "reduction in coverage" under this insurance while such insurance is in effect.

**4.** The following replaces Paragraph **2**. of **SECTION VI – EXTENDED REPORTING PERIODS**.

**2.** The Extended Reporting Periods do not extend the policy period or change the scope of coverage provided. Once in effect, the Extended Reporting Periods may not be cancelled by us, except for nonpayment of premium or fraud.

**5.** The following replaces Paragraph **3**. of **SECTION VI – EXTENDED REPORTING PERIODS**:

**3.** A Basic Extended Reporting Period is automatically provided without additional charge. This period starts with the end of the policy period, or the date of a "reduction in coverage" if earlier than the end of the policy period, and lasts for 60 days.

The Basic Extended Reporting Period does not apply to claims or "suits" that are covered under subsequent insurance you purchase, or that would be covered under such insurance but for the exhaustion of its applicable limit of insurance.

The Basic Extended Reporting Period does not reinstate or increase the limits of insurance.

**6.** The following replaces the first and second paragraphs of Paragraph **4.** of **SECTION VI – EXTENDED REPORTING PERIODS**:

A Supplemental Extended Reporting Period of three years is available, but only by an endorsement and for an extra charge. This supplemental period replaces the Basic Extended Reporting Period. The Supplemental Extended Reporting Period starts with:

**a.** The end of the policy period, if this supplemental period applies because this insurance is cancelled or not renewed, or is

**CG F4 23 01 16**                © 2015 The Travelers Indemnity Company. All rights reserved.                Page 1 of 2
Includes the copyrighted material of Insurance Services Office, Inc., with its permission

replaced or renewed by us with insurance that applies on other than a claims-made basis; or

b. The date of the "reduction in coverage", if this supplemental period applies because this insurance is replaced or renewed by us with insurance that has a "reduction in coverage" or if there is a "reduction in coverage" under this insurance while such insurance is in effect.

The Supplemental Extended Reporting Period will not go into effect unless we receive all of the following within 60 days after the end of the policy period, or the date of a "reduction in coverage" if earlier than the end of the policy period, and you have fulfilled all other duties and complied with all other conditions and requirements under this policy:

a. A written request from you to purchase the Supplemental Extended Reporting Period Endorsement;

b. Full payment of the earned premium for this policy;

c. Payment of the additional premium for the Supplemental Extended Reporting Period Endorsement; and

d. Repayment of any deductible you owe us under this policy.

7. Paragraph **10.**, **Cancellation, Nonrenewal And Renewal Conditions Applicable To Commercial General Liability Coverage Part**, of **SECTION V – EMPLOYEE BENEFITS LIABILITY CONDITIONS** is deleted.

8. The following replaces Paragraph **9.**, **When We Do Not Renew**, of **SECTION V – EMPLOYEE BENEFITS LIABILITY CONDITIONS**:

If we elect not to renew this policy, we will mail or deliver a notice of nonrenewal to the first Named Insured shown in the Declarations, stating the reason for nonrenewal, at least:

a. 15 days before the expiration date if the nonrenewal is due to nonpayment of premium; or

b. 45 days before the expiration date if the nonrenewal is for any other reason.

We will send written notice by registered or certified mail or deliver written notice of nonrenewal to the first Named Insured's last mailing address known to us.

9. The following replace Paragraphs **2.**, **3.** and **5.** of the **Cancellation** Common Policy Condition:

2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation, stating the reason for cancellation, at least:

a. 15 days before the effective date of cancellation if we cancel for nonpayment of premium; or

b. 45 days before the effective date of cancellation if we cancel for any other reason.

3. We will send written notice by registered or certified mail or deliver written notice to the first Named Insured's last mailing address known to us.

5. If this policy is cancelled, we will send the first Named Insured any premium refund due. The cancellation will be effective even if we have not made or offered a refund. The following provisions govern calculation of return premium.

a. We will compute return premium pro rata and round to the next higher whole dollar when this policy is cancelled:

(1) At our request;

(2) Because you no longer have a financial or insurable interest in the property or business operation that is the subject of insurance;

(3) And rewritten by us or a member of our company group; or

(4) After the first year, if it is a prepaid policy written for a term of more than one year.

b. When this policy is cancelled at your request (except when Paragraph **a.(2)**, **a.(3)** or **a.(4)** applies), we will return 90% of the pro rata unearned premium, rounded to the next higher whole dollar. However, when such cancellation takes place during the first year of a multiyear prepaid policy, we will return the full annual premium for the subsequent years. In addition, earned premium will not be less than our policywriting minimum premium.

**CG F4 23 01 16**             © 2015 The Travelers Indemnity Company. All rights reserved.                   Page 2 of 2
Includes the copyrighted material of Insurance Services Office, Inc., with its permission

COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# LOUISIANA CHANGES – EMPLOYEE BENEFITS LIABILITY

This endorsement modifies coverage provided under the following:

EMPLOYEE BENEFITS LIABILITY COVERAGE PART

**PROVISIONS**

1.  The following replaces Paragraph **3.**, **Legal Action Against Us**, of **SECTION V – EMPLOYEE BENEFITS LIABILITY CONDITIONS**:

    A person or organization may bring a "suit" against us including, but not limited to, a "suit" to recover on an agreed settlement or on a final judgment against an insured; but we will not be liable for damages that are not payable under the terms of this Coverage Part or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

2.  The following replaces Paragraph **8.**, **Transfer of Rights of Recovery Against Others To Us**, of **SECTION V – EMPLOYEE BENEFITS LIABILITY CONDITIONS**:

    In the event of any payment under this Coverage Part, we will be entitled to the insured's rights of recovery against any person or organization, and the insured will do whatever is necessary to secure such rights. Our right to recover is subordinate to the insured's right to be fully compensated.

**CG F4 56 08 07**                 © 2007 The Travelers Companies, Inc.                 Page 1 of 1
Includes the copyrighted material of Insurance Services Office, Inc. with its permission.

COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# NEW YORK CHANGES – TRANSFER OF DUTIES WHEN A LIMIT OF INSURANCE IS USED UP

This endorsement modifies insurance provided under the following:

EMPLOYEE BENEFITS LIABILITY COVERAGE PART

The following is added to **SECTION V – EMPLOYEE BENEFITS LIABILITY CONDITIONS** :

**Transfer Of Duties When A Limit Of Insurance Is Used Up.**

a.  If we conclude that, based on acts, errors, omissions, claims or "suits" which have been reported to us and to which this insurance may apply, the:

 (1)  Aggregate Limit; or

 (2)  Each Employee Limit

 is likely to be used up in the payment of judgments or settlements, we will notify the first Named Insured, in writing, to that effect.

b.  When a limit of insurance described in Paragraph **a.** above has actually been used up in the payment of judgments or settlements:

 (1)  We will notify the first Named Insured, in writing, as soon as practicable, that:

  (a)  Such a limit has actually been used up; and

  (b)  Our duty to defend "suits" seeking damages subject to that limit has also ended.

 (2)  We will initiate, and cooperate in, the transfer of control, to any appropriate insured, of all claims and "suits" seeking damages which are subject to that limit and which are reported to us before that limit is used up. That insured must cooperate in the transfer of control of said claims and "suits".

 We agree to take such steps, as we deem appropriate, to avoid a default in, or continue the defense of, such "suits" until such transfer is completed, provided the appropriate in-

sured is cooperating in completing such transfer.

 We will take no action whatsoever with respect to any claim or "suit" seeking damages that would have been subject to that limit, had it not been used up, if the claim or "suit" is reported to us after that limit of insurance has been used up.

 (3)  The first Named Insured, and any other insured involved in a "suit" seeking damages subject to that limit, must arrange for the defense of such "suit" within such time period as agreed to between the appropriate insured and us. Absent any such agreement, arrangements for the defense of such "suit" must be made as soon as practicable.

c.  The first Named Insured will reimburse us for expenses we incur in taking those steps we deem appropriate in accordance with Paragraph **b.(2)** above.

 The duty of the first Named Insured to reimburse us will begin on:

 (1)  The date on which the applicable limit of insurance is used up, if we sent notice in accordance with Paragraph **a.** above; or

 (2)  The date on which we sent notice in accordance with Paragraph **b.(1)** above, if we did not send notice in accordance with Paragraph **a.** above.

d.  The exhaustion of any limit of insurance by the payments of judgments or settlements, and the resulting end of our duty to defend, will not be affected by our failure to comply with any of the provisions of this Condition.

**CG F7 18 08 12**    © 2012 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.    Page 1 of 1

COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# FLORIDA CHANGES – CANCELLATION AND NONRENEWAL – EBL

This endorsement modifies insurance provided under the following:

EMPLOYEE BENEFITS LIABILITY COVERAGE PART

**PROVISIONS**

**1**. The following replaces Paragraph **9.**, **When We Do Not Renew**, of **SECTION V – EMPLOYEE BENEFITS LIABILITY CONDITIONS**:

If we decide not to renew this policy, we will mail or deliver to the first Named Insured written notice of nonrenewal, accompanied by the reason for nonrenewal, at least 45 days prior to the expiration of this policy.

Any notice of nonrenewal will be mailed or delivered to the first Named Insured at the last mailing address known to us. If notice is mailed, proof of mailing will be sufficient proof of notice.

**2.** Paragraph **10.**, **Cancellation, Nonrenewal And Renewal Conditions Applicable To Commercial General Liability Coverage Part**, of **SECTION V – EMPLOYEE BENEFITS LIABILITY CONDITIONS** is deleted.

