# EXHIBIT 2

M Vega, LLC
56 Franklin Ave
West Orange, NJ 07052-6104



**www.guard.com**

In cooperation with
**OSPREY SOUTHEAST LTD**

**M Vega, LLC**
**56 Franklin Ave**
**West Orange, NJ 07052**

# A Warm Welcome From Berkshire Hathaway GUARD And OSPREY SOUTHEAST LTD! Thanks For Selecting Us.

OSPREY SOUTHEAST LTD and Berkshire Hathaway GUARD Insurance Companies are pleased to have the opportunity to serve you by providing the quality products and attentive customer service you deserve.  If you have a question about your Businessowner's Policy, our combined professional staff will be available to assist you.

**Contact Your Agent for:**
- Coverage changes and issues
- Policy features
- Endorsement issues

Phone:    203-489-3400

FAX:      516-855-1005

Available during regular business hours

**Contact Berkshire Hathaway GUARD Insurance Companies for:**
- Billing Inquiries
- Claims questions
- Loss control services.

Phone:    800-673-2465

FAX:      570-823-2059

E-mail:   csr@GUARD.com

Monday through Friday; 8:00 AM  to 7:30 PM EST (E-mail and voice mail after hours)

*To report a claim*, call us at 888-NEW-CLMS — 24/7.  The information below will be needed by you to complete this process.  Specific instructions on reporting claims are included in the enclosed policy packet.

- Your **Policy Number** Is MVBP103645
- Your **Insurance Carrier** Is AmGUARD Insurance Company
- Your Policy **Effective Date** Is 03/10/2020

*To report fraud,* contact our Fraud Investigative Unit at 800-673-2465.

**Use our Policyholder Service Center at [www.guard.com](www.guard.com)** to quickly and easily:

- Make and track payments
- Secure Certificate of Insurances
- View important policy information.
- Check the status of a claim

We appreciate your business and look forward to the opportunity to serve your insurance needs.  Please keep a copy of this letter with your Berkshire Hathaway GUARD Insurance Companies policy for future reference.

enclosed:  Businessowner's Policy # *MVBP103645*

HQ:NJ/
BP
DECTOI

***Berkshire Hathaway GUARD***
***The Security You Need.  The Name You Trust.***



**BUSINESSOWNER'S POLICY DECLARATIONS**

## AmGUARD Insurance Company
### A Stock Company

**Issued:** 02/04/2020

**Policy No.:**
MVBP103645

**Renewal of:** MVBP090433

## POLICY INFORMATION PAGE

**[1]    Named Insured and Mailing Address**
M Vega, LLC
56 Franklin Ave
West Orange, NJ 07052

**[2]    Agency**
OSPREY SOUTHEAST LTD
777 West Putnam Avenue
Greenwich, CT 06830

**[3]    Policy Period**
From March 10, 2020 to March 10, 2021, 12:01 AM, standard time at the insured's mailing address.

**[4]    Description of Business**
Landscaping Services

**[5]    Coverage**
This policy consists of the Coverage Forms listed on the **Schedule of Forms and Endorsements (IIT SF 01 05)**.

**[6]    Premium**
The premium shown below may be subject to adjustment.
Certified Acts of Terrorism
TOTAL POLICY PREMIUM
NJ PLIGA
TOTAL PAYABLE



**[7]    Payment of Premium**
In return for your payment of premium, and subject to all terms of this policy, we agree with you to provide insurance as stated in this policy.



**BUSINESSOWNER'S POLICY DECLARATIONS**

Issued:  02/04/2020

**Policy No.:**  MVBP103645

**Effective Date:**  03/10/2020

### SECTION I – PROPERTY COVERAGES AND LIMITS OF INSURANCE

**Property Deductible: $500**
**Classification: 74891 - Landscape Gardening - No Tree Removal or Excavation (Office)**

**Liability**

| | |
|---|---|
| IMPORTANT NOTE | THIS COVERAGE IS RATED BASED ON AN ESTIMATE AND IS SUBJECT TO AUDIT |
| Limit | Included |
| # of Officers/Members | 1 |
| Full Time Employee Payroll | ███████ |
| Part Time Employee Payroll | $0 |

**BUSINESSOWNER'S POLICY DECLARATIONS**

Issued:  02/04/2020

**Policy No.:**  MVBP103645                                      **Effective Date:**  03/10/2020

### SECTION II – LIABILITY COVERAGES AND LIMITS OF INSURANCE

**Each paid claim for the following coverages reduces the amount of insurance we provide during the applicable annual period.  Please refer to Section II – Liability in the Businessowners Coverage form and any attached endorsements.**

| Coverage | Limits of Insurance |
|---|---|
| Liability and Medical Expenses - Each Occurrence | $1,000,000 |
| General Aggregate (Other than Products and Completed Operations) | $2,000,000 |
| Personal & Advertising Injury | Included |
| Products & Completed Operations Aggregate | $2,000,000 |
| Medical Expenses (Each Person) | $5,000 |
| Liability Property Damage Deductible | None |
| Liability Deductible - Bodily Injury | None |

## THIS POLICY CONTAINS AGGREGATE LIMITS; REFER TO SECTION D - LIABILITY AND MEDICAL EXPENSES LIMITS OF INSURANCE FOR DETAILS.

**IIT DS 01 05**                                                                                          **Page 3 of 4**

**BUSINESSOWNER'S POLICY DECLARATIONS**

Issued:  02/04/2020

**Policy No.:**  MVBP103645                                    **Effective Date:**  03/10/2020

## POLICY WIDE COVERAGES AND LIMITS OF INSURANCE

**Contractors' Installation, Tools and Equipment Coverage**

| | |
|---|---|
| Property at Covered Job Sites - Base Limit (unless increased limits are chosen) | 3,000/9,000 |
| Property in Transit | $5,000 |
| Property at a Temporary Storage Location | $5,000 |
| Any One Tool Sublimit | $500 |
| Blanket Tools - Base Limit (unless increased limit chosen) | 3,000 |
| Blanket Tools Increased Limit | $0 |
| Nonowned Tools and Equipment Limit | $0 |
| Employee Tools Limit | $0 |

**Damage To Premises Rented To You**

| | |
|---|---|
| Limit | $50,000 |

**Electronic Data**

| | |
|---|---|
| Limit | $10,000 |

**Snow Plow Products - Completed Operations Hazard**

| | |
|---|---|
| Coverage Description | Refer to Form BP 14 16 |

**Terrorism**

| | |
|---|---|
| Certified Acts | Include Coverage |

**IIT DS 01 05**                                                              **Page 4 of 4**

**BUSINESSOWNERS POLICY DECLARATIONS**

Issued: 02/04/2020

**Policy No.:**  MVBP103645                                                                 **Effective Date:**  03/10/2020

## SCHEDULE OF FORMS AND ENDORSEMENTS

| Form Number | Title |
|---|---|
| BP WEL LET | Welcome Letter |
| IIT DS 01 05 | Businessowners Policy Declarations |
| BP 00 03 01 10 | Businessowners Coverage Form |
| BP IN 01 01 10 | Businessowners Coverage Form Index |
| END SCHD | Schedule Of Forms And Endorsements |
| IL 99 00 08 13 | Authorization and Attestation |
| IL P 001 01 04 | U.S. Treasury Department's Office Of Foreign Assets Control ("OFAC") Advisory Notice To Policyholder |
| PN 99 MU 01 08 19 | Renewal Notice Regarding Exposure Basis |
| PN NJ 01 10 08 | New Jersey Lead and Mold Notice |
| PRIV POL | Privacy Policy |
| BP 99 NJ 01 18 | NJ Policy Customizations |
| BP 01 89 08 07 | New Jersey Changes |
| BP 04 77 07 02 | New Jersey Changes - Coverage For Liability For Hazards Of Lead Without Sublimit |
| BP 04 17 01 10 | Employment - Related Practices Exclusion |
| BP 04 51 01 06 | Blanket Additional Insured - Owners, Lessees or Contractors - With Additional Insured Requirement In Construction Contract |
| BP 05 01 07 02 | Calculation Of Premium |
| BP 05 15 01 15 | Disclosure Pursuant To Terrorism Risk Insurance Act |
| BP 05 23 01 15 | Cap On Losses From Certified Acts Of Terrorism |
| BP 05 38 01 15 | Exclusion Of Other Acts Of Terrorism Committed Outside The United States; Cap On Losses From Certified Acts Of Terrorism |
| BP 05 42 01 15 | Exclusion Of Punitive Damages Related To A Certified Act Of Terrorism |
| BP 07 08 01 10 | Pesticide Or Herbicide Applicator Coverage |
| BP 14 08 01 10 | Exclusion - Exterior Insulation and Finish Systems Endorsement |
| BP 14 16 01 10 | Snow Plow Products - Completed Operations Hazard Coverage |
| BP 99 128 05 15 | Contractors Installation, Tools And Equipment Coverage |
| BP 99 188 06 16 | Deductible Endorsement - Property |

**AUTHORIZATION
AND ATTESTATION
IL 99 00 08 13**

## THIS ENDORSEMENT AUTHORIZES THE POLICY.

# AUTHORIZATION AND ATTESTATION

This endorsement authorizes the insurance contract between you and the insurance company subsidiary listed on the DECLARATIONS PAGE of your insurance policy.

In Witness Whereof, this page executes and fully attests to this policy.  If required by state law, the policy shall not be valid unless countersigned by our authorized representatives.

