# EXHIBIT 3

**Vendor:** M Vega LLC
**Services:** Snow Removal
**Region:** NM Northeast
**Term:** 3 yrs. (10/29/18 – 9/30/21)
**Value:** T&M
**Details:** Replacement vendor for snow services.
**Comments:** No vendor redlines. Steven Hoyt's approval is attached.

**From:** Steven Hoyt (CONT) <steven.hoyt@capitalone.com>
**Sent:** Monday, October 22, 2018 9:47 AM
**To:** Capital One Vendor <CapitalOne.Vendor@am.jll.com>
**Cc:** Robert Vitiello (CONT) <Robert.Vitiello@capitalone.com>; Simone Fairman <simone.fairman@capitalone.com>
**Subject:** [EXTERNAL] Re: [External Sender] FW: Contract Request - High Priority - M Vega LLC

Approved

Steve Hoyt
Director, Facilities Management
Capital One – Network Management
Mobile: 860.319.7363
steven.hoyt@capitalone.com
steve.hoyt@am.jll.com

# Contract Abstract

**Bid Waiver** ☐ **Competitive Bids/Executive Summary** ☐ **Direct Negotiations** ☐ **Client Requested** ☐ **Transition to JLL Paper** ☐ **Landlord Mandated** ☐ **FM Project** ☐ **Requestor:** Robert.vitiello@capitalone.com

**Project Name/Location:** Capital One NM Northeast region – Multiple NJ sites

**Date Prepared:** 10/16/18

## 1 Vendor Information

**Supplier Name:** M Vega LLC

**Notice Address:** 56 Franklin Ave. West Orange, NJ 07052

**Contact Name:** Manuel Vega

**Phone:** 973-489-2717

**Email:** mvegallc@hotmail.com

## 2 Contract Summary

**Scope of Work:** Snow Removal

**Contract Amount:** T&M

**Contract Type:** SCA

**Contract Period:** 10/22/18 **To:** 9/30/21

## 3 Certificate of Insurance Status

**Dates of Coverage:** **From:** 3/10/18 **To:** 3/10/19

**Requirements Met?** Yes ☒ No ☐

**If not, explain: [was risk assessment performed?]**

## 4 Legal Summary

**Contract Form:** JLL Standard ☒ JLL Modified ☐

**Modifications to JLL Contract?** Yes ☐ No ☒

**Contract Modifications as follows:**

06/2018

**SERVICE CONTRACTOR AGREEMENT (Long Form, Non-Agency)**

This Agreement is made and entered into on October 16, 2018 for the benefit of Capital One National Association ("Owner" or "Capital One") by Jones Lang LaSalle Americas, Inc. ("Manager"), and M Vega LLC ("Service Contractor").

**RECITALS**

WHEREAS, Manager is the property manager of Owner's property located at various locations set forth in Exhibit A (the "Property/Properties") pursuant to a property management agreement between Owner and Manager ("Property Management Agreement");

WHEREAS, Service Contractor is skilled in the performance of the Contract Duties (identified below) and has offered to perform the Contract Duties with respect to the Property; and

WHEREAS, Manager, in furtherance of its duties as property manager of the Property, desires to secure the performance of the Contract Duties by Service Contractor.

NOW, THEREFORE, in consideration of the premises and the mutual covenants and agreements of the parties, it is agreed as follows:

**1. Term of Agreement**

The term of this Agreement shall begin on October 29, 2018 and shall end on September 30, 2021 (the "Term"), subject to any early termination as provided herein.

**2. Contract Duties**

2.1 Duties. During the Term of this Agreement, Service Contractor shall timely and fully perform all of the Contract Duties set forth in Exhibit A. Notwithstanding anything to the contrary in any Exhibit, work order or purchase order, Service Contractor acknowledges that the Contract Duties do not include any: security guard services, professional consulting services, removal or remediation of hazardous materials, or any work for which Service Contractor would be required to be licensed as a construction contractor, architect or professional engineer. Service Contractor is not authorized to perform any such work and will immediately report to Manager its belief that any portion of proposed Contract Duties would fall into any of these unauthorized categories.

2.2 Additional Services. From time to time during the term of this Agreement, Manager may request Service Contractor to perform services or provide materials that are not set forth in the Contract Duties but are related to the Contract Duties ("Additional Services"). Service Contractor shall secure from Manager an authorization in writing of the Additional Services and any additional compensation due Service Contractor. If Service Contractor performs the requested services without securing written authorization, such services shall be deemed part of the Contract Duties and no additional compensation shall be due Service Contractor. All Additional Services performed by Service Contractor shall be governed by the terms of this Agreement.

**3. Compensation**

MV

DocuSign Envelope ID: 31A6B8BC-861B-4DF6-B6FD-5999C04D3DF6


Manager shall pay Service Contractor compensation for Service Contractor's performance of the Contract Duties in the amounts and at the rates set forth in Exhibit B. Service Contractor shall bill Manager for such compensation not more frequently than monthly. Service Contractor shall bill Manager no later than ninety (90) days of completion of the Contract Duties, or if the Contract Duties are ongoing, no later than ninety (90) days after each month in which Contract Duties are performed. Service Contractor may not be paid for Contract Duties billed after such date. Anything in Exhibit B to the contrary notwithstanding, Manager shall pay Service Contractor only as and when Owner provides Manager with the funds to cover such payment pursuant to the Property Management Agreement. Manager shall not be liable to Service Contractor for failure to pay Service Contractor hereunder unless Manager fails to make payments to Service Contractor for which funds have been provided to Manager by Owner. Manager represents that the Property Management Agreement sets forth Owner's obligation to provide funding for the Contract Duties in a timely manner, provided that Owner may not be obligated to provide funding for invoices submitted after the time period specified above.

4. **Standards of Performance**

4.1 Industry Standards. Service Contractor shall perform the Contract Duties in accordance with industry standards established by those engaged in a business similar to that of Service Contractor. Service Contractor personnel shall be properly educated, trained, experienced and fully qualified for the services they are to perform.

4.2 Conformance to Requirements. Service Contractor warrants that all Contract Duties shall be performed in a safe, good and workmanlike manner, and that the Contract Duties, including all materials and equipment furnished hereunder, shall conform to all requirements and specifications identified in this Agreement and shall be free from defects of any kind in materials and workmanship. All Contract Duties not conforming to these requirements, including substitutions not properly approved and authorized, may be considered defective.

4.3 Manufacturers' Warranties. If any goods or materials provided by Service Provider in the performance of the Contract Duties are warrantied by the manufacturer, then Service Contractor shall transfer to Owner all such warranties (and deliver all documents evidencing such warranties).

4.4 Equipment, Supplies and Expenses. Service Contractor shall provide all equipment and supplies to properly perform the Contract Duties, and shall pay for all fuel, uniforms, transportation, material, labor, insurance premiums of any kind or description, sales taxes, salaries, federal and state employment taxes, any similar payroll taxes relating to employees of Service Contractor, and all other expenses whatsoever incurred in the performance of the Contract Duties.

4.5 Licenses. Service Contractor shall obtain at its own cost all licenses (including professional licenses), permits, certificates and authorizations necessary for Service Contractor to do business in all jurisdictions where any part of the Contract Duties are to be performed. Service Contractor shall also obtain all licenses, permits, certificates and authorizations necessary in connection with Service Contractor's performance of the Contract Duties, and give all notices required under applicable law.

4.6 Order. Service Contractor shall, at all times, enforce strict discipline and good order among its employees and shall not employ on the Contract Duties any unfit person or anyone not skilled in performance of the Contract Duties. Manager has the right to require Service Contractor to remove from its work force assigned to the Property any employees or subcontractor's employees whose presence at the Property Manager deems, in its sole discretion, to be detrimental to the best interests of the Property.



MV

4.7 Identification of Employees. Subject to any specific requirements in the Rules and Regulations for Contracted Service Personnel set forth in Exhibit D or in any rules imposed by Owner, Service Contractor shall uniform its employees or otherwise identify its employees to the subjective satisfaction of Manager.

4.8 Harmonious Relations. Service Contractor shall take all action necessary to ensure that its employees shall at all times work in harmony with, and shall not interfere with or disrupt or cause labor disharmony with the activities of Manager, Owner, or any other contractor or third party at the Property.

4.9 Supervisor. When required by Manager, Service Contractor shall provide a competent and well trained on-site supervisor for performance of the Contract Duties.

4.10 Training and Safety. Service Contractor shall maintain an employee training program to ensure maximum efficiency of performance of the Contract Duties and to ensure the safety of all persons on the Property.

4.11 Waste Removal. Service Contractor shall keep the Property free from accumulation of waste materials or rubbish caused by Service Contractor's operations.

4.12 Remedy of Damage. Service Contractor shall promptly remedy all damage or loss to any property at the site or at the Property if such damage or loss is caused by Service Contractor, its subcontractor or anyone performing the Contract Duties through Service Contractor.

4.13 Single Point of Contact. Service Contractor agrees that Manager is the sole and exclusive point of contact with the Owner for communications regarding the performance of Contract Duties under this Agreement, and Service Contractor will not communicate directly with Owner without Manager's prior written consent, except to the extent necessary in the ordinary course of Service Contractor's performance.

4.14 Administrative Requirements. Service Contractor will participate in and fulfill all requirements of Manager's supplier management/due diligence program(s) during the Term of this Agreement, whether operated by Manager or its authorized third party administrator. Further, Service Contractor agrees to use Manager's or Owner's designated work order technology platform as applicable.

5. Compliance

5.1 Compliance with Laws. Service Contractor shall comply with all applicable laws in performing the Contract Duties. Duties (including sections 33F and 33G of the San Francisco Police Code, as applicable, available at: http://sfgov.org/olse/formula-retail-employee-rights-ordinances and by hard copy upon request). Service Contractor shall not take, and is not authorized to take, any action in the name of or on behalf of Manager or Owner, or which would violate any applicable law. If Service Contractor performs any Contract Duties contrary to applicable law, any additional costs resulting therefrom, including costs of correcting said Contract Duties to comply with such law and the cost of fully indemnifying Manager and Owner from any liability or expenses with respect to such violations by Service Contractor may be offset by Manager and Owner against amounts owing to the Service Contractor.