**3.** The following replaces Paragraph **2.** Of the **Cancellation** Common Policy Condition:

**2. Cancellation Of Policies In Effect**

**a. For 90 Days Or Less**

If this policy has been in effect for 90 days or less, we may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation, accompanied by the reasons for cancellation, at least:

**(1)** 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

**(2)** 20 days before the effective date of cancellation if we cancel for any other reason, except we may cancel immediately if there has been:

**(a)** A material misstatement or misrepresentation; or

**(b)** A failure to comply with the underwriting requirements established by the insurer.

**b. For More Than 90 Days**

If this policy has been in effect for more than 90 days, we may cancel this policy only for one or more of the following reasons:

**(1)** Nonpayment of premium;

**(2)** The policy was obtained by a material misstatement;

**(3)** Failure to comply with underwriting requirements established by the insurer within 90 days of the effective date of coverage;

**(4)** A substantial change in the risk covered by the policy; or

**(5)** The cancellation is for all insureds under such policies for a given class of insureds.

If we cancel this policy for any of these reasons, we will mail or deliver to the first Named Insured written notice of cancellation, accompanied by the reasons for cancellation, at least:

**(a)** 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

**(b)** 45 days before the effective date of cancellation if we cancel for any of the other reasons stated in Paragraph **2.b.**

**4.** The following replaces Paragraph **3.** of the **Cancellation** Common Policy Condition:

**3.** We will mail or deliver our notice to the first Named Insured at the last mailing address known to us.

**CG T9 86 01 16**          © 2016 The Travelers Indemnity Company. All rights reserved.          Page 1 of 2
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

COMMERCIAL GENERAL LIABILITY

**5.** The following replaces Paragraph **5.** of the **Cancellation** Common Policy Condition:

**5.** If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. If the return premium is not refunded with the notice of cancellation or when this policy is returned to us, we will mail the refund within 15 working days after the date cancellation takes effect, unless this is an audit policy.

If this is an audit policy, then, subject to your full cooperation with us or our agent in securing the necessary data for audit, we will return any premium refund due within 90 days of the date cancellation takes effect. If our audit is not completed within this time limitation, then we shall accept your own audit, and any premium refund due shall be mailed within 10 working days of receipt of your audit.

The cancellation will be effective even if we have not made or offered a refund.

Page 2 of 2

© 2016 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

CG T9 86 01 16

COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# MARYLAND CHANGES – EBL

This endorsement modifies insurance provided under the following:

EMPLOYEE BENEFITS LIABILITY COVERAGE PART

The following replaces the second paragraph of Paragraph **4.** of **SECTION VI – EXTENDED REPORTING PERIODS**:

The Supplemental Extended Reporting Period will not go into effect unless we receive all of the following within 90 days after the end of the policy period, and you have fulfilled all other duties, and complied with all other conditions and requirements, under this policy:

**(1)** A written request from you to purchase the Supplemental Extended Reporting Period Endorsement; and

**(2)** Payment of the additional premium for the Supplemental Extended Reporting Period Endorsement.

**CG T9 88 01 16**    © 2016 The Travelers Indemnity Company. All rights reserved.    Page 1 of 1
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

# INTERLINE
# ENDORSEMENTS

# INTERLINE
# ENDORSEMENTS

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# FEDERAL TERRORISM RISK INSURANCE ACT DISCLOSURE

This endorsement applies to the insurance provided under the following:

    COMMERCIAL EXCESS LIABILITY (UMBRELLA) INSURANCE
    COMMERCIAL GENERAL LIABILITY COVERAGE PART
    CYBERFIRST ESSENTIALS LIABILITY COVERAGE PART
    CYBERFIRST LIABILITY COVERAGE
    EMPLOYEE BENEFITS LIABILITY COVERAGE PART
    EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
    EMPLOYMENT PRACTICES LIABILITY[+] WITH IDENTITY FRAUD EXPENSE REIMBURSEMENT COV-
        ERAGE PART
    ENVIRONMENTAL HAZARD POLICY
    EXCESS (FOLLOWING FORM) LIABILITY INSURANCE
    LAW ENFORCEMENT LIABILITY COVERAGE PART
    LIMITED ABOVE GROUND POLLUTION LIABILITY COVERAGE PART
    LIQUOR LIABILITY COVERAGE PART
    MEDFIRST PRODUCTS/COMPLETED OPERATIONS, ERRORS AND OMISSIONS, AND
        INFORMATION SECURITY LIABILITY COVERAGE FORM
    OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
    PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
    PUBLIC ENTITY MANAGEMENT LIABILITY COVERAGE PART
    RAILROAD PROTECTIVE LIABILITY COVERAGE PART
    SPECIAL PROTECTIVE AND HIGHWAY LIABILITY POLICY – NEW YORK DEPARTMENT OF TRANS-
        PORTATION
    TRIBAL BUSINESS MANAGEMENT LIABILITY COVERAGE PART
    Any other Commercial Liability coverage included in this policy that is subject to the federal Terrorism
        Risk Insurance Act of 2002 as amended

## PROVISIONS

The federal Terrorism Risk Insurance Act of 2002 as amended ("TRIA") establishes a program under which the Federal Government may partially reimburse "Insured Losses" (as defined in TRIA) caused by "Acts Of Terrorism" (as defined in TRIA). Act Of Terrorism is defined in Section 102(1) of TRIA to mean any act that is certified by the Secretary of the Treasury – in consultation with the Secretary of Homeland Security and the Attorney General of the United States – to be an act of terrorism; to be a violent act or an act that is dangerous to human life, property, or infrastructure; to have resulted in damage within the United States, or outside the United States in the case of certain air carriers or vessels or the premises of a United States Mission; and to have been committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

The Federal Government's share of compensation for such Insured Losses is established by TRIA and is a percentage of the amount of such Insured Losses in excess of each Insurer's "Insurer Deductible" (as defined in TRIA), subject to the "Program Trigger" (as defined in TRIA). Through 2020, that percentage is established by TRIA as follows:

85% with respect to such Insured Losses occurring in calendar year 2015.

84% with respect to such Insured Losses occurring in calendar year 2016.

83% with respect to such Insured Losses occurring in calendar year 2017.

82% with respect to such Insured Losses occurring in calendar year 2018.

81% with respect to such Insured Losses occurring in calendar year 2019.

80% with respect to such Insured Losses occurring in calendar year 2020.

**IL T3 68 01 15**          © 2015 The Travelers Indemnity Company. All rights reserved.          Page 1 of 2
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

In no event, however, will the Federal Government be required to pay any portion of the amount of such Insured Losses occurring in a calendar year that in the aggregate exceeds $100 billion, nor will any Insurer be required to pay any portion of such amount provided that such Insurer has met its Insurer Deductible. Therefore, if such Insured Losses occurring in a calendar year exceed $100 billion in the aggregate, the amount of any payments by the Federal Government and any coverage provided by this policy for losses caused by Acts Of Terrorism may be reduced.

For each coverage provided by this policy that applies to such Insured Losses, the charge for such Insured Losses is included in the premium for such coverage. The charge for such Insured Losses that has been included for each such coverage is indicated below, and does not include any charge for the portion of such Insured Losses covered by the Federal Government under TRIA.

- **<u>1%</u> of each applicable Commercial Liability Coverage premium.**

    © 2015 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.    **IL T3 68 01 15**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# BROADENED NAMED INSURED ENDORSEMENT – INCLUDING PARTNERSHIP, JOINT VENTURE OR LIMITED LIABILITY COMPANY

This endorsement modifies insurance provided under the following:

   ALL COVERAGES INCLUDED IN THIS POLICY

The following is added as a Named Insured in Item **1.** of the Declarations:

Any of your subsidiaries, including any partnership, joint venture or limited liability company, that is not shown as a Named Insured in the Declarations is a Named Insured if:

**a.** You are the sole owner of, or maintain an ownership interest of more than 50% in, such subsidiary on the first day of the policy period; and

**b.** Such subsidiary is not an insured under similar other insurance.

No such subsidiary is an insured for loss that occurred:

**a.** Before you maintained an ownership interest of more than 50% in such subsidiary; or

**b.** After the date, if any, during the policy period that you no longer maintain an ownership interest of more than 50% in such subsidiary.

Each such subsidiary will be deemed to be designated in the Declarations as the type of organization indicated in its name or the documents that        govern        its        structure.

          © 2018 The Travelers Indemnity Company. All rights reserved.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AMENDMENT OF COMMON POLICY CONDITIONS – PROHIBITED COVERAGE – UNLICENSED INSURANCE AND TRADE OR ECONOMIC SANCTIONS

This endorsement modifies insurance provided under the following:

ALL COVERAGES INCLUDED IN THIS POLICY

The following is added to the Common Policy Conditions:

**Prohibited Coverage – Unlicensed Insurance**

1. With respect to loss sustained by any insured, or loss to any property, located in a country or jurisdiction in which we are not licensed to provide this insurance, this insurance does not apply to the extent that insuring such loss would violate the laws or regulations of such country or jurisdiction.

2. We do not assume responsibility for:

   a. The payment of any fine, fee, penalty or other charge that may be imposed on any person or organization in any country or jurisdiction because we are not licensed to provide insurance in such country or jurisdiction; or

   b. The furnishing of certificates or other evidence of insurance in any country or jurisdiction in which we are not licensed to provide insurance.