Authorizing signatures

Michael J. Dulin
General Counsel and Secretary

Sy Foguel, ACAS, FILAA
Chief Executive Officer and President

---

**IL 99 00 08 13**                                                                                                                    **Page 1 of 1**

IL P 001 01 04

# U.S. TREASURY DEPARTMENT'S OFFICE OF FOREIGN ASSETS CONTROL ("OFAC") ADVISORY NOTICE TO POLICYHOLDERS

No coverage is provided by this Policyholder Notice nor can it be construed to replace any provisions of your policy. You should read your policy and review your Declarations page for complete information on the coverages you are provided.

This Notice provides information concerning possible impact on your insurance coverage due to directives issued by OFAC. **Please read this Notice carefully.**

The Office of Foreign Assets Control (OFAC) administers and enforces sanctions policy, based on Presidential declarations of "national emergency". OFAC has identified and listed numerous:

- Foreign agents;
- Front organizations;
- Terrorists;
- Terrorist organizations; and
- Narcotics traffickers;

as "Specially Designated Nationals and Blocked Persons". This list can be located on the United States Treasury's web site – http//www.treas.gov/ofac.

In accordance with OFAC regulations, if it is determined that you or any other insured, or any person or entity claiming the benefits of this insurance has violated U.S. sanctions law or is a Specially Designated National and Blocked Person, as identified by OFAC, this insurance will be considered a blocked or frozen contract and all provisions of this insurance are immediately subject to OFAC. When an insurance policy is considered to be such a blocked or frozen contract, no payments nor premium refunds may be made without authorization from OFAC. Other limitations on the premiums and payments also apply.



PN 99 MU 01 08 19

# Important Renewal Information for Policyholders Regarding Your Sales/Payroll figures

We have automatically adjusted the sales or payroll by 4% which was used to calculate your liability insurance premium in order to more accurately reflect your exposures.

Please review your policy, if you have a more accurate estimate of this year's sales or payroll please contact your agent to adjust accordingly.

**NEW JERSEY
POLICYHOLDER
NOTICE**

# NOTICE FOR NEW JERSEY BUSINESSOWNER'S POLICYHOLDERS

LIMITED COVERAGE FOR "FUNGI", WET ROT, DRY ROT AND BACTERIA

Limited Coverage for "Fungi," Wet Rot, Dry Rot and Bacteria is included as part of this Businessowner's Policy with a limit of $15,000 (unless changed via an endorsement).  Limits of up to $50,000 are available.  Contact your agent for more information.

LIABILITY FOR HAZARDS OF LEAD

Be aware that your Businessowner's Policy may contain a lead liability exclusion.  This exclusion is applied when:

The covered premises was constructed prior to 1978; and

The insured has not been certified as being free of existing lead hazards pursuant to standards to be established by the Department of Community Affairs.

If your policy does contain a lead liability exclusion, the exclusion will also apply to any renewal of your policy.  However, you may purchase liability coverage for lead paint and lead contamination if the premises covered by the policy has been certified as being free of existing lead hazards pursuant to standards to be established by the Department of Community Affairs.

Contact your agent for more information.



P.O. Box A-H
Wilkes-Barre, PA 18703-0020
570-825-9900
800-673-2465
www.guard.com

# PRIVACY POLICY

Rev. August, 2019

**WHAT DO BERKSHIRE HATHAWAY GUARD INSURANCE COMPANIES DO WITH YOUR PERSONAL INFORMATION?**

| | |
|---|---|
| **FACTS** | Berkshire Hathaway GUARD Insurance Companies include:  AmGUARD Insurance Company, AZGUARD Insurance Company, EastGUARD Insurance Company, NorGUARD Insurance Company, WestGUARD Insurance Company, GUARDCo, Inc., (a medical management affiliate). |
| **Why?** | Financial Companies choose how they share your personal information.  Federal and State law gives consumers the right to limit some, but not all, sharing.  Federal law also requires us to tell you how we collect, share, and protect your personal information.  Please read this notice carefully to understand what we do. |
| **What?** | The types of personal information we collect and share depend upon the product or service you have with us. This information can include:<br>• **Social Security Number, date of birth, driving record, income**<br>• **Credit history, credit-based insurance scores, insurance claim history, payment history**<br>When you are no longer our customer, we continue to share your information as described in this notice. |
| **How?** | All financial companies may need to share customers' personal information to run their everyday business. In the section below, we list the reasons insurance companies share their customers' personal information; the reasons we choose to share; and whether you can limit this sharing. |

| REASONS WE CAN SHARE YOUR PERSONAL INFORMATION | Does Berkshire Hathaway GUARD share? | Can you limit this sharing? |
|---|---|---|
| **For our everyday business purposes–** such as to process your transactions, maintain your account(s), respond to court orders and legal investigations, comply with government agency examinations/procedures, or report your creditworthiness. | Yes | No |
| **For our marketing/processing purposes–** to offer our products and services to you. (We may also disclose information received from you with companies that perform services for us.) | Yes | No |
| **For our affiliates' everyday business purposes–** information about your transactions and experiences. | Yes | No |
| **For our affiliates' everyday business purposes–** information about your creditworthiness. | Yes | Yes |
| **For our affiliates to market to you** | Yes | Yes |
| **For non-affiliates to market to you** | Yes | Yes |

| | |
|---|---|
| **To limit our sharing** | Call Customer Service at 1-800-673-2465 or visit us online at www.guard.com/privacy.<br><br>Please note: If you are a new customer, we can begin sharing your information 30 days from the date we provided this notice.  When you are no longer our customer, we continue to share your information as described in this notice in accordance with applicable law.  However, you can contact us at any time to limit our sharing in accordance with the table above. |
| **Questions?** | Call Customer Service at 1-800-673-2465. |

Includes Copyrighted Material of the National Association of Insurance Commissioners                      BHGIC-672-08-19

**PAGE 2**

| Who we are | |
|---|---|
| **Who is providing this notice?** | Berkshire Hathaway GUARD Insurance Companies (including property and casualty licensees AmGUARD Insurance Company, AZGUARD Insurance Company, NorGUARD Insurance Company, EastGUARD Insurance Company, and/or WestGUARD Insurance Company as well as GUARDCo, Inc.) is providing this notice. References in this form to "us", "we" or "our" refers to these companies. |

| What we do | |
|---|---|
| **How do we protect your personal information?** | To protect your personal information from unauthorized access and use, we implement security measures that comply with applicable law. These measures include computer safeguards and secured files and buildings. |
| **How do we collect your personal information?** | We collect your personal information, for example, when you: <br> • apply for insurance <br> • pay insurance premiums <br> • file an insurance claim <br> • give us your income information <br> • give us your contact information. <br><br> We also collect your personal information from others (such as credit bureaus, affiliates, or other companies) including, for example, from: <br> • your insurance agent or producer <br> • your transactions with our affiliates listed below or other consumer reporting agencies. |
| **Why can't I limit all sharing?** | Applicable law gives you the right to limit only: <br> • sharing for affiliates everyday business purposes – information about your creditworthiness and insurability <br> • affiliates from using your information to market to you <br> • sharing for non-affiliates to market to you. |
| **What happens when I limit sharing for a policy I hold jointly with someone else?** | Your choices will apply to everyone on your policy. |

| Definitions | |
|---|---|
| *Affiliates* | *Companies (other than the companies identified in "Facts" above) that are related to us by common ownership or control of Berkshire Hathaway Inc. Affiliates can be financial and nonfinancial companies.* |
| *Non-affiliates* | *Companies not related to us by common ownership or control, which can be financial and nonfinancial companies.* |
| *Marketing* | *The promotion or advertising of insurance products or services to you. Marketing partners may include, but are not limited to, insurance licensees such as insurance agents appointed by us or their affiliates.* |

| Other Important Information |
|---|
| **Important Information about Credit Reporting:** We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report. |
| **For California Residents:** If you opt out, we will not share information we collect about you with nonaffiliated third parties, except as permitted by California law, such as to process your transactions or to maintain your account. <br><br> **For Vermont Residents:** We will not disclose information about your creditworthiness to our affiliates and will not disclose your personal information, financial information, credit report, or health information to nonaffiliated third parties to market to you, other than as permitted by Vermont law, unless you authorize us to make those disclosures. |

Includes Copyrighted Material of the National Association of Insurance Commissioners                    BHGIC-672-08-19

**BUSINESSOWNER'S
BP 99 NJ 01 18**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# NJ POLICY CUSTOMIZATIONS

This endorsement modifies insurance provided under the following:

BUSINESSOWNER'S COVERAGE FORM

The following is a summary of the coverages and limits provided by this endorsement.  For complete details on specific coverages, see the applicable coverage wording.  The limits of insurance stated in this endorsement apply unless higher limits are shown in the Declarations.