5.2 Safety Regulations. Service Contractor shall ensure that all personnel performing any Contract Duties comply with the basic provisions of OSHA Safety and Health Standards (29 CFR 1910) and General Construction Standards (29 CFR 1926) as such federal regulations are applicable to the Contract Duties. Service Contractor shall be responsible for the implementation and enforcement of health and safety requirements. Service Contractor shall provide Material Safety Data Sheets (MSDS) in compliance with



HV

OSHA Hazard Communication Standards. Service Contractor shall take all necessary and desirable precautions for the safety of, and provide the necessary protection to prevent damage, injury, or loss to the Property, all personnel on the Property, all materials or equipment to be provided, incorporated in, or utilized in connection with, the Contract Duties, whether on or off the Property and other property located at the site of the Contract Duties or at the Property. Service Contractor is prohibited from introducing any hazardous materials into the Owner's premises without the prior written consent of Owner, and Service Contractor shall promptly notify Manager and Owner of any accidental release of hazardous material on or adjacent to the Owner's premises. Service Contractor is prohibited from bringing any firearms, explosives or weapons of any kind onto the Owner's Property.

5.3 Rules Promulgated by Owner. Service Contractor shall at all times comply with the Rules and Regulations for Contracted Service Personnel set forth in Exhibit D, as well as any other rules or regulations reasonably imposed by Manager or Owner in connection with the safe and efficient operation of the Property and/or the performance of the Contract Duties by Service Contractor.

5.4 IRCA. Service Contractor agrees at all times to remain in strict compliance with all terms, provisions, regulations and rulings relative to the Immigration Reform and Control Act of 1986 (IRCA). Service Contractor shall properly verify the identity and eligibility for work within the United States of all Service Contractor's employees performing the Contract Duties. Within three (3) days of receipt of a written request from Manager, Service Contractor shall provide sufficient documentation to evidence Service Contractor's compliance with IRCA.

5.5 Non-Discrimination. Service Contractor is an Equal Opportunity and Affirmative Action Employer. Service Contractor shall not permit any discrimination against or segregation of any person or group of persons in connection with the performance of this Agreement on account of sex, disability, marital status, age, race, religion, color, creed, national origin or ancestry or any other protected characteristic in accordance with applicable law. Unless Service Contractor is exempt under the terms of these regulations, the Equal Opportunity Clauses set forth at 41 CFR § 60-1.4(a) (for women and minorities), 41 CFR § 60-250.5(a) and 41 CFR § 60-300.5(a) (for veterans), and 41 CFR § 60-741.5(a) (for individuals with disabilities), the provisions of 41 CFR § 61-250.10 and 41 CFR § 61-300.10 (veterans' employment reports), and the provisions of 29 CFR Part 471, Appendix A to Subpart A (posting notice of employee rights) are incorporated as terms and conditions of this Agreement by this reference. **41 CFR 60-300.5(a) prohibits discrimination against qualified protected veterans, and requires affirmative action to employ and advance in employment qualified protected veterans.**

5.6 OFAC Restrictions. Service Contractor represents and warrants that none of its employees is a person or entity with whom U.S. entities are restricted from doing business under regulations of the Office of Foreign Asset Control ("OFAC") of the Department of the Treasury (including those named on OFAC's Specially Designated and Blocked Persons List) or under any statute, executive order or other governmental action.

5.7 Vendor Code of Conduct. Manager recognizes that its dealings with contractors often take place in cultures with different norms and values. Certain standards, however, as set out in Manager's Vendor Code of Conduct, are universally applicable and Manager expects everyone with whom it has commercial dealings to meet such standards. Manager expects its contractors to have a natural respect for ethical standards in the context of their own particular culture. Manager's relationships with contractors are based on the principle of fair and honest dealings at all times and in all ways. Manager specifically expects its contractors to extend the same principle of fair and honest dealings to all others with whom they do business, including employees, subcontractors and other third parties. Service Contractor hereby acknowledges that it has read Manager's Vendor Code of Conduct, which is available at



HV

www.joneslanglasalle.com, and shall act at all times consistently with the terms thereof. Manager shall have the right, in its sole and absolute discretion, to immediately terminate this Agreement in the event of any violation of the Vendor Code of Conduct by Service Contractor.

5.8 Anti-Harassment. Service Contractor is required to provide its policies on illegal harassment and discrimination to Service Contractor personnel, including identification of the processes to be used by Service Contractor personnel to make internal complaints of any violations for investigation by Service Contractor.

5.9 Ethics Compliance. Service Contractor represents and warrants the following:

(a) It is our policy to not violate any anti-bribery or anti-corruption laws, and we have never had a significant violation of any anti-bribery or anti-corruption laws, rules or regulations in the jurisdictions in which we operate.

(b) It is our policy to not violate any anti-money laundering (AML) laws, and we have never had a significant violation of any applicable AML laws in the jurisdictions in which we operate.

(c) We have not been the subject of any government indictment, nor have we had any fines, penalties or settlement agreements with any government agency in the past 5 years that resulted in material financial costs to our company or affected our ability to conduct business operations.

(d) It is our policy to conduct our business ethically, and to uphold standards of fair business dealings, competition, and customer privacy.

(e) It is our policy to uphold standards of equal opportunity and anti-discrimination. We have never had a discrimination claim that involved a significant percentage of our employees or resulted in significant fines, penalties, or settlement amounts.

(f) It is our policy to support and respect the protection of human rights. We do not use, or engage in, any of the following: forced or compulsory labor, child labor, physical abuse, withholding of identity papers, or retaliation in any form. We have satisfactory labor relations, including with respect to working hours, wages, benefits and humane treatment.

(g) It is our policy to provide a safe and healthy work environment to our employees, and we have a health and safety program that is appropriate for our services. We have not had a violation of any health or safety laws, rules or regulations in the jurisdictions within which we operate in the past 5 years that resulted in a significant financial cost to our company or affected our ability to conduct business operations.

(h) It is our policy to uphold principals of environmental responsibility, and in our operations we seek to minimize adverse effects on the community, environment, and natural resources. We have not had a violation of any environmental laws, rules or regulations in the past 5 years that resulted in a material financial cost to our company or affected our ability to conduct business operations.

Please notify JLL Legal at VendorCompliance@am.jll.com if you have any exceptions to the above representations and warranties, and cc: the JLL business team at: Capitalone.Vendor@am.jll.com.

## 6. Confidentiality

For the purposes of this Section, the term "Confidential Information" shall mean any and all confidential and proprietary information, data, and documentation, including business and financial information, customer information, and individual personal information, which Service Contractor receives from Manager or Owner, and all inventions, trade secrets, methods, reports, records, computer software, designs, drawings, documents and other materials prepared by Service Contractor pursuant to this Agreement. Confidential Information shall also include: (a) all non-public information pertaining to a Owner's operations, affairs and businesses as well as Owner's



MV

financial condition and projections, business ventures, strategic plans and marketing strategies and programs; (b) personally identifiable information; (c) any strategic insights or statistical models about Owner's customers or former or prospective customers and their behavior; and (d) any other information that is customarily or reasonably deemed confidential, a trade secret or otherwise restricted under the circumstances. Confidential Information shall not include information that Service Contractor can establish is: (i) generally available to the public other than as a result of disclosure by Service Contractor. its employees or subcontractors; (ii) received by Service Contractor from a party that is not bound by disclosure restrictions; (iii) developed independently by Service Contractor for general business use with other customers provided that such material does not include any information specific to Owner or Manager; or (iv) required to be disclosed pursuant to a valid subpoena or other legal process, provided that Service Contractor shall give Manager prompt notice of such legal action. Service Contractor acknowledges that all Confidential Information is confidential and proprietary to Owner. Service Contractor shall use Confidential Information only to the extent necessary for Service Contractor to perform the Contract Duties and for no other purpose whatsoever. Service Contractor shall not disclose or permit access to Confidential Information to any third party without the consent of Owner or Manager, and only if such person has a legitimate need to know the Confidential Information to permit Service Contractor to perform the Contract Duties. Service Contractor shall require that any such third party be subject to confidentiality obligations no less stringent than those set forth herein. Service Contractor shall return all Confidential Information promptly after completion of the Contract Duties or upon Owner's or Manager's request. The return or destruction of Confidential Information shall not relieve Service Contractor of its obligations set forth in this Agreement. No articles or papers related to or in any way associated with the Contract Duties performed pursuant to this Agreement shall be submitted for publication without Owner's prior written consent. This provision shall be subject to any further restrictions or requirements set forth in Exhibit D.

In the event of any actual or suspected misuse, disclosure or loss of, or inability to account for, any Confidential Information (hereinafter, a "Confidential Information Violation"), Service Contractor promptly shall: (A) notify Manager upon becoming aware thereof; (B) furnish to Manager full details of the Confidential Information Violation and use Commercially Reasonable Efforts to assist Manager and/or Owner in investigating or preventing the recurrence of same; (C) take such actions as may be necessary, appropriate or reasonably requested by Manager or Owner to minimize the Confidential Information Violation; and (D) cooperate in all reasonable respects with Manager and Owner to minimize the impacts of Confidential Information Violation and any damage resulting therefrom.

**7. <u>Insurance</u>**

At all times while performing the Contract Duties, Service Contractor shall maintain, at its sole cost and expense, the insurance set forth in <u>Exhibit C</u> from insurance companies and in a form reasonably satisfactory to Manager with limits of liability not less than stated in such <u>Exhibit C</u>. Service Contractor shall provide to Manager appropriate documentation evidencing conformance to Exhibit C.