**Prohibited Coverage – Trade Or Economic Sanctions**

We will provide coverage for any loss, or otherwise will provide any benefit, only to the extent that providing such coverage or benefit does not expose us or any of our affiliated or parent companies to:

1. Any trade or economic sanction under any law or regulation of the United States of America; or

2. Any other applicable trade or economic sanction, prohibition or restriction.

IL T4 12 03 15                © 2014 The Travelers Indemnity Company. All rights reserved.                Page 1 of 1

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

> BOILER AND MACHINERY COVERAGE PART
> COMMERCIAL EXCESS LIABILITY (UMBRELLA) INSURANCE
> COMMERCIAL GENERAL LIABILITY COVERAGE PART
> COMMERCIAL INLAND MARINE COVERAGE PART
> COMMERCIAL PROPERTY COVERAGE PART
> CYBERFIRST ESSENTIALS LIABILITY COVERAGE PART
> CYBERFIRST LIABILITY COVERAGE
> DELUXE PROPERTY COVERAGE PART
> EMPLOYEE BENEFITS LIABILITY COVERAGE PART
> EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
> EMPLOYMENT PRACTICES LIABILITY+ WITH IDENTITY FRAUD EXPENSE REIMBURSEMENT COVERAGE PART
> ENVIRONMENTAL HAZARD POLICY
> EQUIPMENT BREAKDOWN COVERAGE PART
> EXCESS (FOLLOWING FORM) LIABILITY INSURANCE
> LAW ENFORCEMENT LIABILITY COVERAGE PART
> LIMITED ABOVE GROUND POLLUTION LIABILITY COVERAGE PART
> LIQUOR LIABILITY COVERAGE PART
> MEDFIRST PRODUCTS/COMPLETED OPERATIONS, ERRORS AND OMISSIONS, AND INFORMATION SECURITY LIABILITY COVERAGE FORM
> OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
> PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
> PUBLIC ENTITY MANAGEMENT LIABILITY COVERAGE PART
> RAILROAD PROTECTIVE LIABILITY COVERAGE PART
> SPECIAL PROTECTIVE AND HIGHWAY LIABILITY POLICY – NEW YORK DEPARTMENT OF TRANSPORTATION
> TRIBAL BUSINESS MANAGEMENT LIABILITY COVERAGE PART
> Any other Coverage Part or Coverage Form included in this policy that is subject to the federal Terrorism Risk Insurance Act of 2002 as amended

The following is added to this policy. This provision can limit coverage for any loss arising out of a "certified act of terrorism" if such loss is otherwise covered by this policy. This provision does not apply if and to the extent that coverage for the loss is excluded or limited by an exclusion or other coverage limitation for losses arising out of "certified acts of terrorism" in another endorsement to this policy.

If aggregate insured losses attributable to "certified acts of terrorism" exceed $100 billion in a calendar year and we have met our insurer deductible under "TRIA", we will not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case, insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of "TRIA", to be an act of terrorism pursuant to "TRIA". The criteria contained in "TRIA" for a "certified act of terrorism" include the following:

1. The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to "TRIA"; and

2. The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

"TRIA" means the federal Terrorism Risk Insurance Act of 2002 as amended.

**IL T4 14 01 15**           © 2015 The Travelers Indemnity Company. All rights reserved.           Page 1 of 1
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ADDITIONAL BENEFITS

This endorsement modifies insurance provided under the following:

ALL COVERAGES INCLUDED IN THIS POLICY

The following Condition is added to each Common Policy Conditions included in this policy:

**Additional Benefits**

1. We may offer or provide, or allow others to provide, you or another insured under this policy with goods and services, access to discounted goods and services, other program benefits or other items of value that could assist your business with managing your risk, with servicing your policy or with staying informed about loss control and mitigation of risk.

2. These Additional Benefits may be provided in any form. You or another insured under this policy may be eligible to receive additional benefits. You are under no obligation to pursue any of these Additional Benefits.

3. While we may arrange for these Additional Benefits, the other provider is liable to you or the other insured for the provision of the goods and services. We do not warrant the merchantability, fitness or quality of any goods or services provided or assume any additional obligation related to any Additional Benefits provided.

4. We have the right to modify or discontinue any Additional Benefits provided by us, or others authorized by us, without notice to you or any other insured.

IL T4 27 06 19            © 2019 The Travelers Indemnity Company. All rights reserved.            Page 1 of 1

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# NEW YORK CHANGES – REFERENCES TO NEW YORK SUPERINTENDENT OF INSURANCE, INSURANCE DEPARTMENT, INSURANCE LAW, AND REGULATION NO.

This endorsement modifies insurance provided under the following:

ALL COVERAGE PARTS INCLUDED IN THIS POLICY

1. Wherever it appears throughout this policy in reference to New York, the term Superintendent of Insurance is replaced by Superintendent of Financial Services.

2. Wherever it appears throughout this policy in reference to New York, the term Insurance Department or Department of Insurance is replaced by Department of Financial Services.

3. Wherever it appears throughout this policy in reference to New York, the term Insurance Law is replaced by Financial Services Law.

4. Wherever it appears throughout this policy in reference to New York, the term Regulation No. is replaced by Insurance Regulation No.

**IL F1 01 09 13**    © 2013 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.    Page 1 of 1

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT
### (Broad Form)

This endorsement modifies insurance provided under the following:

COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY

1.  The insurance does not apply:

    A.  Under any Liability Coverage, to "bodily injury" or "property damage":

        (1) With respect to which an "insured" under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

        (2) Resulting from the "hazardous properties" of "nuclear material" and with respect to which (a) any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or (b) the "insured" is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

    B.  Under any Medical Payments coverage, to expenses incurred with respect to "bodily injury" resulting from the "hazardous properties" of "nuclear material" and arising out of the operation of a "nuclear facility" by any person or organization.

    C.  Under any Liability Coverage, to "bodily injury" or "property damage" resulting from "hazardous properties" of "nuclear material", if:

        (1) The "nuclear material" (a) is at any "nuclear facility" owned by, or operated by or on behalf of, an "insured" or (b) has been discharged or dispersed therefrom;

        (2) The "nuclear material" is contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of, by or on behalf of an "insured"; or

        (3) The "bodily injury" or "property damage" arises out of the furnishing by an "insured" of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility", but if such facility is located within the United States of America, its territories or possessions or Canada, this exclusion (3) applies only to "property damage" to such "nuclear facility" and any property thereat.

2.  As used in this endorsement:

    "Hazardous properties" includes radioactive, toxic or explosive properties.

    "Nuclear material" means "source material", "special nuclear material" or "by-product material".

    "Source material", "special nuclear material", and "by-product material" have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof.

    "Spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor".

**IL 00 21 09 08**                    © ISO Properties, Inc., 2007                    Page 1 of 2

"Waste" means any waste material **(a)** containing "by-product material" other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its "source material" content, and **(b)** resulting from the operation by any person or organization of any "nuclear facility" included under the first two paragraphs of the definition of "nuclear facility".

"Nuclear facility" means:

**(a)** Any "nuclear reactor";

**(b)** Any equipment or device designed or used for **(1)** separating the isotopes of uranium or plutonium, **(2)** processing or utilizing "spent fuel", or **(3)** handling, processing or packaging "waste";

**(c)** Any equipment or device used for the processing, fabricating or alloying of "special nuclear material" if at any time the total amount of such material in the custody of the "insured" at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

**(d)** Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste";

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations.

"Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material.

"Property damage" includes all forms of radioactive contamination of property.

Page 2 of 2     © ISO Properties, Inc., 2007     **IL 00 21 09 08**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# WASHINGTON CHANGES – DEFENSE COSTS

This endorsement modifies insurance provided under the following:

COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL LIABILITY UMBRELLA COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART – LEGAL LIABILITY COVERAGE FORM
COMMERCIAL PROPERTY COVERAGE PART – MORTGAGEHOLDER'S ERRORS AND OMISSIONS
COVERAGE FORM
ELECTRONIC DATA LIABILITY COVERAGE PART
FARM COVERAGE PART
FARM UMBRELLA LIABILITY POLICY
LIQUOR LIABILITY COVERAGE PART
MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCT WITHDRAWAL COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK COVERAGE PART

**A.** The provisions of Paragraph **B.** are added to all Insuring Agreements that set forth a duty to defend under:

**1.** Section **I** of the Commercial General Liability, Commercial Liability Umbrella, Electronic Data Liability, Farm, Liquor Liability, Owners And Contractors Protective Liability, Pollution Liability, Products/Completed Operations Liability, Product Withdrawal, Medical Professional Liability, Railroad Protective Liability and Underground Storage Tank Coverage Parts, Auto Dealers Coverage Form and the Farm Umbrella Liability Policy;

**2.** Section **II** under the Auto Dealers, Business Auto and Motor Carrier Coverage Forms;

**3.** Section **III** under the Auto Dealers and Motor Carrier Coverage Forms;

**4.** Section **A.** Coverage under the Legal Liability Coverage Form; and

**5.** Coverage **C** – Mortgageholder's Liability under the Mortgageholder's Errors And Omissions Coverage Form.

Paragraph **B.** also applies to any other provision in the policy that sets forth a duty to defend.