## SCHEDULE OF LIMIT CHANGES
### Section I – Property

| Coverage | BP 00 03 Limit | Revised Limit |
|---|---|---|
| Accounts Receivable | $10,000 at premises $5,000 not at premises | $25,000 at premises $25,000 not at premises |
| Appurtenant Structures | n/a | $50,000 |
| Awnings | Included in Building Limit | $2,500 |
| Business Income Dependent Properties | | |
| Within 1,000 feet of premises | Included in Dependent Properties | $2,500 |
| Civil Authority – Curfew | Included in Civil Authority | $5,000 |
| Employee Dishonesty | Optional | $10,000 |
| Fire Department Service Charge | $2,500 | $25,000 |
| Forgery Or Alteration | $2,500 | $10,000 |
| Loss or Damage by Theft | | |
| Jewelry, Watches, etc. | $2,500 | $5,000 |
| Newly Acquired Or Constructed Property | | |
| Buildings | $250,000 | 25% Buildings Limit/ $500,000 each Building |
| Business Personal Property | $100,000 | $250,000 |
| Outdoor Property / any one tree, shrub or plant | $2,500 / $500 | $10,000 / $1,000 |
| Outdoor Signs | Optional | $5,000 |
| Personal Effects | $2,500 | $5,000 |
| Premises Boundary Increased | 100 feet | 1,000 feet |
| Valuable Papers And Records | $10,000 at premises $5,000 not at premises | $25,000 at premises $25,000 not at premises |

### Section II – Liability

| Coverage | BP 00 03 Limit | Revised Limit |
|---|---|---|
| Supplementary Payments - Cost Of Bail Bonds | $250 | $1,000 |
| Supplementary Payments - Loss Of Earnings | $250 | $500/day |

---

**BP 99 NJ 01 18**     Includes copyrighted material of the Insurance Services Office, Inc., used with its permission.     **Page 1 of 7**

**NJ POLICY CUSTOMIZATIONS**

Any reference in **Section I — Property** of the Businessowner's Coverage Form to within 100 feet of the described premises is amended to read within 1,000 feet of the described premises.

**Section I – Property, A.1., Covered Property** is amended as follows:

1. The following is added to Paragraph **a.**

    **(7)** Building Glass, meaning glass that is part of a building or structure.

**Section I – Property, A.4., Limitations** is amended as follows:

1. Paragraph **b.(2)** is deleted.

2. Paragraph **c.** is deleted and replaced with the following:

    **c.** For loss or damage by theft, the following types of property are covered only up to the limits shown:

    **(1)** $2,500 for furs, fur garments and garments trimmed with fur.

    **(2)** $5,000 for jewelry, watches, watch movements, jewels, pearls, precious and semi-precious stones, bullion, gold, silver, platinum and other precious alloys or metals. This limit does not apply to jewelry and watches worth $500 or less per item.

    **(3)** $2,500 for patterns, dies, molds and forms.

3. Paragraph **d.** is added:

    **d.** For loss or damage by any covered cause of loss, we will only pay up to $2,500 per occurrence for awnings.

**Section I – Property, A.5., Additional Coverages** is amended as follows:

1. Paragraph **c. Fire Department Service Charge** is replaced with the following:

    When the fire department is called to save or protect Covered Property from a Covered Cause of Loss, we will pay up to $25,000, unless a different limit is shown in the Declarations, for your liability for fire department service charges:

    **(1)** Assumed by contract or agreement prior to loss; or

    **(2)** Required by local ordinance.

2. The following is added to Paragraph **i. – Civil Authority**:

The most we will pay for loss of Business Income or Extra Expense caused by a reduction in your normal hours of operation required to comply with an action of civil authority that imposes a curfew in the area in which the premises are located is $5,000.

3. Paragraph **k. - Forgery Or Alteration -** Paragraph **(4)** is replaced with the following:

    **(4)** The most we will pay for any loss, including legal expenses, under this Additional Coverage is $10,000, unless a higher Limit of Insurance is shown in the Declarations.

4. Paragraph **A.5.m. Business Income From Dependent Properties** in **Section I – Property** is amended as follows:

    **a.** Paragraph **(1)** is deleted and replaced with the following:

    **(1)** We will pay for the actual loss of Business Income you sustain due to a direct result of physical loss or damage at the premise of a dependent property caused by or resulting from any Covered Cause of Loss.

    However, this Additional Coverage does not apply to loss of Business Income incurred as a result of unfavorable business conditions or as a result of damage (other than damage at the premises of a dependent property) caused by the impact of the Covered Cause of Loss in the area where the dependent properties are located.

    However, this Additional Coverage does not apply when the only loss to dependent property is loss or damage to "electronic data", including destruction or corruption of "electronic data". If the dependent property sustains loss or damage to "electronic data" and other property, coverage under this Additional Coverage will not continue once the other property is repaired, rebuilt or replaced.

    The most we will pay under this Additional Coverage is $5,000 unless a higher Limit of Insurance is indicated in the Declarations.

    **b.** Paragraph **(4)** is deleted and replaced with the following:

    **(4)** Dependent property means property owned by others whom you depend on to:

    **(a)** Deliver materials or services to you, or to others for your account. But

**NJ POLICY CUSTOMIZATIONS**

services does not mean water, communication or power supply services;

**(b)** Accept your products or services;

**(c)** Manufacture your products for delivery to your customers under contract for sale; or

**(d)** Attract customers to your business provided such property is located within 1,000 feet of the premises described in the Declarations or is the property of the lead tenant in a shopping center or shopping mall that includes such premises.  The most we will pay under this paragraph **(d)** is $2,500.

The dependent property must be located in the coverage territory of this policy.

**Section I – Property, A.6., Coverage Extensions** is amended as follows:

1. The last paragraph in Paragraph **a. – Newly Acquired Or Constructed Property** under **(1) Buildings** is replaced with the following:

   The most we will pay in any one occurrence for loss or damage under this Extension is 25% of the Limit of Insurance for Buildings shown in the Declarations, but not more than $500,000 at each building.

2. The last paragraph in Paragraph **a. – Newly Acquired Or Constructed Property** under **(2) Business Personal Property** is replaced with the following:

   The most we will pay for loss or damage under this Extension is $250,000 at each building.

3. The last sentence in Paragraph **b. – Personal Property Off-premises** is amended as follows:

   The most we will pay for loss or damage under this Extension is $10,000, unless a higher Limit of Insurance for Personal Property Off-premises is shown in the Declarations.

4. Paragraph **c. - Outdoor Property** is replaced with the following:

   **c. Outdoor Property**
   You may extend the insurance provided by this policy to apply to your outdoor:
   **(1)** Fences, trees, shrubs and plants, including debris removal expense. Loss or

damage must be caused by or result from any of the following causes of loss:
   **(a)** Fire;
   **(b)** Lightning;
   **(c)** Explosion;
   **(d)** Riot or Civil Commotion; or
   **(e)** Aircraft.

**(2)** Radio and television antennas (including satellite dishes), including debris removal expense. Loss or damage must be caused by or result from any of the following causes of loss:
   **(a)** Fire;
   **(b)** Lightning;
   **(c)** Windstorm (unless there is an exclusion endorsement excluding Windstorm applicable to the location where this endorsement also applies);
   **(d)** Ice, Snow, Sleet or Hail (unless there is an exclusion endorsement excluding Windstorm applicable to the location where this endorsement also applies);
   **(e)** Explosion;
   **(f)** Riot or Civil Commotion; and
   **(g)** Aircraft.

The most we will pay for loss or damage under this Extension is $10,000, unless a higher Limit of Insurance for Outdoor Property is shown in the Declarations, but not more than $1,000 for any one tree, shrub or plant.

5. Paragraph **d. – Personal Effects** is replaced with the following:

   You may extend the insurance that applies to Business Personal Property to apply to personal effects owned by you, your officers, your partners or "members", your "managers" or your employees. This extension does not apply to:
   **(1)** Tools or equipment; or
   **(2)** Loss or damage by theft.
   The most we will pay for loss or damage under this Extension is $5,000 at each described premises.

6. Paragraph **e. – Valuable Papers And Records** Paragraph **(3)** is replaced with the following:

   **(3)** The most we will pay under this Coverage Extension for loss or damage to "valuable papers and records" in any one occurrence at the described premises is $25,000, unless a higher Limit of Insurance for "valuable papers and records" is shown in the Declarations.

**NJ POLICY CUSTOMIZATIONS**

For "valuable papers and records" not at the described premises, the most we will pay is $25,000.

7. Paragraph **f. – Accounts Receivable** Paragraph **(2)** is replaced with the following:

(2) The most we will pay under this Coverage Extension for loss or damage in any one occurrence at the described premises is $25,000, unless a higher Limit of Insurance for accounts receivable is shown in the Declarations.

For accounts receivable not at the described premises, the most we will pay is $25,000.

8. Paragraph **f. – Accounts Receivable** Paragraph **(3)** is replaced with the following**:**

(3) Paragraph **B. Exclusions** in **SECTION I – PROPERTY** does not apply to this Coverage Extension except for:
(a) Paragraph **B.1.c. Governmental Action**;
(b) Paragraph **B.1.d. Nuclear Hazard**;
(c) Paragraph **B.1.f. War And Military Action**;
(d) Paragraph **B.2.f. Dishonesty**;
(e) Paragraph **B.2.g. False Pretense**;
(f) Paragraph **B**.**2.o**. **Electrical Disturbance**
(g) Paragraph **B.3.**; and
(h) Paragraph **B.6. Accounts Receivable Exclusion.**

9. Paragraph **g. – Appurtenant Structures** is added:

g. **Appurtenant Structures**

(1) When there is a Building Limit of Insurance shown in the Declarations at the described premises, you may extend the insurance provided by this Coverage Form to apply to direct physical loss or damage caused by or resulting from a Covered Cause of Loss to incidental appurtenant structures within 1,000 feet of the described premises.