**8. <u>Indemnification</u>**

To the fullest extent permitted by applicable law, Service Contractor shall defend, indemnify and hold harmless Owner and Manager and their respective officers, directors, employees, agents, partners, joint venturers, affiliates, successors and assigns from and against any and all claims, demands, losses, expenses, damages, liabilities, fines, and penalties (each a "Claim") whether actual or alleged, arising out of or relating to: (a) Service Contractor's performance of (or failure to perform) the Contract Duties; (b) a breach of this Agreement by Service Contractor or any of its affiliates, subcontractors, agents or employees; (c) any negligence or willful misconduct by Service Contractor or its affiliates, subcontractors, agents or employees; (d) a violation of law; (e) any determination that a relationship, other than that of independent contractor, exists between Owner and/or Manager and Service



MV

DocuSign Envelope ID: 31A6B8BC-861B-4DF6-B6FD-5999C04D3DF6


Contractor and/or its employees or any other employment-based complaint or grievance; or (f) any release or any subsequent cleanup of hazardous materials caused by the negligence or willful misconduct of Service Contractor, its agents, employees or subcontractors.

The foregoing indemnification shall extend to all legal, defense and investigation costs, and all other reasonable costs, expenses and liabilities incurred by the party indemnified, from and after the time at which the party indemnified receives written or verbal notification that a Claim has been or may be made. The obligations set forth in this section shall remain in effect regardless of whether Service Contractor maintains or fails to maintain any insurance coverage required hereunder, or self-insures for any liability, and any self-insured coverage shall be deemed insurance coverage hereunder.

Service Contractor's obligations under this section shall be limited only to the extent that the Claim is determined by a court of competent jurisdiction to have resulted from the negligence or willful misconduct of Owner, Manager or any third party not affiliated with Service Contractor. Claims must be submitted to Service Contractor's insurance carrier for coverage prior to any submission to Owner or Manager.

**9. Early Termination**

9.1 Termination for Cause. Manager may, by giving written notice, terminate this Agreement as of the date specified in the notice if Service Contractor breaches this Agreement; and (a) such breach is not cured within a reasonable period as specified in the notice; or (b) such breach is not capable of being cured within a reasonable period.

9.2 Termination upon Notice. Manager may, by giving not less than thirty (30) days written notice, terminate this Agreement as of the date specified in the notice, with or without cause. In the event that the Property Management Agreement is terminated, this Agreement shall terminate as of the effective date of termination of the Property Management Agreement, regardless of whether Manager has given prior notice to Service Contractor of such early termination. However, if Manager has prior notice of termination of the Property Management Agreement, Manager will give prior notice of early termination of this Agreement to Service Contractor as soon thereafter as is reasonably possible. Service Contractor shall receive compensation for all Contract Duties performed through the effective date of early termination.

**10. Assignment and Subcontracting**

10.1 Assignment. This Agreement may not be assigned by Service Contractor. Any attempted assignment by Service Contractor shall be void and of no force and effect. Manager may assign this Agreement, at any time in its sole and absolute discretion, to Manager's nominee by giving Service Contractor written notice, which notice shall specify the assignee and effective date of assignment.

10.2 Subcontracts. Service Contractor shall not utilize any subcontractor in connection with providing the Contract Duties without the prior written approval of Manager, which may be withheld in Manager's sole discretion. Service Contractor shall include in any approved subcontracts all provisions of this Agreement that may be applicable to the performance of the subcontract. Utilization by Service Contractor of, or Manager's approval of, any subcontractor shall in no way relieve Service Contractor of any of its obligations or liabilities under this Agreement.

**11. Notices**



MV

DocuSign Envelope ID: 31A6B8BC-861B-4DF6-86FD-5999C04D3DF6



Any information or notices required to be given under this Agreement shall be in writing and shall be delivered either by; (i) email in a .pdf file with digital signatures that are encoded, verified, and date and time-stamped through Adobe or similar software as applicable; (ii) certified mail, return receipt requested, in which case notice shall be deemed delivered three (3) business days after deposit, postage prepaid, in the U.S. mail; (iii) a reputable messenger service or a nationally recognized overnight courier, in which case notice shall be deemed delivered one (1) business day after deposit with such messenger or courier; or (iiii) personal delivery with receipt acknowledged in writing, in which case notice shall be deemed delivered when received. All notices shall be addressed as follows:

If to Manager: Jones Lang LaSalle Americas, Inc.
15000 Capital One Drive
Building 2 – 4th Floor
Internal Zip: 12072-0400
Richmond, VA 23238
Attn: Contract Management – Capital One Account
Email: CapitalOne.Vendor@am.jll.com

If to Service Contractor: M Vega LLC
56 Franklin Ave.
West Orange, NJ 07052
Attn: Manuel Vega
Email: Mvegallc@hotmail.com

The foregoing addresses may be changed from time to time by notice to the other party in the manner set forth above.

**12. Miscellaneous**

12.1 Time of Essence. Service Contractor acknowledges that time is of the essence in regard to its performance under this Agreement.

12.2 Manager. All references to "Manager" contained in this Agreement are to Jones Lang LaSalle Americas, Inc. solely in its capacity as the duly authorized Manager of the Property pursuant to the Property Management Agreement. No reference to "Manager" herein shall be construed as creating any liability of Manager for any obligation in any capacity other than as the duly authorized Manager of the Property pursuant to the Property Management Agreement.

12.3 Relationship of Parties. Service Contractor is retained by Manager only for the purpose and to the extent set forth herein and Service Contractor's relationship with Manager shall, during the entire term of this Agreement, be that of independent contractor so that neither Service Contractor, nor any employee, agent, officer, director or shareholder of Service Contractor, shall be deemed an agent or employee of Manager.

12.4 No Liens. Service Contractor shall neither attach nor permit the attachment of any liens upon the Property as a result of Service Contractor's performance of the Contract Duties.

12.5 Cure of Service Contractor's Default. If Service Contractor defaults in the performance of the Contract Duties or any other duty imposed upon Service Contractor hereunder, Manager may (but shall not be required to), upon notice to Service Contractor and with or without terminating this Agreement, cure and rectify such defaults and either deduct the reasonable cost of cure and rectification from compensation due



MV

DocuSign Envelope ID: 31A6B8BC-861B-4DF6-B6FD-5999C04D3DF6



to Service Contractor hereunder or Manager may directly bill Service Contractor for such reasonable costs, provided that a reasonable amount of time is given for Service Contractor to cure the default.

12.6 Force Majeure. Any delay or failure by either party in the performance of its obligations shall not constitute a default or give rise to any claim for damages if, and only to the extent and for such period of time that; (i) such delay or failure is caused by an event or occurrence beyond the control and without the fault or negligence of such party or any subcontractor, supplier, or other party acting under or through such party; and (ii) said party is unable to prevent such delay or failure through the exercise of reasonable diligence. Events that shall be deemed to be beyond the control of the parties hereto shall include, but not be limited to: acts of nature or the public enemy; expropriation or confiscation of facilities by governmental or military authorities; changes in laws; war, acts of terrorism, rebellion, sabotage or riots; floods, unusually severe weather that could not reasonably have been anticipated; fires, explosions, or other catastrophes; or other similar occurrences. If Service Contractor's performance is delayed, Service Contractor agrees to use its best efforts to secure alternate sources of services, equipment or materials, if available. To the extent that Service Contractor fails to secure available alternate sources of services, equipment or materials, Manager is entitled to secure such alternate sources and offset any amounts expended on such alternate sources from amounts due or owing to Service Contractor under this Agreement to the extent that such amounts exceed the price allocations for the goods and services agreed upon in this Agreement. Service Contractor shall not be paid for any services it has not performed, or any additional compensation due to an unforeseen or uncontrollable event or occurrence of the type described in this section. In order to be entitled to an excuse for any delay or failure to perform under this Agreement pursuant to this section, the party claiming such excuse shall promptly give written notice to the other party.

12.7 Estoppel Certificate. Within five (5) days after receipt of written request from Manager or Owner, Service Contractor shall provide a written statement certifying that this Agreement is in full force and effect, that Manager and Service Contractor are current in their respective obligations hereunder and that Manager is not in default under any provision of this Agreement. If Service Contractor cannot so certify, Service Contractor shall immediately notify Manager of any outstanding obligations or defaults.

12.8 Audit. Service Contractor will keep proper records relating to the Contract Duties, including data and records of disbursements relating to labor and costs for services rendered on a time and materials basis. Service Contractor shall also keep records required for regulatory and other legal requirements applicable to the Contract Duties. Subject to any specific rights in Exhibit D, upon reasonable advance written notice, Manager or Owner, and their auditors, shall have the right to audit such records. Service Contractor agrees to cooperate with Manager, Owner and their auditors in such audit. Manager, Owner and their auditors will comply with Service Contractor's reasonable security requirements when accessing Service Contractor's records. This provision shall be subject to any further rights or requirements set forth in Exhibit D.

12.9 No Waiver. Failure of either party at any time to require performance by the other party of any provision hereof shall in no way affect the full right to require such performance at any time thereafter, nor shall the waiver by a party of a breach of any of the provisions hereof constitute a waiver of any succeeding breach of the same or any other provision.

12.10 Severability. If any provision hereof is deemed to be invalid or unenforceable under applicable law, this Agreement shall be considered divisible as to such provision and such provision shall thereafter be inoperative, provided however, the remaining provisions of this Agreement shall be valid and binding.

12.11 Applicable Law. This Agreement shall be governed by and construed in accordance with the laws of the State where the Property is located, or if the Contract Duties are performed at Properties in multiple States,

MV

the State where the majority of the Contract Duties are performed (other than its rules as to conflicts of law which might require application of laws of another jurisdiction).

12.12 Survival. The provisions of sections 6, 7, 8 and 12.8 of this Agreement shall survive the expiration or early termination of this Agreement.

12.13 Service Contractor agrees to accept digital signatures that are encoded, verified, and date and time-stamped through Adobe or similar software from Manager to execute this Agreement and agrees that such digital signature shall be given full force and effect.