**B.** If we initially defend an insured ("insured") or pay for an insured's ("insured's") defense but later determine that none of the claims ("claims"), for which we provided a defense or defense costs, are covered under this insurance, we have the right to reimbursement for the defense costs we have incurred.

The right to reimbursement under this provision will only apply to the costs we have incurred after we notify you in writing that there may not be coverage and that we are reserving our rights to terminate the defense or the payment of defense costs and to seek reimbursement for defense costs.

**IL 01 23 11 13**                    © Insurance Services Office, Inc., 2013                    Page 1 of 1

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# COLORADO CHANGES – CIVIL UNION

This endorsement modifies insurance provided under the following:

> COMMERCIAL AUTOMOBILE COVERAGE PART
> COMMERCIAL GENERAL LIABILITY COVERAGE PART
> COMMERCIAL LIABILITY UMBRELLA COVERAGE PART
> ELECTRONIC DATA LIABILITY COVERAGE PART
> FARM COVERAGE PART
> FARM UMBRELLA LIABILITY POLICY
> LIQUOR LIABILITY COVERAGE PART
> MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
> OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
> POLLUTION LIABILITY COVERAGE PART
> PRODUCT WITHDRAWAL COVERAGE PART
> PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
> UNDERGROUND STORAGE TANK POLICY

**A.** The term "spouse" is replaced by the following:

Spouse or party to a civil union recognized under Colorado law.

**B.** Under the Commercial Automobile Coverage Part, the term "family member" is replaced by the following and supersedes any other provisions to the contrary:

"Family member" means a person related to:

**1.** The individual Named Insured by blood, adoption, marriage or civil union recognized under Colorado law, who is a resident of such Named Insured's household, including a ward or foster child;

**2.** The individual named in the Schedule by blood, adoption, marriage or civil union rec-ognized under Colorado law, who is a resident of the individual's household, including a ward or foster child, if the Drive Other Car Coverage – Broadened Coverage For Named Individuals endorsement is attached.

**C.** With respect to coverage for the ownership, maintenance or use of "covered autos" provided under the Commercial Liability Umbrella Coverage Part, the term "family member" is replaced by the following:

"Family member" means a person related to you by blood, adoption, marriage or civil union recognized under Colorado law, who is a resident of your household, including a ward or foster child.

**IL 01 25 11 13**                    © Insurance Services Office, Inc., 2013                    Page 1 of 1

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# VIRGINIA CHANGES – CANCELLATION AND NONRENEWAL

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
ELECTRONIC DATA LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCT WITHDRAWAL COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

**A.** Paragraphs **2., 3.** and **5.** of the **Cancellation** Common Policy Condition are replaced by the following:

**2.** We may cancel this Policy by mailing or delivering to the first Named Insured written notice of cancellation, stating the reason for cancellation, at least:

**a.** 15 days before the effective date of cancellation if we cancel for nonpayment of premium; or

**b.** 45 days before the effective date of cancellation if we cancel for any other reason.

**3.** We will send written notice in accordance with Virginia Law or deliver written notice to the first Named Insured's last mailing address known to us.

**5.** If this Policy is cancelled, we will send the first Named Insured any premium refund due. The cancellation will be effective even if we have not made or offered a refund. The following provisions govern calculation of return premium.

**a.** We will compute return premium pro rata and round to the next higher whole dollar when this Policy is cancelled:

**(1)** At our request;

**(2)** Because you no longer have a financial or insurable interest in the property or business operation that is the subject of insurance;

**(3)** And rewritten by us or a member of our company group; or

**(4)** After the first year, if it is a prepaid policy written for a term of more than one year.

**b.** When this Policy is cancelled at your request (except when Paragraph **a.(2), a.(3)** or **a.(4)** applies), we will return 90% of the pro rata unearned premium, rounded to the next higher whole dollar. However, when such cancellation takes place during the first year of a multiyear prepaid policy, we will return the full annual premium for the subsequent years. In addition, earned premium will not be less than our policywriting minimum premium.

**B.** The following is added and supersedes any other provision to the contrary:

**Nonrenewal**

**1.** If we elect not to renew this Policy, we will mail or deliver a notice of nonrenewal to the first Named Insured shown in the Declarations, stating the reason for nonrenewal, at least:

**a.** 15 days before the expiration date if the nonrenewal is due to nonpayment of premium; or

**b.** 45 days before the expiration date if the nonrenewal is for any other reason.

**2.** We will send written notice in accordance with Virginia Law or deliver written notice of nonrenewal to the first Named Insured's last mailing address known to us.

**3.** If notice is mailed, proof of mailing will be sufficient proof of notice.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CONNECTICUT CHANGES – CIVIL UNION

This endorsement modifies insurance provided under the following:

COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL LIABILITY UMBRELLA COVERAGE PART
ELECTRONIC DATA LIABILITY COVERAGE PART
EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
FARM COVERAGE PART
FARM UMBRELLA LIABILITY POLICY
LIQUOR LIABILITY COVERAGE PART
MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
PRODUCT WITHDRAWAL COVERAGE PART

**A.** The term "spouse" is replaced by the following:

Spouse or party to a civil union recognized under Connecticut law.

**B.** Under the Commercial Auto Coverage Part, the term "family member" is replaced by the following:

"Family member" means a person related to the:

**1.** Individual Named Insured by blood, adoption, marriage or civil union recognized under Connecticut law, who is a resident of such Named Insured's household, including a ward or foster child; or

**2.** Individual named in the Schedule by blood, adoption, marriage or civil union recognized under Connecticut law, who is a resident of the individual's household, including a ward or foster child, if the Drive Other Car Coverage – Broadened Coverage For Named Individual Endorsement is attached.

**C.** With respect to coverage for the ownership, maintenance, or use of "covered autos" provided under the Commercial Liability Umbrella Coverage Part, or Farm Umbrella Liability Policy, the term "family member" is replaced by the following:

"Family member" means a person related to you by blood, adoption, marriage or civil union recognized under Connecticut law, who is a resident of your household, including a ward or foster child.

**IL 01 40 09 08**                    © ISO Properties, Inc., 2007                    Page 1 of 1

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# NEW JERSEY CHANGES – CIVIL UNION

This endorsement modifies insurance provided under the following:

COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL LIABILITY UMBRELLA COVERAGE PART
ELECTRONIC DATA LIABILITY COVERAGE PART
EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
FARM COVERAGE PART
FARM UMBRELLA LIABILITY POLICY
LIQUOR LIABILITY COVERAGE PART
MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCT WITHDRAWAL COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY

**A.** The term "spouse" is replaced by the following:

Spouse or party to a civil union recognized under New Jersey law.

**B.** Under the Commercial Auto Coverage Part, the term "family member" is replaced by the following:

"Family member" means a person related to the:

**1.** Individual Named Insured by blood, adoption, marriage or civil union recognized under New Jersey law, who is a resident of such Named Insured's household, including a ward or foster child; or

**2.** Individual named in the Schedule by blood, adoption, marriage or civil union recognized

under New Jersey law, who is a resident of the individual's household, including a ward or foster child, if the Drive Other Car Coverage – Broadened Coverage For Named Individual Endorsement is attached.

**C.** With respect to coverage for the ownership, maintenance, or use of "covered autos" provided under the Commercial Liability Umbrella Coverage Part, the term "family member" is replaced by the following:

"Family member" means a person related to you by blood, adoption, marriage or civil union recognized under New Jersey law, who is a resident of your household, including a ward or foster child.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ILLINOIS CHANGES – CIVIL UNION

This endorsement modifies insurance provided under the following:

COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL LIABILITY UMBRELLA COVERAGE PART
FARM COVERAGE PART
FARM UMBRELLA LIABILITY POLICY
LIQUOR LIABILITY COVERAGE PART
MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCT WITHDRAWAL COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY

**A.** The term "spouse" is replaced by the following:

Spouse or party to a civil union recognized under Illinois law.

**B.** Under the Commercial Auto Coverage Part, the term "family member" is replaced by the following:

"Family member" means a person related to the:

**1.** Individual Named Insured by blood, adoption, marriage or civil union recognized under Illinois law, who is a resident of such Named Insured's household, including a ward or foster child; or

**2.** Individual named in the Schedule by blood, adoption, marriage or civil union recognized

under Illinois law, who is a resident of the individual's household, including a ward or foster child, if the Drive Other Car Coverage – Broadened Coverage For Named Individual Endorsement is attached.

**C.** With respect to coverage for the ownership, maintenance, or use of "covered autos" provided under the Commercial Liability Umbrella Coverage Part, the term "family member" is replaced by the following:

"Family member" means a person related to you by blood, adoption, marriage or civil union recognized under Illinois law, who is a resident of your household, including a ward or foster child.

**IL 01 47 09 11**                    © Insurance Services Office, Inc., 2011                    Page 1 of 1

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# DELAWARE CHANGES – CIVIL UNION

This endorsement modifies insurance provided under the following:

> COMMERCIAL AUTOMOBILE COVERAGE PART
> COMMERCIAL GENERAL LIABILITY COVERAGE PART
> COMMERCIAL LIABILITY UMBRELLA COVERAGE PART
> ELECTRONIC DATA LIABILITY COVERAGE PART
> FARM COVERAGE PART
> FARM UMBRELLA LIABILITY POLICY
> LIQUOR LIABILITY COVERAGE PART
> MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
> OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
> POLLUTION LIABILITY COVERAGE PART
> PRODUCT WITHDRAWAL COVERAGE PART
> PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
> UNDERGROUND STORAGE TANK POLICY

**A.** The term "spouse" is replaced by the following:

Spouse or party to a civil union recognized under Delaware law.