(2) When there is a Business Personal Property Limit of Insurance shown in the Declarations at the described premises, you may extend the insurance provided by this Coverage Form to apply to direct physical loss or damage caused by or resulting from a Covered Cause of Loss to Business Personal Property within incidental appurtenant structures within 1,000 feet of the described premises.

(3) Incidental appurtenant structures include storage buildings, carports, garages and similar structures which have not been specifically described in the Declarations.

The most we will pay for loss or damage under this Coverage Extension in any one occurrence for any combination of loss or damage to Building and Business Personal Property is $50,000.

**Section I – Property, B. Exclusions 2.** is amended as follows:

1. Paragraph **q. Asbestos** is added:

q. **Asbestos**
Any loss, damage or expense which would not have occurred in whole or in part but for the presence of asbestos.

**Section I – Property, G. Optional Coverages** is amended as follows:

1. Paragraph **1. Outdoor Signs** Paragraph **d.** is replaced with the following:

2. The most we will pay for loss of or damage in any one occurrence is $5,000, unless a higher Limit of Insurance for Outdoor Signs is shown in the Declarations.

**Section I – Property, G. Optional Coverages** is amended as follows:

1. Paragraph **3. – Employee Dishonesty** Paragraph **c.** is replaced with the following:

The most we will pay for loss or damage in any one occurrence is $10,000, unless a higher Limit of Insurance for Employee Dishonesty is shown in the Declarations.

**Section II – Liability, A. Coverages** is amended as follows:

1. Under **Business Liability** Paragraph **f., Coverage Extension – Supplementary Payments,** Paragraph **(1),** sections **(b), (c)** and **(d)** are replaced with the following:

(b) Up to $1,000 for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which Business Liability Coverage for "bodily injury" applies. We do not have to furnish these bonds.

(c) The cost of appeal bonds or bonds to release attachments, but only for bond amounts within our Limit of Insurance. We do not have to furnish these bonds.

---

BP 99 NJ 01 18        Includes copyrighted material of the Insurance Services Office, Inc., used with its permission.        **Page 4 of 7**

**NJ POLICY CUSTOMIZATIONS**

**(d)** All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $500 a day because of time off from work.

**Section II – Liability, B. Exclusions** is amended as follows:

1.  Under **1., Applicable To Business Liability Coverage,** Paragraph **a., Expected Or Intended Injury** is deleted and replaced with the following:

    **a.  Expected Or Intended Injury**
    "Bodily injury" or "property damage" (including any unexpected or unintended portion thereof) if any "bodily injury" or "property damage" was expected or intended from the standpoint of any insured. This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

2.  Under **1., Applicable To Business Liability Coverage,** Paragraph **j., Professional Services (8)** and **(9)** are amended and **(10)** is added as follows:

    **(8)** Any body piercing services (not including ear lobe piercing), tattooing and similar services;
    **(9)** Services in the practice of pharmacy; and
    **(10)** Computer or software design, advice or consultation, programming services including virus protection, firewall or web site design.

3.  Under **1., Applicable To Business Liability Coverage,** Paragraph **k., Damage To Property,** the following is added to the last paragraph:

    Paragraphs **(3)** and **(4)** of this exclusion do not apply to "property damage" to borrowed equipment while not being used to perform operations at a job site.

4.  Under **1., Applicable To Business Liability Coverage,** Paragraph **m., Damage To Your Work**, the following is deleted:

    This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

5.  Under **1., Applicable To Business Liability Coverage,** Paragraph **p. Personal And Advertising Injury,** Paragraph **(1)** is deleted and replaced with the following:

    **(1)** Caused by or at the direction of or with the consent or acquiescence of any insured with the knowledge that the act would violate the rights of another and would inflict "personal and advertising injury";

6.  Under **1., Applicable To Business Liability Coverage,** Paragraph **p., Personal and Advertising Injury**, the following is added:

    **(14)** Arising out of:
    **(a)** Your placement of advertising for others on your web site or a link to or a reference to a web site or web address of others on your web site.
    **(b)** Your placement of content or company brand or product information from others on your web site or on any frame or border within your web site.
    **(c)** Software or programming related to your web site's design, appearance or functions.

    **(15)** Arising out of discrimination, harassment or humiliation by an officer, director, member or partner of the insured.

    **(16)** Arising out of representations made by you or your agents regarding the value or suitability of any securities, or the fluctuation in value or price of any stocks, bonds or other securities.

    **(17)** Violation of antitrust laws, state and federal laws governing restrictions on trade, unfair competition or deceptive advertising.

7.  Under **1., Applicable To Business Liability Coverage,** Paragraph **r. Criminal Acts** is deleted and replaced with the following:

    **r.  Criminal Acts**
    "Bodily injury", "property damage", or "personal and advertising injury" arising out of a criminal act committed by or at the direction of the insured.

8.  Under **1., Applicable To Business Liability Coverage,** Paragraphs **t., u. and v.** are added as follows:

    **t.  Asbestos**
    **(1)** "Bodily injury", "property damage" or "personal and advertising injury" arising out of an exposure or threat of exposure to the actual or alleged properties of asbestos and includes the mere presence of asbestos in any form.

**NJ POLICY CUSTOMIZATIONS**

(2) Any damages, judgments, settlements, loss, costs or expenses that:

(a) May be awarded or incurred by reason of any claim or "suit" alleging actual or threatened injury or damage of any nature or kind to persons or property which would not have occurred in whole or in part but for the presence of asbestos;

(b) Arise out of any request, demand, order to statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, encapsulate, contain, treat, detoxify or neutralize or in any way respond to or assess the effects of an asbestos presence; or

(c) Arise out of any claim or suit for damages because of testing for, monitoring, cleaning up, removing, encapsulating, containing, treating, detoxifying or neutralizing or in any way responding to or assessing the effect of an asbestos presence.

**u. Nuclear Hazard**

Nuclear reaction or radiation, or radioactive contamination, however caused. But if nuclear reaction or radiation, or radioactive contamination, results in fire, we will pay for the loss or damage caused by that fire.

**v. Fungi Or Bacteria**

(1) "Bodily Injury", "property damage" or "personal and advertising injury" which would not have occurred, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, any "fungi" or bacteria on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury or damage.

(2) Any loss, cost or expenses arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person or entity.

This exclusion does not apply to any "fungi" or bacteria that are, are on, or are contained in, a good or product intended for bodily consumption.

**Section II – Liability, D, Liability And Medical Expenses Limits Of Insurance** is amended as follows:

1. Paragraph **2.** is replaced with the following:

2. The most we will pay for the sum of all damages because of all:

a. "Bodily injury", "property damage" and medical expenses, arising out of any one "occurrence" including "Bodily injury" and "property damage" under the "products-completed operations hazard"; and

b. "Personal and advertising injury" sustained by any one person or organization;

is the Liability and Medical Expenses – Each Occurrence limit shown in the Declarations. But the most we will pay for all medical expenses because of "bodily injury" sustained by any one person is the Medical Expenses limit shown in the Declarations.

2. Paragraph **4.** is replaced with the following:

4. **Aggregate Limits**

Regardless of the number of occurrences and subject to the Liability and Medical Expenses-Each Occurrence limit, the most we will pay for:

a. All "bodily injury" and "property damage" that is included in the "products-completed operations hazard" is twice the Liability and Medical Expenses-Each Occurrence limit. This limit is shown in the declarations as "Products and Completed Operations Aggregate".

b. All:

(1) "Bodily injury" and "property damage" except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard";

(2) Plus medical expenses;

(3) Plus all "personal and advertising injury" caused by offenses committed;

is twice the Liability and Medical Expenses-Each Occurrence limit shown in the Declarations. This limit is shown in the declarations as "General Aggregate (other than Products and Completed Operations Aggregate)".

Subject to Paragraph a. or b. above, whichever applies, the Damage To Premises

**NJ POLICY CUSTOMIZATIONS**

Rented To You Limit is the most we will pay for damages because of "property damage" to any one premises, while rented to you, or in the case of fire, while rented to you or temporarily occupied by you with permission of the owner.

The Limits of Insurance of Section II – Liability apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

**Section II – Liability, E. Liability And Medical Expense General Conditions** is amended as follows:

1. Under **2., Duties In The Event Of Occurrence, Offense, Claim Or Suit,** Paragraphs **e.** and **f.** are added as follows:

   **e.** If we cover a claim or "suit" under this coverage that may also be covered by other insurance available to an additional insured, such insurance if any, shall be primary, and such additional insured must submit such claim or suit to the other insurer for defense and indemnity.

   **f.** Paragraphs **a.** and **b.** apply to you or to any additional insured only when such "occurrence," offense, claim or suit is known to you or any additional insured or your or any additional insured's partner, limited liability company manager, executive officer, trustee or political official if you or any additional insured is a political subdivision or agency. This Paragraph **f.** applies separately to you and any additional insured.

2. Paragraph **5. Representations** is added as follows:

   **5. Representations**
   When You Accept This Policy
   By accepting this policy, you agree:
   **a.** The statements in the Declaration are accurate and complete;
   **b.** Those statements are based upon representations you made to us; and
   **c.** We have issued this policy in reliance upon your representations.

**Section II – Liability, F. Liability And Medical Expense Definitions** is amended as below:

1. Paragraph **23.** is added as below:

   **23.** "Fungi" means any type or form of fungus including mold or mildew and any mycotoxins, spores, scents, or by-products produced or released by fungi.