12.14 This agreement may be executed in any number of counterparts, each of which shall be deemed to be an original and all of which taken together shall compromise a single instrument. A signature page delivered by facsimile or a .pdf file via email shall be deemed to be an original.

12.15 Entire Agreement. This Agreement constitutes the entire agreement between the parties with respect to the Contract Duties and supersedes all prior negotiations, representations or agreements relating thereto either written or oral, except to the extent that they are expressly incorporated herein. All exhibits and attachments hereto are incorporated into and made a part of this Agreement. If either Manager or Service Contractor issues any purchase orders, work orders, statement of work, proposals, invoices or other document related to this Agreement or the Contract Duties, then any standardized terms and conditions included in or annexed to those documents will be void and have no effect, and the terms and conditions of this Agreement will prevail. Hand-written terms and conditions provided by Service Contractor will have no force or effect. Unless otherwise expressly provided herein, no changes, alterations or modifications to this Agreement shall be effective unless in writing and signed by the respective parties hereto.



MV

DocuSign Envelope ID: 31A6B8BC-861B-4DF6-B6FD-5999D04D3DF6



## EXHIBIT A - CONTRACT DUTIES

The Service Contractor shall provide the following Services at the applicable Properties.

| Property Name | Address 1 | City | State | Zip |
|---|---|---|---|---|
| Woodland Park | 287 Browertown Rd | Woodland Park | NJ | 07424-2690 |
| Livingston Circle | 623-625 W Mount Pleasant Ave | Livingston | NJ | 07039-1609 |
| Livingston | 507 S Livingston Ave | Livingston | NJ | 07039-4327 |
| Springfield Ave | 487 Springfield Ave | Newark | NJ | 07103-2024 |
| Nutley | 474 Franklin Ave | Nutley | NJ | 07110-2310 |
| Rutherford Center | 74 Park Ave | Rutherford | NJ | 07070-1957 |
| Union | 1735 Morris Ave | Union | NJ | 07083-3551 |
| West Caldwell | 810 Bloomfield Ave | West Caldwell | NJ | 07006-6700 |
| Market Street | 537 Market St | Newark | NJ | 07105-2906 |

Additional sites can be added upon notice and agreement between Service Contractor and Manager as needed.

**Scope of Work**

The following describes the scope of Snow and Ice Removal Services required from Service Contractor under the Agreement for NM property locations listed in above and Service Contractor's compensation, which may be supplemented or amended by individual WO/PO issued by Manager:

**General Requirements**
Service Contractor must provide all equipment, labor, supervision, special skills, tools, materials, and sundries required to accomplish snow removal and ice control from all driveways, roadways, parking areas, sidewalks, entrance ways, walkways, drive-ups, walk ups, paths, slate, stoops, steps, handicap ramps, exits, emergency exits, porches, decks, physical ATMs and surrounding areas of night depositories, employee's and additional lots encompassing the entire property and any other specified areas which are considered part of the property during the period stated in the attached contract as necessary to keep the premises safe for pedestrian and vehicle travel. All work to be performed to the highest industry standards and in accordance with all applicable laws, codes, ordinances and regulations.

Service Contractor shall monitor the forecasted weather conditions as broadcasted by the National Weather Services (ie NOAA) and local news organizations and be on the alert for snow or icy conditions on any surfaces and specified areas listed in these specifications and respond in order to keep the premises safe for pedestrian and vehicle travel.

Any poor service/lack of service at the site will be brought to Service Contractor's attention for immediate remedial action. Service Contractor will not charge if a repeat visit is made to the site to rectify the nonperformance /lack of performance. If Service Contractor cannot rectify the situation within the agreed upon timeframe then Manager will dispatch another Contractor and all costs associated with the service will be borne by the Service Contractor.



MV

DocuSign Envelope ID: 31A6B8BC-861B-4DF6-B6FD-5999C04D3DF6



Service Contractor will take direction from Manager at all times in provision of the services.

Hauling off snow offsite will require Manager's pre-approval.

**Specification Disclaimer**
Service Contractor acknowledges that the Services in this document are not intended to express every detail of the Service to be provided by Service Contractor and Service Contractor hereby represents that it is experienced and competent in providing Service that meets or exceeds generally accepted practices commensurate with those provided by other companies that provide such Service.

**Right of Inspection and Risk Mitigation**
Service Contractor acknowledges that it has inspected or was able to inspect the work sites and that it understands the Service requirements and conditions under which the Service is to be performed. No allowances or adjustments shall be made due to the Service Contractor's error, negligence or failure to have adequately inspected the sites where Service is to be performed. Service Contractor acknowledges, understands and agrees that the cost of the Service is intended to cover all foreseeable work, risks, hazards and difficulties inherent to the Service of this nature.

**Maintenance of Service Records and Disclosure**
Service Contractor shall prepare, maintain and provide records for Services provided and chemicals applied to the property during each visit to the site to perform the Services. Service Contractor shall retain such records for a period of thirty-six (36) months from the date of performance of the Service. Service Contractor may be called upon periodically by Manager to perform work not herein specified. Such work will be classified as contract extras or extra Services and authorized through WO/PO with costs based on established rate card.

**Staging Operations**
Service Contractor's employees shall stage their work from a location on site out of the way of pedestrian and auto traffic. In general, the Service Contractor's presence on the site shall be as inconspicuous as possible. However, with Manager's prior consent, Service Contractor may stage equipment and park vehicles overnight on sites in anticipation of accumulations.

**Communication Protocol**
Service Contract hereby agrees to meet with Manager as requested to walk the property prior to the beginning of each snow season.

Pictures must be taken by Service Contractor and electronically forwarded (Email) to Manager, of parking lots, curbs, speed bumps, islands, light poles, landscape areas BEFORE the snow season to document conditions, concerns or potential issues. Communication will include the date photograph was taken, the site ID, address of location and issue(s) depicted. Plow plans must be provided for all sites. It is the responsibility of Service Contractor to ensure transmission was received by Manager.

Service Contractor, at the request of Manager, shall make available weekly logs as to time, date and type of services performed. Service Contractor shall provide 24-hour telephone, cell phone or pager contact information.

**Storage of Snow on Site**
Service Contractor will not pile snow in any walkway, between parking curbs, or anywhere that is designated as an access point into the building. Service Contractor shall ensure that employees and customer vehicles, walkways, fire lanes, handicap parking, auto bank entrance and exit lanes and signage will not be blocked by snow accumulations.

HV

DocuSign Envelope ID: 31A6B8BC-861B-4DF6-B6FD-6999C04D3DF6



Care shall be taken to minimize loss of parking spaces. Snow accumulations must not be allowed to impair any driver's vision at intersections, driveway aprons, etc. Service Contractor assumes all liability claims that arise from such improper snow placement.

Fire hydrants, sprinkler standpipes and post indicators shall be clear of snow and ice to assure ease of access at all times. Service Contractor shall not create drifts or block dumpster enclosures or dumpsters. Failure to clear these areas during regular service visits shall result in returning to the site to clear these areas at no additional charge to Manger/Owner.

Attention should be given to provide minimal snow hauling services. Snow hauling must have prior approval by Manager.

If the accumulated snow must be stored onsite, Service Contractor will obtain approval from Manager on the acceptable location on the premises to pile snow, prior to implementation.

Upon written request of Manager and/or where required by municipal ordinance, Service Contractor will remove and/or push back snow banks from premises and properly dispose of said snow off site at agree upon time and materials charges/expense.

**Ice/Snow Melters**
Use of snow and ice melters on concreate and brick paved surfaces, parking lots, etc. shall be restricted to the products that do not cause any damage to the property.

**Invoice**
Invoices will be based on the rates as mentioned in Exhibit B. Invoices must include national weather report as an attachment along with details of the task performed.

**Reports**
Reporting requirements and frequency of report submission:

Daily Service Log to be submitted upon request

Response times for WO/PO – Monthly

WO/PO closure report – Monthly

Summary of escalations received (Issue/Action Log) – Monthly

Detailed Application Log Report for any chemical used if at all with Manager's permission

Incident reporting (Slip and Fall)

Progress Report – Hourly update during the snow or ice or snow/ice event

Photographs of site cleaned must be provided after each service

Any other reports as deemed required to monitor the service may be requested by Manager and the Service Contractor will provide such reports within the requested time frame.

MV

**Response Time**

Service Contractor will be expected to respond to emergency and urgent service requests based on the following category and schedule. Proponents should take into account the response time requirements for such requests prior to submission of quotes.

**Performance Specifications**
Branch Requirements - Service Contractor shall perform the following Snow and Ice Removal Services for the Capital One Facilities

1) Service Contractor shall respond automatically to 2 inches of snowfall at "Branch" Facilities and will return with subsequent visits for every 2 inches of snow accumulation. Final clearing should be complete according to the following schedule:

a) For snow events ending between 5am and 5pm, the premises should be cleared of snow and ice within 2 hours of snow event ending.

b) For snow events ending between 5pm and 5am, the premises should be cleared of snow and ice by 7am.

2) Service Contractor shall respond automatically in the event of icing conditions.

3) Service Contractor shall clear ATM and night drop box locations to remain accessible during all snow events. Including all drive up ATM lanes.

4) Service Contractor shall remove piling snow in parking lots and drive up lanes and/or islands so as to not impede access to designated walkway areas, driving lanes or lines of sight.

5) Service Contractor shall remove snow from all sidewalks and walkways at the Facilities, including the sidewalks, if any, leading to the parking lot, ATM locations and those surrounding bank properties. Paths provided shall always be as wide as the sidewalk/walkway and must be cleared within 24 hours of a storm.

6) Service Contractor shall provide the following services when notified by a designated Manager personnel
   a) Treatment of parking lots and drive-up lanes
   b) De-icing of premises
   c) Hauling of snow to a specified location
   d) Entrance clearing due to municipality street clearing
   e) Delivery of 12lb ice melt shaker to branch(es)

7) Prior to each snow season Service Contractor will place snow markers around dumpsters, fuel fills, curbing and grass areas. Service Contractor will remove snow markers at the end of each snow season.