**B.** Under the Commercial Automobile Coverage Part, the term "family member" is replaced by the following and supersedes any other provisions to the contrary:

"Family member" means:

**1.** A person related to the individual Named Insured by blood, adoption, marriage or civil union recognized under Delaware law, who is a resident of such Named Insured's household, including a ward or foster child;

**2.** Members of your immediate family including a partner to a civil union recognized under Delaware law, not having a separate household and persons actually residing with and economically dependent upon you, if Delaware Personal Injury Protection Endorsement is attached;

**3.** A person related to the individual named in the Schedule by blood, adoption, marriage or civil union recognized under Delaware law, who is a resident of the individual's household, including a ward or foster child, if the Drive Other Car Coverage – Broadened Coverage For Named Individuals endorsement is attached; or

**4.** A person related to you by blood, adoption, marriage or civil union recognized under Delaware law, who is a resident of your household, including a ward or foster child, if the Individual Named Insured endorsement is attached.

**C.** With respect to coverage for the ownership, maintenance or use of "covered autos" provided under the Commercial Liability Umbrella Coverage Part, the term "family member" is replaced by the following:

"Family member" means a person related to you by blood, adoption, marriage or civil union recognized under Delaware law, who is a resident of your household, including a ward or foster child.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ILLINOIS CHANGES – DEFENSE COSTS

This endorsement modifies insurance provided under the following:

COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL LIABILITY UMBRELLA COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART – LEGAL LIABILITY COVERAGE FORM
COMMERCIAL PROPERTY COVERAGE PART – MORTGAGEHOLDERS ERRORS AND OMISSIONS
COVERAGE FORM
EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
FARM COVERAGE PART
FARM UMBRELLA LIABILITY POLICY
LIQUOR LIABILITY COVERAGE PART
MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCT WITHDRAWAL COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK COVERAGE PART

**A.** The provisions of Paragraph **B.** are added to all Insuring Agreements that set forth a duty to defend under:

**1.** Section **I** of the Commercial General Liability, Commercial Liability Umbrella, Employment-related Practices Liability, Farm, Liquor Liability, Owners And Contractors Protective Liability, Pollution Liability, Products/Completed Operations Liability, Product Withdrawal, Medical Professional Liability, Railroad Protective Liability, Underground Storage Tank Coverage Parts, Auto Dealers Coverage Form and the Farm Umbrella Liability Policy;

**2.** Section **II** under the Auto Dealers, Business Auto and Motor Carrier Coverage Forms;

**3.** Section **III** under the Auto Dealers and Motor Carrier Coverage Forms;

**4.** Section **A.** Coverage under the Legal Liability Coverage Form; and

**5.** Coverage **C** – Mortgageholder's Liability under the Mortgageholders Errors And Omissions Coverage Form.

Paragraph **B.** also applies to any other provision in the policy that sets forth a duty to defend.

**B.** If we initially defend an insured ("insured") or pay for an insured's ("insured's") defense but later determine that the claim(s) is (are) not covered under this insurance, we will have the right to reimbursement for the defense costs we have incurred.

The right to reimbursement for the defense costs under this provision will only apply to defense costs we have incurred after we notify you in writing that there may not be coverage, and that we are reserving our rights to terminate the defense and seek reimbursement for defense costs.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# TEXAS CHANGES – DUTIES

This endorsement modifies insurance provided under the following:

> COMMERCIAL GENERAL LIABILITY COVERAGE PART
> FARM COVERAGE PART
> LIQUOR LIABILITY COVERAGE PART
> MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
> OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
> POLLUTION LIABILITY COVERAGE PART
> PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
> RAILROAD PROTECTIVE LIABILITY COVERAGE PART

The following is added to the **Duties** Condition:

We will notify the first Named Insured in writing of:

1. An initial offer to settle a claim made or "suit" brought against any insured ("insured") under this coverage. The notice will be given not later than the 10th day after the date on which the offer is made.

2. Any settlement of a claim made or "suit" brought against the insured ("insured") under this coverage. The notice will be given not later than the 30th day after the date of the settlement.

---

**IL 01 68 03 12**    © Insurance Services Office, Inc., 2011    Page 1 of 1

# OKLAHOMA NOTICE

The following statement is added to the policy:

**WARNING:**

Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy, containing any false, incomplete or misleading information, is guilty of a felony.

**IL 01 79 10 02**                © ISO Properties, Inc., 2002                Page 1 of 1

# PENNSYLVANIA NOTICE

An Insurance Company, its agents, employees, or service contractors acting on its behalf, may provide services to reduce the likelihood of injury, death or loss. These services may include any of the following or related services incident to the application for, issuance, renewal or continuation of, a policy of insurance:

1.  Surveys;

2.  Consultation or advice; or

3.  Inspections.

The "Insurance Consultation Services Exemption Act" of Pennsylvania provides that the Insurance Company, its agents, employees or service contractors acting on its behalf, is not liable for damages from injury, death or loss occurring as a result of any act or omission by any person in the furnishing of or the failure to furnish these services.

The Act does not apply:

1.  If the injury, death or loss occurred during the actual performance of the services and was caused by the negligence of the Insurance Company, its agents, employees or service contractors;

2.  To consultation services required to be performed under a written service contract not related to a policy of insurance; or

3.  If any acts or omissions of the Insurance Company, its agents, employees or service contractors are judicially determined to constitute a crime, actual malice, or gross negligence.

**Instruction to Policy Writers**

Attach the Pennsylvania Notice to all new and renewal certificates insuring risks located in Pennsylvania.

**IL 09 10 07 02**                    © ISO Properties, Inc., 2001                    Page 1 of 1

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# TEXAS CHANGES–
# NOTICE OF CLAIM OR SETTLEMENT

This endorsement modifies insurance provided under the following:

BOILER AND MACHINERY COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
FARM LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
PHARMACISTS PROFESSIONAL LIABILITY COVERAGE FORM
VETERINARIANS PROFESSIONAL LIABILITY COVERAGE PART
CATASTROPHE UMBRELLA POLICY
EMPLOYEE BENEFITS LIABILITY

**PROVISIONS**

If a claim is made against you under a casualty policy, we must notify you of the initial offer to compromise or settle the claim. We must do so within 10 business days after the date on which the offer is made.

If a claim under a casualty policy is settled, we must notify you within 30 days of the settlement.

**IL T9 56 04 93**                                                                 Page 1 of 1

# POLICYHOLDER NOTICES

# POLICYHOLDER NOTICES

# IMPORTANT NOTICE – INDEPENDENT AGENT AND BROKER COMPENSATION

**NO COVERAGE IS PROVIDED BY THIS NOTICE.  THIS NOTICE DOES NOT AMEND ANY PROVISION OF YOUR POLICY. YOU SHOULD REVIEW YOUR ENTIRE POLICY CAREFULLY FOR COMPLETE INFORMATION ON THE COVERAGES PROVIDED AND TO DETERMINE YOUR RIGHTS AND DUTIES UNDER YOUR POLICY. PLEASE CONTACT YOUR AGENT OR BROKER IF YOU HAVE ANY QUESTIONS ABOUT THIS NOTICE OR ITS CONTENTS. IF THERE IS ANY CONFLICT BETWEEN YOUR POLICY AND THIS NOTICE, THE PROVISIONS OF YOUR POLICY PREVAIL.**

For information about how Travelers compensates independent agents and brokers, please visit www.travelers.com, call our toll-free telephone number 1-866-904-8348, or request a written copy from Marketing at One Tower Square, 2GSA, Hartford, CT 06183.

PN T4 54 01 08                                                                                                    Page 1 of 1

# IMPORTANT NOTICE – COMPLAINTS – ILLINOIS

**NO COVERAGE IS PROVIDED BY THIS NOTICE. THIS NOTICE DOES NOT AMEND ANY PROVISION OF YOUR POLICY. YOU SHOULD REVIEW YOUR ENTIRE POLICY CAREFULLY FOR COMPLETE INFORMATION ON THE COVERAGES PROVIDED AND TO DETERMINE YOUR RIGHTS AND DUTIES UNDER YOUR POLICY. PLEASE CONTACT YOUR AGENT OR BROKER IF YOU HAVE ANY QUESTIONS ABOUT THIS NOTICE OR ITS CONTENTS. IF THERE IS ANY CONFLICT BETWEEN YOUR POLICY AND THIS NOTICE, THE PROVISIONS OF YOUR POLICY PREVAIL.**

If you are having problems you may contact your insurance agent directly or you may contact the company at:

Mail:    Consumer Affairs
         One Tower Square
         Hartford, CT 06183

Phone: (860) 277-1561 or

Email:   consumeraffairs@travelers.com

The address of the consumer complaint division of the Illinois Department of Insurance is:

Illinois Department of Insurance
Consumer Division
320 W Washington St
Springfield, IL 62767

Complaints may also be filed electronically to the Illinois Department of Insurance at
https://insurance.illinois.gov/applications/ComplaintForms/default.aspx

**PN T5 68 07 12**        © 2012 The Travelers Indemnity Company. All rights reserved.        Page 1 of 1

# IMPORTANT NOTICE – RELIGIOUS FREEDOM PROTECTION AND CIVIL UNION ACT – ILLINOIS

**NO COVERAGE IS PROVIDED BY THIS NOTICE. THIS NOTICE DOES NOT AMEND ANY PROVISION OF YOUR POLICY. YOU SHOULD REVIEW YOUR ENTIRE POLICY CAREFULLY FOR COMPLETE INFORMATION ON THE COVERAGES PROVIDED AND TO DETERMINE YOUR RIGHTS AND DUTIES UNDER YOUR POLICY. PLEASE CONTACT YOUR AGENT OR BROKER IF YOU HAVE ANY QUESTIONS ABOUT THIS NOTICE OR ITS CONTENTS. IF THERE IS ANY CONFLICT BETWEEN YOUR POLICY AND THIS NOTICE, THE PROVISIONS OF YOUR POLICY PREVAIL.**

The Illinois Religious Freedom Protection and Civil Union Act provides that persons of the same or opposite sex who enter into a civil union must be afforded the same obligations, protections, and legal rights as married persons. This law became effective June 1, 2011, and is designed to ensure that civil unions and marriage are treated identically under Illinois law. In accordance with law, this policy will be interpreted to provide the same benefits and protections to persons in a civil union or in a marriage.