---

BUSINESSOWNERS
BP 01 89 08 07

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# NEW JERSEY CHANGES

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

**A. Section I – Property** is amended as follows:

1. The following exclusion and related provisions are added to Paragraph **B. Exclusions:**

   **6. Domestic Violence Exclusion**

   a. We will not pay for loss or damage arising out of any act committed:

      **(1)** By or at the direction of any insured; and

      **(2)** With the intent to cause a loss.

   b. However, this exclusion will not apply to deny payment to a co-insured who did not cooperate in or contribute to the creation of the loss if the loss arose out of domestic violence.

   c. If we pay a claim pursuant to Paragraph **b.** above, our payment to the insured is limited to that insured's insurable interest in the property. In no event will we pay more than the Limit of Insurance.

   To the extent that the Concealment, Misrepresentation Or Fraud Condition conflicts with the provisions of Paragraph **b.** above, the provision of **b.** will apply.

**B. Section II – Liability** is amended as follows:

1. The term "spouse" is replaced by the following:

   Spouse or party to a civil union recognized under New Jersey law.

2. The following is added to Paragraph **E. Liability And Medical Expenses** General Conditions:

   **6. Your Right To Loss Information**

   We will provide the first Named Insured shown in the Declarations the following loss information relating to this and any preceding Businessowners Liability Coverage Form we have issued to you during the previous three years:

a. A list or other record of each "occurrence" of which we were notified in accordance with Paragraph **2.a.** of the Duties In The Event Of Occurrence, Offense, Claim Or Suit Condition in this Section. We will include a brief description of the "occurrence" and information on whether any claim arising out of the "occurrence" is open or closed.

b. A summary by policy year, of payments made and amounts reserved, stated separately under any applicable Aggregate Limit.

Amounts reserved are based on our judgment. They are subject to change and should not be regarded as ultimate settlement values.

You must not disclose this information to any claimant or any claimant's representative without our consent.

We will provide this information only if we receive a written request from the first Named Insured during the policy period. We will provide this information within 45 days of receipt of the request.

We compile claim and "occurrence" information for our own business purposes and exercise reasonable care in doing so. In providing this information to the first Named Insured, we make no representations or warranties to insureds, insurers or others to whom this information is furnished by or on behalf of any insured.

BP 01 89 08 07                      © ISO Properties, Inc., 2007                      Page 1 of 4       ☐

**C. Section III – Common Policy** Conditions is amended as follows:

**1.** Paragraph **A.2. Cancellation** is replaced by the following:

    **2.** If this policy has been in effect for less than 60 days, we may cancel this policy for any reason subject to the following:

        **a.** We may cancel this policy by mailing or delivering to the first Named Insured and any person entitled to notice under this policy written notice, of cancellation, at least:

            **(1)** 10 days before the effective date of cancellation if we cancel for:

                **(a)** Nonpayment of premium; or

                **(b)** Existence of a moral hazard, as defined in N.J.A.C. 11:1-20.2(f) as follows:

                    **(i)** "The risk, danger or probability that the insured will destroy, or permit to be destroyed, the insured property for the purpose of collecting the insurance proceeds. Any change in the circumstances of an insured that will increase the probability of such a destruction may be considered a 'moral hazard'; and

                    **(ii)** "The substantial risk, danger or probability that the character, circumstances or personal habits of the insured may increase the possibility of loss or liability for which an insurer will be held responsible. Any change in the character or circumstances of an individual, corporate, partnership or other insured that will increase the probability of such a loss or liability may be considered a 'moral hazard'."

            **(2)** 30 days before the effective date of cancellation if we cancel for any other reason.

        **b.** In the notice of cancellation which is sent to the first Named Insured, we will state the reason for cancellation.

**2.** The following is added to Paragraph **A. Cancellation:**

    **7. Cancellation Of Policies In Effect For 60 Days Or More**

        **a.** If this policy has been in effect for 60 days or more, or is a renewal of a policy we issued, we may cancel this policy only for one or more of the following reasons:

            **(1)** Nonpayment of premium;

            **(2)** Existence of a moral hazard, as defined in N.J.A.C. 11:1-20.2(f);

            **(3)** Material misrepresentation or non-disclosure to us of a material fact at the time of acceptance of the risk;

            **(4)** Increased hazard or material change in the risk assumed which we could not have reasonably contemplated at the time of assumption of the risk;

            **(5)** Substantial breaches of contractual duties, conditions or warranties that materially affect the nature and/or insurability of the risk;

            **(6)** Lack of cooperation from the insured on loss control matters materially affecting insurability of the risk;

            **(7)** Fraudulent acts against us by the insured or its representative that materially affect the nature of the risk insured;

            **(8)** Loss of or reduction in available insurance capacity;

            **(9)** Material increase in exposure arising out of changes in statutory or case law subsequent to the issuance of the insurance contract or any subsequent renewal;

            **(10)** Loss of or substantial changes in applicable reinsurance;

            **(11)** Failure by the insured to comply with any Federal, State or local fire, health, safety or building or construction regulation, law or ordinance with respect to an insured risk which substantially increases any hazard insured against within 60 days of written notification of a violation of any such law, regulation or ordinance;

**(12)** Failure by the insured to provide reasonable and necessary underwriting information to us upon written request therefor and a reasonable opportunity to respond;

**(13)** Agency termination, provided:

**(a)** We document that replacement coverage at comparable rates and terms has been provided to the first Named Insured, and we have informed the first Named Insured, in writing, of the right to continue coverage with us; or

**(b)** We have informed the first Named Insured, in writing, of the right to continue coverage with us and the first Named Insured has agreed, in writing, to the cancellation or nonrenewal based on the termination of the first Named Insured's appointed agent.

**(14)** Any other reasons in accordance with our underwriting guidelines for cancellation of commercial lines coverage.

**b.** If we cancel this policy based on Paragraph **7.a.(1)** or **(2)** above, we will mail or deliver a written notice, to the first Named Insured and any person entitled to notice under this policy, at least 10 days before the effective date of cancellation. If we cancel this policy for any other reason listed above, we will mail or deliver a written notice to the first Named Insured and any person entitled to notice under this policy, not more than 120 days nor less than 30 days before the effective date of such cancellation.

**c.** In the notice of cancellation which is sent to the first Named Insured, we will state the reason for cancellation. For cancellation due to the nonpayment of premium, the notice will state the effect of nonpayment by the due date. Cancellation for nonpayment of premium will not be effective if payment of the amount due is made before the effective date set forth in the notice.

**d.** Notice will be sent to the last mailing addresses known to us, by:

**(1)** Certified mail; or

**(2)** First class mail, if we have obtained from the post office a date stamped proof of mailing showing names and addresses.

**e.** We need not send notice of cancellation if you have:

**(1)** Replaced coverage elsewhere; or

**(2)** Specifically requested termination.

**3.** The following paragraph is added and supersedes any other provision to the contrary:

**M. Nonrenewal**

**1.** We may elect not to renew this policy for any reason permitted to cancel it. If we elect not to renew this policy, we will mail a notice of nonrenewal, stating the reasons for nonrenewal, to the first Named Insured at least 30 days but not more than 120 days before the expiration date of this policy. If this policy does not have a fixed expiration date, it shall be deemed to expire annually on the anniversary of its inception.

**2.** This notice will be sent to the first Named Insured at the last mailing address known to us by:

**a.** Certified mail; or

**b.** First class mail, if we have obtained from the post office a date stamped proof of mailing showing the first Named Insured's name and address.

**3.** We need not mail or deliver this notice if you have:

**a.** Replaced coverage elsewhere; or

**b.** Specifically requested termination.

**4.** The following paragraph is added:

Pursuant to New Jersey law, this policy cannot be cancelled or nonrenewed for any underwriting reason or guideline which is arbitrary, capricious or unfairly discriminatory or without adequate prior notice to the insured. The underwriting reasons or guidelines that an insurer can use to cancel or nonrenew this policy are maintained by the insurer in writing and will be furnished to the insured and/or the insured's lawful representative upon written request.

This provision shall not apply to any policy which has been in effect for less than 60 days at the time notice of cancellation is mailed or delivered, unless the policy is a renewal policy.

**5.** The following is added to Paragraph **K. Transfer Of Rights Of Recovery Against Others To Us** Condition:

If we pay a co-insured for loss arising out of an act of domestic violence by another insured, the rights of the co-insured, who did not cooperate in or contribute to the creation of the loss, to recover damages from the perpetrator of domestic violence are transferred to us to the extent of our payment. Following the loss, the co-insured who did not cooperate in or contribute to the loss may not waive such rights to recover against the perpetrator of domestic violence.

© ISO Properties, Inc., 2007   **BP 01 89 08 07**   ☐

**BUSINESSOWNERS**
**BP 04 77 07 02**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# NEW JERSEY CHANGES –
# COVERAGE FOR LIABILITY FOR HAZARDS OF LEAD WITHOUT SUBLIMIT

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

The following is added to Paragraph **B.1.f. Pollution Exclusion** in **Section II – Liability:**

**B. Exclusions**

   **1.  Applicable To Business Liability Coverage**

      **f.  Pollution**

      This exclusion does not apply to "bodily injury" arising out of lead contamination, or out of the inhalation, ingestion, use, handling or contact with lead paint at or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to any insured.