The Service Contractor is responsible to repair or replace any property damaged due to Service Contractor's negligence during snow removal operations by equipment and/or materials including lawns, curbs, fences, guardrails, shrubs, trees, etc. All replacements and repairs to the above will match existing or be an agreed upon equivalent. Service Contractor is also responsible for repairs of lawn areas immediately adjacent to sidewalks that were damaged from ice melt materials. The Service Contractor shall either self-perform all landscape repairs to the satisfaction of Manager or contract directly with Manager's landscaping contractor (if not the same) to complete repairs. Landscape Service Contractor information will be provided to the Service Contractor by Manager Service Contractor is responsible for conducting a pre-season walkthrough of each assigned site for purposes of identifying pre-existing damage and unsafe conditions. Service Contractor will document said items in writing and submit this to the designated JLL FM including photographs. Snow Services for roadways, docks, parking lots, drive lanes, and



MV

fire lanes for Manager's Facilities include The Service Contractor will deploy equipment prior to any accumulation to keep all roadways and docks clear of snow, ice, and slippery conditions.

1) If snow, ice and slippery conditions continue through the day, trucks will keep main roads, docks and internal roads open.

2) The Service Contractor will ensure snow accumulation along guardrails is minimized so as not to lessen the effectiveness of rails or create a hindrance to clear driver visibility and subsequent safety hazard.

3) The Service Contractor will remove snow from intersections to preclude safety violations and prevent buildup of snow that would impair a driver's line of sight and/or impede proper clearing of snow during future operations.

4) All storm drains located in roadway shall be clear of all debris, snow, and ice, to ensure adequate drainage. The Service Contractor will maintain markers at all times to ensure snow is not stockpiled in front of storm drains.

5) The Service Contractor shall clear all gate areas and parking lot entrances upon completion of the storm.

6) The Service Contractor shall ensure safe snow removal practices, monitor traffic flow through gates during operations, and take all necessary precautionary measures including delaying snow removal until traffic flow is minimized.

7) In the event of site closure, the Service Contractor will contact Manager's designee to verify closure, and concentrate on clearing roads, fire lanes, and sidewalks.

8) The Service Contractor shall work around parked vehicles. In instances where performance of the services is encumbered by parked vehicles, Service Contractor shall notify Manager. Service Contractor will provide all necessary details on the license plate numbers, make/model/color of vehicles to be towed if necessary. Manager's designee will determine if such vehicle should be towed.

9) Parking lots, walks, stairs, and roadways must be cleared and treated according to industry standards. Data Centers and Production Centers lots, roadways, sidewalks and fire exits will be kept clear at all times.

10) The Service Contractor shall use appropriately sized snow removal and de-icing equipment to clear driving lanes and fire lanes as required during all shift hours when vehicles are parked in lots and/or pedestrians are in the lots. Snow removal and de-icing shall be performed in a safe manner to ensure vehicle and pedestrian safety. After completion of the storm and when vehicles have been removed from the lots, the Service Contractor shall clear remaining snow and ice that could not be removed while vehicles were present.

11) Snow will be stockpiled at locations specified during a pre-season meeting with Manager. Snow will not be piled outside of designated areas, thereby causing excessive loss of parking spaces unless directed otherwise by Manager.

12) Entry/Access views to lots will be kept clear to maintain safe access to lots and building.

13) The Service Contractor will not block driving lanes with snow piles or equipment during snow removal operations.

14) The Service Contractor shall maintain handicap parking areas during snow and ice events so that safe access is available at all times.

HV

15) All storm drains shall be clear of all debris, snow, and ice to ensure adequate drainage.

16) Fire lanes will be kept clear at all times.

17) In accordance with pre-determined site maps, Service Contractor will move snow as required to designated stock piling areas.

18) In event of building opening delays, the Service Contractor will take direction from Manager on where service is to be concentrated.

19) In the event of a building closure, the Service Contractor will shut heavy equipment down in parking lots and concentrate on clearing roads, fire lanes, and sidewalks, or areas otherwise agreed to by Manager and Service Contractor.

20) The Service Contractor will assure that someone is always on call before, during and immediately after snow events to consult with regarding storm plans and issues. This individual, if not immediately available, an immediate call back is required.

21) The Service Contractor will be responsive to requests for one-off snow or ice related removal requests made by Manager that will come in the form of phone, email requests or work orders.

22) The Service Contractor will participate in an in-person pre-season kickoff meeting administered by Manager's FM Team.

23) The Service Contractor will be responsible for removing all accumulated sand from paved, lawn and landscaped areas in the early Spring immediately following the snow/icing season.

24) The Service Contractor shall provide contact list and problem escalation hierarchy that is to be updated weekly during the specified snow season.

Snow services for sidewalks, entrances and emergency exits include:

1) The Service Contractor will maintain all entrances and sidewalks during a snow and ice occurrences by monitoring snow levels and removing snow and ice as required. The Service Contractor shall use appropriately-sized snow blowers and other automated equipment to clear sidewalks, entrances, and emergency exits. The Service Contractor will ensure continuity of services provided during all shift hours.

2) The Service Contractor will clear emergency exits during all storms. The Service Contractor shall clean area at emergency exits to allow complete opening of exit doors. The Service Contractor must provide 3' wide minimum egress, upon completion of storm, from emergency exits to the nearest sidewalk, parking lot, or roadway.

3) The Service Contractor shall perform post-storm clean-up, snow piling, excess sand removal and entrance sweeping within 24 hours of the end of each storm/snow occurrence to minimize tracking of materials into buildings.

4) The Service Contractor will maintain 2' wide minimum path at all unpaved areas from hydrants and post indicator valves to the nearest sidewalk, parking lot, or roadway when snow accumulation reaches 2", within 24 hours after storm.

HV

DocuSign Envelope ID: 31A6B8BC-861B-4DF6-B6FD-5999C04D3DF6


Service Contractor shall not provide Services until they receive a Work Order issued by Manager or Manager's representative and/or Computerized Maintenance Management System(s) ("CMMS" or "Corrigo").

**Work Order Management:**

Through the course of this agreement, Service Contractor will receive work orders from Manager's Computerized Maintenance Management System(s) ("CMMS" or "Corrigo").

- Work orders will include Service Level Agreements ("SLAs") that indicate the timing needs associated with each dispatched work orders. Established SLA standards are as follows:

| Name | Response | Completion | Operating Clock |
|---|---|---|---|
| Emergency | 4 Hours | 8 Hours | 24 Hour Clock |
| Normal | 5 Days | 5 Days | Business Hours |
| Routine / Next Visit | 15 Days | 15 Days | Business Hours |
| Scheduled | 30 Days | 30 Days | Business Hours |
| Urgent | 1 Day | 2 Days | Business Hours |

- Service Contractor is required to use applicable CMMS to support the management of work, to include the following:
  - Receive dispatch of work via pre-established contact information provided to Manager
  - Update status and log applicable status notes
  - Close out work order(s) to align with required SLAs.
- From time to time, Manager may issue policies related to usage requirements for our chosen CMMS.
- As necessary, Manager will host training sessions with Service Contractor to support usage of CMMS.

**Supplier Performance Management ("SPM") Program:**

Through the course of this agreement, Manager may engage Service Contractor to host periodic SPM discussion. Areas of consideration for this program may include the following:

- Key Performance Indicators ("KPIs") review:
  - CMMS usage and SLA adherence
- Innovation
- Total cost management

**Reporting Requirements:**

The below reports may be requested by Manager, either per an established time frame or on an ad hoc basis:

- Cost summaries and breakdowns:
  - Recurring vs reactive
  - Consumables
  - Part/ supply purchases
- Contract compliance
  - Background checks
- Performance reporting:
  - Inspection schedules and results
  - Missed services
  - Time logs
  - Emergency response logs
- Safety reporting:

HV

DocuSign Envelope ID: 31A6B8BC-861B-4DF6-86FD-5999C04D3DF6



- Sustainability practices used as part of performance of services
- Incident reporting

**Service Location and Scope/Cost Variations:**

- Service Locations:
  - Manager may, from time to time, order changes by additions or deletions to the original Property List contains in Exhibit A.
  - Should this occur, Manager will adjust contract specifications accordingly:
    - All such orders will be in writing via a "Notice of Change ("NOC") document.
    - Each NOC document will outline changes to the property listing contained within these exhibits and will include adjusted cost modification
    - NOC document requires initial signatory acknowledgement from Service Contractor.
  - Service Contractor shall not be entitled to reimbursement for any extra costs unless the amount of such extras is approved in writing before the changes to the original specifications have commenced.
- Scope of Services:
  - Other variations to the scope of services or to the costs dictated in Exhibit B will be modified via a formally executed Amendment.



HV

DocuSign Envelope ID: 31A6B8BC-861B-4DF6-B6FD-5999C04D3DF6

# EXHIBIT B – COMPENSATION

## Payment Terms Net 45

Manager shall compensate Service Contractor on a Time & Materials and/or Project specific basis for the services set forth in Exhibit A as follows:

**Pricing:**

| Property Name | Address 1 | City | State | Zip | Parking Lot | Sidewalk | 0-2" Event | 2.1-4" Event | 4.1-6" Event | 6.1" - Above | De-Icing/Salting Only |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Woodland Park | 287 Browertown Rd | Woodland Park | NJ | 07424-2690 | x | x | $220.50 | $304.50 | $453 25 | $110.25 | $243.35 |
| Livingston Circle | 623-625 W Mount Pleasant Ave | Livingston | NJ | 07039-1609 | x | x | $220.50 | $330.40 | $497.50 | $124.50 | $269.50 |
| Livingston | 507 S Livingston Ave | Livingston | NJ | 07039-4327 | x | x | $220.50 | $304 50 | $453.25 | $110.25 | $243.35 |
| Springfield Ave | 487 Springfield Ave | Newark | NJ | 07103-2024 | x | x | $298.50 | $396.50 | $498.50 | $156.50 | $268 50 |
| Nutley | 474 Franklin Ave | Nutley | NJ | 07110-2310 | x | x | $298.50 | $396.50 | $498 50 | $156 50 | $268 50 |
| Rutherford Center | 74 Park Ave | Rutherford | NJ | 07070-1957 | x | x | $220.50 | $330.40 | $497.50 | $124.50 | $269 50 |
| Union | 1735 Morris Ave | Union | NJ | 07083-3551 | | x | $330.40 | $498 50 | $589.50 | $156.50 | $298 50 |
| West Caldwell | 810 Bloomfield Ave | West Caldwell | NJ | 07006-6700 | x | x | $220.50 | $304 50 | $453.25 | $110.25 | $243.35 |

Taxes are not included in the above pricing.