**PN T9 11 03 12**         Includes copyrighted material of Insurance Services Office, Inc. with its permission.         Page 1 of 1

# IMPORTANT NOTICE TO POLICYHOLDERS

## LEAD EXCLUSION
**CG D0 76      CG F0 94      CG I3 29
UM 01 66      UM 03 04      UM 03 28**

**NO COVERAGE IS PROVIDED BY THIS SUMMARY NOR CAN IT BE CONSTRUED TO REPLACE ANY PROVISIONS IN YOUR POLICY. YOU SHOULD READ YOUR POLICY CAREFULLY TO DETERMINE YOUR RIGHTS, DUTIES AND WHAT IS AND IS NOT COVERED. IF THERE IS ANY CONFLICT BETWEEN THE POLICY AND THIS SUMMARY, <u>THE PROVISIONS OF THE POLICY SHALL PREVAIL.</u>**

### PLEASE READ THIS NOTICE CAREFULLY.

Lead has become a difficult problem for society as a whole and the insurance industry in particular.

As a consequence, we are now attaching a lead exclusion to selected Commercial General Liability, Commercial Excess (Umbrella) policies and Travelers World Cover$^{sm}$ International policies. This notice is intended to make you aware that this exclusion is being added to your policy.

If you have any questions about your insurance program, please contact your agent or local Company representative.

PN T0 94 02 03                                                                                          Page 1 of 1



# POLICYHOLDER NOTICE – LEAD

Dear Policyholder:

Lead has become a difficult problem for society as a whole and the insurance industry in particular.

As a consequence, we are attaching a lead exclusion to our liability policies based upon age and occupancy of buildings. Your policy contains this exclusion.

If you have questions about your insurance program, please contact your agent or local Company representative.

**PN T1 94 08 94**                                                                                                    Page 1 of 1

# POLICYHOLDER NOTICES

# POLICYHOLDER NOTICES

# TEXAS LOSS CONTROL SERVICES

**Notice to policy recipient**: **If you are not the person directly responsible for the accident prevention activities for your company, please direct this Loss Control Services notice to the person that is directly responsible for them.**

## SAFETY IS OUR CONCERN

**Thank you for purchasing your insurance from one of the writing companies owned or managed by The Travelers Companies, Inc. We appreciate your business and welcome the opportunity to be of service.**

**An important part of that service concerns safety and accident prevention. Travelers Risk Control department has the experience, resources and capabilities to provide a wide range of loss control services, including on-site surveys, virtual consultations, as well as a variety of loss control materials and training.**

**We have experience in a variety of industries, some of which include manufacturing, wholesale, retail businesses, service organizations, technology-related business, oil and gas-based business and construction.**

**Following are some examples of available safety services:**

**Accident Prevention – Our staff can help you identify exposures to loss within your operation, and recommend measures to help reduce or eliminate them.**

**Analysis of Accident Causes – Although you may already be investigating accidents to determine root causes, we have resources and training to assist you if needed.**

**Safety Consultations – Our consultants can help you with specific loss control issues, on-site or virtually, such as slip, trip and fall exposures or fleet safety programs.**

**Safety Literature and Digital Media – We can provide you with top-notch safety-related literature, videos (streaming), webinar replays and computer based training to assist you in your loss control efforts. Also, we have alliances with several vendors that can provide additional safety products and services.**

**Safety Training – We offer a variety of face-to-face classroom loss control courses, on-site training, as well as distance learning programs.**

**Product Life Cycle – Our process for examining a product from idea conception to final disposal for the purpose of helping minimize potential product liability exposure.**

**Customer Portal – Visit our Risk Control customer website to register for training events and for access to a variety of loss control resources, including checklists, technical bulletins, sample programs, etc.**

**These services are available to Texas policyholders upon request at no additional charge. Please call us at 214-570-6427 for loss control assistance. Please do not call this number for questions regarding your policy or claims. For these and other inquires not related to loss control, please contact your underwriter or agent.**

## SAFETY IS YOUR CONCERN

**At Travelers, we are committed to helping you protect your business. As our customer, you have access to a variety of safety materials, many of which are specific to industry, size and complexity to help you control hazards and reduce risks of illness or injury. Take advantage of the Risk Control website at travelers.com/riskcontrol.**

**Examples of what you will find include:**

- **Safety checklists, sample programs.**

- **You will find hundreds of training resources including schedules of live classroom sessions and online webinars.**

**It's critical for businesses to address distracted driving and encourage management to demonstrate its commitment to safety by being an example. We can help you understand this and other potential fleet loss exposures.**

**These resources can help you improve your workplace safety practices. We like to think of it as protection beyond the policy. Contact Us: For more information, please visit travelers.com/riskcontrol.**

**PN T2 27 06 19**

Page 1 of 1

# IMPORTANT NOTICE – CLAIMS MADE COVERAGES – VIRGINIA

**NO COVERAGE IS PROVIDED BY THIS NOTICE. THIS NOTICE DOES NOT AMEND ANY PROVISION OF YOUR POLICY. YOU SHOULD REVIEW YOUR ENTIRE POLICY CAREFULLY FOR COMPLETE INFORMATION ON THE COVERAGES PROVIDED AND TO DETERMINE YOUR RIGHTS AND DUTIES UNDER YOUR POLICY. PLEASE CONTACT YOUR AGENT OR BROKER IF YOU HAVE ANY QUESTIONS ABOUT THIS NOTICE OR ITS CONTENTS. IF THERE IS ANY CONFLICT BETWEEN YOUR POLICY AND THIS NOTICE, THE PROVISIONS OF YOUR POLICY PREVAIL.**

You have purchased claims-made liability insurance. When this insurance terminates, the insurer will send an offer with the available options for purchasing the supplemental extended reporting period. You may be entitled to receive information on claims under this policy. If you have any questions regarding your claims-made coverage or the importance of purchasing the supplemental extended reporting period, please contact your insurance company or your insurance agent.

**PN T4 51 06 18**              © 2018 The Travelers Indemnity Company. All rights reserved.              Page 1 of 1

# IMPORTANT NOTICE TO NEW YORK COMMERCIAL FIRE INSURANCE POLICYHOLDERS

# NEW YORK STATE HAZARDOUS MATERIAL REPORT FORM

**NO COVERAGE IS PROVIDED BY THIS NOTICE. THIS NOTICE DOES NOT AMEND ANY PROVISION OF YOUR POLICY. YOU SHOULD REVIEW YOUR ENTIRE POLICY CAREFULLY FOR COMPLETE INFORMATION ON THE COVERAGES PROVIDED AND TO DETERMINE YOUR RIGHTS AND DUTIES UNDER YOUR POLICY. PLEASE CONTACT YOUR AGENT OR BROKER IF YOU HAVE ANY QUESTIONS ABOUT THIS NOTICE OR ITS CONTENTS. IF THERE IS ANY CONFLICT BETWEEN YOUR POLICY AND THIS NOTICE, <u>THE PROVISIONS OF YOUR POLICY PREVAIL</u>.**

Every commercial fire insurance policyholder in the State of New York is required, under the provisions of Section 209-U of the General Municipal Law, to annually report to their local fire department the presence of hazardous materials at their business address.

As your insurance carrier we are required, under Section 3409 of the New York Insurance Law, to make available to you the form necessary to make this report. If you have hazardous materials at your business address, the Hazardous Materials Report Form (DOS-0347), including instructions, is available for viewing and printing at the website of NYS Office of Fire Prevention and Control (OFPC). Please go to:

http://www.dos.state.ny.us/fire/pdfs/forms/hm209u.pdf

**PN T5 74 05 19**                                                                 Page 1 of 1

# IMPORTANT NOTICE – RISK MANAGEMENT PLANS – FLORIDA

**NO COVERAGE IS PROVIDED BY THIS NOTICE. THIS NOTICE DOES NOT AMEND ANY PROVISION OF YOUR POLICY. YOU SHOULD REVIEW YOUR ENTIRE POLICY CAREFULLY FOR COMPLETE INFORMATION ON THE COVERAGES PROVIDED AND TO DETERMINE YOUR RIGHTS AND DUTIES UNDER YOUR POLICY. PLEASE CONTACT YOUR AGENT OR BROKER IF YOU HAVE ANY QUESTIONS ABOUT THIS NOTICE OR ITS CONTENTS. IF THERE IS ANY CONFLICT BETWEEN YOUR POLICY AND THIS NOTICE, THE PROVISIONS OF YOUR POLICY PREVAIL.**

Florida loss control insurance statutes require insurers to provide commercial policyholders, at their request, with guidelines for risk management plans. Travelers' Risk Control Department has available guidelines to assist you with your accident prevention activities. These guidelines are available to you free of charge.