---

**BP 04 77 07 02**                    © ISO Properties, Inc.,  2001                    **Page 1 of 1**        ☐

**BUSINESSOWNERS
BP 04 17 01 10**

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# EMPLOYMENT-RELATED PRACTICES EXCLUSION

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

The following exclusion is added to Paragraph **B.1. Exclusions – Applicable To Business Liability Coverage** in **Section II** – **Liability:**

This insurance does not apply to "bodily injury" or "personal and advertising injury" to:

**(1)** A person arising out of any:

**(a)** Refusal to employ that person;

**(b)** Termination of that person's employment; or

**(c)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination or malicious prosecution directed at that person; or

**(2)** The spouse, child, parent, brother or sister of that person as a consequence of "bodily injury" or "personal and advertising injury" to that person at whom any of the employment-related practices described in Paragraph **(a), (b)** or **(c)** above is directed.

This exclusion applies:

**(1)** Whether the injury-causing event described in Paragraph **(a), (b)** or **(c)** above occurs before employment, during employment or after employment of that person;

**(2)** Whether the insured may be liable as an employer or in any other capacity; and

**(3)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

BP 04 17 01 10                    © Insurance Services Office, Inc., 2009                    **Page 1 of 1**    □

BUSINESSOWNERS
BP 04 51 01 06

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED – OWNERS, LESSEES OR CONTRACTORS – WITH ADDITIONAL INSURED REQUIREMENT IN CONSTRUCTION CONTRACT

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

The following is added to Paragraph **C. Who Is An Insured** in **Section II – Liability:**

**3.** Any person(s) or organization(s) for whom you are performing operations is also an additional insured, if you and such person(s) or organization(s) have agreed in writing in a contract or agreement that such person(s) or organization(s) be included as an additional insured on your policy. Such person(s) or organization(s) is an additional insured only with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" caused, in whole or in part, by:

**a.** Your acts or omissions; or

**b.** The acts or omissions of those acting on your behalf;

in the performance of your ongoing operations for the additional insured.

A person's or organization's status as an insured under this endorsement ends when your operations for that insured are completed or the contractor's agreement is terminated.

© ISO Properties, Inc.,  2004

**BUSINESSOWNERS**
**BP 05 01 07 02**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# CALCULATION OF PREMIUM

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

The following is added:

The premium shown in the Declarations was computed based on rates in effect at the time the policy was issued. On each renewal, continuation, or anniversary of the effective date of this policy, we will compute the premium in accordance with our rates and rules then in effect.

POLICY NUMBER:

**BUSINESSOWNERS
BP 05 15 01 15**

**THIS ENDORSEMENT IS ATTACHED TO AND MADE PART OF YOUR POLICY IN RESPONSE TO THE DISCLOSURE REQUIREMENTS OF THE TERRORISM RISK INSURANCE ACT. THIS ENDORSEMENT DOES NOT GRANT ANY COVERAGE OR CHANGE THE TERMS AND CONDITIONS OF ANY COVERAGE UNDER THE POLICY.**

# DISCLOSURE PURSUANT TO TERRORISM RISK INSURANCE ACT

**SCHEDULE**

| SCHEDULE – PART I |
| --- |
| **Terrorism Premium (Certified Acts)**  ▮▮▮▮▮ |
| **Additional information, if any, concerning the terrorism premium:** |

| SCHEDULE – PART II |
| --- |
| **Federal share of terrorism losses**  80 **%**  **Year:** 2020<br>(Refer to Paragraph **B.** in this endorsement.) |
| **Federal share of terrorism losses**  **%**  **Year:** 2021<br>(Refer to Paragraph **B.** in this endorsement.) |

| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |
| --- |

**A. Disclosure Of Premium**

In accordance with the federal Terrorism Risk Insurance Act, we are required to provide you with a notice disclosing the portion of your premium, if any, attributable to coverage for terrorist acts certified under the Terrorism Risk Insurance Act. The portion of your premium attributable to such coverage is shown in the Schedule of this endorsement or in the policy Declarations.

**B. Disclosure Of Federal Participation In Payment Of Terrorism Losses**

The United States Government, Department of the Treasury, will pay a share of terrorism losses insured under the federal program. The federal share equals a percentage (as shown in Part **II** of the Schedule of this endorsement or in the policy Declarations) of that portion of the amount of such insured losses that exceeds the applicable insurer retention. However, if aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a calendar year, the Treasury shall not make any payment for any portion of the amount of such losses that exceeds $100 billion.

**C. Cap On Insurer Participation In Payment Of Terrorism Losses**

If aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a calendar year and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

© Insurance Services Office, Inc., 2015                **BP 05 15 01 15**

**BUSINESSOWNERS
BP 05 23 01 15**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

The following provisions are added to the Businessowners Policy and apply to Property and Liability Coverages:

**A. CAP ON CERTIFIED TERRORISM LOSSES**

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act, to be an act of terrorism pursuant to such Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

**1.** The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

**2.** The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

If aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a calendar year and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

**B.** The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for loss or injury or damage that is otherwise excluded under this Policy.

BUSINESSOWNERS
BP 05 38 01 15

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION OF OTHER ACTS OF TERRORISM COMMITTED OUTSIDE THE UNITED STATES; CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

The following provisions are added to the Businessowners Liability Coverage Form **BP 00 06** and **Section II – Liability** of the Businessowners Coverage Form **BP 00 03:**

**A.** The following exclusion is added:

This insurance does not apply to:

**TERRORISM**

"Any injury or damage" arising, directly or indirectly, out of an "other act of terrorism" that is committed outside of the United States (including its territories and possessions and Puerto Rico), but within the "coverage territory". However, this exclusion applies only when one or more of the following are attributed to such act:

**1.** The total of insured damage to all types of property exceeds $25,000,000 (valued in U.S. dollars). In determining whether the $25,000,000 threshold is exceeded, we will include all insured damage sustained by property of all persons and entities affected by the terrorism and business interruption losses sustained by owners or occupants of the damaged property. For the purpose of this provision, insured damage means damage that is covered by any insurance plus damage that would be covered by any insurance but for the application of any terrorism exclusions; or

**2.** Fifty or more persons sustain death or serious physical injury. For the purposes of this provision, serious physical injury means:

  **a.** Physical injury that involves a substantial risk of death; or

  **b.** Protracted and obvious physical disfigurement; or

  **c.** Protracted loss of or impairment of the function of a bodily member or organ; or

**3.** The terrorism involves the use, release or escape of nuclear materials, or directly or indirectly results in nuclear reaction or radiation or radioactive contamination; or

**4.** The terrorism is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

**5.** Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the terrorism was to release such materials.

With respect to this exclusion, Paragraphs **1.** and **2.** describe the thresholds used to measure the magnitude of an incident of an "other act of terrorism" and the circumstances in which the threshold will apply for the purpose of determining whether this exclusion will apply to that incident.

**B.** The following definitions are added:

**1.** For the purposes of this endorsement, "any injury or damage" means any injury or damage covered under any Coverage Form to which this endorsement is applicable, and includes but is not limited to "bodily injury", "property damage" or "personal and advertising injury" as may be defined in any applicable Coverage Form.

BP 05 38 01 15 © Insurance Services Office, Inc., 2015 **Page 1 of 2**

2. "Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act, to be an act of terrorism pursuant to such Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

a. The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act;

b. The act resulted in damage:

(1) Within the United States (including its territories and possessions and Puerto Rico); or

(2) Outside of the United States in the case of:

(a) An air carrier (as defined in Section 40102 of title 49, United States Code) or United States flag vessel (or a vessel based principally in the United States, on which United States income tax is paid and whose insurance coverage is subject to regulation in the United States), regardless of where the loss occurs; or

(b) The premises of any United States mission; and

c. The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

3. "Other act of terrorism" means a violent act or an act that is dangerous to human life, property or infrastructure that is committed by an individual or individuals and that appears to be part of an effort to coerce a civilian population or to influence the policy or affect the conduct of any government by coercion, and the act is not a "certified act of terrorism".

Multiple incidents of an "other act of terrorism" which occur within a seventy-two hour period and appear to be carried out in concert or to have a related purpose or common leadership shall be considered to be one incident.

C. The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for injury or damage that is otherwise excluded under this Policy.

D. If aggregate insured losses attributable to terrorist acts certified under the federal Terrorism Risk Insurance Act exceed $100 billion in a calendar year and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

    © Insurance Services Office, Inc., 2015    BP 05 38 01 15

**BUSINESSOWNERS**
**BP 05 42 01 15**

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# EXCLUSION OF PUNITIVE DAMAGES RELATED TO A CERTIFIED ACT OF TERRORISM

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

The following provisions are added to the Businessowners Liability Coverage Form **BP 00 06** and **Section II – Liability** of the Businessowners Coverage Form **BP 00 03:**

**A.** The following exclusion is added:

This insurance does not apply to:

**TERRORISM PUNITIVE DAMAGES**

Damages arising, directly or indirectly, out of a "certified act of terrorism" that are awarded as punitive damages.

**B.** The following definition is added:

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act, to be an act of terrorism pursuant to such Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

**1.** The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

**2.** The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

**C.** The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for injury or damage that is otherwise excluded under this Policy.