HV

DocuSign Envelope ID: 31A6B8BC-861B-4DF6-B6FD-5999C04D3DF6


**Invoice Presentment**

Invoicing will be completed within the Corrigo work order system. An invoice must be attached for each work order. A Work Order number will need to be listed on all invoices to satisfy Manager's internal accounting requirements for prompt payment.

All invoices for services rendered and goods provided **MUST** include the following information:

- The correct business entity: Jones Lang LaSalle Americas, Inc.
- Work Order Number
- Property Service Address

HV

DocuSign Envelope ID: 31A6B8BC-861B-4DF6-B6FD-5999C04D3DF6


# EXHIBIT C - INSURANCE

## INSURANCE REQUIREMENTS

1. The Service Contractor shall evidence at least the following insurance coverage, provided that the amounts listed below will not act as a limitation on recovery from Service Contractor's insurance:

A. Commercial General Liability

Commercial General Liability insurance on a form at least as broad as Insurance Services Office ("ISO") commercial general liability coverage "occurrence" form CG 00 01 04 13 or another "occurrence" form providing equivalent coverage, including but not limited to contractual liability coverage, independent contractor's liability, coverage for bodily injury (including death), property damage (including loss of use thereof), ongoing and completed operations, products liability, and personal and advertising injury, in the following amounts:

$1,000,000 Per Occurrence Limit
$2,000,000 General Aggregate Limit

This coverage shall be primary to Owner and Manager's coverage, and Owner and Manager's coverage shall be noncontributory.

B. Excess or Umbrella Liability

Service Contractor shall provide Excess or Umbrella Liability insurance on a follow-form basis with respect to the Commercial General Liability, Employers' Liability, and Commercial Automobile Liability insurance with minimum limits equal to $2,000,000 each occurrence and $2,000,000 annual aggregate.

C. Worker's Compensation - Statutory Limits

D. Employers' Liability

With minimum liability limits of $1,000,000 bodily injury by accident each accident, $1,000,000 bodily injury by disease policy limit, and $1,000,000 bodily injury each employee.

E. Commercial Automobile Liability

Combined Single Limit - $1,000,000 per accident.

Such insurance shall cover injury (or death) and property damage arising out of the ownership, maintenance or use of any private passenger or commercial vehicles and of any other equipment required to be licensed for road use.

MV

F. Property Insurance

All-risk, replacement cost property insurance to protect against loss of owned or rented equipment and tools brought onto and/or used on any Property by the Service Contractor.

G. Crime Insurance / Fidelity Bond

Service Contractor is responsible for loss to Owner and third party property/assets and shall maintain Fidelity Bond or comprehensive crime insurance coverage for the dishonest acts of its employees in a minimum amount of $1,000,000. Service Contractor shall name Owner as Loss Payee with respect to the comprehensive crime insurance coverage.

H. Errors and Omissions Liability (***applicable to Uninterrupted Power Service (UPS) services and Service Contractors providing Consulting services related to their Contract Duties***)

Service Contractor shall provide Liability limits of at least $5,000,000 per claim and $5,000,000 in the aggregate. The retroactive insurance date of such insurance shall be no later than the commencement date of the contract. Such insurance shall be provided for two years beyond the completion of the work.

I. Cyber Risk or Liability (***applicable to any services and/or work involving computer, computer system, computer network, and/or similar computer-related property and the data, data stream, software, and/or programs stored therein***)
Service Contractor shall carry and provide Cyber Risk or Cyber Liability Insurance for the following risks: a) liability arising from theft, unauthorized dissemination and/or wrongful use of confidential and proprietary information stored or transmitted in electronic form, and b) liability arising from the introduction of a computer virus into, or otherwise causing damage to, Owner's or Manager's computer, computer system, network and/or similar computer-related property and the data, software and/or programs stored therein. Such insurance shall have limits of liability of
$5,000,000 per claim and $5,000,000 in the aggregate. If this insurance is written on a claims-made basis, then the retroactive insurance date shall be no later than the commencement date of this Agreement. Such insurance shall be provided for two years beyond the completion of the work.

J. Environmental Impairment / Pollution Legal Liability (***applicable to any disposal, handling, use and/or transit of any hazardous gas, liquid and/or solid as part of the services and/or work related to the Contract Duties***) Service Contractor shall provide Liability limits of at least $5,000,000 per claim and $5,000,000 in the aggregate. Such insurance shall include, but not be limited to, coverage for sudden & accidental and non-sudden pollution conditions, bodily injury (including death), property damage (including its resulting loss of use thereof), clean-up costs, and defense costs. The retroactive insurance date of such insurance shall be no later than the commencement date of the Agreement. Such insurance shall be provided for two years beyond the completion of the work.

2. The Commercial General Liability and Commercial Automobile Liability policies shall include the following as additional insured, including their officers, directors and employees. Additional Insured endorsements CG 20 10 04 13 and CG 20 37 04 13 or their equivalent shall be utilized for the



MV

Commercial General Liability policy. Please note that the spelling of these parties must be exactly correct or the Contract Duties will not be allowed to commence.

1. Jones Lang LaSalle Americas, Inc.
2. Capital One National Association and its affiliates

3. Service Contractor waives any and all rights of subrogation with respect to its commercial Property and Worker's Compensation insurance policies against the parties identified above in Paragraph 2.

4. All policies will be written by companies licensed to do business in the State of New Jersey and which have a rating by Best's Key Rating Guide not less than "A-/VIII".

5. Service Contractor shall furnish Certificate(s) of Insurance evidencing the above coverage, except Property insurance. Certificate(s) of Insurance must be provided before Service Contractor commences Contract Duties or Contract Duties will not be allowed to commence.

6. Certificate(s) of Insurance relating to policies required under this Agreement shall contain the following provision:

"Service Contractor's insurance policies will be amendment to require thirty (30) days-notice of policy cancellation to the Certificate Holder."

7. The following should be listed as the Certificate Holder:

Capital One Financial Corporation
Attn: JLL – NM/WPS Contract Administration
15000 Capital One Drive
Building 2 – 4th Floor
Internal Zip: 12072-0400
Richmond, VA 23238
Email: CapitalOne.Vendor@am.jll.com



MV

# EXHIBIT D–OWNER'S RULES AND REGULATIONS AND REQUIRED ADDITIONAL PROVISIONS

*Note: Owner requires inclusion of the following provisions. Manager has no authority to revise or delete any provision in this Exhibit, even if such provision is not applicable to the Contract Duties.*

## OWNER'S PROVISIONS RELATED TO SERVICE CONTRACTOR PERSONNEL

Owner and/or Manager may prepare and provide Service Contractor with training materials relevant to the Contract Duties being provided (which may include web-based training materials). Upon Owner's or Manager's request, Service Contractor shall cause each of Service Contractor's personnel that are involved in the provision of the Contract Duties to undertake such training before providing any of the Contract Duties. In addition, in the event that Owner updates its training materials, Owner and/or Manager shall provide Service Contractor with such updated training materials as Owner deems appropriate, and upon Owner's/Manager's request, Service Contractor shall promptly cause each of Service Contractor personnel that are involved in the provision of the Contract Duties affected by such change to undertake such additional training. To the extent that there is a conflict between the policies and procedures of Capital One and of Service Contractor, the policies and procedures of Capital One shall govern the provision of the Services.

Service Contractor must promptly notify Manager of any actual or threatened lawsuits, administrative charges or other proceedings, demands, or complaints filed internally or externally that arise from or relate to Service Contractor personnel (whether those of Service Contractor or of Service Contractor's approved subcontractors) and that are based on events allegedly occurring on an Owner site or alleged conduct by any Manager or Owner employee, customer or agent ("Service Contractor Personnel Claims"). To the extent that Manager or Owner is conducting its own investigation, Service Contractor will, and will cause any approved subcontractors to, reasonably cooperate with Owner and Manager regarding any investigation of Service Contractor Personnel Claims. Service Contractor agrees that it will conduct a prompt and thorough investigation of any Service Contractor Personnel Claims and undertake appropriate remedial and corrective actions, if needed.

## RESPONSIBILITY FOR RESOURCES

Upon any expiration or termination of any services or this Agreement or any cessation of services hereunder, or earlier to the extent that access to or use of Capital One assets is no longer necessary for the provision of services, Service Contractor shall cease all access to and use of the corresponding Capital One assets, and Service Contractor shall promptly return such Capital One assets to Capital One.