A risk management plan shall include safety measures for different exposures, including, as applicable, pollution and environmental hazards; disease hazards; accidental occurrences; fire hazards and fire prevention and detection; liability for acts from the course of business; slip and fall hazards; product injury; and hazards unique to a particular class or category of insureds. Training in safety management techniques and safety management counseling services are also available.

If you would like to request assistance with risk management or your safety program, please call our Risk Control Department at 407-388-3307. For access to over 1,600 safety and health resources, including training programs, checklists, management guides, etc. visit our Risk Control Customer Portal at http://www.travelers.com/riskcontrol.

**PN T0 60 05 10**                                                                                              Page 1 of 1

# NOTICE – IMPORTANT INFORMATION REGARDING YOUR INSURANCE – VIRGINIA

**NO COVERAGE IS PROVIDED BY THIS NOTICE. THIS NOTICE DOES NOT AMEND ANY PROVISION OF YOUR POLICY. YOU SHOULD REVIEW YOUR ENTIRE POLICY CAREFULLY FOR COMPLETE INFORMATION ON THE COVERAGES PROVIDED AND TO DETERMINE YOUR RIGHTS AND DUTIES UNDER YOUR POLICY. PLEASE CONTACT YOUR AGENT OR BROKER IF YOU HAVE ANY QUESTIONS ABOUT THIS NOTICE OR ITS CONTENTS. IF THERE IS ANY CONFLICT BETWEEN YOUR POLICY AND THIS NOTICE, THE PROVISIONS OF YOUR POLICY PREVAIL.**

Should you need to contact anyone about this insurance for any reason, please contact your agent. If you have additional questions you may contact Travelers at:

One Tower Square
Hartford, CT 06183
1-800-328-2189

Travelers.com

If you have been unable to contact or obtain satisfaction from our company or your agent, you may contact the Virginia State Corporate Commission's Bureau of Insurance at:

State Corporation Commission, Virginia Bureau of Insurance
PO Box 1157
Richmond, VA 23218

Toll free: 1-877-310-6560
Richmond, VA area: 804-371-9741

Email: bureauofinsurance@scc.virginia.gov

Written correspondence is preferable so that a record of your inquiry is maintained. When contacting your agent, company or the Bureau of Insurance, have your policy number available.

**PN T1 01 05 10**                                                                                          Page 1 of 1

# IMPORTANT NOTICE – CONTACT INFORMATION – FLORIDA

**NO COVERAGE IS PROVIDED BY THIS NOTICE. THIS NOTICE DOES NOT AMEND ANY PROVISION OF YOUR POLICY. YOUR SHOULD REVIEW YOUR ENTIRE POLICY CAREFULLY FOR COMPLETE INFORMATION ON THE COVERAGES PROVIDED AND TO DETERMINE YOUR RIGHTS AND DUTIES UNDER YOUR POLICY. PLEASE CONTACT YOUR AGENT OR BROKER IF YOU HAVE ANY QUESTIONS ABOUT THIS NOTICE OR ITS CONTENTS. IF THERE IS ANY CONFLICT BETWEEN YOUR POLICY AND THIS NOTICE, THE PROVISIONS OF YOUR POLICY PREVAIL.**

Please review your policy carefully. Should you have any questions concerning coverages, billings, additions or deletion, please contact your agent. Should you feel the need for additional information or wish to make a complaint, we offer the following number:

<div align="center">

For information or to make a complaint, call:
1-800-328-2189

</div>

**PN T2 19 05 10**                                                                          Page 1 of 1



One Tower Square, Hartford, Connecticut 06183

CHANGE ENDORSEMENT

Named Insured:
CAPITAL ONE FINANCIAL
CORPORATION

Policy Number: H-660-8F213882-TIL-20
Policy Effective Date: 02/28/20
Issue Date:  4/14/20
Premium $ ▉

INSURING COMPANY:
TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

Effective from 05/11/20 at the time of day the policy becomes effective.

THIS INSURANCE IS AMENDED AS FOLLOWS:

THE COMMERCIAL GENERAL LIABILITY COVERAGE PART IS AMENDED AS FOLLOWS:

ADDING CG D4 11 04 08 - ADDL INSD-DESIG PERSON OR ORGANIZATION, AS PER
ATTACHED.

NAME AND ADDRESS OF AGENT OR BROKER:
  MARSH USA-RICHMOND (47011)
  3 JAMES CENTER 1051 E CARY ST
  RICHMOND, VA 23219

**COUNTERSIGNED BY:**

_____
Authorized Representative

IL T0 07 09 87    PAGE  1 OF  1
OFFICE: ATLANTA

DATE:_____



**POLICY NUMBER:** H-660-8F213882-TIL-20

**EFFECTIVE DATE:** 02-28-20

**ISSUE DATE:** 04-14-20

LISTING OF FORMS, ENDORSEMENTS AND SCHEDULE NUMBERS

THIS LISTING SHOWS THE NUMBER OF FORMS, SCHEDULES AND ENDORSEMENTS
BY LINE OF BUSINESS.

```
IL T0 07 09 87    CHANGE ENDORSEMENT
IL T8 01 10 93    FORMS, ENDORSEMENTS AND SCHEDULE NUMBERS
```

COMMERCIAL GENERAL LIABILITY

```
CG D4 11 04 08    ADDL INSD-DESIG PERSON OR ORGANIZATION
```

**IL T8 01 10 93**

**PAGE:   1 OF   1**

# GENERAL LIABILITY

# GENERAL LIABILITY

POLICY NUMBER: **H-660-8F213882-TIL-20**

COMMERCIAL GENERAL LIABILITY
ISSUE DATE: **04-14-20**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED – DESIGNATED PERSON OR ORGANIZATION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**SCHEDULE**

**Name of Additional Insured Person(s) or Organization(s):**

**WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY (WMATA)**

**Section II – Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for "bodily injury", "property damage", "personal injury" or "advertising injury" caused, in whole or in part, by your acts or omissions or the acts or omissions of those acting on your behalf:

**A.** In the performance of your ongoing operations; or

**B.** In connection with your premises owned by or rented to you.

**CG D4 11 04 08**    © 2008 The Travelers Companies, Inc.    Page 1 of 1
Includes the copyrighted material of Insurance Services Office, Inc. with its permission.

COMMERCIAL GENERAL LIABILITY

POLICY NUMBER: **H-660-8F213882-TIL-20**

ISSUE DATE: **04-14-20**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED – DESIGNATED PERSON OR ORGANIZATION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**SCHEDULE**

**Name of Additional Insured Person(s) or Organization(s):**

THE CITY OF NEW YORK
DEPARTMENT OF CITYWIDE ADMINISTRATIVE SERVICES
ASSET MANAGEMENT
1 CENTRE STREET
NEW YORK, NY 10007

RE: QUEENS, BLOCK 4762, PART OF LOT 999
N/W/C OF FRANCES LEWIS BOULEVARD AND 160TH STREET
APPROXIMATELY 1,121 SQUARE FEET (INCLUDES 897 SQUARE FEET CUT OF
BUILDING)

**Section II – Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for "bodily injury", "property damage", "personal injury" or "advertising injury" caused, in whole or in part, by your acts or omissions or the acts or omissions of those acting on your behalf:

**A.** In the performance of your ongoing operations; or

**B.** In connection with your premises owned by or rented to you.

**CG D4 11 04 08**

© 2008 The Travelers Companies, Inc.
Includes the copyrighted material of Insurance Services Office, Inc. with its permission.

Page 1 of 1

COMMERCIAL GENERAL LIABILITY
ISSUE DATE: **04-14-20**

POLICY NUMBER: **H-660-8F213882-TIL-20**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED – DESIGNATED PERSON OR ORGANIZATION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**SCHEDULE**

**Name of Additional Insured Person(s) or Organization(s):**

**SAN FRANCISCO MUSEUM OF MODERN ART**
**C/O SFMOMA EVENTS DEPARTMENT**
**151 THIRD ST**
**SAN FRANCISCO, CA 94013**

**Section II – Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for "bodily injury", "property damage", "personal injury" or "advertising injury" caused, in whole or in part, by your acts or omissions or the acts or omissions of those acting on your behalf:

**A.** In the performance of your ongoing operations; or

**B.** In connection with your premises owned by or rented to you.

**CG D4 11 04 08**              © 2008 The Travelers Companies, Inc.              Page 1 of 1
Includes the copyrighted material of Insurance Services Office, Inc. with its permission.



One Tower Square, Hartford, Connecticut 06183

CHANGE ENDORSEMENT

Named Insured:
CAPITAL ONE FINANCIAL
CORPORATION

Policy Number: H-660-8F213882-TIL-20
Policy Effective Date: 02/28/20
Issue Date: 4/14/20
Premium $ █

INSURING COMPANY:
TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

Effective from 05/12/20 at the time of day the policy becomes effective.

THIS INSURANCE IS AMENDED AS FOLLOWS:


THE COMMERCIAL GENERAL LIABILITY COVERAGE PART IS AMENDED AS FOLLOWS:

DELETING CG D4 11 04 08 - ADDL INSD-DESIG PERSON OR ORGANIZATION.