**BP 05 42 01 15** © Insurance Services Office, Inc., 2015 **Page 1 of 1**

POLICY NUMBER: MVBP103645

**BUSINESSOWNERS**
**BP 07 08 01 10**

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# PESTICIDE OR HERBICIDE APPLICATOR COVERAGE

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

**SCHEDULE**

| **Description Of Operations:** |
| --- |
| Landscaper |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |

**Section II – Liability** is amended as follows:

With respect to the operations shown in the Schedule, Paragraph **(1)(d)** of Exclusion **f.** does not apply if the operations meet all standards of any statute, ordinance, regulation or license requirement of any federal, state or local government which apply to those operations.

BP 07 08 01 10                © Insurance Services Office, Inc., 2009                **Page 1 of 1**    ☐

BUSINESSOWNERS
BP 14 08 01 10

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION – EXTERIOR INSULATION AND FINISH SYSTEMS

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

**A.** The following exclusion is added to Paragraph **B.1. Exclusions Applicable To Business Liability Coverage** in **Section II – Liability:**

**EXTERIOR INSULATION AND FINISH SYSTEMS**

This insurance does not apply to:

"Bodily injury", "property damage" or "personal and advertising injury" arising out of, caused by, or attributable to, whether in whole or in part, the following:

**1.** The design, manufacture, construction, fabrication, preparation, distribution and sale, installation, application, maintenance or repair, including remodeling, service, correction or replacement, of any "exterior insulation and finish system" or any part thereof, or any substantially similar system or any part thereof, including the application or use of conditioners, primers, accessories, flashings, coatings, caulking or sealants in connection with such a system; or

**2.** "Your product" or "your work" with respect to any exterior component, fixture or feature of any structure if an "exterior insulation and finish system", or any substantially similar system, is used on the part of that structure containing that component, fixture or feature.

**B.** For the purposes of this endorsement, Paragraph **F. Liability And Medical Expenses Definitions** is amended by the addition of the following:

"Exterior insulation and finish system" means a non-load-bearing exterior cladding or finish system, and all component parts therein, used on any part of any structure, and consisting of:

**1.** A rigid or semirigid insulation board made of expanded polystyrene and other materials;

**2.** The adhesive and/or mechanical fasteners used to attach the insulation board to the substrate;

**3.** A reinforced or unreinforced base coat;

**4.** A finish coat providing surface texture to which color may be added; and

**5.** Any flashing, caulking or sealant used with the system for any purpose.

 © Insurance Services Office, Inc., 2009

**BUSINESSOWNERS**
**BP 14 16 01 10**

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# SNOW PLOW PRODUCTS – COMPLETED OPERATIONS HAZARD COVERAGE

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

The following exception is added to Exclusion **B.1.g. Aircraft, Auto Or Watercraft** in **Section II – Liability:**

This exclusion does not apply to "bodily injury" or "property damage" that:

**(a)** Is included in the "products-completed operations hazard"; and

**(b)** Arises out of the use of any "auto" for snow or ice removal operations.

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# CONTRACTORS' INSTALLATION, TOOLS AND EQUIPMENT COVERAGE

This endorsement modifies insurance provided under the following:

BUSINESSOWNER'S COVERAGE FORM

**SCHEDULE**

| Item | Limit Of Insurance | |
|---|---|---|
| **Coverage 1 – Contractors' Installation Coverage** | | |
| 1.  **Property At Each Covered Job Site** | $ 3,000 | |
| 2.  **Property At All Covered Job Sites Combined** | **Three times the Property At Each Covered Job Site Limit of Insurance** | |
| 3.  **Property In Transit** | $ 5,000 | |
| 4.  **Property At A "Temporary Storage Location"** | $ 5,000 | |
| **Additional Premium:  $** | | |
| **Coverage 2 – Contractors' Tools And Equipment Coverage** | | |
| 1.  **Blanket Limit** | $ 3,000 | |
| An "X" displayed to the right indicates the applicable per-item sub-limit. | X  **not in excess of $500 for any one item** | **not in excess of $2,000 for any one item** |
| 2.  **Scheduled Limit (and description of property)** | | |
| | | |
| **Total Scheduled Property Limit Of Insurance** | $ | |
| **Additional Premium:  $**   0.00 | | |

| Item | Limit Of Insurance |
|---|---|
| **Coverage 3 – Non-owned Tools And Equipment Coverage** | $ |
| **Additional Premium:  $**   0.00 | |
| **Coverage 4 – Employees' Tools Coverage** | $ |

---

Includes copyrighted material of the Insurance Services Office, Inc., used with its permission.

**BUSINESSOWNER'S – Contractors' Installation, Tools and Equipment**

| | however, not more than $100 per tool and not in excess of $500 for all tools of any one employee |
|---|---|
| **Additional Premium:  $   0.00** | |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | |

**Section I – Property** is amended as follows:

A. Paragraph **A.2. Property Not Covered** of the Businessowners Coverage Form is amended as follows:

1. The following is added to Paragraph **A.2. Property Not Covered:**

   Tools and equipment including their:

   a. Accessories, whether or not attached; and

   b. Spare parts, that are specifically designed and intended for use in the maintenance and operation of the tools and equipment;

   that you own, or that you do not own but that are in your care, custody or control.

2. However, Paragraph **A.1.** of this endorsement does not apply to the following:

   a. Coverage provided under Coverage **1** – Contractors' Installation Coverage, but only with respect to property described in Paragraph **A.1.** of this endorsement which is to be installed by you or at your direction;

   b. Coverage provided under Coverage **2** – Contractors' Tools And Equipment Coverage;

   c. Coverage provided under Coverage **3** – Non-owned Tools And Equipment Coverage;

   d. Coverage provided under Coverage **4** – Employees' Tools Coverage; or

B. Paragraph **A.6.b. Coverage Extensions** is amended as follows:

   The **Personal Property Off-Premises** Coverage Extension is amended by adding the following:

   This extension does not apply to loss of or damage to property covered under the following:

   (1) Coverage **1** – Contractors' Installation Coverage;

   (2) Coverage **2** – Contractors' Tools And Equipment Coverage;

   (3) Coverage **3** – Non-owned Tools And Equipment Coverage; and

   (4) Coverage **4** – Employees' Tools Coverage.

C. **Coverages**

   1. **Coverage 1 – Contractors' Installation Coverage**

      a. For the purposes of the coverage provided by Coverage 1, the following is added to Paragraph **A.1.b.(2)** Business Personal Property:

         This coverage also includes property sold under an installation agreement where your insurable interest continues until the property is accepted by the purchaser for whom the project is to be performed.

      b. For the purposes of the coverage provided by Coverage **1**, Covered Property includes:

         (1) Materials, supplies, equipment, machinery, and fixtures owned by you or in your care, custody or control, and which are to be installed by you or at your direction; and

         (2) Temporary structures built or assembled on-site, including cribbing, scaffolding and construction forms.

**BUSINESSOWNER'S – Contractors' Installation, Tools and Equipment**

This property is covered while:

**(1)** At any job site you do not own, lease or operate;

**(2)** Awaiting and during installation, or awaiting acceptance by the purchaser;

**(3)** In transit; or

**(4)** At a "temporary storage location".

**c.** Coverage provided under this Coverage **1** will end when one of the following first occurs:

**(1)** This policy expires or is cancelled;

**(2)** The property covered under this Coverage **1** is accepted by the purchaser;

**(3)** Your interest in the property covered under this Coverage **1** ceases;

**(4)** You abandon the project to be performed by you for the purchaser, with no intention to complete it; or

**(5)** 90 days after the project to be performed by you for the purchaser is completed, unless we specify a different date in writing.

**d.** In addition to Property Not Covered in Paragraph **A.2.** of the Businessowners Coverage Form, the following property is not covered with respect to this Coverage **1**:

**(1)** An existing building or structure to which an addition, alteration, improvement or repair is being made;

**(2)** Property stored at a permanent warehouse or storage yard that you own;

**(3)** A plan, blueprint, design or specification;

**(4)** Trees, grass, sod, shrubbery or plants; and

**(5)** Machinery, tools, equipment, supplies or similar property that do not become a permanent part of the project. This includes contractors equipment and other tools belonging to a contractor or subcontractor.

**e.** With respect to this Coverage **1,** the following additional exclusions apply:

We will not pay for loss or damage caused by or resulting from any of the following:

**(1)** The cost to make good or replace faulty or defective materials or workmanship;

**(2)** Testing. However, if testing results in fire or explosion, we will pay for the loss or damage caused by that fire or explosion;

**(3)** A fault, defect, deficiency, error or omission in a plan, blueprint, design or specification;

**(4)** The weight of a load when it exceeds the designed capacity of any property covered under this Coverage **1** to lift, move or support the load from any position; or

**(5)** Collision, upset or overturn of any property covered under this Coverage **1** to the extent of any loss of or damage to the tires or inner tubes of such property. But we will pay for the loss of or damage to the tires or inner tubes if the same accident causes other covered loss to the same property covered under this Coverage **1.**

**f.** The following Limits of Insurance apply to Coverage **1** – Contractors' Installation Coverage:

**(1) Property At Covered Job Sites**

**(a)** Subject to Paragraph **b.,** the most we will pay for direct physical loss of or damage to Covered Property at each covered job site in any one occurrence is the Property At Each Covered Job Site Limit of Insurance shown in the Schedule.

**(b)** The most we will pay for loss or damage to Covered Property at all covered job sites combined in any one occurrence is three times the Property At Each Covered Job Site Limit of Insurance shown in the Schedule.

**(2) Property In Transit**

The most we will pay for direct physical loss of or damage to Covered Property in transit is $5,000, unless a higher Limit of Insurance is shown in the Schedule for Property In Transit.