## OWNER'S AUDIT AND RECORDS RETENTION REQUIREMENTS

**Audit Rights.**

(A) Service Contractor shall maintain in English complete auditable records related to its performance of the Contract Duties and compliance with its obligations under this Agreement. During the Term and for the period thereafter that Service Contractor is required to maintain records (as outlined below), Service Contractor shall provide to Capital One, its auditors (including internal audit staff and external auditors), inspectors, regulators (including the Consumer Financial Protection Bureau, Office of the Comptroller of the Currency and Board of Governors of the Federal Reserve System and any other governmental regulator to which Capital One or any of its Affiliates is subject) and other applicable entities as Capital One may from time to time designate (including bank,



HV

credit and charge card associations such as Visa and MasterCard), access at all reasonable times (and in the case of regulators at any time required by such regulators) to any site or part of a site at which Service Contractor is providing the Contract Duties, to Service Contractor Personnel, and to data, records, systems and applications relating to the Contract Duties for the purpose of performing audits and inspections of either Service Contractor or any of its approved subcontractors in order to:

(i) verify the accuracy of charges and invoices;

(ii) verify the integrity of Capital One Confidential Information and examine the systems that process, store, support and transmit same;

(iii) verify the representations, warranties and covenants detailed in the section entitled *Adequate Internal Controls* below;

(iv) verify Service Contractor's controls, performance and information systems as they relate to the Contract Duties;

(v) verify Service Contractor's policies, procedures, internal controls, and training materials to ensure Service Contractor conducts appropriate training and oversight of Service Contractor personnel;

(vi) examine Service Contractor's performance of the Contract Duties and conformance to the terms of this Agreement including, to the extent applicable to the Contract Duties and to the charges therefore, by performing audits and inspections, as applicable, (A) of practices and procedures; (B) of Capital One assets (if any); (C) of other systems, equipment and software, including with respect to the Contract Duties (e.g., Service Contractor's work standards and compliance with other requirements relating to the Contract Duties); (D) of supporting information and calculations regarding compliance with service levels; (E) of general controls and security practices and procedures; (F) of disaster recovery and back-up procedures; (G) of the efficiency and costs of Service Contractor in performing the Contract Duties (but only to the extent directly affecting charges for, or timing of, Contract Duties); (H) of Service Contractor's compliance with applicable Capital One policies, training materials and training requirements; (I) of Service Contractor personnel (e.g., on-site monitoring, remote phone monitoring, review of recorded calls and any other written communications with customers); (J) of the compensation structure of Service Contractor but only to the extent that it relates to Service Contractor personnel performing the Contract Duties; and (K) as necessary to enable Capital One to meet, or to confirm that Service Contractor is meeting the requirements imposed by applicable laws, Capital One's policies and procedures and/or Service Contractor's policies and procedures that may potentially impact the Contract Duties;

(vii) verify the financial condition of Service Contractor through (i) review of the publicly available financial information of Service Contractor (or its parent company as applicable) if Service Contractor is a public company; or (ii) reasonable access to Service Contractor's financial information (if a non-public company);

(viii) verify compliance with the insurance coverage provisions set forth in this Agreement;

(ix) verify Service Contractor's risk management and monitoring activities with respect to any approved subcontractors; and

HV

DocuSign Envelope ID: 31A6B8BC-861B-4DF6-B6FD-5899C04D3DF6



(x) verify Service Contractor's compliance with applicable laws as required under this Agreement, including determining compliance with the applicable legal obligations of Service Contractor regarding Service Contractor personnel.

(B) Service Contractor shall provide to such auditors, inspectors, regulators, and other representatives such assistance as they request, including installing and operating audit software and, as necessary, providing English language interpreters. Service Contractor shall cooperate fully with Capital One or its designees in connection with audit and inspection functions and with regard to examinations by regulatory authorities. Capital One's auditors and other representatives shall comply with Service Contractor's reasonable security requirements made known to Capital One in advance and in writing.

(C) Service Contractor shall maintain internal audit controls necessary to monitor Service Contractor's compliance with its obligations under this Agreement and under applicable laws. In addition, Service Contractor shall conduct audits and inspections of or pertaining to the Services in such manner and at such times as is consistent with the audit practices of well-managed operations performing services similar to the Contract Duties. At a minimum, Service Contractor agrees that Owner and/or Manager shall be allowed to conduct an audit of Service Contractor's internal controls, data processing systems and security and business continuity programs used to provide or support the provision of the Contract Duties, at least annually. Upon Owner's or Manager's request, Service Contractor will provide financial records, business records, or other documentation related to Service Contractor's performance of the Contract Duties within ten (10) business days of Service Contractor's receipt of such request.

**Records Retention.**

Until the latest of:

(A) seven (7) years after creation of the record; or

(B) all pending matters relating to this Agreement (e.g., disputes) are closed; or

(C) the information is no longer required for either party to comply with applicable laws or the expiration of any applicable legal "hold order" as to which Capital One or Manager has provided Service Contractor with written notice,

Service Contractor shall maintain and provide access upon request to the records, documents and other information required to meet Capital One's audit rights under this Agreement. Before destroying or otherwise disposing of such information, Service Contractor shall provide Capital One with sixty (60) days prior written notice and offer Capital One the opportunity to recover such information or to request Service Contractor to deliver such information to Capital One, with Capital One paying Service Contractor's reasonable out-of-pocket expenses.

**Overcharges.**

(A) If as a result of an audit or otherwise it is determined that Service Contractor has overcharged Capital One, Service Contractor shall credit Capital One's account (or, at Capital One's option, pay Capital One directly) an amount equal to the overcharge plus interest at the prime rate (as shown in The Wall Street Journal) calculated from the date the overcharge was paid by Capital One.

MV

(B) If an audit discloses that Service Contractor's overcharges exceeded five percent (5%) of the aggregate of charges during the period audited, then Service Contractor shall also reimburse Capital One for the reasonable cost of the audit.

## ADEQUATE INTERNAL CONTROLS

Service Contractor represents, warrants and covenants that it has and shall continue to have effective enterprise governance practices and adequate internal controls over the services to ensure Service Contractor is being managed in conformity with industry standards and regulatory guidelines and recommendations. In addition, Service Contractor will maintain appropriate policies and procedures to ensure that the financial incentives and penalties the Service Contractor uses to reward Service Contractor personnel performance will be consistent with and in support of Capital One's commitment to comply with applicable laws and regulatory guidance.

## PROPRIETARY RIGHTS AND INTELLECTUAL PROPERTY

**Works Provided by Service Contractor.**

(A) After the Effective Date, Service Contractor shall not introduce any additional Service Contractor works or third party works licensed by Service Contractor (such works collectively the "Service Contractor-Provided Works") into any Contract Duties that are delivered to Capital One or to which Capital One is provided access as part of the services without Capital One's approval, which approval Capital One may withhold in its sole discretion.

(B) To the extent necessary for Capital One to receive and use the services and perform work as permitted under this Agreement, Service Contractor hereby grants to Capital One, its affiliates and their designees a worldwide, fully-paid up, non-exclusive license to use for the sole benefit of Capital One or its affiliates such Service Contractor-Provided Works during the Term.

(C) With respect to Service Contractor-Provided Works that are not commercially available and that are reasonably necessary for the continuity of Capital One's and its affiliates' operations, Service Contractor hereby grants to Capital One, its affiliates and their designees a revocable, worldwide, fully paid-up, non-exclusive, license to use in support of Capital One's and its affiliates' business operations such Service Contractor-Provided Works (including source code, programmer interfaces, available documentation, manuals and other materials necessary for the use thereof) at the expiration or termination of this Agreement and for no additional consideration during transition back to Capital One or another service provider. If requested by Capital One, the parties shall mutually agree on applicable terms for Service Contractor's support of such Service Contractor-Provided Works after expiration or termination of this Agreement during the transition period; provided that such terms shall be commercially reasonable and in no circumstances not more restrictive or require greater consideration than required by Service Contractor for similar entities in similar circumstances.

(D) All Capital One documents, reports, financial statements and other data maintained or compiled in connection with this Agreement (collectively, "Data") shall be the sole property of Capital One. All of such Data shall be delivered by Service Contractor to Capital One in a useful format upon termination or expiration of this Agreement. Service Contractor shall reasonably cooperate with Capital One or its designee to ensure the efficient delivery of the Data as required in the previous sentence.

MV

**Rights in Developed Works.**

(A) Works developed in connection with this Agreement by Service Contractor ("Developed Works") comprise the following:

- (i) modifications to, or derivative works of, existing Capital One works;
- (ii) modifications to, or derivative works of, existing third party works licensed by Capital One;
- (iii) modifications to, or derivative works of, existing Service Contractor works;
- (iv) modifications to, or derivative works of, existing third party works licensed by Service Contractor for Capital One under this Agreement; and
- (v) newly developed works commissioned and paid for by Capital One that do not modify existing Capital One works, existing Service Contractor works or existing third party works (such works as described in this clause (v) collectively "Newly Developed Works").

(B) Capital One shall have all right, title and interest in and to the Developed Works referenced in Sections (A)(i), (A)(ii) and (A)(v) above (limited to the extent permitted by the terms of any governing third party licenses with respect to the Developed Works referenced in Section (A)(ii)), including all copies made from them.

(C) Service Contractor shall have all rights, title and interest in and to the Developed Works referenced in Sections (A)(iii) and (A)(iv) (limited to the extent permitted by the terms of any governing third party licenses with respect to the Developed Works referenced in Section (A)(iv)), including all copies made from them; provided, however, that with respect to Developed Works referenced in Sections (A)(iii) and (A)(iv) that incorporate Capital One Confidential Information or Capital One works, Service Contractor hereby grants Capital One and its affiliates a worldwide, fully paid-up, exclusive, sub-licensable, irrevocable and perpetual license to use any such Developed Works. The foregoing exclusive license to Capital One and its affiliates shall not prevent Service Contractor from using existing third party works or existing Service Contractor works incorporated into such Developed Works or from creating substantially similar new works or modifications to existing Service Contractor works or existing third party works as long as Service Contractor does so (i) independently and without any reference to, use of or disclosure of Capital One Confidential Information or Capital One works; and (ii) without breaching its other obligations under this Agreement. Developed Works owned by Capital One pursuant to Section (B) above shall be deemed "works made for hire" for Capital One. If and to the extent any such Developed Works are not deemed "works made for hire" by operation of law, Service Contractor hereby irrevocably assigns, transfers and conveys to Capital One without further consideration all of its right, title and interest in such Developed Works, including all intellectual property rights in such Developed Works. Capital One and its assigns may obtain and hold in their own names all such intellectual property rights in and to such Developed Works. Service Contractor agrees to execute and to cause Service Contractor personnel to execute any documents or take any other actions as may reasonably be necessary, or as Capital One may reasonably request, to perfect Capital One's ownership of any such Developed Works, without additional consideration and regardless of whether during or after the Term. In particular, Service Contractor represents and warrants that it has obtained executed assignment agreements with Service Contractor personnel that assign intellectual property rights in any works used in connection with the services from such persons to Service Contractor.