NAME AND ADDRESS OF AGENT OR BROKER:
  MARSH USA-RICHMOND (47011)
  3 JAMES CENTER 1051 E CARY ST
  RICHMOND, VA 23219

**COUNTERSIGNED BY:**

_____
Authorized Representative

IL T0 07 09 87    PAGE  1 OF  1
OFFICE: ATLANTA

DATE:_____

**TRAVELERS**

POLICY NUMBER:  H-660-8F213882-TIL-20

EFFECTIVE DATE:  02-28-20

ISSUE DATE:  04-14-20

LISTING OF FORMS, ENDORSEMENTS AND SCHEDULE NUMBERS

THIS LISTING SHOWS THE NUMBER OF FORMS, SCHEDULES AND ENDORSEMENTS
BY LINE OF BUSINESS.

```
IL T0 07 09 87   CHANGE ENDORSEMENT
IL T8 01 10 93   FORMS, ENDORSEMENTS AND SCHEDULE NUMBERS
```

COMMERCIAL GENERAL LIABILITY

```
CG D4 11 04 08   ADDL INSD-DESIG PERSON OR ORGANIZATION
```

**IL T8 01 10 93**                                            PAGE:   1 OF   1

# GENERAL LIABILITY

# GENERAL LIABILITY

COMMERCIAL GENERAL LIABILITY
POLICY NUMBER: **H-660-8F213882-TIL-20**        ISSUE DATE: **04-14-20**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED – DESIGNATED PERSON OR ORGANIZATION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**SCHEDULE**

**Name of Additional Insured Person(s) or Organization(s):**

**WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY (WMATA)**

**Section II – Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for "bodily injury", "property damage", "personal injury" or "advertising injury" caused, in whole or in part, by your acts or omissions or the acts or omissions of those acting on your behalf:

**A.** In the performance of your ongoing operations; or

**B.** In connection with your premises owned by or rented to you.

**CG D4 11 04 08**                 © 2008 The Travelers Companies, Inc.                  Page 1 of 1
Includes the copyrighted material of Insurance Services Office, Inc. with its permission.

POLICY NUMBER: **H-660-8F213882-TIL-20**

COMMERCIAL GENERAL LIABILITY
ISSUE DATE: **04-14-20**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED – DESIGNATED PERSON OR ORGANIZATION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**SCHEDULE**

**Name of Additional Insured Person(s) or Organization(s):**

THE CITY OF NEW YORK
DEPARTMENT OF CITYWIDE ADMINISTRATIVE SERVICES
ASSET MANAGEMENT
1 CENTRE STREET
NEW YORK, NY 10007

RE: QUEENS, BLOCK 4762, PART OF LOT 999
N/W/C OF FRANCES LEWIS BOULEVARD AND 160TH STREET
APPROXIMATELY 1,121 SQUARE FEET (INCLUDES 897 SQUARE FEET CUT OF
BUILDING)

**Section II – Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for "bodily injury", "property damage", "personal injury" or "advertising injury" caused, in whole or in part, by your acts or omissions or the acts or omissions of those acting on your behalf:

**A.** In the performance of your ongoing operations; or
**B.** In connection with your premises owned by or rented to you.

**CG D4 11 04 08**

© 2008 The Travelers Companies, Inc.
Includes the copyrighted material of Insurance Services Office, Inc. with its permission.

Page 1 of 1



One Tower Square, Hartford, Connecticut 06183

CHANGE ENDORSEMENT

Named Insured:
CAPITAL ONE FINANCIAL
CORPORATION

Policy Number: H-660-8F213882-TIL-20
Policy Effective Date: 02/28/20
Issue Date:  4/21/20
Premium $ █

INSURING COMPANY:
TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

Effective from 05/12/20 at the time of day the policy becomes effective.

THIS INSURANCE IS AMENDED AS FOLLOWS:


THE ACTUAL EFFECTIVE DATE OF THIS ENDORSEMENT IS 02/28/2020

THE COMMERCIAL GENERAL LIABILITY COVERAGE PART IS AMENDED AS FOLLOWS:

AMENDING CG D2 69 04 16 ADDL INS-STATE OR POL SUBDIV-PERMITS AS PER ATTACHED

NAME AND ADDRESS OF AGENT OR BROKER:
  MARSH USA-RICHMOND (47011)
  3 JAMES CENTER 1051 E CARY ST
  RICHMOND, VA 23219

**COUNTERSIGNED BY:**

_____
Authorized Representative

IL T0 07 09 87    PAGE  1 OF  1
OFFICE: ATLANTA

DATE:_____



**POLICY NUMBER:** H-660-8F213882-TIL-20

**EFFECTIVE DATE:** 02-28-20

**ISSUE DATE:** 04-21-20


LISTING OF FORMS, ENDORSEMENTS AND SCHEDULE NUMBERS

THIS LISTING SHOWS THE NUMBER OF FORMS, SCHEDULES AND ENDORSEMENTS
BY LINE OF BUSINESS.


    IL T0 07 09 87   CHANGE ENDORSEMENT
    IL T8 01 10 93   FORMS, ENDORSEMENTS AND SCHEDULE NUMBERS


COMMERCIAL GENERAL LIABILITY

    CG D2 69 04 16   ADDL INS-STATE OR POL SUBDIV-PERMITS


**IL T8 01 10 93**

**PAGE:**   1 OF   1

# GENERAL LIABILITY

# GENERAL LIABILITY

COMMERCIAL GENERAL LIABILITY
POLICY NUMBER:  H-660-8F213882-TIL-20                                    ISSUE DATE:  04-21-20

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED – STATE OR GOVERNMENTAL AGENCY OR SUBDIVISION OR POLITICAL SUBDIVISION – PERMITS OR AUTHORIZATIONS

This endorsement modifies insurance provided under the following:
COMMERCIAL GENERAL LIABILITY COVERAGE PART

### SCHEDULE

**State Or Governmental Agency Or Subdivision Or Political Subdivision:**

CITY OF WALNUT CREEK

CITY OF PORTLAND

CITY OF CHICAGO

**PROVISIONS**

The following is added to **SECTION II – WHO IS AN INSURED**:

Any state or governmental agency or subdivision or political subdivision shown in the Schedule is an insured, subject to the following provisions:

1. This insurance applies only with respect to operations performed by you or on your behalf for which the state or governmental agency or subdivision or political subdivision has issued a permit or authorization.

2. This insurance does not apply to:

   a. "Bodily injury," "property damage", "personal injury" or "advertising injury" arising out of operations performed for the federal government, state or municipality; or

   b. "Bodily injury" or "property damage" included within the "products-completed operations hazard".

**CG D2 69 04 16**          © 2016 The Travelers Indemnity Company. All rights reserved.          Page 1 of 1
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

POLICY NUMBER: H-660-8F213882-TIL-20

COMMERCIAL GENERAL LIABILITY
ISSUE DATE: 04-21-20

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED – STATE OR GOVERNMENTAL AGENCY OR SUBDIVISION OR POLITICAL SUBDIVISION – PERMITS OR AUTHORIZATIONS

This endorsement modifies insurance provided under the following:
COMMERCIAL GENERAL LIABILITY COVERAGE PART

**SCHEDULE**

| |
|---|
| **State Or Governmental Agency Or Subdivision Or Political Subdivision:** |
| CITY OF AUSTIN |

**PROVISIONS**

The following is added to **SECTION II – WHO IS AN INSURED**:

Any state or governmental agency or subdivision or political subdivision shown in the Schedule is an insured, subject to the following provisions:

1. This insurance applies only with respect to operations performed by you or on your behalf for which the state or governmental agency or subdivision or political subdivision has issued a permit or authorization.

2. This insurance does not apply to:

   a. "Bodily injury," "property damage", "personal injury" or "advertising injury" arising out of operations performed for the federal government, state or municipality; or

   b. "Bodily injury" or "property damage" included within the "products-completed operations hazard".

**CG D2 69 04 16**        © 2016 The Travelers Indemnity Company. All rights reserved.        Page 1 of 1
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

POLICY NUMBER:  H-660-8F213882-TIL-20

COMMERCIAL GENERAL LIABILITY
ISSUE DATE:  04-21-20

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED – STATE OR GOVERNMENTAL AGENCY OR SUBDIVISION OR POLITICAL SUBDIVISION – PERMITS OR AUTHORIZATIONS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**SCHEDULE**

| |
|---|
| **State Or Governmental Agency Or Subdivision Or Political Subdivision:** |
| CITY OF MIAMI BEACH |

**PROVISIONS**

The following is added to **SECTION II – WHO IS AN INSURED**:

Any state or governmental agency or subdivision or political subdivision shown in the Schedule is an insured, subject to the following provisions:

1. This insurance applies only with respect to operations performed by you or on your behalf for which the state or governmental agency or subdivision or political subdivision has issued a permit or authorization.

2. This insurance does not apply to:

   a. "Bodily injury," "property damage", "personal injury" or "advertising injury" arising out of operations performed for the federal government, state or municipality; or

   b. "Bodily injury" or "property damage" included within the "products-completed operations hazard".

**CG D2 69 04 16**         © 2016 The Travelers Indemnity Company. All rights reserved.         Page 1 of 1
Includes copyrighted material of Insurance Services Office, Inc., with its permission.