**(3) Property At A Temporary Storage Location**

The most we will pay for direct physical loss of or damage to Covered Property at a "temporary storage location" is $5,000, unless a higher Limit of Insurance is shown in the Schedule for Property At A Temporary Storage Location.

**2. Coverage 2 – Contractors' Tools And Equipment Coverage**

**a.** For the purposes of the coverage provided by Coverage **2**, Covered Property includes:

Tools and equipment, including their:

**(1)** Accessories, whether or not attached; and

---

**BUSINESSOWNER'S – Contractors' Installation, Tools and Equipment**

(2) Spare parts, that are specifically designed and intended for use in the maintenance and operation of property covered under this Coverage **2;**

that you own, or that you do not own but that are in your care, custody or control.

This property is also covered while it is in the course of transit or at a premises you do not own, lease or operate.

**b.** With respect to this Coverage **2,** Paragraph **A.2.a.** of the Businessowners Coverage Form is replaced by the following:

**a.** Aircraft, watercraft, their equipment or parts; automobiles; dealers' demonstration equipment, machinery and vehicles; dirt bikes, house trailers, mobile homes, mopeds, motorcycles, motorized bicycles, tricycles or four-wheel all-terrain vehicles; snowmobiles, trucks and vehicles primarily designed and licensed for road use;

**c.** However, this Coverage **2** does not apply to:

(1) Property while in caissons or underwater or while being used in underground mining, tunneling or similar operations;

(2) Property you have loaned, rented or leased to others;

(3) Property that is or will become a permanent part of any building or structure;

(4) Property held for sale;

(5) Non-owned tools and equipment leased or rented from others that are in your care, custody or control, but this does not apply to non-owned tools and equipment you lease for a term of six months or more; or

(6) Your employees' (including temporary or leased employees') tools.

**d.** With respect to this Coverage **2,** Paragraph **(1)** of Exclusion **B.1.b. Earth Movement** does not apply to loss or damage caused directly or indirectly by earthquake.

**e.** With respect to this Coverage **2,** the Water Exclusion of the Businessowners Coverage Form does not apply to loss or damage caused directly or indirectly by flood, surface water, waves (including tidal wave and tsunami), tides, tidal water, overflow of any body of water, or spray from any of these, all whether or not driven by wind (including storm surge).

**f.** With respect to this Coverage **2,** the following additional exclusions apply:

We will not pay for loss or damage caused by or resulting from any of the following:

(1) Theft of any property covered under this Coverage **2** from any unattended vehicle unless, at the time of theft, the vehicle's windows, doors and compartments were closed and locked, and there are visible signs that the theft was a result of forced entry. But this exclusion does not apply to property in the custody of a carrier for hire.

(2) The weight of a load when it exceeds the designed capacity of any property covered under this Coverage **2** to lift, move or support the load from any position.

(3) Collision, upset or overturn of any property covered under this Coverage **2** to the extent of any loss of or damage to the tires or inner tubes of such property. But we will pay for the loss of or damage to the tires or inner tubes if the same accident causes other covered loss to the same property covered under this Coverage **2.**

**g.** The following limits of insurance apply to Coverage **2** – Contractors' Tools And Equipment Coverage:

(1) **Blanket Limit Of Insurance**

The blanket limit of insurance shown in the Schedule is the most we will pay in any one occurrence for the total of all covered losses to Covered Property. Subject to the blanket limit of insurance shown in the Schedule, the most we will pay for direct physical loss of or damage to any one tool or any one piece of equipment is the applicable per-item sub-limit shown in the Schedule. However, this Paragraph **(1)** does not apply to Covered Property that is individually described in the Schedule and that is subject to a scheduled limit of Insurance in accordance with Paragraph **g.(2).**

(2) **Scheduled Limit Of Insurance**

The most we will pay in any one occurrence for direct physical loss of or damage to each item of Covered Property that is individually described in the Schedule is the Limit of Insurance shown in the Schedule for that item.

**BUSINESSOWNER'S – Contractors' Installation, Tools and Equipment**

3. **Coverage 3 – Non-owned Tools And Equipment Coverage**

   When a Limit of Insurance is shown in the Schedule for Coverage **3** – Non-owned Tools And Equipment Coverage, for the purposes of the coverage provided by Coverage **3**, Covered Property includes contractors' non-owned tools and equipment leased or rented from others that are in your care, custody or control other than temporary structures built or assembled on site, including cribbing, scaffolding and construction forms.

   The most we will pay for direct physical loss of or damage to Covered Property under this Coverage **3,** in any one occurrence is the Coverage **3** – Non-owned Tools And Equipment Coverage Limit of Insurance shown in the Schedule.

   This property is also covered while it is in the course of transit or at a premises you do not own, lease or operate.

   However, this Coverage **3** does not apply to:

   (a) Non-owned tools and equipment leased or rented from any of your employees (including temporary or leased employees);

   (b) Any other non-owned tools you lease for a term of six months or more; or

4. **Coverage 4 – Employees' Tools Coverage**

   When a Limit of Insurance is shown in the Schedule for Coverage **4** – Employees' Tools Coverage, for the purposes of the coverage provided by Coverage **4**, Covered Property includes your employees' (including temporary or leased employees) tools which are used in connection with your operations.

   The most that we will pay for direct physical loss of or damage to Covered Property under this Coverage **4**, in any one occurrence is the Coverage **4** – Employees' Tools Coverage Limit of Insurance shown in the Schedule. Subject to the Coverage **4** – Employees' Tools Coverage Limit of Insurance, the most we will pay for direct physical loss of or damage to any one tool, and all tools of any one employee, is the following:

   **a.** $100 per tool; and

   **b.** $500 for all tools of any one employee.

   This property is also covered while it is in the course of transit or at a premises you do not own, lease or operate.

D. The following is added to Paragraph **H. Definitions:**

   "Temporary storage location" means a location where property that is to become a permanent part of a completed project is stored while waiting to be delivered to a job site:

   **1.** That you do not own, lease or operate; and

   **2.** Where work is in progress, or will begin in 30 days.

---

**BUSINESSOWNER'S
BP 99 188 06 16**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# DEDUCTIBLE ENDORSEMENT - PROPERTY

This endorsement modifies insurance provided under the following:

BUSINESSOWNER'S COVERAGE FORM

Paragraph **D.1. Deductibles** of **SECTION I – PROPERTY** is replaced with the following:

**D.  Deductibles**

1.  We will not pay for loss or damage to Covered Property caused by or resulting from a Covered Cause of Loss as a result of one occurrence until the amount of such loss or damage exceeds the applicable Deductible shown in the Declarations or as set forth below.  We will then pay the amount of such loss or damage in excess of the Deductible up to the applicable Limit of Insurance of **Section 1 - Property**.  In the event of loss or damage to Covered Property caused by or resulting from a Covered Cause of Loss at one or more buildings at the same location, as a result of one occurrence, only the single largest deductible scheduled for loss at such building(s) will apply to all such loss or damage regardless of the number of buildings involved in the loss.  However, this Paragraph **D.1** does not apply to loss or damage from Earthquake or Windstorm or Hail causes of loss.

    **EXAMPLES**

    **Example 1** - Loss at multiple buildings, same location.

    A fire damages Buildings 1 and 2 which results in a spoilage loss at Buildings 3 and 4 due to a power outage from the fire.

    | | |
    |---|---|
    | Property Deductible – Building 1: | $250 |
    | Property Deductible – Building 2: | $250 |
    | Limit of Insurance – Building 1: | $60,000 |
    | Limit of Insurance – Building 2: | $80,000 |
    | Loss to Building 1: | $50,100 |
    | Loss to Building 2: | $70,000 |

| | |
|---|---|
| Spoilage Deductible – Building 3 : | $500 |
| Spoilage Deductible – Building 4 : | $500 |
| Spoilage Limit of Insurance – Building 3: | $5,000 |
| Spoilage Limit of Insurance – Building 4: | $2,000 |
| Spoilage loss at Building 3: | $2,500 |
| Spoilage loss at Building 4: | $1,500 |

The largest deductible involved in the occurrence was the $500 spoilage deductible and will be subtracted from the total Loss Payable:

```
    $  50,100 – Building 1 loss
 +  $  70,000 – Building 2 loss
 +  $   2,500 – Spoilage loss at Building 3
 +  $   1,500 – Spoilage loss at Building 4
    $ 124,100 – Total loss
 -  $     500 – Largest deductible involved in loss
    $ 123,600 – Total loss payable
```

**Example 2** - Identical loss occurs but only at building 1, no loss at other buildings (same deductibles and limits)

| | |
|---|---|
| Property Deductible – Building 1: | $250 |
| Limit of Insurance – Building 1: | $60,000 |
| Loss to Building 1: | $50,100 |
| Spoilage Loss at Building 1: | $2,500 |

The largest deductible involved in the occurrence was the $500 spoilage deductible for Building 1 and will be subtracted from the total Loss Payable.

```
    $  50,100 - Building 1 loss
 +  $   2,500 - Spoilage loss at Building 1
    $  52,600 - Total Loss at Building 1
 -  $     500 - Largest deductible involved in loss
    $  52,100 - Total loss payable.
```

---

BP 99 188 06 16        Includes copyrighted material of the Insurance Services Office, Inc., used with its permission.        **Page 1 of 1**