**Non-Infringement.**

Service Contractor represents, warrants and covenants that it does not and has not infringed or misappropriated any intellectual property rights of any third party, and shall perform its responsibilities under this Agreement in a

HV

DocuSign Envelope ID: 31A6B8BC-861B-4DF6-B6FD-5999C04D3DF6


manner that does not infringe or constitute an infringement or misappropriation of, any intellectual property rights of any third party. Service Contractor further represents and warrants that as of the Effective Date, there is no proceeding pending, or, to Service Contractor's knowledge, threatened, that alleges that any of the services, Service Contractor's manner of performing the services, or Service Contractor works infringe or constitute an infringement or misappropriation of, any intellectual property rights of any third party.

**Software Ownership or Use.**

(A) Service Contractor represents and warrants that it is either the owner of, or authorized to use, and covenants that during the Term it shall be either the owner of or authorized to use, any software provided by Service Contractor or used to perform the Contract Duties and any software developed by Service Contractor as part of the Contract Duties.

(B) Service Contractor warrants and covenants that it will not incorporate into any Developed Work, Service Contractor work or third party work provided to or licensed to Capital One hereunder software that is subject to an open source license agreement, if such open source license agreement: i) creates or purports to create obligations of use with respect to any such work; or ii) grants or purports to grant to any third party any rights to such work. In the event that Service Contractor wishes to incorporate into any Developed Work, Service Contractor work or Third Party work provided to or licensed to Capital One software that is subject to an open source license and the foregoing, Service Contractor agrees to request, in writing, Capital One's prior written approval. Capital One may approve, condition or reject its approval in its sole discretion.

**Viruses.**

Service Contractor warrants and covenants that it shall use commercially reasonable efforts to avoid the coding or introduction of viruses into the systems used to provide the services. In the event that a virus is found to have been introduced into Capital One systems through Service Contractor or the services, Service Contractor shall use commercially reasonable efforts, at no additional charge, to assist Capital One remove the virus, reduce the effects of the virus and, if the virus causes a loss of operational efficiency or data, to assist Capital One, at no additional charge or cost, to the same extent in order to mitigate such losses and restore the data. In the event that a virus is found to have been introduced into Service Contractor systems used to provide the services, Service Contractor shall remedy the effects of the virus and, if the virus causes a loss of operational efficiency or loss of data, mitigate and restore such losses, at no additional cost or charge to Capital One.

**Disabling Code.**

Service Contractor warrants and covenants that, without the prior consent of Capital One (which may be withheld or conditioned in its sole discretion), Service Contractor shall not insert into the systems used to perform the services (including any systems made available to Service Contractor by Capital One) any code that would have the effect of disabling or otherwise shutting down all or any portion of the services. Service Contractor further warrants and covenants that, with respect to any disabling code that may be part of the software, Service Contractor shall not invoke such disabling code at any time, including upon expiration or termination of this Agreement for any reason, without Capital One's prior written consent.

**HAZARDOUS MATERIALS**

For purposes of this Agreement, "Capital One Hazardous Materials" shall mean any Hazardous Materials on or adjacent to the Premises except for those that are brought onto or introduced to the Premises by



HV

Service Contractor. No Capital One Hazardous Materials, as defined herein, shall be handled upon, about, above or beneath Capital One sites ("Premises") or any portion of the Premises by or on behalf of Service Contractor, its subcontractors or its assignees, or their respective contractors, clients, officers, directors, employees, agents, or invitees.

MV

# EXHIBIT D-1
# BACKGROUND SCREENING REQUIREMENTS

Service Contractor shall ensure that all Service Contractor personnel are screened, to the extent permitted under law, in accordance with Capital One's requirements for Service Contractor personnel criminal background screening, herein, and industry best practices for performing criminal background screening. Service Contractor shall also ensure that no Service Contractor personnel that is Ineligible (as defined further below) shall perform any Contract Duties or otherwise support the ongoing operations of Capital One.

**Personnel Assignment**

Service Contractor shall screen Service Contractor personnel in accordance with **any and all** of the categories below applicable to the services and Service Contractor personnel. The below chart outlines the Service Contractor personnel covered by each criminal background screening requirement, the criminal history criteria to be applied to each such population of Service Contractor personnel which would render a Service Contractor personnel ineligible to be applied to each such population of Service Contractor personnel, and the scope of the required criminal history screening required for each population of Service Contractor personnel.

**BACKGROUND SCREENING REQUIREMENTS**

| Category | Covered Service Contractor Personnel | Ineligibility Criteria | Screening Scope |
|---|---|---|---|
| Violent and Hate Crime Convictions | All Service Contractor Personnel who have unescorted badge access to any Capital One Site or otherwise have regular and material access to Capital One Sites or property and/or Capital One associates or customers | Service Contractor Personnel must be excluded from engagement with Capital One if the employee has been convicted of a hate crime or crime involving violence which suggests that the employee poses a more than marginally greater level of risk than someone without a conviction to the safety of Capital One's associates, non-associates, customers, Sites, or physical assets, after an individualized assessment of the facts and circumstances of the conviction and individual | Criminal history screening for these offenses must cover a period of no less than seven (7) years from the present, to the extent permitted by applicable law, for all jurisdictions (domestic and international) in which the individual has resided, worked, and/or attended school during that period |
| Theft, Fraud and Financial Crime Convictions | All Service Contractor Personnel who have access to any funds, account, confidential or protected information or data, or computer system of Capital One or any of its customers, associates, or non-associates. These associates and non-associates include, but are not limited to:<br>(i) Persons with access to any Capital One computer system containing customer or account information<br>(ii) Persons with access to any personnel, medical, confidential, and/or legally protected information regarding an associate or non-associate of Capital One;<br>(iii) Persons with access to customer or company accounts, funds, or assets, and<br>(iv) Persons with access to any confidential, financial, or legally protected information of Capital One or any of its customers, associates, or non-associates | Service Contractor Personnel must be excluded from engagement with Capital One if the employee has been convicted of a crime involving theft, fraud, money laundering, breach of fiduciary duty, or similar financial crime which suggests that the employee poses a more than marginally greater level of risk than someone without a conviction to the safety and soundness of the human, intellectual, fiscal, or physical assets of Capital One, the confidentiality or security of data regarding its customers, associates, or non-associates, or the security of the financial accounts or assets of its customers, after an individualized assessment of the facts and circumstances of the conviction and individual. | Criminal history screening for these offenses must cover a period of no less than seven (7) years from the present, to the extent permitted by applicable law, for all jurisdictions (domestic and international) in which the individual has resided, worked, and/or attended school during that period. |

**Screening Timeframe**

Service Contractor shall conduct the above-described criminal background screening for the described period to the present (i.e., the current date). Service Contractor personnel hired within 30 days of providing any services to Capital One will be considered properly screened if the above-required criminal background screening is completed within 30 days of the employment start date. Service Contractor personnel previously screened in accordance with the above requirements will be considered screened until the present if: (1) the Service Contractor personnel has



MV

DocuSign Envelope ID: 31A6B8BC-861B-4DF6-86FD-5999C04D3DF6



remained continuously employed by Service Contractor since such screening; (2) the Service Contractor personnel has had during this entire period an obligation to disclose to Service Contractor any criminal offense or conviction which may render the Service Contractor personnel Ineligible under the above criteria; and (3) Service Contractor is not aware of the Service Contractor personnel being convicted of or entering into a pre-trial diversion program for any criminal offense which would render the Service Contractor personnel Ineligible under the above criteria.

**Ineligible Definition**

Ineligible Definition – a Service Contractor personnel is "Ineligible" if the Service Contractor personnel has been convicted of any criminal offense covered under the Ineligibility Criteria in the above chart for any category under which the Service Contractor personnel is covered, then such individual shall not perform any such services ("Ineligible").

HV

DocuSign Envelope ID: 31A6B8BC-861B-4DF6-B6FD-5999C04D3DF6


# NOTICE OF EQUAL EMPLOYMENT AND AFFIRMATIVE ACTION POLICIES

Jones Lang LaSalle Americas, Inc. is a federal contractor and is subject to equal employment and affirmative action laws including Executive Order 11246 and the Vietnam Era Veterans' Readjustment Assistance Act of 1974, and Section 503 of the Rehabilitation Act of 1974.

We have equal employment opportunity and affirmative action policies to ensure that applicants are employed, and that employees are advanced and treated during employment, without regard to their race, color, religion, sex, national origin, disability, protected veteran status, and other protected characteristics as defined by law.

We ask for your support of our efforts, and we appreciate your cooperation.

The following official is responsible for implementation of our affirmative action program:
Beth Hayden, Chief Human Resources Officer, Jones Lang LaSalle Americas, Inc.

MV

DocuSign Envelope ID: 31A6B8BC-861B-4DF6-B6FD-5999C04D3DF6


IN WITNESS WHEREOF, the parties have caused this Agreement to be executed by their authorized representatives as of the date set forth above.

**SERVICE CONTRACTOR:**

M Vega LLC

By: Manuel Vega

Name: Manuel Vega

Title: Owner

Manager will counter execute via DocuSign

## Signature Area

Organization Name:
Jones Lang LaSalle Americas, Inc.

-------------------------------------------------------

Role/Title:
Supply Chain Director

-------------------------------------------------------

Name:
David Wolf

-------------------------------------------------------

Signature: 

Organization Name:
Jones Lang LaSalle Americas, Inc.

-------------------------------------------------------

Role/Title:
Account Director

-------------------------------------------------------

Name:
Brandon Orlando

-------------------------------------------------------

Signature: